AL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Rose Meacham
v.

Defendant
University of Illinois, University of Nottingham, Google, Google DeepMind,

**1:23-CV-02704**
**JUDGE ALONSO**
**MAGISTRATE JUDGE WEISMAN**
**RANDOM**

**COMPLAINT**

Systemic harms done to me at an International level between my employers, all guilty of employment fraud.

The harms done to me are physical damages and because the employers fired me I am unable to get medical care for the harms they did to me, etc.

While I was employed by one employer, I was also employed by the others,

I was also involved in legal disputes, over the employers while I was gaining new employment with these employers.

RECEIVED

APR 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Rose Meacham

v.

Defendant
DeepMind Google (Alphabet Incorporated), Google Inc. (Mountainview)
University of Illinois, University of Nottingham

**COMPLAINT**

Systemic harms done to me at an International level between my employers, all guilty of employment fraud and other harms,
While I was employed by one employer I was also employed by the others, I was also involved in legal disputes about these issues while I was gaining new employment with these employers and others.

military contract denied for USA but ~~accepted~~ accepted for others? My property was stolen and is being used at the companies, ~~and competition~~

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

| | | |
|---|---|---|
| Plaintiff<br>Rose Meacham | ) | **United States District Court** |
| v. | ) | **Northern District of Illinois** |
| University of Nottingham, Google, Google DeepMind, University of Illinois<br>Defendant | ) | |

**COMPLAINT**

Systemic harms done to me at an International level between my employers, all guilty of Employment Fraud.

And many other crimes.

While I was employed by one employer, I was also employed by the others,

I was also involved in legal disputes, over the employers ~~and as I gained new employment~~ while I was gaining new employment with these employers.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

violated their internal company policies and rules => so they can claim harming me and breaking the laws are legal. The Defendants violated ~~but they say it is~~ their own company/academic laws, which I reported to them but instead they attacked me horribly with Civil, State, Federal Laws, Constitutional Rights violations and Labor Law violations

**United States District Court**
**Northern District of Illinois**

Plaintiff )
Rose Meacham )
v. )
)
)
Defendant )

Google (~~Alt~~ Google Inc.)
Google DeepMind (Alphabet Inc.)
University of Illinois
University of Nottingham

**COMPLAINT**

Systemic harms were done to me by my employers and I was punished for following their internal policies to report employment law violations, Civil, State, Federal, Constitutional law violations done to me. The internal policies ~~are~~ were used to create a falsified papertrail against me => collect information and assess how to treat me at the company so that they can evade the law later by saying I violated their internal rules protected by Academic Freedom Laws (Employment actually at their academic faculty) and by saying I violated

At each employer I was working for the employers' other locations at the same time, remotely. The employers have companies located all over the world and when at the companies I worked with people at their companies all over the world. Google Inc. and alphabet Inc. Google DeepMind are the same company ~~but ar~~ but I am not sure if they were the same company when I was there.

Your court system is not taking into account the geographical ~~tec~~ mobility of people due to technology ~~&~~ and so we are working at a global level with these companies and my case involves all these employers.

My property was stolen and is now being used inside every google product.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]