ILND 44 (Rev. 09/07/18)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

### I. (a) PLAINTIFFS
Rose Meacham

### DEFENDANTS
Cook County, Nottingham, Mountain View, ~~London~~

**(b)** County of Residence of First Listed Plaintiff (*Except in U.S. plaintiff cases*)
Cook County

County of Residence of First Listed Defendant (*In U.S. plaintiff cases only*)

**(c)** Attorneys *(firm name, address, and telephone number)*
Requesting an Attorney

1:23-CV-02704
JUDGE ALONSO
MAGISTRATE JUDGE WEISMAN
RANDOM

### II. BASIS OF JURISDICTION *(Check one box, only.)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government not a party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate citizenship of parties in Item III.)

### III. CITIZENSHIP (Diversity Cases Only.)
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 530 General | 530 General | ☐ 720 Labor/Management Relations | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | 535 Death Penalty **Habeas Corpus:** | ☐ 740 Railway Labor Act ☐ 751 Family and Medical Leave Act | ☐ 400 State Reapportionment ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander ☐ 330 Federal Employers' Liability | | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 555 Prison Condition ☐ 560 Civil Detainee – Conditions of Confinement | ☐ 791 Employee Retirement Income Security Act | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Veteran's Benefits ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud | | **PROPERTY RIGHTS** ☐ 820 Copyrights | ☐ 480 Consumer Credit ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 190 Other Contract ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 360 Other Personal Injury ☐ 362 Personal Injury - Medical Malpractice | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | | ☐ 830 Patent ☐ 835 Patent – Abbreviated New Drug Application ☐ 840 Trademark | ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation ☐ 220 Foreclosure | ☒ 440 Other Civil Rights ☐ 441 Voting | ☐ 422 Appeal 28 USC 158 ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 896 Arbitration ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability | ☐ 442 Employment ☐ 443 Housing/ Accommodations | **IMMIGRATION** | ☐ 690 Other | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment ☐ 446 Amer. w/Disabilities - Other ☐ 448 Education | ☐ 462 Naturalization Application ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) ☐ 465 Other Immigration Actions | | **FEDERAL TAXES** ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | |

FILED
APR 28 2023 JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### V. ORIGIN *(Check one box, only.)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation
- ☐ 8 Multidistrict Litigation Direct File

### VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
EEOC Right to sue regarding Civil Law Violations, Constitutional Rights Removal, Labor Law Violations

### VII. PREVIOUS BANKRUPTCY MATTERS
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

### VIII. REQUESTED IN COMPLAINT:
☐ Check if this is a class action Under rule 23, F.R.CV.P.
Demand $ 
Check Yes only if demanded in complaint.
Jury Demand: ☒ Yes ☐ No

### IX. RELATED CASE(S) IF ANY *(See instructions)*
Judge 
Case Number 

### X. Is this a previously dismissed or remanded case?
☐ Yes ☒ No If yes, Case # Name of Judge

Date 2-28-2023
Signature of attorney of record

