

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

2023 APR 2    PM 4:49

(full name of plaintiff or petitioner)

vs.

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

1:23-CV-02704
JUDGE ALONSO
MAGISTRATE JUDGE WEISMAN
RANDOM

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney

**FILED**
APR 28 2023  JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1. *Are you employed?*
   [ ] Yes  Name and address of employer: _____
   Total amount of monthly take-home pay: _____
   [X] No  Date(s) of last employment: ~~Janua~~ Spring 2022  Last monthly take-home pay: under $~~$10,000~~

2. *If married, is your spouse employed?* [X] Not married
   [ ] Yes  Name and address of spouse's employer: _____
   Total amount of spouse's monthly take-home pay: _____
   [ ] No  Date(s) of spouse's last employment: _____  Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ _____
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ $1800 is deposited monthly but it does not cover basic life necessities
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money:** $ _____

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☒ No  If yes, how much? negative ~400,000 in Student Loans

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☒ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   _____

   _____

7. *Debts and financial obligations*: List any amounts you owe to others:

   ~$400,000 in Student Loans

   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   Because the Defendants have retaliated against me so horribly for cooperating with the federal government I cannot afford basic life necessities and I was raped, physically assaulted by an employee at my job (school) and I am physically injured but there is no medical service for me care because I was fired by Defendants,

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 2-15-2023

Applicant's signature

Rose Meacham
Printed name

Page 2 of 2

Rev. 2/2020