[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**
APR 28 2023 JC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Rose Meacham )
) Case Number: 1:23-CV-02704
v. ) JUDGE ALONSO
) MAGISTRATE JUDGE WEISMAN
Defendant(s) University of Illinois, ) RANDOM
Google DeepMind,
Google, University of Nottingham

**MOTION FOR ATTORNEY REPRESENTATION**
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, Rose Meacham, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: (**NOTE: This item must be completed.**)

   Oprah Winfrey's Organization (non-profit) sent me to countless attorneys but none will take my case. I spoke to Illinois Bar Association; I was paying lawyers in Illinois but I ran out of money. I reported them to the Illinois Bar Association and they didn't do anything; I also spoke to Stanford University's community and Illinois University's community and it's impossible to reach somebody without a conflict of interest or defendants.

   but I have been unable to find an attorney because: my case legal lawyer is an "open and shut case" but when they went to research same stuff and talk with the law firm, they couldn't take the case, because I had filed reports about the incidents. make it within the legal

3. I declare that (check all that apply):

   (**Now:**)
   ☒ I am not currently represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☐ I am currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☒ I have not previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   OR
   ☐ I have previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one): ☐ graduate school Multiple Masters
☐ graduate school Masters

    ☐ Grammar school    ☐ Some high school    ☐ High school graduate
    ☐ Some college    ☒ College graduate    ☐ Post-graduate
    ☒ graduate after Masters for PhD degree

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.) I am disabled
☐ graduate for Multiple PhDs

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.) No.

8. ☐ I declare under penalty of perjury that the foregoing is true and correct.

_____  → what is a movant?
Signature of Movant  plaintiff

Street Address: 730 W. Lake St.

Date: 2-15-2023

City, State, Zip: Chicago, IL 60661

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]