*all*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

2023 APR 2  PM 4: 0

---

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly**

Case Title: _Defendents Names_

Case **1:23-CV-02704**
**JUDGE ALONSO**
**MAGISTRATE JUDGE WEISMAN**
**RANDOM**

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: _Rose Meacham_

Street Address: _730 W Lake St._

City/State/Zip: _Chizago, IL 6066l_

Phone Number: _Stolen Phone_

**FILED**

APR 28 2023    JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature: _____

Executed on (date): _2-15-2023_

---

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing. _however what if the email goes to my spam or_

_meacham,rose @ gmail.com    I do not notize it?_

**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]