June 28, 2023                    Case 23 C 2704

FILED JUN 30 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honourable Judge Alonso —

My computer broke in the middle of working on my document after using free wifi at a local Starbucks. I was working in the Federal Library before this, working from a Template I was given to meet your requirements for the complaint. I do not have money to fix my laptop, due to the damages of the Defendant. I am working to finish the Complaint anyway and hope to be done by Friday July 7th, or Monday July 10th. I hope this is acceptable to you and I will work as quickly as I can →

I have suffered physical injuries from the Defendants and it was difficult to walk here to deliver this note.

I look forward to meeting you in court and I hope my complaint and response to your questions is suitable to you in this review process to determine whether my case will be allowed to enter Illinois Courts.

Thank you again,
Rose