# Fired for Christian Views

As a White Woman who was raised Christian and who's family helped found this United States of America, I am extremely upset about one aspect of my case. I was illegally fired by Defendants University of Illinois because I do not believe in Darwin's Theories. As a scientist I believe there is more to it and I am extremely critical of his science — In school I studied Darwin's work as well as other scientific Theories, some scientific works with evidence disproving and contradicting Darwin's findings.

I was shocked that UI does not teach these Scientific Theories or show evidence to students that contradicts Darwin's work — UI does not show a well-rounded view of these issues in Science.

Because I was raised Christian, I practice, and I believe in God I am being blocked from being a scientist. Invasive, harmful, painful, exploitative, risky, unecessarily abusive scientific practices are upsetting to me. I have worked in labs where scientists are also religous and people ask me to help improve living conditions for animals and offer suggestions for things I notice so we can all do better. There a few experiences I have had — some included in this case — where I was punished for asking a single question about potential risks or false positives that the experimental techniques in the lab could cause to Human Subjects, Human Patients, the General Public — and even Children.

I was wrongfully terminated from my position in one lab at UI where

it was my job to help with an invasive scientific technique used on children in a hospital who would die without this technique. I was punished by the PI (my boss) who is a Bio Engineer for being concerned about accurately diagnosing people - women specifically - and helping to "save the children". I was concerned about some of the ideas proposed, and I was reprimanded for trying to properly take my training involving ethics, and information about reporting scientific dangers in the lab - I was fired for being concerned about people and other students/Employees were reporting Scientific Fraud, Data Fabrication and other crimes in a lab next-door that is collaborating partner.

### Fired for Supporting the Constitution in USA

The same scientist I reported/was wrongfully fired by/ is working on a new diagnostic technique with other universities that will determine if someone will be allowed their Constitutional Rights or not.

I was misportrayed as a "threat" because I support the Second Amendment. Using a medical device to assess people's biology to determine whether they will be given Constitutional Rights is so illegal I cannot believe it is being discussed in America. I was fired for supporting the Constitution and our forefather's views on the Second Amendment. The Constitution also states that people are innocent until proven guilty - not presumed guilty ~~because of the~~ because of their biology, or because of a medical exam. The Constitution makes it clear that people have to commit the act in order to be considered a criminal - we do not presume someone is a criminal because of their biology before the act is committed.

Fired for Following Mandatory Reporting Laws, including Reports of Scientific Fraud, Data Fabrication, Medical Malpractice

The Doctors, Scientific Researchers, Engineers, Bio Technologists, at UI (and elsewhere) are over reaching their roles to have too much power. There is too much unquestionable power and abuses of power nobody can challenge. ~~xxxx~~

The Scientific Researchers, Doctors, are trying to position themselves as examiners to determine who receives Constitutional Rights and who does not. The Scientific Researchers, Doctors, are trying to use medical, physiological, biological, neuroscientific exams the Doctors invent themselves, inventing their own parameters and criteria & they want to use to determine who gets Constitutional Rights.

This seems extremely dangerous to me.

Why was I fired for being concerned that this could/will harm people?

It is illegal to fire/expel/terminate me from my position at UI for asking a single question about possibly misidentifying someone with the exam they invent and removing their Constitutional Rights when they haven't done anything wrong.

It is illegal to fire/expel me for my support of the Constitution in the USA.

The UI professor blocked me from taking classes in Engineering due to his sexual harassment, physical assault/rape of me. UI has illegal student codes that make it allowable at UI for professors to date, sexually harass and more students who are not in their classes - this outdated law is dangerous and disgusting.

Fired for Reporting Sexual Harassment, Physical Assault/Rape by a UI Professor, Danger to Students

I was fired/expelled and reprimanded for reporting sexual harassment, physical assault/rape perpetrated by a UI professor. Title IX called me a "legal liability" and attacked me for being victimized. I was misportrayed as a "threat" and the person, Professor, who physically assaulted me was abusing his position as an Engineering Professor (with one-degree of separation from Google DeepMind, Defendant) to oversee and advise me during my ~~Titles~~ ~~DeepMind~~ Reporting Processes.

This UI Professor interrogated me off-record about Google, Google DeepMind, ~~and~~ etc. He attended meetings with me at UI regarding the reports at UI and even ~~tried~~

advised me during a meeting with Samuel Beshers, that he attended. He interfered with all of these reports. And he physically assaulted me after installing a "buggy" Google Chrome device on all of my personal devices. ~~He opened me~~ He accessed all of my personal devices and TV in my apartment during this process.

During my reporting process at Google I was told that people being reported hack reporters' personal devices and accounts to erase and ~~e~~ get rid of evidence for reports. I was told that ~~this~~ it makes the reporter look ridiculous because the evidence isn't there when they ~~g~~ try to prove their reports.

David Pfau at Google began deleting our project from my personal accounts when he I was reported.

My Intellectual Property was used to create this project at Google and David Pfau is being paid salary to continue working on this project we did together, while Google blocked me from working on this project, even refusing to publish the paper we wrote about this project (despite the fact I needed this for UoN and Oxford, a contributing party, wanted to publish).

UoN probably owns a portion of this work — maybe other work from my internship? And the Intellectual Property that I created during my Masters and other studies was used.

People at Google harassed me saying David Pfau was the only reason I was at Google and I didn't deserve to be there —

even though I was unable to accept another internship offer from Microsoft due to these incidents.

After these incidents I needed medical care. When I tried to explain a "woman's" issue to Brad Sutton at UI requiring Health Services and wrote in an email about the unusually painful periods I suffer after ~~with~~ Google, I was harassed about being a woman in STEM and told I shouldn't work in the lab because I am a woman and assumed unqualified. People at UI harassed me about the "Google Manifesto" which was written by a UI Alumni, trained by Martha Gillette's Department, if I'm not mistaken. Martha Gillette is the Director of the Biology Department and the Neuroscience Program. She fired me illegally, threatening my job with ~~$~~ Dean Alexis Thompson, to shut down my Women's Non-~~profit.~~ ~~$~~

It is illegal for my employer to shut down my Women's non-profit. ~~as my employer~~

Retaliation for Reporting Crimes

Martha Gillette, Aron Barbey, Samuel Beshers and others all retaliated against me for following mandatory reporting processes. The Dean's Offices, Chancellors, and more illegally fired/expelled me because I filed "too many" Title IX reports, as they wrote in their illegal termination letter to me.

The Ethics Officers, Professors teaching our Ethics class, wrote a letter of support for me as I was trying to finish my official Reports to NIH, NSF, UI etc. regarding accusations of Scientific Fraud, Medical Malpractice, Data Fabrication, and other crimes.

Samuel Beshers told me they were trying to shut down Aron Barbey's Laboratory due to these reports. The people reporting were too "afraid" of losing their jobs to "officially" report.

I tried to officially report and Micheal Key along with Aron Barbey and Samuel Beshers threatened me with Expulsion and punished me with the OSCR — Justin Brown runs the OSCR at UI and I explained to him that by threatening me with expulsion and punishments while I'm trying to file official reports, I was unable to properly file because of his, Micheal's, Sam's, Aron's threats etc.

Justin Brown, UI, refused to stop threatening me.

They refused to stop impeding Federal Reporting processes, and other reporting processes.

They all tried to claim that it is "harassment" to report crimes to proper Authorities — that it is "harassment" to report Medical Malpractice, Threats to Human Life, Data Fabrication, Scientific Fraud, and other crimes.

Martha Gillette tried to claim I was trying to get special treatment by reporting, or "evade academic responsibility."

These statements and other records, confessionals, evidence is being held by UI Defendants, and they are refusing to release this vital evidence,

facts of the case, lists of Defendants in order to intentionally impede and block my reports to proper Authorities, and block this case.

## Impeding Investigations Intentionally

I presented evidence to the Board of Trustees at UI about OSCR, Deans offices, Title IX and how OSCR, Deans offices, UI Student Code/Regulations are being used to block Civil, State, Federal Laws from being upheld - I presented that UI is in opposition to American Laws. UI, OSCR, Justin Brown (Subpoena Evidence for full list) retaliated against me for presenting this information to UI Board of Trustees. etc.

## Illegal Surveillance, Data Privacy Infringement, Institution Review Board Violations/Lack of IRB while doing Experiments on Human Beings

Students/Employees are being illegally surveilled by UI Defendants and off-record, illegal assessments of Students/Employees are being made that result in illegal firings/expulsions. Other made-up reasons are given for these illegal firings/expulsions.

## Misclassification of Full-Time Employees as Students

People are being studied illegally during their jobs/studies. People are being called students when they are actually full-time employees, and people are being fired/expelled for not enduring horrific labor law violations. My case proves I was never paid with money or classes or class credit for my labor. UI ~~Defendant~~ is therefore not a non-profit entity and is in fact abusing the "Academic" status to gain free labor.

Google refused to commission my IP while commissioning IP from other men from my masters program.

[left margin, rotated:] Non-Profit Status Revoked / Another UI Professor already won a Federal Lawsuit in retaliation & their technology/parties, illegal employed, etc.

[also marginal:] reported against UI & google, other third issue.

The Agreement I signed for the use of my IP was to be Academic only. The paper was illegally shut down and Google misuses IP often.

## Mock Trial with Subjective Reviews

UI is violating ~~the~~ Fifth Amendment, Eighth Amendment, ~~Fourteenth~~ and more with illegal unconstitutional Mock-Trials used to illegally fire/expel Employees/Students without cause, without evidence. If evidence is subpoenaed by your Honor, my case will prove that OSCR, Justin Brown actually makes the accusations, Judges the accusations using a "subjective" review process, and then expels/fires Employees/Students illegally.

Unconstitutional and violates everything America stands for - giving UI an unparalleled position of absolute power I have never seen before. Nobody can report Scientific Fraud, Rape, Labor law violations etc due to these illegal abuses of power at the systemic level at UI - the illegal "Push-Out" system to get rid of people for no reason.

## Denied Accommodations for Physical Harms from Defendants

My Eighth Amendment Rights were violated by Defendants - Defendants are Medical, Bio-Technology, Scientific, Biology experts who intentionally over burdened me to ~~is~~ punish me for reporting Defendants. The physical harms that I have suffered have caused permanent, irreversible physical harms and damages. I began having very serious problems walking and with my body - I was physically assaulted and intentionally over burdened - while I begged Defendants to stop. Defendants refused to stop harming me, escalating the harm to punish me for reporting and creating false rumors, mischaracterizations of me to justify their physical abuse and harms, retaliation to me. When I tried to walk on-campus in 2019 I had

undergone series of medical treatments UI forced me to pay for myself - medical treatments in the middle of my PhD Employment to treat the physical abuses they, Defendants, were doing to me.

Alexis Thompson documented UI's harassment and abuse of me when she called the Police on me for having trouble walking.

Alexis Thompson, UI, and others used their physical abuse and harms of me to intentionally misportray me to others - to undermine my credability while I reported their crimes and to justify ganging up on me as an angry crowd, mob to illegally remove me from my position at UI without cause.

For absolutely no reason I was illegally fired/expelled. I was a straight-A student in the Honours program and Defendants used the "push-out" System to get rid of me.

## Punished, Fired/Expelled for Following the Laws

Reporting Threats to Human Life is extremely serious. Following the laws to make sure people are safe and there are no potential harms is part of scientists' jobs. This is also our duties as American Citizens, Citizens of the World to make sure our science is accurate and that it won't harm others, or mislead others in exchange for profits. Firing/Expelling me for following the laws is

a serious crime. UI intentionally abused Academic Freedom Laws, their position as a non-profit Academic Entity to try to mis-portray me as "disobedient."

They misportrayed me as "disobedient" for not following their orders to violate laws, orders to commit crimes and cover-ups of fraud, etc., their orders to not follow mandatory reporting laws to report Threats to Human Life.

## Resolution

Correct my Academic Records so it is accurate and True.

To fix the problems I am reporting

To give me the opportunity to finish my PhD and Honour the contracts, jobs I was offered so I can continue on with my life.

I do not blame anyone and I just want reports to work to ensure peoples safety.