July 11, 2023

1:23-CV-02704

Motion for Attorney

**FILED**

JUL 11 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Due to the facts that Defendants have harmed me, I need an Attorney to successfully meet the demands of the case, and to meet formatting requirements, to use proper legal terms and discuss these issues while citing specific laws, regulations in my documents for the Courts.

Thank you,
Rose