## Motion to Subpoena Evidence, Facts, Defendants, Lists, Documents and Accounts Vital to Case

**FILED**
**JUL 11 2023**
**THOMAS G. BRUTON**
**CLERK U.S. DISTRICT COURT**

Dear Honourable Judge —

I am unable to properly file my Complaint, Respond to documents, List Defendants and Facts or properly carry-out this court process without the evidence, records that UI intentionally **blocked** me from (by illegally removing me from UI without cause) so I would not be able to finish my reports or file the case.

I am unable to properly file this case without this evidence, documents. The case is contingent on these records, facts, documents — some of which include confessions.

I therefore respectfully request that your Honour subpoena these documents, accounts, records so we are able to move forward with the case — so I am able to file, to write the full complaint, respond to documents and carry-out the case.

The evidence is contained in the Deans Offices at UI — OSCR, Justin Brown and Stephen Bryan, among others. I thank your Honour for reviewing my case and I look forward to seeing you in court.

Please grant this subpoena request.

Thank you,
Rose