July 10, 2023                    1:23-cv-02704

Motion for Attorney

**FILED**
JUL 11 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I do not know what your Honour means by dismissed without "prejudice".

My case is in regards to physical harms (financial harms and others) by the Defendants. The Defendants abused their positions of power to harm me and blocked my ability to properly report Defendants and file case against Defendants

The Defendants include BioTechnologists, BioEngineers, Biologically trained experts — some who practice in hospitals and work with Human Subjects, Patients. Many of these Defendants are Doctors who are Scientific Doctors — they are ~~Meds~~ Scientific Researchers, not Medical Doctors only. Meaning many of the ~~Defendants~~

Defendants do not work as the types of General Practitioner Medical Doctors most people are used to interacting with at the Doctors' office. These Defendants are also called "Doctors" but they do <u>not</u> take the Hippocratic Oath.

Their jobs are different — they do <u>not</u> even take the Ethics Training courses required by the USA Government to train these Scientist "Doctors" to be kind to Human and Animal Subjects Patients, that these Scientist "Doctors" <u>Experiment</u> on. This is their job. These Scientist Doctors <u>Experiment</u> on Human and Animal Subjects, Patients — some work in Hospitals — but they do <u>not</u> take the Hippocratic Oath, and they do <u>not</u> even take the required Ethics Trainings <u>before</u> experimenting on Human, Animal Subjects, Patients. My case shows evidence one Defendant Brad Sutton even forced me

to speed through the trainings online about reporting science crimes, etc. ~~and s~~ so I could begin work in a Hospital with Children receiving Neurological Invasive "Treatments" by Brad Sutton and others.

These types of trainings given to Engineers, Bio Technologists, Bio Engineers, Biologists, Neuroscientists and more — Scientific Researchers, Scientific Doctors — ~~these~~ these types of trainings are such an expert level that <u>abuses of power</u> by these people need to be taken seriously.

This did <u>not</u> happen at University of Illinois, and the Defendants abused their positions of power to harm me physically, financially and with my career so badly I cannot even transfer to another school or gain employment in my field where I have trained for over a decade to work.

The Defendants Google denied me medical leave to receive treatment for physical injuries while I worked for them, denied me accommodations for the physical harms done to me and continued to harm me and retaliate. UI Defendants did a similar system of harm to

deny me accommodations I required for physical abuses done to me. People harassed me saying I'm trying to get "special treatment" or that it's "unfair to the other students" to provide me proper medical accommodations after being raped/physically assaulted.

Therefore your Honour is continuing this physical abuse of me and continuing this prejudice against me by denying me a fair judicial process by appointing an attorney. It is in fact prejudice against Rape/physical Assault victims to deny my requests for an attorney.

I will be unable to properly meet your Honour's demands if your Honour denies my rights to an Attorney.

It is also a violation of my Constitutional Rights — the 5th Amendment, among other laws — to create an unfair judicial process against me. By denying me my rights to an attorney your Honour is intentionally creating an unfair disadvantage for me throughout this case and making it impossible for me to have a fair, normal court case.

I respectfully request that you approve my request for an Attorney.

Sincerely, Rose