July 10, 2023

1:23:cv-02704

JB

**FILED**

JUL 11 2023 KL

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge —

I have to request another week to finish responding to your questions and filing my complaint. I've submitted a lot of pages outlining many of the points of this matter and I hope to be done by next Friday.

Thank you so much for reviewing my case. I hope you had a nice Holiday Break.

Sincerely,
Rose