AXA

FILED
JUL 21 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LM

FED UI, STATE IL

23-CV-2704

Dear Honourable Judge Alonso –

I am now editing this document and I am so sorry to request that I be allowed to submit an easier to read version next week please.

I will submit my document again 8-31-2023 or 9-1-2023.

Sorry again this is taking so long and I appreciate your pacients.

I will submit what I have and I hope this is okay to show you what the facts are and the Federal Questions. Thank you so much

– Rose

Page 29

They abuse you so much that it is physically impossible to even report –

You are unable to physically file the reports as you are trying to do.

~~✗~~

Google Manifesto – women do not want to have sex with the men. they use their jobs to force the women to have sex against their will, ~~um~~ and then say the women are using the men for resources. Creating Prostitution at school and at jobs and bribery material