AXA

FED UI, STATE IL

**FILED**

JUL 21 2023 ᴜ⋀

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Letter

Filing Formats and Defendants Lists

Dear Honorable Judge Jorge Alonso —

I am unsure how to file this lawsuit. I do not want to blame any one of the parties involved and I have no ill-will towards any of these people. Hopefully, going through this process would result in an amicable discussion and a review of the facts so that people can fix the problems that are presented in this case and these issues never impact anyone else again.

I am not trying to blame any of the people involved in these incidents; I am just trying to resolve them. The reporting processes at Google were so bad that it was extremely scary and ruined my career. I would like to simply resolve these issues and my original report included a list of requests/suggestions for Google HR to try to improve this process so nobody goes through this. The accounts that I heard from other Women, LGBTQIA+, Men etc at Google were horrifying, and this is a problem for tech companies everywhere -- I submitted a document to Google during my reporting that suggested a series of possible improvements for Human Resources (HR) and the Internal Administrative Reporting Processes at Google so the damages I experienced, and others have experienced, do not happen again to other people. I made it clear I was not asking for money in my reports, and I am making it clear again that I am not asking for money and I will not accept money -- I truly am trying to report the facts and events of the case so people can work to resolve them. The fact that I have been fired, or "Pushed-Out" from my career when I report these issues shows me that I might be reporting certain things for tons of other people who are not able to "officially" file reports. If nobody knows these issues are going on, and nobody sees the evidence to prove that these issues are going on - or show the specifics on how these types of events happen - then people will not be able to fix these types of problems and fix the system that handles these problems, so the system itself does not injure people reporting.

This applies to people on both sides of the reporting process -- I believe if people never understand what they did wrong then they will continue to make the same mistakes and not improve themselves through these reporting processes. They might even leave the company or school and then go to a new company or school and repeat the same mistakes. The individual I reported, for example, has done this multiple times to Women all over... and so not helping this person correct his behavior and understand what he did wrong is dangerous to everyone. It seems to me, after going through this process, that many people (some close friends of mine even) do not think they are doing anything wrong and I believe them. People get defensive when they are reported and I don't think that this defensiveness is necessary. The #MeToo Movement, for example, has shown that this is a problem everywhere - in every country, in every company, in every school... These things are happening everywhere.

FED UI, STATE IL

So people should not be defensive or misportrayed as villians when they are reported because everyone is learning about why these issues are happening and we are all trying to work together to find a way to resolve them.

I hope my case properly outlines for all people how this process works from the Women's perspective -- for example, I do not believe that men understand what happens to Women after the rape or why Women are so upset and scared of Rape and Sexual Harassment. I was shocked to learn (after being raped for the first time) that we have to go to the Hospital almost immediately and we are not allowed to take a shower, even though this is the first thing most women report wanting to do. If we shower it erases evidence that people need to prove there was a rape. The evidence collection process is **extremely** painful. Physically painful. And horrible. It is like a Gynecological Exam but more humiliating and lasts much, much longer and is extremely painful. The medications the Doctors make you take are even worse and so painful... it is beyond description. The Doctors need to know immediately if the person who Raped you has STDs. Of course, because you were not planning to have sex and did not want this person as a sexual partner, you do not know the answers to the questions they ask you about the other person who raped you. The Doctors then advise you that you have to take these medications because you must take them within 24 hours in order for them to work. Otherwise, you risk having permanent physical injuries from the person who raped you that last a lifetime in your body and continue the abuse of pain on a daily and monthly level (especially during the periods). If the person impregnated you then this means you'll be forced to have their baby and endure even more pain that Women describe as the worst... and then be forced to care for the child by feeding the child from your own body. Your body will change forever and suffer permanent, irreversible injuries inside the body and outside the body that makes you competely different so the Baby can eat from inside your body and eat as a baby from food your body produces for the baby. You will have to pay physically and financially to care for the Baby for the rest of your entire lifetime. It will become a lifetime of consequences for the Rape. And even without a pregnancy resulting, the damages from the possible STDs are a lifetime of pain and injuries, that impacts and endagers other people's lives for the rest of your life (and their lives), and the medications to prevent the pregnancy and the STDs are so damaging and physically painful, these injuries last a lifetime as well.

For me, the physical pain from the medications that are given to Women to prevent possible damages from the Men who Rape them, were so painful I cannot even describe in words. The medications altered my periods in ways I do not understand and it looks like no Scientists or Researchers have properly investigated or studied these Side-Effects or studied the Side-Effects of the Medications given to Rape Victims on the Women's Children -- their future Husband's Children -- or the future Generations of Children in their Family. For some people, this is a violation of their Religious beleifs, as I'm sure David Pfau knows - Fellow Scientific Colleagues suggested I use my PhD to try to help other Women by researching some of these topics. But, as my case will show, when I tried to do this at University of Illinois I was blocked, fired illegally, threatened and bullied into being kicked out of my career. Certain medications used to prevent the damages from the Men's Rape of Women force the

FED UI, STATE IL

Woman's body to bleed a color of blood that is never seen -- it is so dark it looks like a gun-shot wound and it never stops leaking and bleeding. The blood pours out in a consistency that is so thick it is like chunks and thick, the body must be working overtime to produce the blood and the ENTIRE body hurts in a way I do not even know how to describe. The body is just drained and in so much pain it hurts. ((I am reporting on this medication but I am not saying I took this medication and I am not accusing people of anything. People need to stop being defensive about what they have done to Women and people need to listen to the Women's descriptions of what has happened to them and why these events are LIFE-ALTERINGLY DEVESTATING.)) It hurts to produce this type of blood and is not normal. The blood is thick like a paste. And it is dark, deep almost black in color which NEVER happens during a period. It is a new type of thing -- and the blood lasts more than a normal period and just keeps coming. It also starts when you take the medication so the body is forced to produce this blood and it is not natural, it is not a natural timecycle for the period and the blood, it just keeps coming out and coming out and doesn't stop. It weakens the body and makes it difficult to walk. And the pain is so bad it is not --- it is horrible. The periods that happen in months to come are EXCRUCIATINGLY PAINFUL beyond description and they are altered, coming at weird times with blood spots throughout the month that just appear in your clothes. The pain from the medication never stops and never goes away. The periods are unusually, horribly painful forever, for reasons you don't even understand why -- and the pain is so weird it is throughout the body and throughout your organs and the body is trying to produce blood for your period but you feel in pain and weak and you have to go to work but you're in so much pain you cannot even walk. It is horrible but if you tell anyone they will blame you and judge you for being a slut or for attracting a man. They will judge you and blame you if you tell them what happened because they say it is your fault for not being able to fight the man off and stop him from raping you, and you will be blamed for being stupid and for being so stupid that you fall for the man's entrapment technique he (and his friends sometimes) use to entrap and rape women. If you tell people what is happening and ask them for help, they will blame you for being so stupid you trusted someone and thought they were a good person. UI Professor Zuofu Cheng yelled at me (almost a scream) in my apartment when I told him to leave and threatened me, saying he thinks I have behavioral issues (which University of Illinois punished me for this incident and fired me illegally) because Professor Zuofu thinks that I have behavioral issues for pushing him off of my body with my legs to stop him from raping me when he refused to stop after I said stop. I told him to leave my apartment and he refused to leave my apartment and screamed at me that I have behavioral issues, as a Professor at the University of Illinois.

Yes, the medications are necessary say the Doctors at the Hospitals and you only have 24 hours to take them or the possible injuries will be permantly with you for the rest of your life, and with your babies -- these injuries cause complications for the babies during birth, and sometimes injuries to the babies themselves because women's bodies grow babies and produce food for the babies during development and after the babies are born. This means that the development of the babies is impacted and the actual birth process as the baby travels through a contaminated tract. Some

Page 3

FED UI, STATE IL

of the possible injuries that the Rape can cause Women could lead to Death and so
the Doctors say that the medications are absolutely necessary if you do not know
whether the person has diseases or not. And the Doctors explain that condoms and
other types of prevention tools are never 100% certain -- and if you are Raped
normally Women have No idea what happened because they were not in charge of the
situation and did not want this to happen at all. Women told me that the fact that
they had No Idea what happened to them was used against them to undermine their
testimony when they tried to report.

I was also warned by Women NOT to go to the Doctors because what they do to you is
then later used against you in court and in reports, etc.

So the damages that the Men do to you to rape you, to entrap you (sometimes using
alcohol etc), to abuse you to stay silent, to punish you with retaliation (sometimes
as a group of friends or network) is then used to help the men escape from being
found responsible for the acts of harm that they did to you. The men damage the
women they rape, and the more victimization and damages they do to the women, the
more likely it is the men will get away with it. Because the damages themselves are
used against the women. My case, for example, shows a Professor at UI who harassed
me with comments about "anxiety" after UI Professor Zuofu Cheng tried to rape me --
she said that I had "too much anxiety" to get my PhD, which is obviously illegal
prejudice. And I know that as I try to talk about the issues I have become
increasingly less capable of talking about them in a normal way because of the
abuses that happen to me as I continue to try to report the issues and continue to
try to share what happened to me. This is used against Women who try to report.

The Men do not want to stop doing this to the Women. And the Men do not want to be
found responsible for their actions. The Men abuse the women in a way where the
system designed by Men then uses the abuse to blame the women for the men's actions.

And so reporting itself becomes a fearfu experience because you know you will be
blamed for anything you report. And you have already been punished by multiple men
everywhere for reporting. Every single interview I have been to for my work since
the rape has had to have a discussion about the rape because I was illegally
pushed-out of my jobs because of reporting the rape and sexual abuse. Men and Women
etc then Judge you about whether the rape was your fault in order to determine
whether or not they will hire you, or whether or not they want to work with you. At
UI I was told by multiple Men that they were Afraid to work with me -- afraid of me
-- because I reported. They said that they were afraid I would report them. To me,
this seems insane. It implies that they are going to commit a crime that I would
then report and it makes me afraid of them... because it shows premeditation of
covering-up their intended misbehavior and crimes by not hiring people who would
report them for a crime, and not working with people who would report them for doing
something illegal.

The problem is horrible because Women need to report these issues - everyone does --

FED UI, STATE IL

but the men attack the women when the women report. The men feel attacked by the
women when the women report the men. The men claim that they genuinely do not
understand that they have done something wrong.

The Men feel entitled to do the things they are doing to Women. I do not understand
why this is the case.

Men become defensive and upset and angry (sometimes violent and enraged) when you
refuse to have sex with them and refuse their sexual advances. They become vengeful
and do things to punish you for refusing them. Sometimes this impacts your career if
you work with them or if they know people who you work with. One person explained to
me in Silicon Valley that women who report are victimized with "Revenge Sex". This
is something done by Men who side with the Rapist or Sexual Harasser that Women
report. This is apparently done to Women to punish them for reporting and silence
them from future reporting. When I tried to report Professor Zuofu Cheng at
University of Illinois, this was a block. That nobody would believe me because I had
already reported David Pfau at Google. I was able to stop Professor Zuofu Cheng from
raping me. And I was unable to stop David Pfau who was my Manager on an Academic
Project (unpaid internship) with Google DeepMind in London while I was a Computer
Science PhD Student at University of Nottingham (UoN). David Pfau is an "American"
living and working in London at Google (an American Company) but he has said that
his family is in Parliament. I was shocked to discover that Professor Zuofu Cheng at
University of Illinois (UI) in America knows David Pfau through a network of
Engineers / Computer Scientists. On Facebook (FB) David Pfau and Zuofu Cheng are
one-degree of separation and a UI Alumni who is friends with Zuofu (because Zuofu
went to UI for his Undergrad, Masters, PhD and now Professorship) works with David
Pfau in London (a VERY SMALL, Exclusive group of people working together in London
-- Americans in London who work together and party together). I do not know whether
Professor Zuofu Cheng was attacking me with "Revenge Sex" or if this group of people
share similar behaviors, strategies for "dating" women, strategies for entraping and
raping women, strategies for using Positions of Power, using their jobs to entrap
women at their jobs. Professor Zuofu Cheng also had a Power Position over me as a
Professor at University of Illinois (UI). Professor Zuofu Cheng also offered to
"help" me with discrimination I was facing at UI. Professor Zuofu Cheng tried to do
the jobs that Deans Offices are supposed to do because I was being refused services
and attacked by UI when I reported. The evidence I will submit shows Professor Zuofu
Cheng attended meetings with me in my Neuroscience Program to discuss issues with UI
Department Administration and he was advising me how to handle and report the
situation involving Title IX, Deans Offices and other. He was interrogating me
off-record about the incidents with David Pfau and about Google. I had filed an EEOC
report about the Google incidents at the time to try to decide how to report these
issues and what to do -- I had been asked to report to the Police in NYC about David
Pfau because he has been accused of raping women at other schools etc but I was TOO
AFRAID to do so. Someone recommended that I file an EEOC report to keep the
timeliness of the reports open in case I decided I needed help in the future. It is
a shame that I was Retaliated against so Horribly at UI because, to me, it seemed
highly possible that Zuofu Cheng, who knows David Pfau's work colleagues, is

Page 5

FED UI, STATE IL

attacking me because of the David Pfau incidents.

The incidents that Zuofu Cheng was "helping" me with at UI are about Alexander
Cerjanic harassing me with his bullying about Women and the Google Manifesto. The
idea of "Revenge Sex" makes sense to me, even if David Pfau and Zuofu Cheng are not
directly plotting an act of Revenge -- it seems to be the Culture of this group,
possibly groups elsewhere -- and please do not get mad at me for saying this, I
think around the World people are not understanding Womern's issues and they are
doing things maybe unintentionally thjat harm Women in INHUMANE ways that are beyond
comprehension -- and then when Women try to tell you about it and report to you what
has happened and why it is so devastating, you all abuse us and block us from
reporting and threaten us, so nobody ever understands why these things are so
upsetting, physically painful, life-altering, career-ruining and more... Baby
Murdering (cries and takes a moment to pause and come back to continue writing this
report).


The Google Manifesto is what started these incidents at UI because Alexander
Cerjanic said I was not qualified to be in Brad Sutton's Laboratory on the very
first day I met him and literally immediately after he introduced himself and told
me his name. The conversation was literally immediately that he did not want to work
with me because he thought I should not be hired to work there and that he did not
want to be forced to train me -- implying I would be some burden to the lab because
I am a Woman --- he told me that he supports the Google Manifesto and that he does
not think I should be in the lab. He continued to harass me everytime I went to the
lab and it was scary -- not because I am a wimp but because it was scary. I have
worked in a lot of labs with people who I assisted in doing surgeries and measuring
from electrodes in a single neuron to study behavior etc. I have worked with lots of
different animals and people... and Alexander Cerjanic's comments were.... he might
not realize how scary he is. I actually believe there is a misunderstanding about
the Women's Issues and despite some of the comments in the Google Manifesto, perhaps
the Google Manifesto Supporters would actually support me if they understood what
was going on. They might support all/most of the women reporting about these
incidents.

For exmaple, people are saying that Women are being given special treatment because
they're women and it's not fair at the workplace. David Pfau tried to cheat on my
Google Exam and I refused to use the cheating he did. I reported him. I am sad and
not trying to get David Pfau in trouble, and I don't want him to be mad at me. But
what am I suppoed to do -- I could not take the Google Exam properly because of
David Pfau and I don't want to be given special treatment, I don't want to cheat,
and I dont want to be entrapped by David Pfau's cheating and crimes. I wish he
hadn't done this so badly. When I was trying to study for the Google Exam David Pfau
who was managing my Academic Project (unpaid Internship) with Google DeepMind /
Google demanded that I go with him on a trip. I told him I did not have time and I
was busy studying for the exam and I was a full-time PhD Student and can't go on
vacation. He pressured me repeatedly over and over as I said no. Finally I agreed to

FED UI, STATE IL

go but did not want to go. On the trip he made it impossibe for me to study and he used alcohol to rape me. I was unable to stop anything and I was .... never the same again. I did not even have a working cell phone and I had to continually borrow his. I did not have enough money because of my stipend and other expenses to go to a Google Symposium for the project we were working on, to even pay for a car to leave the remote area he took me to. He had been complaining to me about British Women and how he was unsuccesful in trying to have sex with women in London. He complained about their eye make-up and how he wasn't successful with them. He then updated me later about how he was having more success with the women in London because of the money he was making from Google -- he explained that the money was going over very well with the women because he could pay for a towncar service. I did not think much about these comments until he rented a car to force me against my will to go to a remote area of England on a vacation I did not want to go on and did not have time to go on because of my studies and Google Exam. (Pausing... I do not know how to warn people about what has happened...) He also told me about another woman who he said was his girlfriend and he disparage her and spoke poorly about her because he said she was "anorexic" and borrowed money from him ($300) and still owes him the money to this day and never paid him back. I thought it was an odd way to talk about someone you've dated and it is weird to list characterstics of a person that imply suffering and disadvantage as if the person themselves is a bad person because of these things. He also told me about a Woman he had sex with in a bush on the day of Graduation at Stanford University..... it was an odd story and I don't know why any woman would want to have sex in a bush.


David Pfau says his mother is best friends from college with the owner of Playboy, and he says that his family works in Parliament. I don't understand why David Pfau behaves this way and why he doesn't understand that his actions are scary to women and that I did not want to go on this trip with him and I told him so repeatedly. It seems almost as though he has a hatred for women. When women refuse him he hates them. And holds resentment, as some other men do as well, towards women for not wanting to have sex with him. It seems like he is copying behaviors of men, perhaps, who he has seen around him. And perhaps frustrated that it doesn't work for him... or feels that it is working for him but actually maybe ALL the Women (even the ones his friends are bragging about???) do not want this to happen to them. Why would a person endure this treatment from men... why put themselves in this situation... because we are work colleagues and there is no way to navigate the situation. There is no way to leave the situation without the person becoming so mad that it destroys your entire career. They then USE THIS against the women to say the women are using the men for resources -- the men try to say that the way the women handle entrapment, rape, physical abuse (men do not view rape as phsyical abuse for some reason, according to men), THREATS made by the rapist, that they are not handling these things well. And people try to say that the way women handle these situations makes the women responsible because the women are trying to gain something from the men using sex... the women in my belief based on my experience are scared of losing the jobs they have, scared of losing the internships they have been given already, scared of losing their PhDs and careers that they have rightfully earned. Then there

Page 7

FED UI, STATE IL

is a stigma about reporting Sexual Harassment, because people seem to have a prejudice that women who are Sexually Harassed do not deserve the opportunities that they have been given by people Sexually Harassing them, or during the Sexual Harassment. For example, David Pfau wanted to work with me at Google and because I reported Sexual Harassment, people now think David Pfau only wanted to work with me because he was trying to have sex with me and therefore views my skills and work with bias. People seem to say that because David Pfau was attracted to me sexually he only gave me opportunities to work with him at Google because of the Sexual attraction etc. This seems bizarre to me. I was a PhD Student at the time in Computer Science with a Masters from a Technology program at NYU. People tend to refer to NYU as a "downtown school" -- meaning it is not an "Ivy League" and it is more "Diverse" than Higher-Up, more pristigous, Ivy League, Competitive Schools where smart people and the best of the best go to school.... I find this offensive. Especially since my family has a lineage at Columbia University, an "Ivy League" School where David Pfau went. I was offered a position in a PhD program at Columbia University BEFORE I even met my ex-fiance (an immigrant in America) who told me to go to NYU ITP instead. I passed-up PHD opportunities at Columbia to go to NYU and I am now being victimized with prejudice. I was also offered an off-record MFA at Yale University, also an Ivy League, but I passed it up because after attending lectures, critiques at Yale I was not wanting to be in a sexual harassment environment, and I noticed one student dating the professor critiquing her, and other students gossiping with me about her because she was drunk at a party and seemed extremely upset and not doing well. Ostracized by the rest of the students when she might need help, because she was dating a professor -- and I supposed people think receiving "special treatment" or unfair evaluations because of this dating arrangement. I saw this during my visit and felt that it was unfair for the woman who was clearly going through something and did not seem to be doing well. It seemed to be the responsibility of her peers, friends, colleagues gossiping about her to help her so she would be okay, but instead.... it seemed horrible and I did not want to go there. I also NEVER applied to Harvard University, where my family also has a lineage and my cousins went there -- because my friends from school applied there and from our program got into Harvard and I applied to other schools... I am now being portrayed as a Woman who went to a downtown, diverse school because she HAD to go there... I don't see anything wrong with going to this school... and I dont see why this would make a difference in my career or the way people assess my CV or Portfolio, or WHY David Pfau is considered to be DOING ME A FAVOR by working with me at Google. Because, as David Pfau pointed out, "Stanford is trying to be an Ivy League" -- it doesn't count as an Ivy League because it is new and only has it's fame because of Google, and Columbia University is a real Ivy League... apprently these things matter to some people. Or people around these people make these things matter... and these assessments are crucial to peple's careers and getting into an "Ivy League" is a make or break situation, a situation where people either have a career or dont have a career -- where people are believed to be smart without even needing evidence or people are believed to be stupid and needing "special treatment" or don't deserve to be in the top, Ivy League-level jobs... (And when I arrived at UI, I was told off-record by Professors that UI would be easy for me and I would do very well there because it is a "State School" -- meaning publically funded and

FED UI, STATE IL

because I went to Private Schools and worked in Ivy League level labs... and I reported this person...) The arrogance of the Engineers that I worked with is so unbelievable -- assumptions were made about me and about my apparently being "responsible" as it was said for these things happening to me -- people tried to say I don't deserve to be at Google and that I have an "Unusual Background" apparently to be at Google.... I wonder why that would be. I worked in Film and I worked proudly on America's Next Top Model and I was proud to become friends with models when I lived in NYC and tons of my friends are from the "Entertainment Industry", as people refer to it. I dress in a different way than other women working in STEM (as it has been pointed out to me repeatedly, illegally, off-record in bullying, unbelievable comments about my outfits, my lack of wearing glasses like all the other "nerds" wear... and my hair, my hair color... etc). Why would I wear glasses to try to make myself look smart or give myself an unfair advantage over other people who can't afford glasses? I don't need glasses but I was told repeatedly that I needed to buy some for my jobs in STEM.... jsut why? And my hair color is a problem for people working in a field where Blond Hair Dye is not a problem. I dyed my Hair Red with all-natural Henna Hair Dye from India because it is good for the hair and it stengthens the hair follicles and gives it a natural sheen, as opposed to chemical hair dyes that strip the hair coating and damage the hair horribly. But for some reason blonde hair dye, with man-made chemicals, is an acceptable hair color throughout Silicon Valley and University of Illinois, but NOT in New England where I had been living for quite some time. My dress, hair and the way I talk -- my demeanour, my aversion to certain man-made chemicals and my medical treatments are different than other cultures, as people have politely bullied me about in these positions. I wonder WHY I was targeted and not other women. I wonder WHY men thought they would get away with raping me and entrapping me but would not get away with it if they did this to other Women -- I wonder why the Men thought I was "asking for it" or that I would be okay with their mistreatment and abuse of me.


And I wonder why nobody in certain social groups believed that the men were responsible and just ASSUMED without ANY evidence or facts or details whatsoever that I was guilty of using men or trying to get a Free-Ride into Google or other positions / resources etc.

I beleieve that the Writers of the Google Manifesto would support me if they knew the Facts and details and Evidence of my Case. And I believe after speaking with people off-record (sworn to secrecy) that it would be believed if I were allowed to share this evidence, the facts, details of the case and the events. I believe people at UI would support me if they knew what happened and so I am trying to file my case with all the facts and evidence etc.

I have submitted a Motion for a Supbeona for the Full Evidence from UI so we can all review these events together in an unbiased setting with a Jury and Judge and a fair Judicial Process. I believe there has been a LOT of Heresay and gossip and rumors and assumptions made about me etc and I believe that people would not be attacking me and might even thank me and other women for reporting people who are ILLEGALLY

Page 9

FED UI, STATE IL

trying to use their jobs to get sex from women who DO NOT want to sleep with them. The whole thing is horrible - so horrible - WHY are they doing this??? Why can't they STOP doing this? How can we help them not do this to women and to understand what they are doing is wrong - maybe they need to hear more about what happens to women after they rape and harass the women, and maybe there are other people doing these things and making it seem okay to do, and making it seem like a necessity to do this in order to be a "Man" or be "Successful" or show that you are "successful".... I have no idea what these people are facing but maybe speaking about it in a setting where they are NOT going to be punished, and they are NOT going to be fined money or anything bad. Maybe this would help? So People can see what is happening and try to simply stop this from happening and correct the parts of our culture and system that are making this happen, training people to do these things, selling women clothes and hair dye that is not appropriate -- OR training people to SEE each other and the clothes and hair and actions and behaviors as MEANING something that they don't mean. Maybe the people mean something else by these things and everyone is misinterpreting each other. ???


I believe that people who wrote the Google Manifesto would support me in my reports because when you see the evidence and the facts, and learn about the events I am actually (and so are other women) reporting men who are trying to give women special treatment BECAUSE the men are trying to get laid and the women DO NOT want to have sex with them.

So punishing the women for reporting and stiffling the women's reports is continuing a system of abuse against the women -- a System of Abuse that is so unecessary I don't understand even WHY the men are doing this, why David Pfau would do this... it's just unbelievable.

For exmaple, BEFORE David Pfau raped me in England he made attempts to rape me before and I was not even fully aware that his intentions were rape because I had never been raped before and did not understand what he was doing. One time he asked to stay with me in NYC December 2017 and I said he could not because there is only one bed in the apartment. He demanded to stay with me. I said no repeatedly. He then asked to leave his bag at my apartment and (I might be stupid but I caught this tactic) I said... wait a minute if you leave you're bag at my apartment, then you will want to come back to my apartment to get your bag and it was New Year's Eve and I was going to parties and he was going to parties. I told him NO. I don't want you to come back to the apartment to get your bag after the parties because it will be late (New Year's Eve) and I told you already there is only one bed and I don't want you to stay here. He then insisted yet again and LEFT HIS BAG. IN MY APARTMENT. AFTER I SAID NO SO MANY TIMES. Why am I putting myself in this situation -- WHAT AM I SUPPOSED TO DO????? He is claiming to have nowhere else to leave his bag... and at the time we were both visiting NYC on vacation from England. I allowed him to leave the bag --- Am I now responsible??? Because I allowed him to leave this bag... I don't know what to do and he is FORCING his way into my apartment against my will. People seem to say that because I did not throw his bag and him out of the apartment

Page 10

FED UI, STATE IL

and create a horribly awkward social situation with him where he will now be mad and possibly homeless and unable to find a place for his bag -- now I am responsible. So he left his bag and after the parties he wanted to get into a cab with me and go back to my apartment to get his bag... obviusly trying to stay with me after I said no repeatedly. I pulled a friend into the cab with us. I then had to surprise David Pfau by jumping out of the cab with my friend, throwing the keys to MY apartment into the cab through the window (because I quickly closed the door after me so he could not get out of the cab to follow me) and I sent him off. I then stayed at my friend's apartment so I would not have to return to my apartment and deal with David Pfau pushing his way into my apartment and forcing me against my will to share a bed with him.

When David Pfau was successful in his attempts to rape me in England, people blamed me because they said it is my fault for putting myself in that situation where he was able to get his hands on me, rape me in a secluded area of England. What is wrong with people and why are you doing this to women --- why are you joining in with the men to help them rape women and help them abuse the women so horribly after the rape that they are unable to report, physically unable to report, so frightened to report, and physically so afraid to report because of your judgements, criticisms, commments, attacks against them, evidence supporting people who rape using the damages from the rape itself to undermine the reports. Why are you helping rapists rape women??

Women who experience anxiety from being physially abused (rape is physical abuse) and are then not believed because the symptoms of anxiety and symptoms of being abused and rapoed make them look "crazy". Men who are abused experience the same symptoms. These men are also attacked by society and pushed down to the bottom to suffer. People misportray them as threats and use the symptoms of their abuse to say they are dangerous or crazy or bad people, or unsuccessful -- it's happening because they are bad, or deserve it or are poor and it's teir fault for being poor and unsuccessful etc. My Step-Father worked in an abusive job where he was a blue-collar worker and welded giant ships in a ship yard for a living and the abuse of the job changed his body. He suffered an onsite work injury where he almost died... and would have died without modern medicine. He was victimized and abused by people so horribly because of this injury that he ended up homeless at one point. People blamed my step-dad for his anxiety from being abused and from nearly dying and having life-altering physical injuries from his onsite work injury. And what you are all doing in society is wrong. And you need to stop doing this to people.

And so you beg people for help but cannot explain fully the situation or if you do people then blame you. "Why would you put yourself in that position?" Nobody will ever believe that you are not responsible for the man raping you because you put yourself in the position where the rape could happen to you. I personally have never taken Birth Control in my life because I do not believe in Birth Control and because I did not want to alter my body for a baby. I had also never been raped before. And most women report being raped in College -- when I was in College I avoided situations where I could have been raped by not going to ANY parties and by not

Page 11

FED UI, STATE IL

drinking and by having money to pay for my own car and gasoline to get me to and
from every event I went to, so that I was able to leave when I wanted to leave and
get home safely without needing to ask anyone for help, and without needing to rely
on people to help with transportation. Rape forces women to murder babies and
endanger their bodies for future babies they want to have. Rape is physical abuse.
Not all sex is physical abuse and this seems difficult for men to understand -- the
medications from the aftermath of being raped and the medical "treatments" also
cause irreversible, horrific damages. I have tried to become a Doctor and help with
these issues as a Scientist but people are pushing me out and firing me illegally
and bullying me and not allowing me to help resolve these issues. if you will not
work with the people who are ebing abused and victimized, the HARMED people who you
claim to be helping then none of you should be Doctors. You refuse to work alongside
with the people you claim to be helping for all the reasons in the world and none of
the reasons make it okay. You need to work with the victims of these incidents you
claim to be helping and treating so they can have a complete control over their own
treatments and medicines or you are exploiting, victimizing these people and doing
it to the very end of their lives -- victimizing them by taking data from them,
using their suffering for your careers and using their victimization to fdevelop
"help", "treatments", "cures" etc that victimized them even more because you ahve no
idea what is happenig to them. If you do not allow these people to work alongside
you as Doctors you should be fired and shut down because of your abuse,
experimentation on Human Beings who are suffeirng. And for picking apart, taking the
very last you can from epoplem, the last valye to you even as they die after death,
you study them and use the data for your profit.


WHY CAN NOBODY REPORT DAVID? WHY AM I SO AFRAID TO REPORT TO THE POLICE? What do you
mean you have "family in Parliament" and why was my Student Visa blocked by the Home
Office in England so I was unable to return to my studies or ANY of the many other
PhD Offers I was given from Universities in England (Over 4 different Universities,
some with FULL FUNDING FOR MY PHD).


------


I was bullied by people at Google who also graded me down illegally because they
said the only reason I was at Google was becase of David Pfau. I was not using David
Pfau, or Men, for Resources -- Men were using resources companies and schools have
given them to force me to have sex with them and I did not want to at all. The Men
see this as a form of dating --- they see STRATEGY as a form of dating. THIS IS NOT
DATING. THIS IS NOT SOMETHING THE WOMEN WANT. The Women might seem compliant because
you are holding them under DURESS. I think this is what Women mean by a "Power
Position" and they are not lying.


If men want to be a knight in shining armor and help women in distress, DO NOT

Page 12

FED UI, STATE IL

DEMAND SEX. This is not Knight in shining armor behavior -- I do not understand how these men are even thinking women want to have sex with them while they are in a desperate, horrible situation and the men offer to help them. Because, perhaps you do not mean to do this, perhaps you do mean to do this -- perhaps it is a premeditated act or crime, perhaps you knwo that this works to get women to have sex with you for helping them. But this is liteally Prostituion -- it is forcing women to have a sexual transactional relationship with you, where you give them something and then ask for sex as a payment....... this is the MOST horrible, HORRIFYING, unbelievable, worste thing I have ever experienced in my life or ever been exposed to -- it is so scary and then to be blamed for this happening to you, and nobody wants to help you and they attack and fire you -- it is horrying and scary and horrible beyond imagination. The punishments from the entire system and from everyone that the women in these situations endure because fo these men's actions that they think are innnocent are so bad. People end up homeless, unable to pay for bills and buy food. Nobody will hire them because of what you do. People offer jobs and then they revoke the offers after hearing gossip about you. They are afraid to hire you because they don't know if you're responsible for the act or not and they don't want more trouble. They don't want to hire you because they are afraid of being retaliated against by the people the women reported -- the gossip and character defamation the men do to the women to justify their crimes to the women, to make it seem like the women "deserve" it or "asked for it" or put themselves in that position, etc then makes the people who hire you look bad. You commit the act and then that's it for the men, they never see what happens to the women afer -- it is a system of horror so bad...


The reporting process is so abusive. The women are not even able to get the report out. And as I try to now do my legal documents and do an official report, I am unable to report in a narrative I want -- memories of the horrible abuse from people threatening me and harming me for reporting stop me as I try to write what has happened. And I even try to downplay what the men did to me because I am afraid of them abusing me again. And I am afraid of people around me abusing me because they blame me for what the men did to me. So if I tell people what they did to me in my reports, I will be abused again. They did this to me at Google and they did this to me at University of Illinois. Some people who I tried to get legal advice from and hire them to help me write my reports were alos abusive -- and I was not suing for money --- NO MONEY was asked for and I explained this to the lawyers. The lawyers spoke about how to sell the story to a Jury and about my believability factor and judged me without reviewing the evidence from my case, just based on seeing me in-person, or sometimes speaking over the phone or reading an email. So I have been kept from having Rights in the United States to even share the facts and Evidence from my case, or even report the events that have happened because the people who's jobs it is to take these reports have attacked me throughout the process and refused to properly take the reports, they have edited what I told them in favor of the University or Company to protect from "legal liability" (email evidence that they used this term "legal liability"), and they have even created misleading time-stamped papertrails in favor of the Defendants along the way, editing what I

Page 13

FED UI, STATE IL

said so that the time-stamped evidence doesn't reflect.

I had people approach me off-record and in appropriate non-threatening manners where they proposed we try to organize discussions where people could openly talk about the Google Manifesto, and other issues. I was completely open to this and thought it was a good idea and offered to help, but my Women's Non-Profit was shut down by Martha Gillette (UI Director of my PhD Program, Neuroscience Program and Biology Deparments) and Alexis Thompson (UI Dean). I am not opposed to discussing issues with people but I have never been approached to discuss these issues (or bullied with these types of issues) while I am trying to do my job at work. This is new and I can't do my job when people are demanding I respond to them about political issues. I don't understand how this is allowed at schools or companies because it ruins the workplace for everyone and nobody can get their jobs done.

I want these issues to change and I support everyone fully. I wish that we could all work together to fix these issues. I do not want David Pfau to be mad for me reporting facts, I do not want Zuofu Cheng or anyone to be mad at me for reporting facts. I am scared of all of you and please do not do anything to me for reporting these issues. I was forced at Google to report David Pfau and email evidence proves I did not want to do it. I was afraid to report Zuofu Cheng and Title IX forced me to report -- there is also evidence to show this. I believe that the system of reporting needs to be fixed immediately with everyone working to fix it so that these issues stop happening, so people can report issues where they need medical treatment after physical abuse and people do not lose their careers and are not punished or blamed for the events. It seems that this is a very longstanding problem for people around the world and we have not figured out a way to resolve these types of issues. I just do not even know how to file this case at all. The case needs to happen but there is no way to report these issues and fix them without people getting mad and attacking you and getting revenge. Please help correct this reporting system so people are able to resolve these issues and live peacefully.

I am not trying to single-out Google in any way (I actually have great admiration for the Founders of the company and look up to them as role models). It is a problem for companies of all kinds, for that matter, and so I just do not want people to think this is an attack or a reflection of the company itself. Women everywhere around the World are experiencing sexism and harms, and it is shocking to grow up thinking I am allowed to do anything I am capable of and to then graduate from school and realize this is not possible because people try to rape you and harass you and are prejudiced against women. This is a problem everywhere and I am so confused about why these prejudices or stereotypes about Women still exist today. There are so many Women everywhere who have proven that they are capable of doing all types of jobs people say that we are not capable of doing. Many of these Women even do them better than other people, and perform at the highest levels. I hope to have the opportunity to continue in some capacity to help people in my career, and

FED UI, STATE IL

that the issues presented in these cases are resolved -- my resolution is to undo
the false records used to attack me, for example adding my grades that professors
said I earned at UI to my record so I can have a normal record and not be punished
for enduring these physical attacks, physical abuses. The men's careers are still
intact and so I do not understand why my career would also not be intact -- there
has NEVER been a review of the facts, ALL the facts, the Evidence and the events
that transpired. I have been shut down and bullied etc everytime. And the people
involved in this issue and case may or not have suffered a lot already - Defendants
below will hopefully help resolve these issues, as the Google issues cause and lead
up to the case, frame the case and are motive for Zuofu and Alex and others for
their acts against me but are not a central component of the case. Thank you!


                                        IN THE UNITED STATES DISTRICT COURT
                                        FOR THE NORTHERN DISTRICT OF
ILLINOIS
                                                EASTERN DIVISION


\

Rose Meacham                                        )
                                                    )
            Plaintiff (treated like a Defendant     )
due to counter-charges as part of Retaliation for  )      No. 23 C
2704
reporting)                                          )
                                                    )      Judge Jorge
Alonso
                                                    )
v.                                                  )
                                                    )
UNIVERSITY OF ILLINOIS,                             )
STATE OF ILLINOIS (and other Participants therein)  )
PARTICIPATING BODIES,                               )
                                                    )

FED UI, STATE IL


There is not enough time to finish outlignin this formal document, as my computer is
now printing and I can only drop this off... I will finish everything next week!


-example of student asking me for help after she was raped at UI

-donations I was given by Google (valued over $200,000), from Adobe (priceless
equipment and editing software, Adobe Suites), and discussions of teaching guidance
from NYU (one of the premiere Film Schools in the country). All for people
In the Community at Urbana- Champaign and
elsewhere - local people Unable to access these
resources, Shut down by Medical Doctors,
Scientists at UI. Martha Gillette, Alexis
Thompson (Dean) etc. UI Administration.

FED UI, STATE IL

During my time in New York, I was part of conversations where discussions were had
off-camera about helping Doctors with the PR, or Public Image and reputation due to
the history of bad portrayals of doctors such as Frankenstein or the very public
laws that the USA was forced to pass to stop the Medical Community from
grave-robbing. There were efforts being made to change the public image of Doctors
so that the American People are no longer afraid of Doctors. I was part of these
meetings and worked on many of these films, but it was weird that I was reprimanded
by University of Illinois who asked me to do Science Communication for UI, when I
asked questions about possibly harming the subjects or patients in an experiment.

MIRACLE VERSUS SCIENCE

If I were to be allowed to have this Trial I would ask some of the people involved
in these incidents such as Brad Sutton if he believes he is doing work Jesus wants
him to do. I would ask Brad Sutton where he gets his ideas -- where does his
creativity come from -- and where do the solutions to problems people are facing
come from while he is working. Everyone has a process and I am curious to see how he
develops his cures, solutions for people's problems.

Brad Sutton said he is working on projects to save the lives of Children. And I
commend saving the lives of Children, obviously. I am concerned about some things I
was told about and I wonder if the other universities involved in some of these
projects have the best interests of the American people in mind or if it is
motivated by something else, even ego. I believe that Doctors face a number of
temptations and challenges as Doctors while they work on their projects -- they are
forced to set aside ego all the time, to set aside political views, to even try to
see all people as equal patients so we can save the lives of EVERYONE and not
selectively save people's lives or use our power to harm people, accidentally or
intentionally. I am curious about all of the Doctors and wonder if they believe in
God. And whether they view their work as a Miracle, or if they believe God would
want us to be doing the things they are doing.

The USA says that it is under God. Everyone in the Country therefore believes in
God, I am sure, and I wonder how they deal with this as Scientists, Medical
Researchers, where it is the people's jobs to harm living creatures and perform
scientific acts that seem to be trying to develop knowledge that is beyond us. I
believe the American People need to be more involved in deciding what types of
Scientific Work we do, what types of Medical Research we are doing, the cures we are
working on. I believe that People would shut down most of the things that are being
developed right now and that many things are not even saving lives. Many things are

Page 23

FED UI, STATE IL

"HARASSING" PEOPLE BY REPORTING TO THE POLICE, AUTHORITIES

I was threatened by UI Student Mickeal Key that reporting to the Title IX Office
about the crimes outlined in this case is against Jesus and I was frightened. To be
bullied with these types of statements while I am trying to cooperate with the
Federal Government is so horrifying I believe it goes beyond "friendly advice" and
made it extremely scary to enter into this process -- I was raised Christian and I
believe in Jesus, but I do not know about this quote that Mickeal Key was
threatening me with. The Title IX Office is a legacy of the Bush Administration and
other Presidential Administrations (including Obama) -- as a White Woman who was
raped by UI Professor Zuofu Cheng, I cannot understand why another Woman like
Mickeal Key would block me, attack me, from reporting these crimes to Title IX. The
Laboratory in question, which has been accused of Fraud is Mickeal Key's Laboratory
and at the time of the Threats Administrators told me off-record they were trying to
shut down the lab. Mickeal Key's Moderation, or Qualifying Exams for her PhD were
coming up and it is extremely shocking that Mickeal Key would try to shut-down my
reports by filing falsified lies about me with the OSCR on-campus at UI.

---

I was asked off-record to work on Science Communication projects. In the past I have
worked on these projects and a lot of edits and footage has been cut out of the
final version released for people publicly. Some comments about fetuses in Genetics
Labs that as a Woman, I remember to this day. I would say that this is a Media
Campaign and not Science Communication. Something that disguises the truth and does
not reveal the true statements or nature of the people being interviewed -- it
functions more like an Advertising Campaign than sharing information with the
General Public about Science. When I spoke with some of the Doctors at UI and asked
a single question like I would normally do, I was fired and/or job offers were
revoked. This is extremely scary.

As an Alumni of NYU I have been trained to work on media and I have experience
working on films and TV. I would never use this training to create fraudulent
reports about Scientists to mislead the American People watching.

Page 22

FED UI, STATE IL

This is a System of Harm that people are REFUSING to correct because it enables them to get rid of anyone they need to. I happen to be reporting crimes of extremely powerful people in Illinois etc and these unfixed Systems of Harm are making it impossible for me to finish my reports -- this corrupted way of doing business to cover-up your petty crimes might seem like a small crime to the criminals, but aside from being INHUMANE and extremely physically painful and dangerous, it is also making it impossible to save the lives of the people in Illinois and elsewhere. For some reason people in Illinois who are in positions to correct these issues are refusing to do so - Government employees are just doing their jobs to dismiss valid reports of Threats to Human Life everyday and it is their jobs to correct these issues to save the USA Citizens. Nobody is taking their jobs seriously or understanding the impact of all of these petty crimes. My friends who have a lot of money and power in other areas are impacted by these Threats to Human Life, so are the rich in Illinois, and so are the poor. Nobody is able to get out of being impacted by Medical Malpractice, Scientific Fraud, Data Fabrication, Product Fraud, Services Fraud and more. The fact that I was intentionally denied services and harmed by UI -- UI allowed a Professor to rape me and denied me proper services and medical care -- is absolutely apalling and this Onsite Work Injury form of Retaliation could be used on ANYONE.

This needs to be stopped in Illinois and this is just not okay.

People are so frightened of the System of Harm in Illinois and of the illegal "Push-Out" System used against people who report crimes that multiple Doctors I spoke to at UI are afraid to report Scientific Fraud, Medical Malpractice, Data Fabrication and more. I reported these crimes to NIH, NSF, Ethics Offices at UI and I have been retaliated against and "Pushed-Out" illegally from my positions as a Doctor-In-Training.

I am asking that the Courts review the evidence to determine what is illegal about this "Push-Out" System and address the points I have outlined where the law clearly states this is not to happen.

I hope that my lawsuit will be supported in order to prevent, shut down these harms to people who are trying to WARN THE AMERICAN PEOPLE about Threats to Life and harms to their Families and to Them. Scientific Malpractice and Fraud impacts everyone.

Page 20

FED UI, STATE IL

move from the locations to work in another area that is safe, due to retaliation and harassment for reporting. I was told at UI that the Federal Government doesn't have the jurisdiction to help me on-campus and that it is up to UI, however UI engaged in the retaliation as well and so I was harmed horribly. I believe it is irresposible, negligent and horrible to harm people reporting - I believe that schools that engage in these behaviors should have their non-profit status revoked because this evidence proves that they are harming, and endangering the lives of their Students as opposed to helping, followig the laws, helping the government protect Students' Lives, and ensuring the Safety and Well-Being of everyone on-campus.

I believe my report is very serious and important as we work to protect the lives of students on campuses, and workers at companies, because I believe the System or Reporting possible Threats and Harms is itself so harmful to the people reporting that I believe people are being created by the System to be Criminals and to harm. I believe it is extremely serious and that people need to try to fix this System of Harm, or Dysfunctional System.

                        FED UI, STATE IL
        Defendants                                    )


I know that these issues outlined in my case are extremely important to people in
Southern Illinois, where these incidents primarily took place in Illinois. People
living in the area spoke to me a lot about the problems they are facing there - such
as being priced out of their homes and quality of life, and being forced against
their wills to work in jobs like driving Ubers and other technology-based jobs or
small jobs that sound like it was not necessary before. I believe this is a State of
Illinois issue and that the people in charge of running the state need to help
correct these economy-driven problems where perhaps the University of Illinois is
destabalizing local economies in Southern Illinois.

People in the area were extremely nice to me. Helping me with my groceries and
sharing personal stories with me about their lives. The incidents that occured (i.e.
the sexual harassment, rape, and medical malpractice, Scientific Fraud, etc) are
extremely concerning to me. Many of the people who attend the University of Illinois
are from Illinois because it is a State-run school. I am new here and not familiar
with local politics and I'm not familiar with all the issues but I definitely see
good people who are in need of some help from the government in Illinois. I believe
Medical Malpractice, Scientific Fraud, Labor Law Violations (exploiting local people
for free labor, and exploiting medical doctors-in-training to the point they lash
out and are irresponsible with their positions) is extremely serious.

My case shows incidents such as a man (who identified himself to me as being "gay")
lashing out at me during my first time meeting him at work because I am a Woman and
he does not want to work with a woman in STEM because he does not want to train me
and assumes I am unqualified -- the project I was working on is helpig to save the
lives of Children in a Hospital. He interrogated me about my views on Google
Manifesto and told me I have to support it - that he supports it and does not
consider my CV valid because of favoritism towards women in the tech-industry
(Google Manifesto), etc. I believe this type of disregard for the local people in
the area is so apalling and outrageous people need to get involved. I believe that
as Doctors we have a responsibility to our patients -- a responsibility to put our
jobs to them first, and not engage in gossip or even political discussions while we
are at work. I believe we also have a responsibility to report Fraud and other harms
to people we are serving and I have tried to do so.

Due to this man's actions I was illegally removed from my job, contract fraud was
committed and people blocked me from working on a project that is time-sensitive, to
save the lives of children in a hospital by developing better techniques to do so.
To be raped at Google, to report the rape and then retaliated against and victimized
constantly since these reports -- this is a horrible thing that should not stand in
the way of my career, or then both parties should face consequences and punishments
for the acts reported.

                            Page 16

FED UI, STATE IL

Military Projects but they are designed for the Consumer. **Everyone is working on something that is something else.**

I was told by countless people that they are unable to report even Labor Law Violations and that they are worked like "slaves" throughout the technology industry and Scientific Fields - my ex-fiance is an immigrant to America and told me about how horrible it is for people who are here on Visas and cannot afford to lose their jobs. He told me that most of the people working in Scientific positions are in fact immigrants and cannot afford to lose their jobs or they will lose their positions in the country.

I personally experienced how difficult it was working overseas in England on a Visa and being retaliated against for reporting so that I was actually banned from a Student Visa in England and lost my entire Apartment and Storage Locker in England etc. The types of sexual abuses that occur in these positions are also horrible as I reported overseas at Google and I witnessed happening to Women in Silicon Valley, and from people reporting to me.

I have worked in Genetics Laboratories previously and I have heard the comments people make about the babies. And I have been trying to make sense of the way Scientists view their work -- it is not a Miracle, it is Science, and I am wondering if we are allowed to do the things we are doing. I am having a difficult time with this after the incidents that I have tried to report, I am trying to report, and I hope that the World does the right thing please.

It is extremely scary to report crimes in Science and to have people retaliate against you. It is extremely scary to try to make sure the work we are doing will not hurt anyone and to then be punished by the Scientists who are training you, who offered you jobs / hired you - to ask questions about throwing out data and to point out possible harms and be punished. People speaking off-record to make sure you are okay with harms to people.... and then being fired. It is scary to have colleagues turn against you while you are reporting because they stand to gain from shutting down your reports - a University that is dependent on Scientific Funding and donations that claims to be saving people's lives but stops anyone from reporting something that would require investigations into their labs. Or would document the harms to students and people on-campus.

The same thing is happening in industry at companies and eople need to support each other as colleagues when they are reporting - not be hung-up on silly small-minded concerns about looking bad or having someone report harassment, rape etc. It isn't about these issues at all, it is a safety check to help make sure people are doing the things they need to do to do their jobs properly. And if people are not able to undergo these reporting processes they should not be in their positions, because it is a necessary part of the job to improve ourselves and do better.

I was also accused by Mickeal Key of doing Eye for an Eye by reporting Threats to

Page 25