Motion
Meacham vs University of Illinois, DeepMind, Alphabet, Google Inc, UoN?

September 6, 2023

Dear Honourable Judge Alonso,

I mentioned this in previous documents - I am working to have funds to finish printing everything and I am wondering if it is possible to file this issue(s) as separate cases so it is not as overwhelming and not as financially burdensome

Thanks for reviewing these documents. And is it possible for your Honour and/or the Court to help Subpeona the evidence I need to file everything properly please? I am not a lawyer and therefore they will not allow me to do so.

— Rose

**FILED**

SEP 06 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT