EW

Federal Case: 1:23-cv-0270
4

Meacham versus University of
Illinois, et. al.
Google, U. of N,
(alphabet),
Google Inc.
(DeepMind/Google)

**FILED**

SEP 06 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

"Defamatory"
Facebook Posts

Requesting a Judge
and Jury to decide
if a Rape Victim,
and Victim of Hacking,
(IP Theft) etc. is allowed to
post about these
issues to my Social
Network of Friends
and review please the letters
from UoN threatening me on
behalf of this male student with
academic, career punishments and more
Unless I stop reporting these crimes and
stop trying to save the lives of other women etc.

I believe I was
the victim of "defamation"
and the post, as you
can see, is reporting to
my friends on my private
social network that I was
victimized with defamation
that is ruining my career (and more)
and it is weird that the
student who reported me is
talking about the "defamation"
I was victimized with, but
he does not seem to view
me as a victim and does
not describe the rape, sexual
harassment, physical assault,
property theft, character defam-
ation of me as victimization of me
- it's as if he thinks I should get in
trouble for being victimized and talking about

Secondly I'm interested in improving the reporting systems and ways for handling rape, sexual harassment, physical assault when they happen —

My case proves with evidence (evidence Supbeona) that if women don't talk about the career damage, harms done from everyone in the victims' community to the victim, and the incidents of rape, sexual harassment, physical assault etc. then more women are raped, etc. and nobody understands what

the women are going
through, the Proper Authorities
are unable to develop
better systems to help
and handle the situations
fairly — and I believe
the people committing the
crimes of rape, sexual
harassment, physical assault,
etc. might not understand
what they are doing wrong,
and they would then
continue to commit the
crimes because people
are silencing the victims.
More victims are created
and suffer horribly, because
you silenced the victims — the
victims even include babies.

the victimization I was enduring,
and the crimes people committed
against me.

I believe this is illegal
in England and in the
United States of America —
and impeding reports about
crimes, threatening people
trying to report the crimes,
and punishing the people
trying to report the crimes
violated too many laws
to list in both England,
in the USA, and other
countries impacted by these
crimes.

As you can see from the evidence included:

The entire letter from the University of Nottingham shows that they punished me academically and in my career for trying to report these crimes and I don't understand why because I believe British Authorities and American Authorities etc were unable to properly investigate these crimes or even do anything to ensure the safety of the women etc, in England and the USA, because I was being punished, threatened, silenced while trying to report these crimes to make sure they don't happen to somebody else — my case case shows evidence that these crimes have already happened to other people.

I believe the punishments that were given to me after these threats from this Student at UoN, are illegal — and I believe it is illegal to come to a subjective decision, ruling about "defamation" and silencing a victim reporting crimes, without proper processes followed first regarding said crimes etc., and without a court case with a Judge, Jury etc. to review these charges and to determine what the ruling should be.

Furthermore, I believe the crimes I'm reporting are also illegal in the Bible, Religion - although this is probably determined not in court / or maybe Courts do uphold the laws of the Bible?

I am not a legal expert and I am trying to get access to legal advice or information about my rights ... hopefully my submissions help the Courts determine what to do and maybe UoN's lawyers will help us with British laws as well, because obviously I don't know those at all, but hopefully this International Lawsuit will help.

UoN Michel Valstar -Colleagues

Regarding Facebook Posts about the Rape Incident, Sexual Harassment, Hacking, and other incidents that I was discussing privately with my friends to address these situations, I do not understand why one of the people harassing me at University of Nottingham found these posts objectionable.

There are a number of posts about these sexual harassment incidents, rape incidents, hacking, and some of the harms, retaliation I was enduring from being forced to report these issues at Google while I was working on an unpaid and paid Internship for my Computer Science PhD Program at University of Nottingham. We were in the middle of trying to correct a contract issue that arose due to the fact I thought I would be working with Michel Valstar as my PhD Adviser and then when I arrived it seemed I was assigned to someone else and there was a bizarre thing that occured with the Student Stipend, which apparently was not released because England delayed the processing of my Student Visa approval so when I arrived in England I was informed that my Student Stipend would not be released because the approvals for me to enter England had been delayed.

When I first arrived at UoN this created a serious problem because I had arranged to stay with one of the Students in my PhD Program who was renting his house to people in the area -- I had booked the room from America, online in advance but when I arrived he told the University of Nottingham, who were withholding my Student Stipend from him (their own PhD Student in the same Department that I was in), that he could not house me unless they paid him, and that he is "not running a Charity...". There was some type of beurocratic block to releasing my Student Stipend and money for his rental fees so he refused to allow me to rent from him. I was then switched from this arranged online housing contract I had booked with the other PhD Student in my cohort, to International Student Housing owned by University of Nottingham, which was MORE EXPENSIVE than the other room I had booked and budgetted to rent. I then had to endure minor comments about finances and how other students in my cohort felt about poor people in the world because they assumed I was poor due to the withholding of my funds from UoN.

The Withholding of the funds for my Student Stipend and Rent caused serious problems that lasted the entire time in England because the International Dorms were not inhabittable for me, and I had prepared for a different living arrangement - and then I was also told I would be working with a different adviser than the one I had been promised, Michel Valstar, which was the entire reason I passed-up other PhD opportunities to go to England.

I reported this to the European Union who were sponsoring my PhD Computer Science Degree, which was fully-funded by their Scholarships. The University of Nottingham was trying to offer me a transfer to the Computer Science Department so I could work with Michel Valstar as my PhD Adviser and not be within the CDT Program, which Michel Valstar had told me to apply for at UoN. I do not understand WHY I would be forced to transfer programs because Michel is a part of the CDT and it might be that it is a clever way to Push-Me-Out of the University by forcing me out of a Contractual Agreement and removing my funding illegally, although I would need a

ILND 44 (Rev. 07/13/16)
## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729 (a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

2 Removed from State Court

3 Remanded from Appellate Court

4 Reinstated or Reopened

5 Transferred from Another District *(specify)*

6 Multidistrict Litigation - Transfer

8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

**VII. Previous Bankruptcy Matters** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

**IX. RELATED CASE(S) IF ANY** *(See instructions):*

JUDGE

DOCKET NUMBER

**X. This case** (check one box) ☐ Is not a refiling of a previously dismissed action ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

UoN Michel Valstar -Colleagues

Judge, Jury and Legal Teams to give their expert opinions. It's confusing to me why I would be granted the European Union Funding and not be able to use it for my PhD at University of Nottingham? This contractual debate was never really properly discussed and I was at a HUGE disadvantage the whole time and basically under duress because I was forced to move into dorms that were not able to house me and were not suitable living arrangements -- also the budget that the UoN dorms which they forced me to move into against my will, were much more expensive. So UoN basically just kept all of the European Funding for this dorm etc.

People were upset that I was claiming "duress" and that I was being forced to sign a contract under duress. I thought that this is my right and how you handle a dispute over contracts in a situation like this - the situation was never resolved, I was just PUSHED-OUT.

This was the impetus for my asking David Pfau and a ton of other people within my Professional Network if they knew anyone who I could work with to make sure I was able to make progress with my work and have Paper Publications or a Portfolio Sample that I could show people while I was discussing this transfer to Computer Science from CDT Horizon Program, and also it was recommended to me that I should apply to other PhD Programs as a back-up in case University of Nottingham did not correct these issues and held a grudge against me.

Unfortunately, David Pfau was the ONLY person I knew in England who is in the same field of research as me... in December 2015 he invited me to work on a project with him for Google. I was so excited that I started the project IMMEDIATELY over Christmas Break and literally immediately sent him my entire portfolio and gave him access to my Passwords for my accounts so he could see my work, because we were working remotely. My Adviser approved the project and it seemed like an excellent way to handle the situation, an excellent opportunity. And David Pfau used this as a way to harass me and then forced me to go on a trip with him I didn't want to go on and then he raped me...

He used my Intellectual Property and did not allow me to work at Google DeepMind with him or a team or an Intern Manager or his Manager or anyone -- he used my Intellectual Property on Super Computers without my permission, and kept claiming Google NDA to block me from even being able to gain access fully to what was going on which is completely unacceptable and obviously in my FRESHMAN CS year it became clear that something was wrong and this is not a normal Computer Science Academic Project. I tried to talk to his managers and others at Google but he was very weird about it and even at one point yelled at me that I was "trying to get to Google"... and even the Symposim for the Project which UoN and I both paid for out of pocket and with my PhD Stipend, was messed-up by David Pfau, it seemed almost intentionally. The whole thing was bizarre and it was not handled properly by anyone -- UoN, Google, etc It was my first time experiencing Rape and I think it's unfair that there are SO MANY blocks for women to overcome to entering STEM Careers, much MORE blocks than men seem to have, and these types of sexual harassment blocks where men are preying upon women, freshman, inerns, trying to entrap them and almost

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day)_____ (year)_____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☐ Yes    ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐    the United States Equal Employment Opportunity Commission has not

        issued a *Notice of Right to Sue.*

    (b) ☐  the United States Equal Employment Opportunity Commission has issued

        a *Notice of Right to Sue*, which was received by the plaintiff on

        (month)_____ (day)_____ (year)_____ a copy of which

        *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

    *those that apply*]:

    (a)  ☐ Age (Age Discrimination Employment Act).

    (b)  ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UoN Michel Valstar -Colleagues

manipulate professional situations to try to extort them for sex or rape them...
thsi is just horrible. I had been in engagements with my previous boyfriends -- a
common law marriage and one person who proposed to me and we dated exclusively for
years... and being a single woman in STEM is almost DANGEROUS. Men seem to be
preying on single women in these professional environments, and I'd never
experienced anything like this before because my boyfriends/fiance were always there
at professional events with me, or people in our social and professional network
knew him and never messed with me. And men behave extremely horribly to single women
- especially Freshman, Interns, Women who are in compromised positions and need
"help" - it seems to become an entry point or excuse for them to develop
relationships with women who need professional advice or mentorship, and men use
this to entrap women, offering to mentor them or help them in their careers and then
they use this to rape them and sexually harass them because the women cannot do
anything about it in those positions or the men will get them fired.

David Pfau claims to have "family in Parliament" and I was kicked-out of the entire
Country of England for reporting David Pfau for raping me. The Police went to his
office at Google to question him and I believe he has Retaliated against me,
although we would need to supbeona evidence etc. Google did not report to Proper
Authorities when I reported to them incidents of hacking, sexual harassment etc.
Google in the USA then even blocked my attempts to speak with British Authorities
about these incidents while I was at my Google Internship. My Manager even punished
me, graded me down unfairly, and people were telling me I should feel guilty for
reporting David Pfau, and he's the only reason I was at Gogle etc etc I requested an
appeal to the punishments and grading me down for talking to British Authorties at
the Google Offices, and Google did an "investigation" and illegally refused to
handle the situation or reverse these RETALIATORY, ilegal grades. I then had to
switch managers in the middle of my internship, start brand new projects, and then
extend the internship to fit-in Human Resources reporting, and all of these delays
from starting my project over in the middle of the internship. The whole thing was
so ufair, I even had t sleep on the floor of a Stanford Dorm because I was relocated
to a different location to finish the internship and there was no housing for me. I
was forced to pay for an apartment I had booked ahead of time but wasn't even able
to stay there the whole Internship, etc. University of Nottingham also was trying to
get money from me for an empty dorm in their International Student Housing that they
forced me against my will to live in while I was there. So I actually ended up
paying rent for two apartments at once in two different countries, plus a storage
unit in the USA and England, but I was forced to sleep on a dorm floor becuase of
these relocation needs, and being forced to restart the internship project.

It's important to note that while I was at Google, NONE of the work that I had
already done for the project with David Pfau was used -- it was my Intellectual
Property which I own outright, but Google would not allow me to work on my IP, or
the contributions that my IP made to their products/teams etc.  Google broke the
laws by saying the benefits of my project which David Pfau stole, are ONLY for David
Pfau to work on because I reported him for raping me, sexually harassing me, hacking
me, and destroying my evidence, IP and more illegally in my private accounts. This

| **USM-285** | • This form is designed as a control document for process served by a U.S. Marshal.<br>• Complete all appropriate sections of the form.<br>• Submit a completed copy of the form for each defendant named in your complaint. | • You must provide an original for *each* defendant named in your complaint.<br>• If you are suing the federal government or federal agency, you need to provide two extra copies. |

UoN Michel Valstar -Colleagues

also put me at an extreme disadvantage during my internship and Google refused to correct this, which is illegal.

My Adviser at UoN claimed that I was not Engaged with my Studies but I was. I was extremely busy, doing more projects than ANY OTHER INTERN and the other interns in my group were pointing out to me how unfair my Internship was and how ridiculous it is that I wasn't even allowed to take Medical Leave to go to the Doctor after being raped etc.

My Adviser at UoN did not help me with ANY of this situation at Google or in England and the whole thing was also so embarassing to talk about and I didn't even know hw to talk about it or who to talk about it with -- it was a disaster and horrible, however I did an unbelievable amount of work -- 2 papers in my Freshman Year, an unpaid internship with Google, a paid Internship with Google, Poster Selection at Google's Intern Exhibition, Google Symposium to present the project, 5 Intern Projects at the beginning (photographic evidence attached - because it's so unbelievable), etc And so I am hoping this court case can shwo everyone the evidence and proof of the entire situation, climate at the time in STEM for Women, and help people understand how much work I did, how hard a worker I am -- I would never not be engaged with my work or just take a Student Stipend and not deliver a project, or European Union funding and not deliver -- I did deliver many projects and even papers but none have been published. Google would not allow us to publish the work we did...

During my Internship with Google, University of Nottingham wanted me to sign a transfer contract to the Computer Science Department -- I signed this contract but did not want to because it was odd that the funding was being taken away from the European Union and then I would have been funded by the Computer Science Department at UoN but literally the minute Michel Valstar forced me to sign the contract, then he called me and told me he would not be able to work with me anymore. So I was then PUSHED-OUT the minute I signed a contract I was told I had to sign, but no lawyers or conversations had ever concluded on these bizarre issues and I feel like this is bad for UoN because of their ownership of the Project that I did for Google while UoN was paying for this project with the European Union Funding. The project uses my Intellectual Property but I am not asking for money or anything like that - I just wonder if UoN has some type of ownership of this project because of their investment, and also they paid for the Google Symposium trip so that debut in America was also partially paid for by UoN European Union Funding. The Paper Publication is probably owened partially by UoN?? Google??? My IP??? I don't know anything for IP Laws or Contracts and this is an outstanding issue - where it is impacting me now because not having a Published Paper or the ability to show the amount of work I did is holding me back in my career significantly -- for example, in order to complete my PhD Computational Neuroscience I believe publishing Papers and showing my body of work is part of the requirements.

Both Professors at UoN and Students at University of Illinois mentioned their reluctance to be associated with me after I reported all of these crimes and

13.) Use item 13) to briefly describe the facts that lead you to believe that you have been discriminated against by the defendant.

14) Item 14) consists of specific language that is required in employment complaints that claim discrimination on the basis of age. You do not need to write anything here.

15) Use item 15) to indicate whether or not you want your case to be tried by a jury. If you want a trial by jury, enter an "X" or a "✔" in the box labeled "YES." If you do not want to demand a jury trial, enter an "X" or a "✔" in the box labeled "NO."

16) Use Item 16) to tell the Court what you want to happen as a result of your employment discrimination complaint. Read the list of kinds of relief, then enter an "X" or a "✔" in the boxes or boxes that indicate the result you want. Note that item 16)(f) allows additional space for you to write more if necessary.

**Signature, Date, Name, and Address**

You must sign the employment discrimination complaint. Do this on the last page of the form. You must also enter your name, address, and telephone number.

**Completing the Civil Cover Sheet for an Employment Discrimination Complaint**

The civil cover sheet is a form that you need to complete and submit along with your complaint. The civil cover sheet records basic information about your civil case. There are instructions on the reverse side of the civil cover sheet describing how the cover sheet should be completed. However, a brief summary for employment discrimination complaints may be helpful.

- Identifying the parties. Record the names of the parties in the spaces labeled "plaintiffs" and "defendants" at the top of the civil cover sheet.

- Basis of jurisdiction. Unless you are suing the federal government, enter an "X" or a "✔" in the box labeled "federal question." If you are suing the federal government enter an "X" or a "✔" in the box labeled "U.S. Government Defendant."

- In an employment discrimination case you do not need to enter anything in the section of the civil cover sheet labeled "Citizenship of Principal Parties."

- In the section labeled "Origin," enter an "X" or a "✔" in the box labeled "Original Proceeding."

UoN Michel Valstar -Colleagues

incidents etc because they thought it would be bad for their careers to be
associated with me because I reported crimes etc, and they used words like they are
"afraid of losing their jobs" and these Educational Institutions will push them out
illegally and without cause because of their association with me after I report
these crimes etc. This seems extremely illegal to me, but it is apparently a comon
thing that happens in Academia, perhaps due to the subjective nature of the system
in Academia which is not based on anything except personal recommendation letters
and people sharing access to education and training with other people who they
believe will support their agenda - if people have different beliefs or different
scientific hypotheses they apparently are pushing one another out in order to have
their research dominate the fields etc. People who are reporting Rape, Sexual
Harassment and victimization should not be pushed-out -- I think this goes too far
and is inhumane to push-out people for speaking-up about physical abuse, sexual
abuse -- attempts made by people to sexually exploit them. For some reason people
who support the Google Manifesto etc are attacking women who report men for sexually
exploiting them and I believe the women are reportng the men that Google Manifesto
are trying to get rid of... but for seom reason the men supporting Google Manifesto
etc are attacking the women who report sexual exploitation etc because they always
seem to blame sex crimes on women... and perhaps because the supporters of the
Google Manifesto support Sexual Exploitation of Women and do not want to stop
sexually exploiting the women and also don't want to work with them in STEM --
perhaps their goal is to keep women in a victimized position in the World, and to
keep women out of education and out of companies etc by raping them and sexually
harming them... forcing them out of their jobs/school, forcing them out of their
careers, ounishing them with revenge sex, revenge porn, boys will be boys, bros
before hoes, barely legal, and more in order to scare ALL women and people into
allowing these men to do whatever they want to the women and gert away with these
crimes and religous crimes against women and against children. People seem to have
forgotten that sexually harming women, physically abusing women also abuses the
babies inside their bodies and the parts o their bodies that develop babies -- and
this type of abuse is so serious, it harms children before they are even born and
results in disabilities and permanent, irreversible bodily harm to both the women
and the children.

It seems the men supporting Google Manifesto are trying to keep Women out of
jobs/school, block women from education they need to support themselves financially
so that the men can entrap tje women systemically, entrapping them against the
women's wills into being completely dependent on the men for money and basic life
necessities so the men can have power over the women to force them to do horrible
things they do not want to do.

Blocking women from their careers by forcing them to endure physical abuses and
horrible harms when they try to enter their careers or remain in their careers after
reporting is beyond words illegal, beyond words inhumane and it is an international
human rights violation that this lawsuit hopes to address and have a Judge and Jury
decide what to do about these things in our societies. I am not asking for money and
I hope to have a ruling on these incidents and the crimes that have happened to me

entering the date that is your best estimate of when the discrimination happened or started.

7) Item 7) indicates whether you have or have not previously taken your employment discrimination complaint to either the Equal Employment Opportunity Commission (EEOC) *or* the Illinois Department of Human Rights. Record your response by entering an "X" or a "✔" in the box labeled "has not" or the box labeled "has."

If you indicated in 7)(a) that you *have* filed your complaint with the EEOC or the Illinois Department of Human Rights, complete items 7)(a)(i) or 7)(a)(ii) to indicate which of these agencies you have been before and the date you filed your complaint with them.

In item 7)(b), enter an "X" or a "✔" in the box labeled "Yes" or "No" to indicate whether you have attached a copy of the charge you brought before the EEOC and/or the Illinois Human Rights Commission.

8) If the EEOC has not issued you a document called a "Notice of Right to Sue," enter an "X" or a "✔" in box 8)(a).

If the EEOC *has* issued you a "Notice of Right to Sue," enter an "X" or a "✔" in box 8)(b). Complete the rest of item 8)(b) by entering the date on which you received the EEOC notice. Attach a copy of your 'Notice of Right to Sue" to the complaint form.

9) Item 9) indicates the type of discrimination covered by your complaint. Read the list of discrimination types, then enter an "X" or a "✔" in the boxes or boxes that you believe apply to your situation.

10) If the defendant in your complaint is a state or local government agency *and* you are claiming discrimination on the basis of race, color, or national origin, complete item 10) by entering an "X" or a "✔" in the box labeled "YES." For all other complaints, enter an "X" or a "✔" in the box labeled "NO."

11) This item lists the laws that give the District Court jurisdiction over the case. You do not need to write anything here.

12) Use item 12) to indicate what action or actions you believe the defendant took that affected your employment. Read the list of six actions, then enter an "X" or a "✔" in the boxes or boxes that you believe apply to your situation. Note that this item 12)(f) allows additional space for you to write more if you believe that items 12)(a) through 12)(e) don't apply to your complaint. Please note that a plaintiff is generally permitted to proceed in this Court *only* on claims that have been presented to the EEOC.

UoN Michel Valstar -Colleagues

so other women do not have to endure the hardships we are enduring now, and so they do not have to suffer horribly inhumane physical abuse, sexual abuse and harms to their careers and life ruining experiences etc.

Silencing me about my Facebook posts regarding these issues is illegal and a very odd way for UoN to handle the reports of rape, sexual harassment, hacking, victimization etc.

One of  actual quote is something along the lines of:

Michel Valstar telling me that he is "sick of your stories" because he does not believe I was raped and did not help me when I spoke to him at University of Nottingham about it, and about what was happening. I believe that neither the United Kingdom, based on my experience, nor the United States of America have a very good way of addressing issues of Rape, Sexual Harassment, Sexism and more for women - this is a prevalant issue for women everywhere and I think by addressing these issues out in the open we can all work to improve the systems in place to help everyone. Lives are at stake when women are raped - the tactics men use to rape women are extremely dangerous and the medications used to treat women after being raped are so harmful it causes permanent, irreversible damages to the women and to their future children. I believe that I was doing a service to women in England by reporting these issues to try to keep other women safe from having the same thing happen to them - I think it would have been wrong for me to not report these crimes to the British Police so England can do what they need to in order to protect their citizens. As a visitor in England I am very grateful to England for their help and I tried to do what I thought was the proper thing to do as  a Student Visitor to inform them as well as the American Authorities -- I was dealing with the American Authorities and horrible American processes for these reports as well, and I was engaged with my studies but being moved around from intern manager to intern manager while reporting to Human Resources. In the middle of the internship I was informed that there was another rape victim from the same person who raped me and I even met with her and it was extremely upsetting to have to deal with this during the internship. I had never been raped before and it was extremely horrible to try to go through this in the middle of my work without the legally required support that America should have provided.

I have used this incident, these trajedies, to try to help other Women and I was even communicating with Congresswomen for a while and running a Women's Non-Profit I started with a friend after these incidents to try to help others so they don't have to go through this ordeal that I went through -- if Michel Valstar felt I was being close-lipped about some of the internship it was because I was being relocated from the harassment I endured from the friends of the person I reported who were upset I reported the Google Employee who raped me. And the whole thing was so awful, there were no clear guidelines on how to handle it and I did not feel comfortable sharing so many details with Michel etc.

UoN Michel Valstar -Colleagues

He also then picked up a leather notebook and began reading from the leather
notebook a phrase he had written out that was something along the lines of:

"My colleagues are telling me it will be bad for my career if I continue working
with you."

It is such a bizarre way to fire/expel someone for not doing anything... and I am
not sure why being associated with me would ruin Michel Valstar's career?

Another Professor who had wanted to work with me as well told me he was unable to do
so because he just had a new baby and could not risk losing his job... something
along those lines. People made it clear to me they would be pushed out or lose their
jobs or have difficulty with other people at University of Nottingham?? And that
they are unable to work with me because I was reporting David Pfau to Authorities as
I was instructed to do by Google during my University of Nottingham Unpaid
Internship, which I needed for school credit and for my PhD in Computer Science --
UoN then tried to claim I was not "engaged with my studies" which is not true and I
have evidence to prove that I did more work than is required for my Freshman year
and Internship at Google.

The Home Office has on record something that is not factually accurate and I am
hoping they will please correct this error after seeing the evidence.

Essentially I reported Character Defamation, Rape, Sexual Harassment, Labor Law
Violations, IP Theft, and more and UoN is now saying that reporting these crimes is
a crime... Is this true?
Federal Question: Is it a crime to report a crime? And if the person accusings
someone else of a crime turns out to be wrong in court is that "Character
Defamation"?

It does not seem logical that these posts that UoN reference are Character
Defamation, as you can see, I am reporting Character Defamation that people have
committed about me. There is also evidence here that proves the Character Defamation
that was committed about me is false. And the character defamation that I reported
and the crimes I reported have ruined my career, my livelihood, and I am hoping to
clear this up with evidence etc.

Furthermore, if evidence and witnesses and testimonies are supeoned and reviewed
for this case, it will be obvious to everyone that my entire Academic Career was
delayed by David Pfau and the events I'm reporting - according to Google David Pfau
was intentionally using the project he invited me to do at Google to spend time with
me and sexually harass me, etc. At one point Google investigators told me David Pfau
was intentionally delaying the publication of my Research Paper with Google
DeepMind, which was part of my Unpaid Research Project with Google for my PhD
Computer Science Academic Work -- my entire career was relying on this work and my
Advisers, UoN invested in me working on this project, and I also invested personally
a lot of money working on this, and UoN told the Home Office I wasn't Enggaged with

UoN Michel Valstar -Colleagues

my studies and I lost Fully-Funded PhDs, Internships, Career Opportunities, and more because of this -- the damages are almost immeasurable -- millions of dollars, but most importantly RESEARCH AND DISCOVERIES, CURES, TREATMENTS AND INVENTING THINGS TO HELP PEOPLE are all lost and gone now. I was clearly Engaged with my Studies and I invested my own money, my own Intellectual Property (IP) valued at over at least one million dollars including funds I've invested to develop the IP etc. And the evidence and facts will show that I did SO much work at UoN there were even two different papers written, one with Michel Valster, and then David Pfau was screwing everything up about the paper with Google and, according to Google, he was delaying the paper publication intentionally to use it as a way to sexually harass me and have something over me. If the Home Office and UoN could see the Paper Publications, Unpaid Internship which included a lot of meetings and work, Google Symposioum Presentation and events, and the results of the plans I researched and proposed for Google to do outreach in London for Technology, Science, Computer Science, Interactive Design, etc., also in America I worked on too many projects to list during my Google Paid Internship -- 5 different Internship Projects and my proposed project was selected by Google out of all the Intern Projects Submitted to be featured in their Intern Poster Exhibition, and I contributed to over 5 different Teams at Google with my project, the Stakeholders included Ads, Phone Camera Design, Wearable Cameras, Face ID, Emotion Recognition System, DeepDream, and more. I believe the Home Office would remove the falsified statements about me if they could see this evidence and I believe ti is really upsetting that this happened and I'm hoping to clear-up this misconceptions about me, and about the circumstances at the time.



Mrs Kate Gallagher
Solicitor
Director of Legal Services
The University of Nottingham
A5 Trent Building
University Park
Nottingham
NG7 2RD
+44 (0)115 7484453
kate.gallagher@nottingham.ac.uk

By Email

2 March 2017

Dear Mr Rafkin

**Your Client: Rose Meacham**

I write to draw to your attention two serious incidents involving your client, Ms. Rose Meacham, which have occurred since my letter to you of 15 February and our follow-up telephone conversation with Professor Garibaldi on 17 February.

Defamatory Facebook Post

Professor Garibaldi had cause to write to you on 19 April, (Appendix 1 below), after receiving complaints about a Facebook post made by Ms. Meacham. The post, which contains allegations about the University and staff members, was published to students and staff on the CDT Horizon course.

The allegations were based on inaccurate and misleading information and caused offence and distress to the individually-named staff. The post sought to cause damage to the reputation of the University and its staff and Ms. Meacham, as the author, appears to show indifference to that effect and potential consequence. The post is defamatory under the terms of the Defamation Act 2013.

It is simply not true that either the University or individual members of staff actively sought to terminate Ms. Meacham's PhD studies at the University of Nottingham against her wishes. Ms. Meacham asked to withdraw from the CDT Horizon PhD and then failed to carry out the steps necessary to transfer onto a Computer Science PhD programme. She also failed to provide the information necessary for the University to fulfil its immigration sponsor obligations.

In the July 2016 email exchange at Appendix 2 below, Ms. Meacham clearly describes herself as a full-time freelance employee who has left the course at the University on which she was registered. In our recent telephone conversation, Professor Garibaldi also described at length, and in good faith,

the factual background which led to the expiry of Ms. Meacham's student registration. He had repeatedly invited Ms. Meacham to make a fresh application when she was ready to do so.

By her own choice and/or as a result of her own misunderstanding in the face of clear information to the contrary, Ms. Meacham is not a student registered at the University of Nottingham. It is noted that Ms. Meacham still misrepresents herself as a student of the University of Nottingham in her email sign-off, when she has not been a registered student since October 2016. Had Ms. Meacham been a registered student, her actions would amount to a serious disciplinary matter under the terms of the University's policies.

Email to Professor Dickinson of 28 February 2017

During our telephone conversation on 17 February, Professor Garibaldi made an offer to provide Ms. Meacham with a reference for her to submit to the internship providers. He was very clear, however, that he could not represent Ms. Meacham as being a current PhD student at the University of Nottingham. We had understood that you would email a request shortly after the call if Ms. Meacham wished to take up that offer.

In her email to Professor Dickinson, (Appendix 3), Ms Meacham seeks to by-pass Professor Garibaldi and exerts pressure on Professor Dickinson to make a dishonest declaration that she is still enrolled at the University of Nottingham. There can be no basis on which Ms. Meacham's actions could reasonably be regarded as acceptable.

It is also noted that this email was sent after Professor Garibaldi's cease and desist email to you of 19 February, yet Ms. Meacham repeats comments which are defamatory of Professor Valstar in her email of 28 February.

In view of the matters set out above, Ms. Meacham is placed on notice that if she persists in publishing defamatory allegations about the University or staff members, or seeks to induce staff members to make dishonest declarations, then the University reserves the right to seek redress, which may include formal legal action.

I would be grateful if you could acknowledge receipt of this correspondence by return.

Yours sincerely


Mrs K Gallagher
Solicitor
Director of Legal Services
University of Nottingham

**Appendix 1**

On 19 Feb 2017, at 13:23, Garibaldi Jonathan <pszjmg@exmail.nottingham.ac.uk> wrote:

Seth (cc Kate),

Apologies for this email on a Sunday, and thanks again for the telephone conversation on Fri. Unfortunately, it has been brought to my attention that your client, Ms Meacham, is posting material on FaceBook (in public, I believe) which is of the most serious nature (see below).

Please could you ensure that this material is deleted with the utmost urgency. I have no option but to refer this matter to Kate first thing on Monday morning for further consideration and advice.

Best regards,
Jon.

**From:**
**Date:** 17 February 2017 at 15:51:43 GMT
**To:**
**Subject: Defamatory claims on Facebook**

Hi,

Following up from a previous email last year, I feel that Rose is, yet again, making claims on Facebook that are potentially defamatory against the University and individuals this time.

Unsure of what to do, I felt like reporting it to you, again. I hope this finds you well and I am sorry to have to do this, but I strongly disapprove of her behaviour.

**Appendix 2**

---

### Juggins Emma

| | |
|---|---|
| From: | [illegible email address] |
| Sent: | 25 July 2016 19:03 |
| To: | Emma Juggins; Tech Reception Staff - Meadiation |
| Cc: | Steve Benford; Sarah Sharples |
| Subject: | Re: Completing Horizon CDT Year 2 |

Hi Emma,

Once again I'm asking you to confirm that submitting these are required, as I was told by Michel and the dean of Computer Science school that I would not be required to submit these. This is so unorganised - the fact I'm just being told this now after I've left and already started a full time freelance job is so absurd. It's completely irresponsible and I need this confirmed immediately, along with an outline of the reasoning and why I was told contradictory information from the head of the school and my supervisor.

Best,
Rose

On Saturday, 25 June 2016, Rose Meadham <[illegible]> wrote:
Hi Emma,

I was told that I didn't need to do those things - are you sure this is the case? Also, I've been trying to meet with Steve for over a month and a half. Is it possible to setup a Skype session with him please?

Best,
Rose

On Thursday, 23 June 2016, Emma Juggins <[illegible]> wrote:

Dear Rose

As you are in the process of transferring to Computer Science you are still registered on the Horizon CDT programme and in order to complete this year you need to do the following:

- Submit your final PhD proposal to Moodle; the deadline was 9 June 2016.

- Arrange your first year annual review which needs to be completed between 27 June 2016 and 1 July 2016. Your internal assessor is Professor Robert John, you should also invite your supervision team to the review. As you are overseas the review can be conducted via Skype.

Best wishes

Emma

**Appendix 3**

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** 28 February 2017 23:19
**To:** Dickinson Matthew <sbzmd@exmail.nottingham.ac.uk>
**Cc:** Os-Suwomensofficer <suwomensofficer@nottingham.ac.uk>
**Subject:** Urgent Matter: Sexual Harassment & Email Hacking

Dear Professor Dickinson -

I have been kicked out of my PhD program in Computer Science and need immediate assistance with the issue. My advisor, Michel Valstar, has refused to work with me after I reported a sexual harassment and email invasion case related to an internship that he approved. The reasons he gave for his decision involved that working with me is now "bad for his career", which violated Title IX in the United States and equivalent student rights in the UK.

I have everything documented and would like to request immediate assistance to repair the damage that has been done from this horrible set of circumstances and Michel Valstar's unfortunate response.

Though my EPSRC funding was terminated, I am not requesting financial compensation. I am simply asking that the Computer Science Department acknowledge my enrollment status so that I am able to smoothly transition to other opportunities.

Please would you be able to assist me in smoothing over this situation and preventing further damage to my career and academic research opportunities?

Sincerely,
Rose Meacham

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422



Handwritten note (left margin):
*Please note: the other people on this message, VI Professor Zuofu Cheng has deleted this message so I am unable to make more copies or get more information needed for this case.

Google

**Tom Le Paine**
Active 14 minutes ago

Your day
Add something to your day

Hey, do you know Rose? She worked at Deepmind not that long ago

1:41 PM

Hey Zuofu 👋

Hey Tom! I didn't realize you graduated!

I do not. But I just looked her up, we know a lot of the same people

Yeah just happened basically. Back in May.

How are things?

Okay, cool - yeah I just started hanging out with her here, but I think she worked there a little before your time

Aa

*Film Director at Google who was going to work on a Film, CS, Tech Project with me in London.*



← C ⌂ 🔒 Secure https://**www.facebook.com**/messages/t/jessicabrillhart

Messenger

Silvia Chiappa

Milanie Martinez

Joan Bruna Estrach

Jordan Tate

Ronald Davis

Patrick Cremin

Bones Gotti

Pascal Wallisch

Samara Brown

Tricia MacKenzie

Jessica Brillhart

Yousef El- Hasadi

Aura Bishop

**Jessica Brillhart**
You're friends on Facebook

Jessica! Hi there - I think we met in SF last February. Are you based in the SEA offices? Would be great to meet up next week. Also, I have an idea for deep dream I wanted to chat you about. Hope you have a great weekend and chat more soon! xx

This looks amazing! Good inspiration: http://www.bricartsmedia.org/events-performances/bric-celebrate-brooklyn-festival/hubble-cantata-tique

Hey Jess - I just sent you a note and wonder if you have time to chat at all?

Hey Rose, I'm so sorry for the delay in this.

As you can imagine (and probably guessed) I was unsure how to proceed because I was getting weird vibes from everyone. Not consistently, but it put me in a state of confusion (which I don't function well under)

But then I heard something and was like "wait – whoa". I'm in LA now, and if you need someone to talk to about any of this please let me know.

And would love to see how your VR project is going if you still want to talk about that, too.

Regardless, I hope you're alright.

**Jessica Brillhart**

Search in Conversation

Edit Nicknames

Change Color

Change Emoji

Notifications

https://facebook.com/jessicabrillhart



C △ 🔒 Secure https://www.facebook.com/messages/t/jessicabrillhart

Search Facebook    Rose  Home

**Messenger**

Silvia Chiappa

Milanie Martinez

Joan Bruna Estrach

Jordan Tate

Ronald Davis

Patrick Cremin

Bones Gotti

Pascal Wallisch

Samara Brown

Tricia MacKenzie

Jessica Brillhart

Yousef El- Hasadi

Aura Bishop

**Jessica Brillhart**

unsure how to proceed because I was getting weird vibes from everyone. Not consistently, but it put me in a state of confusion (which I don't function well under)

But then I heard something and was like "wait – whoa". I'm in LA now, and if you need someone to talk to about any of this please let me know.

And would love to see how your VR project is going if you still want to talk about that, too.

Regardless, I hope you're alright.

Thanks Jessica. It is really really really bad right now to be fully honest. I appreciate you reaching out though, that means a lot.

Ack. That's not good. 😟 I'm really sorry to hear that.

Well offer still stands for a pair of ears if you need it.

Wow thank you Jess! That seriously means so much. This has been really horrible. I really appreciate you reaching out.

Thank you so much 😊

Of course. Happy to.

MON 1:51AM

Okay so I am curious what you heard that was really negative about me? I've heard things too and it seems to really be damaging my career.

And what changed your mind?

MON 1:52PM

Anyway, if you'd like to chat sometime this week, just let me know. Thanks again Jess.

**Jessica Brillhart**

Options

Search in Conversation

Edit Nicknames

Change Color

Change Emoji

Notifications

https://facebook.com/jessicabrillhart



<     Rose Swan ▼     ✏ ··· 🔍

# Rose Swan

**2.4K** friends

Univ IL denied medical care for Work Injuries. Please help! https://www.paypal.com/pools/c/8GcQxP5ECj



[ + Add to story ]  [ ✏ Edit profile ]  [ ⌄ ]

### What's new, Rose?
Let's update some profile info that may have changed.

[ Not now ]  [ Update profile ]

**Posts**    Photos    Reels

     



**Rose Swan**
Dec 20, 2014 · 🔒

•••



wired.com
**MIT Computer Scientists Demonstrate the Hard Way That Gender Still Matters | WIRED**

 Like           Comment           Share

🔵 **Matt Bunza and 2 others**

You can see the total number of reactions to your post.

**Paul D. Miller and 2 others shared this**

     Comment as Rose Swan            

Case: 1:23-cv-02704 Document #: 19 Filed: 09/06/23 Page 33 of 145 PageID #:99

ELENA GLASSMAN    OPINION   DEC 19, 2014 7:00 AM

# MIT Computer Scientists Demonstrate the Hard Way That Gender Still Matters

**"Ask us anything!" we wrote for our Reddit Ask Me Anything session last Friday. And then, boom: "Why does it matter that you're female?" "Why should your gender matter if you're talking about research?" Dozens of questions like these were interspersed with marriage proposals and requests to "make me a sandwich."**



An aerial view of the MIT campus in Cambridge, Massachusetts. DAVID L RYAN/THE BOSTON GLOBE/GETTY IMAGES

☐ **SAVE**

**"WE'RE 3 FEMALE** computer scientists at MIT, here to answer questions about programming and academia. Ask us anything!" we wrote for our Reddit Ask Me Anything session last Friday. And then, boom:

---

## "Why does it matter that you're female?" "Why did you put gender in the title?" "Why should your gender matter if you're talking about research?"

Dozens of questions like these were interspersed with marriage proposals and requests to "make me a sandwich" in our AMA. We had intended for the AMA to be a chance to answer questions about what our lives are like as PhD students at MIT's Computer Science and Artificial Intelligence Lab (CSAIL), and what we could do to get more young people excited about programming.

The AMA became, to borrow one Reddit commenter's phrase, "a parody of what it's actually like to be a woman working in a STEM field."

---

**Elena Glassman, Neha Narula and Jean Yang**

**About**

Elena Glassman, Neha Narula
and Jean Yang are Computer Science PhD students at MIT's Computer Science and Artificial Intelligence Lab (CSAIL).

As computer science PhD students, we were interested in fielding questions about programming, academia, MIT CSAIL, and how we got interested in the subject in the first place. As three of the few women in our department and as supporters of women pursuing STEM [Science, Technology, Engineering, and Mathematics], we also wanted to let people know that we were interested in answering questions about what it is like to be women in a male-dominated field. We decided to

'actively highlight the fact that we were three female computer scientists doing an AMA, to serve as role models in a field that's less than 20 percent female.

As it turned out, people were extremely interested in our AMA, though some not for the reasons we expected. Within an hour, the thread had rocketed to the Reddit front page, with hundreds of thousands of pageviews and more than 4,700 comments. But to our surprise, the most common questions were about why our gender was relevant at all. Some people wondered why we did not simply present ourselves as "computer scientists." Others questioned if calling attention to gender perpetuated sexism. Yet others felt that we were taking advantage of the fact that we were women to get more attention for our AMA.

The interactions in the AMA itself showed that gender does still matter. Many of the comments and questions illustrated how women are often treated in male-dominated STEM fields. Commenters interacted with us in a way they would not have interacted with men, asking us about our bra sizes, how often we "copy male classmates' answers," and even demanding we show our contributions "or GTFO [Get The **** Out]". One redditor helpfully called out the double standard, saying, "Don't worry guys - when the male dog groomer did his AMA (where he specifically identified as male), there were also dozens of comments asking why his sex mattered. Oh no, wait, there weren't."

As for the question of whether we brought this treatment upon ourselves by mentioning our two X chromosomes, it is well known people give women on the internet a hard time whether they call attention to their gender or not. And as one redditor says, "Gender neutrality and a push for equal rights is prevalent precisely because men and women have fought for it to become a topic of discussion."

The dynamics of our AMA reflects gender issues that lead to disparities in who chooses to pursue careers in STEM fields. People treat girls and boys differently from an early age, giving them different feedback and expectations. There is strong evidence that American culture discourages even girls who demonstrate exceptional talent from pursuing STEM disciplines. For those few young women who continue to study science or engineering in college, there is still a good chance that they will leave afterward. There has recently been much discussion

· about how tech culture causes women to leave "in droves;" the <u>"leaky pipeline"</u> <u>phenomenon of females choosing to stop pursuing careers in STEM</u> is a well-known problem.

That's why we wanted to talk about it. Head on. We made gender an explicit issue in the AMA to engage our audience in a discussion about both the existing problems and potential solutions. And in that way, it was a success. We were able to raise awareness about <u>technical privilege</u>, <u>implicit bias</u>, and <u>imposter</u> syndrome. The questions and responses in the AMA also gave both male and female Redditors a platform to share their own experiences in and suggestions for environments unfriendly to women. Many women <u>supported our answers</u> by telling stories of their own experiences. <u>Numerous men asked how they could</u> <u>help be allies</u>--and many people jumped in to offer helpful responses.

This is how change happens. Though we were surprised by the sheer amount of sexist and undermining comments, the overall interactions between commenters were heartening--and in many ways far more valuable than any of our individual contributions to the AMA. There is no denying that gender issues remain relevant in science and still often keep women out of science. By raising awareness and generating discussion, we hope to help women and other minorities feel more supported pursuing careers in STEM. We won't keep quiet. You can keep asking us anything.

*More about the authors:*

*<u>Elena Glassman</u> creates tools for teaching programming to thousands of students at once, and is President of MIT-MEET, which helps teach gifted Palestinians and Israelis computer science and teamwork in Jerusalem.*

*<u>Neha Narula</u> works on distributed systems and makes multicore databases go faster, and was previously a senior software engineer at Google.*

*<u>Jean Yang</u> created the <u>verified Verve operating system</u> and the <u>Jeeves</u> <u>programming language</u>, and also co-founded <u>Graduate Women at MIT</u>.*

**Rose Swan**
Jan 23, 2015 · 🔒

•••



insidehighered.com
**Complainant in 'unprecedented' Walter Lewin sexual harassment case comes forward @insidehighered**

🖒 Like          ◯ Comment          ⤳ Share

🔵 **Yu-Ting Feng**

You can see the total number of reactions to your post.

 Comment as Rose Swan            



**Rose Swan**
Feb 5, 2015 · ✿

•••

I will most likely regret posting my thoughts about this and remove it shortly, but am curious to hear how other people think the current system could be improved.

As scientists, I thought we had the responsibility to look for truth and to further explore possible answers to explain nature, including our own physiology, to the best of our abilities. My experience over the last six months has revealed another side of science that seems truly cancerous to the community, and is hindering our own ability to move into the next stages of discovery.

Scientists should not continue to support the current hierarchical system for authorship. It is irrelevant to the research itself and it is polluting the scientific process to the point where data is being effected by the ego of certain researchers. We need a communal system, where every lab makes its results transparently accessible. This means that other labs should not be forced to compete with one another for first publication. Researchers should not compete for first authorship. Research and results should be communally shared with labs studying similar questions and the methods and tools used during experiments need to be detailed — truly detailed — in a way that is reproducible. If this means making code, or inventions open source than so be it. Finding results that are accurate and being able to verify their accuracy should take priority over authorship.

I hope my generation will join together to revolution this outdated system and not be caught up by selfish pursuits to enhance their own careers instead of working enhancing the field and quality of their research.

👍 Like          ◯ Comment          ↪ Share

 Daniel Petter-Lipstein and 52 others

You can see the total number of reactions to your post

Comment as Rose Swan            

  **Rose Swan**
Feb 5, 2015 · ⚙

**‹** ···

I hope my generation will join together to revolution this outdated system and not be caught up by selfish pursuits to enhance their own careers instead of working enhancing the field and quality of their research.

 Like  Comment  Share

🔵 **Daniel Petter-Lipstein and 52 others**

You can see the total number of reactions to your post

⌄

**View previous comments...**

 **Alex Hermann**
That makes it powerful

8y    Like

 **Rose Swan**
Wow - these are such excellent comments! Reading through now. Thank you so much for taking the time to share your thoughts. Vik I sadly think you might be right, but perhaps we could design a system that could at least stop rewarding scientific achievements on an individual level? Maybe somehow make it about the community involved in the research so there is less temptation to put your own interests ahead of the work?

8y    Like                                    3 

 **Rose Swan**
Kyle Gustafson that is an excellent point that much of the problem is rooted in resourced
and Matthew Putman maybe your suggestion

    Comment as Rose Swan            

**Rose Swan**
Apr 1, 2015 ·

•••

*i*



meetings.cshl.edu
**2015 CSHL course on Neural Data Science**

👍 Like          💬 Comment          ↪ Share

👍 **Simon Osindero and 3 others**

You can see the total number of reactions to your post.

 Comment as Rose Swan            

< **Rose Swan**
Oct 11, 2015 · 🔒                                    •••



To the women in my engi-
neering classes:
        While it is my intention
in every other interaction I
share with you to treat you
as my peer, let me deviate
from that to say that you and
I are in fact unequal.
        Sure, we are in the same
school program, and you are
quite possibly getting the

huffingtonpost.com
**Male Engineering Student Perfectly Explains Why Female Classmates Aren't His Equals**

👍 Like          💬 Comment          ↪ Share

👍 Noelle Belhumeur and 6 others

You can see the total number of reactions to your post.

**1 share**

 **Rain Ashford**
8-0

7y    Like    Reply                          1 👍

📷  Comment as Rose Swan            

/ **WHAT'S HOT** /

Israel's Netanyahu Says He Wants Eritrean Migrants Involved In Violent Clashes Deported

I Nearly Died From 'Broken Heart Syndrome' — And Here's Why You Could Be At Risk, Too

'Beyond Question': Geor§ Trump With Dire Prison P

>

WOMEN   JARED MAULDIN   STEM   GIRLS IN STEM

# Male Engineering Student Perfectly Explains Why Female Classmates Aren't His Equals

### Ability? Absolutely. Opportunity? Nope.

**By Taylor Pittman**

Oct 8, 2015, 05:09 PM EDT | **Updated** Oct 9, 2015

      **LEAVE A COMMENT**

When Jared Mauldin saw how his female peers were treated, he realized men and women in STEM are definitely not equal.

The senior in mechanical engineering at Eastern Washington University sent a letter to the editor of his school's student newspaper, The Easterner, addressed to "the women in [his] engineering classes." Mauldin's introduction, in which he writes that

explains why.

"I did not, for example, grow up in the world that discouraged me from focusing on hard science," he wrote. "Nor did I live in a society that told me not to get dirty, or said I was bossy for exhibiting leadership skills."

ADVERTISEMENT

Male Engineering Student Perfectly Explains Why Female Classmate...    https://www.huffpost.com/entry/women-men-engineers-arent-equal-ja...

# LETTERS TO THE EDITOR

To the women in my engineering classes:

While it is my intention in every other interaction I share with you to treat you as my peer, let me deviate from that to say that you and I are in fact unequal.

Sure, we are in the same school program, and you are quite possibly getting the same GPA as I, but does that make us equal?

I did not, for example, grow up in a world that discouraged me from focusing on hard science.

Nor did I live in a society that told me not to get dirty, or said I was bossy for exhibiting leadership skills.

In grade school I never had to fear being rejected by my peers because of my interests.

I was not bombarded by images and slogans telling me that my true worth was in how I look, and that I should abstain from certain activities because I might be thought too masculine.

I was not overlooked by teachers who assumed that the reason I did not understand a tough math or science concept was, after all, because of my gender.

I have had no difficulty whatsoever with a boys club mentality, and I will not face added scrutiny or remarks of my being the "diversity hire".

When I experience success the assumption of others will be that I earned it.

So, you and I cannot be equal. You have already conquered far more to be in this field than I will ever face.

**By Jared Mauldin**
Senior in Mechanical Engineering

Mauldin, who also teaches tech classes to students from fourth to eighth grade, told The Huffington Post he frequently sees women and girls face obstacles in STEM fields. He described a situation with one friend in particular who was treated differently in a calculus class simply because she is a woman. Mauldin said that male students were hypercritical of her work and often talked over her, if acknowledging her at all.

A study published in the Harvard Business Review in March 2015 highlights the sexism that exists in STEM fields. According to the study, two-thirds of the 557 female scientists surveyed "reported having to prove themselves over and over again."

Since it was published, Mauldin's letter has been shared on Twitter and has gotten thousands of likes on Facebook. He told HuffPost he believes his praise for the women in his engineering classes and the letter have gained so much attention because he's a man, which isn't necessarily a good thing. However, he is happy to add to the conversation about sexism.

ADVERTISEMENT

The difference is that I am a man," he said. "Maybe by standing up and breaking the silence from the male side, I can help some more men begin to see the issues, and begin to listen to the women who have been speaking about this all along."

 Like |  Follow |  Contact

**Also on HuffPost:**



Coding is really fun for me because it's like solving a puzzle in which the end result is something cool that you can share with everyone.

—Julia, California

**Why These Girls Are Learning To Code**

See Gallery

# RELATED

JARED MAULDIN    STEM    GIRLS IN STEM    STEM FIELDS

EASTERN WASHINGTON UNIVERSITY

🔖    📘    ✉    **LEAVE A COMMENT**



**Taylor Pittman**
Culture & Parenting Reporter, HuffPost

Suggest a correction

  **Rose Swan**
Dec 1, 2015 · ⚙

So excited about my team winning an entrepreneurs competition today – part of the prize is office space in London!! Hooray!!!

👍 Like          💬 Comment          ↪ Share

 **Fei Yang and 77 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

 **Vik Sohal**
Congratulations!

7y   Like   Reply                                        1 👍

 **Rose Swan**
Thanks Vik!

7y   Like   Reply

 **Obrien Sim**
Wow was this for the group project module?

7y   Like   Reply                                        1 👍

 **Caroline Sinders**
Fantastic!!

7y   Like   Reply                                        1 👍

 **Xuexin Wei**
congrats!

 Comment as Rose Swan                

  **Rose Swan**
Feb 12, 2016 · 🔒

•••

Everyone's posting about this, but really love this article:
http://news.mit.edu/2016/ligo-first-detection-
gravitational-waves-0211



GIPHY

 Like      Comment      Share

 **You, Daniel Hayek and 2 others**

You can see the total number of reactions to your post.

 **Rose Swan**
https://twitter.com/LKrauss1/status/
697809243261394944/photo/1

**Lawrence M. Krauss on Twitter**
twitter.com

7y   Like   Reply

 **Rose Swan**
http://www.sciencemag.org/news/2016/02/

 Comment as Rose Swan       



**Rose Swan**
Feb 12, 2016 · 🔒

GIPHY

👍 Like    💬 Comment    ↪ Share

🔼 You, Daniel Hayek and 2 others

You can see the total number of reactions to your post.

**Rose Swan**
https://twitter.com/LKrauss1/status/
697809243261394944/photo/1

**Lawrence M. Krauss on Twitter**
twitter.com

7y   Like   Reply

**Rose Swan**
http://www.sciencemag.org/news/2016/02/
here-s-first-person-spot-those-gravitational-
waves?
utm_source=sciencemagazine&utm_medium=
facebook-
text&utm_campaign=firstwave-2383

**Here's the first person to spot those
gravitational waves**
sciencemag.org

7y   Like   Reply

 Comment as Rose Swan     

  **Rose Swan**
Feb 12, 2016 · Nottingham, United
Kingdom ·

•••

It looks like I'll be in San Francisco this month around
25th – 28th. Msg me if you're in town! xo

 Like           Comment

🔵 **Jesse Brewer and 3 others**

You can see the total number of reactions to your post.

 **Rose Swan**
ok 😊

7y    Like    Reply

 **Jesse Brewer**
Come to LA x2, or PDX.

7y    Like    Reply                    1 🔵

 **Rose Swan**
haha sure!

7y    Like    Reply

  Comment as Rose Swan            

 

**Rose Swan** is at **Gray Area**.
Feb 22, 2016 · San Francisco, CA · 🔒

Counting down the days until my video work with David Pfau will be part of this incredible Art and Machine Learning Symposium, "DeepDream: The art of neural networks" in San Francisco. It is a two day event is sponsored by the Gray Area Foundation for the Arts and Research at Google and the line-up of speakers represents a truly gifted group of creative coders and computer scientists — I am so excited to see their talks in person!
If you are near the area, it's definitely worth reserving a ticket. Hope to see you there!



grayarea.org
**Art and Machine Learning Symposium - Gray Area Art & Technology**

 Like           Comment          Share

 **You, Qing Li and 30 others**

You can see the total number of reactions to your post.

          Comment as Rose Swan            

 

**Rose Swan**
Apr 18, 2016 · 🔒

•••

Oh man.

 **Victoria Stodden** · **Follow**
Apr 17, 2016 · 🌐

A ban on lobbying by state funded researchers is about to go into effect in the UK. My question is whether researchers can legally alert policy makers and others about their published work when they believe it is germane, and how would they do that. In other words what are the contours of "lobbying" here, and what gets lost by banning it? Since the bill seems imminent understanding its impact can help people find ways to get their research into the public sphere regardless. FWIW in the US very few active federally funded researchers engage in lobbying in my experience and their work can still be relied on in policy making (and should be relied on more imho).



theguardian.com
**Britain's scientists must not be gagged**

 Like           Comment           Share

🔵 **Danilo J. Rezende and 1 other**

You can see the total number of reactions to your post.

   Comment as Rose Swan            

Case: 1:23-cv-02704 Document #: 19 Filed: 09/06/23 Page 53 of 145 PageID #:119

Sign in

**Support us** →

## News  Opinion  Sport  Culture  Lifestyle

The Observer

● This article is more than **7 years old**

# Britain's scientists must not be gagged
*Robin McKie*

A ban on state-funded academics using their work to question government policy is to begin on 1 May. It's either a cock-up or a conspiracy

Sun 17 Apr 2016 04.00 EDT

Case: 1:23-cv-02704 Document #: 19 Filed: 09/06/23 Page 54 of 145 PageID #:120



Case: 1:23-cv-02704 Document #: 19 Filed: 09/06/23 Page 55 of 145 PageID #:121

U nless government officials make a major U-turn in the next few days, many British scientists will soon be blocked from speaking out on key issues affecting the UK - from climate change to embryo research and from animal experiments to flood defences. This startling, and highly controversial, state of affairs follows a Cabinet Office decision, revealed by the *Observer* in February, that researchers who receive government grants will be banned, as of 1 May, from using the results of their work to lobby for changes in laws or regulations.

The aim of the Cabinet Office edict was to stop NGOs from lobbying politicians and Whitehall departments using the government's own funds. The effect, say senior scientists, campaigners and research groups, will be to muzzle scientists from speaking out on important issues. The government move is a straightforward assault on academic freedom, they argue.

These critics highlight examples such as those of sociologists whose government-funded research shows new housing regulations are proving particularly damaging to the homeless; ecologists who discover new planning laws are harming wildlife; or climate scientists whose findings undermine government energy policy. All would be prevented from speaking out under the new grant scheme as it stands.

▮▮ Politicians don't have to agree with scientists, but does anyone believe we will make better decisions without evidence?
Fiona Fox, Science Media Centre

For its part, the Cabinet Office promised to consider the introduction of exemptions to the system - two months ago. Scientists receiving government grants could receive waivers that would allow them to publicly debate key issues raised by their work, it was suggested. Since then, nothing has happened. Officials now have two weeks before the original clause is implemented.

"This is extremely worrying," says Cambridge zoologist Professor William Sutherland. "The government already has a bad track record for not following good scientific advice. Its moves over badger-culling and over the way it has tackled flooding in the Somerset levels are examples of the poor decisions it has made. If they go ahead with this new anti-lobbying clause - and they are leaving it very late if they are not going ahead - then we will have many more poor decisions being made by government for the simple reason that it will have starved itself of proper scientific advice."

This point was backed by Fiona Fox, head of the Science Media Centre. "Politicians

Britain's scientists must not be gagged | Robin McKie | The Guardian    https://www.theguardian.com/commentisfree/2016/apr/17/britains-scie...

don't have to agree with scientists, but does anyone believe we will make better decisions without hearing what the evidence says on flooding, climate change, statins and e-cigarettes?" she asked.

"The anti-lobbying clause will send some of our best researchers back to the relative safety of the laboratory and away from the media fray they already fear. That will be a victory for ignorance and a blow for the evidence-based policy that our politicians claim to want."

Since its anti-lobbying plan was announced, the Cabinet Office has been deluged with protests, which include a petition launched by Bob Ward, policy and communications director at the Centre for Climate Change Economics and Policy. Signed by more than 12,000 people, it urges that the anti-lobbying clause be dropped immediately.

This demand was followed up last week by Ward in a letter to Matt Hancock, minister for the Cabinet Office, in which he argued that the government should not now use the political "purdah" of the forthcoming local elections as a reason for refusing to make any further statements on the issue. "I urge you to announce, without delay, that universities and research institutes will be exempt from the new anti-lobbying clause," Ward writes. Hancock has yet to reply.

Not every scientist or campaigner believes it is too late, however. "I still think the government will come up with a solution," said Sir Martin Rees, the astronomer royal. "It would be far too damaging to allow this clause to proceed and I think there will be an exemption made for scientists getting government grants."

Sarah Main, director of the Campaign for Science and Engineering, has also been in close negotiations with the Cabinet Office over the issue and is also hopeful. "Scientists have been understandably vexed about this, but I have great hope that the government will soon provide us with a solution that will allow researchers to continue to lobby and give advice."

Certainly, negotiations appear to be continuing. Last week a spokesman for the Department for Business Innovation and Skills – which is in charge of science grant administration – told the *Observer* that it was still discussing with the research community "what clarification may be necessary to ensure that research is not adversely affected in any way" by the anti-lobbying clause.

Such a clarification will not get the Cabinet Office off the hook, however - for, as both Rees and Main point out, even if lobbying waivers are agreed in the next two weeks, a great deal of harm has already been done over the past two months. In particular, relations between scientists and government have been soured and a

great deal of unnecessary time has been wasted.

"This whole process has been very worrying – unnecessarily so as well," says Rees. "And I think there will be a legacy. Young scientists who are just getting their first grants will be seriously concerned that their views and opinions are not going to be welcomed by government. This is not going to encourage them to speak out in future."

We therefore face one of two outcomes over the next two weeks. The best we can expect is an announcement in a few days that scientists are to be exempted in some way from the proposed anti-lobbying clause. According to this scenario, the government merely bungled its policymaking and introduced a rule without contemplating its consequences. Then, in dragging its heels in putting right its mistake, it caused considerable damage to its relations with its scientists. That is the best-case scenario.

The alternative outcome would be one in which the government proceeds with its anti-lobbying stance and makes our scientists comply with its new clause in order to stop them from embarrassing government projects in future. That would indeed be an assault on academic freedom.

So let's hope this is not really a conspiracy – just another government cock-up.

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media – the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you.

9/4/2023, 8:39 AM

Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| **Single** | **Monthly** | **Annual** |
|---|---|---|
| **$5 per month** | **$7 per month** | **Other** |

**Continue** → ( **Remind me in October** )  VISA  ⬤⬤  P Pay



# Most viewed



 **Rose Swan**
May 14, 2016 · 🔒



**Insider Tech** ✔ · **Follow**
Mar 25, 2016 · 🌐

NASA captured the brilliant flash of an exploding star for the first time.



👍 Like        💬 Comment        ↪ Share

👍😮❤️ **Michael Bielenberg and 13 others**

You can see the total number of reactions to your post.

⭕ Comment as Rose Swan          



**Rose Swan**
Jun 22, 2016 · 🔒

*If anyone has a good tutorial on stochastic processes / empirical process theory as it relates to hierarchical Bayes for Gaussian processes let me know* :)







ncbi.nlm.nih.gov
**Probabilistic population codes for Bayesian decision making**

👍 Like          ⭕ Comment          ↪ Share

🔵 **Bernard Li and 4 others**

You can see the total number of reactions to your post.



**Kyle Jaster**
Julia Galef

7y    Like    Reply

  Comment as Rose Swan            



**Rose Swan**
Jun 26, 2016 · 🔒

•••

https://arxiv.org/pdf/1604.02135.pdf

*i*

arxiv.org
**arxiv.org**

👍 Like          💬 Comment          ↪ Share

🔵 **Vik Sohal and 1 other**

You can see the total number of reactions to your post.

**Vik Sohal shared this**

Comment as Rose Swan            

 

**Rose Swan**
Jun 28, 2016 · 🔒

···

Check-out this incredible TED talk from Google AMI's Blaise Agüera y Arcas: *How computers are learning to be creative*

http://www.ted.com/talks/blaise_aguera_y_arcas_how_computers_are_learning_to_be_creative

His stance on Machine Intelligence and its application to creativity is extremely forward thinking and driving this entire movement in ML based artistic processes. I also recommend this article for more reading: https://medium.com/artists-and-machine-intelligence/what-is-ami-ccd936394a83#.xx9j6kntp

So lucky to work with such an incredible team this summer @Google!! @artwithMI



ted.com
**How computers are learning to be creative**

 Like      Comment      Share

🔵 **Ana Carolina von Hertwig and 20 others**

You can see the total number of reactions to your post.

    Comment as Rose Swan      



**Artificial intelligence (AI)**

🕐 This article is more than **8 years old**

# Yes, androids do dream of electric sheep

**Google sets up feedback loop in its image recognition neural network - which looks for patterns in pictures - creating hallucinatory images of animals, buildings and landscapes which veer from beautiful to terrifying**

**Alex Hern**

🐦 **@alexhern**
Thu 18 Jun 2015 07.57 EDT

Yes, androids do dream of electric sheep | Artificial intelligence (AI) | ... https://www.theguardian.com/technology/2015/jun/18/google-image-...

What do machines dream of? New images released by Google give us one potential answer: hypnotic landscapes of buildings, fountains and bridges merging into one.

The pictures, which veer from beautiful to terrifying, were created by the company's image recognition neural network, which has been "taught" to identify features such as buildings, animals and objects in photographs.

They were created by feeding a picture into the network, asking it to recognise a feature of it, and modify the picture to emphasise the feature it recognises. That modified picture is then fed back into the network, which is again tasked to recognise features and emphasise them, and so on. Eventually, the feedback loop modifies the picture beyond all recognition.

At a low level, the neural network might be tasked merely to detect the edges on an image. In that case, the picture becomes painterly, an effect that will be instantly familiar to anyone who has experience playing about with photoshop filters:



An ibex grazing, pre- and post-edge detection. Photograph: Google

But if the neural network is tasked with finding a more complex feature – such as animals – in an image, it ends up generating a much more disturbing hallucination:





A Knight, pre- and post-animal detection. Photograph: Google

Ultimately, the software can even run on an image which is nothing more than random noise, generating features that are entirely of its own imagination.



optimize with prior

Before: noise; after: banana. Photograph: Google

Here's what happens if you task a network focused on finding building features with finding and enhancing them in a featureless image:





A dreamscape made from random noise. Illustration: Google

The pictures are stunning, but they're more than just for show. Neural networks are a common feature of machine learning: rather than explicitly programme a computer so that it knows how to recognise an image, the company feeds it images and lets it piece together the key features itself.

But that can result in software that is rather opaque. It's difficult to know what features the software is examining, and which it has overlooked. For instance, asking the network to discover dumbbells in a picture of random noise reveals it thinks that a dumbbell has to have a muscular arm gripping it:



Dumbbells (plus arm). Photograph: Google

The solution might be to feed it more images of dumbbells sitting on the ground, until it understands that the arm isn't an intrinsic part of the dumbbell.

"One of the challenges of neural networks is understanding what exactly goes on at each layer. We know that after training, each layer progressively extracts higher and higher-level features of the image, until the final layer essentially makes a decision on what the image shows. For example, the first layer may look for edges or corners. Intermediate layers interpret the basic features to look for overall shapes or components, such as a door or a leaf. The final few layers assemble those into complete interpretations – these neurons activate in response to very complex things such as entire buildings or trees," explain the Google engineers on the company's research blog.



Another dreamscape. Photograph: Google

"One way to visualise what goes on is to turn the network upside down and ask it to enhance an input image in such a way as to elicit a particular interpretation," they add. "Say you want to know what sort of image would result in 'banana'. Start with an image full of random noise, then gradually tweak the image towards what the neural net considers a banana."

The image recognition software has already made it into consumer products. Google's new photo service, Google Photos, features the option to search images with text: entering "dog", for instance, will pull out every image Google can find which has a dog in it (and occasionally images with other quadrupedal mammals, as well).

So there you have it: Androids don't just dream of electric sheep; they also dream of mesmerising, multicoloured landscapes.

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or

shareholders to consider. Our journalism is produced to serve the public interest – not profit motives.

And we avoid the trap that befalls much US media – the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics – one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone – whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| Single | Monthly | Annual |
|--------|---------|--------|
| $5 per month | $7 per month | Other |

Continue → ( Remind me in October )  VISA  AMERICAN EXPRESS  P PayPal

## Related stories



**Is this by Rothko or a robot? We ask the experts to tell the difference between human and AI art**

🕐 14 Jan 2023



**'I've seen more self-aware ants!' AI: More Than Human – review**

🕐 15 May 2019



**Let me into your home: artist Lauren McCarthy on becoming Alexa for a day**

🕐 14 May 2019

## More from Headlines



**Burning Man festival**
Exodus begins after road reopens

🕐 4h ago



**Joe Biden**
Biographer says it wouldn't be 'total shock' if president drops out of 2024 race

🕐 13h ago



**Soccer**
Spain men's team condemn Rubiales for 'unacceptable behaviour'

🕐 9h ago

## comments (445)

This discussion is now closed for comments but you can still sign in or create your Guardian account to join the discussion next time

**Sort by**          **Per page**          **Display threads**

Case: 1:23-cv-02704 Document #: 19 Filed: 09/06/23 Page 72 of 145 PageID #:138



**MacNara** 20 Jun 2015 20.20                                    0  ↑

The computers have previously been fed loads of pictures of various objects and told what they are. The computer analysis program (before this recognition experiment) presumably picks out 'common' features of all the pictures given the same tag (e.g. 'tree' or 'four-legged

**View more comments**

# Most viewed

  **Rose Swan**
Oct 18, 2016 · 🔒

Somebody is getting away with sexual assault, sexual harassment, and email invasion. When I reported this, I was retaliated against and now I have been kicked out of my PhD program as a result.

 Like  Comment

 **You, Alan Jules Weberman and 104 others**

You can see the total number of reactions to your post.

### Most relevant ⌄

 View previous comments...

 **Talya Stein**
Rose- This is an outrage. I encourage you speak up. This behavior will continue if the person doing it will not stop. The academy must take a stand. I acknowledge you for speaking up this far. Most women just brush these things aside. You are a power house. Don't stop. Continue speaking to who ever can influence the situation. If you want to talk- I'm here for you.
Lot of hugs and kisses.

6y   Like   Reply                          3 

 **Piercarlo Serena**
Sorry to hear this Rose, that's awful. I'm sure press and legal will help you shout out loud this shame. Let me know if I can help somehow.

6y   Like   Reply                          1 

**Ova Kosebay**

   Comment as Rose Swan     

 **Sven Behnke** · Follow
Dec 20, 2016 · 🌐

···

No DEAL for Elsevier with German taxpayers any more.



boingboing.net
**Germany-wide consortium of research libraries announce boycott of Elsevier journals over open acc...**

👍 Like                    ↪ Share

 **Yann LeCun and 54 others**

**Yousef El- Hasadi and 84 others shared this**

**boingboing**   MENU

Report this ad

## Germany-wide consortium of research libraries announce boycott of Elsevier journals over open access

CORY DOCTOROW / **9:53 AM THU DEC 15, 2016**



Report this ad

Germany's DEAL project, which includes over 60 major research institutions, has announced that all of its members are canceling their subscriptions to all of Elsevier's academic and scientific journals, effective January 1, 2017.

The boycott is in response to Elsevier's refusal to adopt "transparent business models" to "make publications more openly accessible."

Report this ad

.   .

Report this ad

Elsevier is notorious even among academic publishers for its hostility to open access, but it also publishes some of the most prestigious journals in many fields. This creates a vicious cycle, where the best publicly funded research is published in Elsevier journals, which then claims ownership over the research (Elsevier, like most academic journals, requires authors to sign their copyrights over, though it does not pay them for their writing, nor does it pay for their research expenses). Then, the public institutions that are producing this research have to pay very high costs to access the journals in which it appears. Journal prices have skyrocketed over the past 40 years.

No one institution can afford to boycott Elsevier, but collectively, the institutions have great power. The high price-ticket on journals means that the entire customer base for them is institutions, not individuals, and the increasing prices have narrowed the field of institutions that can afford to participate — but that has also narrowed the number of institutions that need to cooperate to cripple Elsevier and bring it to heel.

Even so, this kind of boycott was unimaginable until recently — but the rise of guerrilla open access sites like Sci-Hub mean that researchers at participating institutions can continue to access Elsevier papers by other means.

> All participants in this process are aware of the imminent effects this has on research and teaching. However, they share the firm conviction that, for the present, the pressure built up by the joint action of many research institutions is the only way to to reach an outcome advantageous for the German scientific community.

ermany-wide consortium of research libraries announce boycott of ...          https://boingboing.net/2016/12/15/germany-wide-consortium-of-res.htm

No full-text access to Elsevier journals to be expected from 1 January 2017 on
[Göttingen State and University Library]

COMMENTS

**COLLECTIVE ACTION / GERMANY / GLAM / LIBRARIES / PUBLISHING / SCIENCE
/ THE PUBLIC SPHERE NOT THE ELSEVIER**

# Thailand's annual homemade rocket festival looks like a blast

  **Rose Swan**
Dec 27, 2016 · ⚙

So this situation with my university is still dragging on. I am not sure what to do and I just can't believe this happened to me. This is the worst situation I've ever been in and nobody seems to care.

 Like         Comment         Share

 **Oliver Keller and 45 others**

You can see the total number of reactions to your post.

## Most relevant ˅

**View previous comments...**

 **Maya Se**
Sorry this is happening. It's a horrible situation to be in and I hope it gets resolved in your favor soon.

6y   Like   Reply                                     1 

 **Nadja Oh**
hey did you ever continue the conversation with my UK lawyer friend I put you in touch with?

6y   Like   Reply                                     1 

 **Emily Shornick**
Happy to pitch your story to The Cut for ya. Lmk

6y   Like   Reply                                     2 

 **Courtney Castleman Bucher**
I care! This is absolutely appalling! I'm so so sorry. If you want me to write a letter to

   Comment as Rose Swan          

  **Rose Swan**
Jan 18, 2017 · ⚙

I just have to say that Microsoft has been an exemplar company in handling this whole mess. Not only did they adjust my research start date so I could work at Google over the summer, but they are now holding my position for me!! That's right, they are actually making it possible for me to work out this situation, and treating me with the care and respect I wish every tech company would show.

 Like  Comment  Share

 **Par Parekh and 113 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

 **Xuexin Wei**
great!

6y   Like   Reply                    1 

 **Rain Ashford**
So relieved and pleased to hear that a body has stepped up and is doing something to help you sort out this awful matter, as should have happened with your uni. Hope this gives you a good opportunity to get the uni to do something positive now *hugs*

6y   Like   Reply                    1 

 **Sonia Li**
Amazing things are turning out so great for you Rose!! 🙂

6y   Like   Reply                    1 

   Comment as Rose Swan            



**Rose Swan**
Jan 24, 2017 · 🔒

•••



technologyreview.com
**Google's AI software is learning to make AI software**

👍 Like    Comment    Share

👍❤️😮 **Griffith Lighton and 6 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

**Matthew Foglia**
I 3d printed my 3d printer

6y   Like   Reply      2 👍

Comment as Rose Swan    🖊️ GIF ☺️

  **Rose Swan** shared a memory.
Feb 17, 2017 · ⚙

•••

What ironic timing for this memory to pop up in FB. It seems like only yesterday I was working with amazing researchers like Uri Hasson and Alexander Todorov at Princeton. I wish so badly I could continue my research but it looks like I can't now.



**9 Years Ago**
See your memories >

 **Rose Swan**
Feb 17, 2014 · 🔒

So excited to be working on my ITP thesis with Uri Hasson and the Department of Psychology at Princeton!!

 Like

 Comment

😊👍 **Christopher Michael Daley and 6 others**

You can see the total number of reactions to your post.

 **Eric DeWitt**
Yes why not ?! 😊

6y   Like   Reply

 Comment as Rose Swan     

 

‹  **Rose Swan**
Feb 17, 2017 · 🔒 ···

Okay, so I have lost everything and the University of Nottingham is refusing to move forward to make it possible for me to continue with my Microsoft internship in March. Michel Valstar has refused to work with me after I came forward about a sexual harassment and assault case. I was told that it would be "bad for his career" to be associated with a messy situation. Other professors at University of Nottingham made similar excuses -- one was up for a promotion and feared that getting involved with a sexual harassment case would put him at risk of losing his promotion. I'm sorry but I cannot believe this and I am done. Academia is a corrupt, chauvinistic, male dominated world and this is beyond all ethical, legal, moral... how can any academic continue to work with men who perpetuate this abusive environment. It is unconscionable that an institution would enable this type of treatment towards their students. I just CANNOT believe this.

👍 Like 💬 Comment

 **Par Parekh and 90 others**

You can see the total number of reactions to your post.

**1 share**

**Most relevant** ⌄

 **Amir H. Bakhtiary**
This world needs a lot of fixing.

6y **Like  Reply** 2 

 **Jenny Selig**
I'm so sorry you didn't get the help and support that would've made a practical difference. What happened is wrong, unjust,

 Comment as Rose Swan   

**Rose Swan**
Mar 12, 2017 · 🔒



technologyreview.com
**Teaching machines to understand video could be the key to giving them common sense**

👍 Like          💬 Comment          ↗ Share

👍 **Par Parekh and 12 others**

You can see the total number of reactions to your post.

**Xuexin Wei shared this**

Comment as Rose Swan            

**Rose Swan**
Mar 27, 2017 · 🔒



wired.com
**I Took the AI Class Facebookers Are Literally Sprinting to Get Into**

👍 Like          ◯ Comment          ↗ Share

👍 1

You can see the total number of reactions to your post.

 Comment as Rose Swan            

 

**Rose Swan** shared a memory.
Apr 4, 2017 · 🔒

···



**8 Years Ago**
See your memories ›





**Rose Swan**
Apr 4, 2015 · 🔒

Revisiting insights of E.O. Wilson in Consilience:  "The hard problem is more elusive: how physical processes in the brain addressed in the easy problems give rise to subjective feeling. What exactly does it mean when we say we experience a color such as red or blue? Or experience, in Chalmers' words, 'the ineffable sound of a distant oboe, the agony of an intense pain, the sparkle of happiness or the meditative quality of a moment lost in thought. All are part of what I am calling consciousness. It is these phenomena that compose the real mystery of the mind."

 Like           Comment



👍 **Sam Bornstein and 3 others**

You can see the total number of reactions to your post.

   Comment as Rose Swan            

  **Rose Swan**
Apr 20, 2017 · 🔒



 **Gary Bradski**
Apr 19, 2017 · 👥

What surprised me about this was mainly the fact that someone could run the marathon 50 years later ... She looks more like 40 than 70.

History:
The runner, Kathrine Switzer was the first official woman in the Boston Marathon in 1967 (it was all male, but she used her initials and so they issued her a badge, #261). A race official, Jock Semple, tried to stop her, he was a big guy, but Kathrin's even bigger boy friend body checked Jock out. She finished, was disqualified, went on to found a world wide woman's marathon org and used the statistics she gathered from that to get woman's marathon as an official olympic sport. Jock Semple ended up becoming a big supporter of woman's marathon and set up the qualifying rules for woman in the Boston Marathon and presided over the official entry of woman in the Boston Marathon in 1972. He wasn't so much anti-woman, as a stickler for rules (he body checked many male runners who weren't official runners too, almost got charged with assault for it). He was credited with keeping the Boston Marathon going in lean years after WWII. Kathrin and Josh reconciled later. Josh died in 1988 of liver cancer at 88.



 Comment as Rose Swan     

 

**Rose Swan**
Apr 20, 2017 · 🔒

⋯

stop her, he was a big guy, but Kathrin's even bigger boy friend body checked Jock out. She finished, was disqualified, went on to found a world wide woman's marathon org and used the statistics she gathered from that to get woman's marathon as an official olympic sport. Jock Semple ended up becoming a big supporter of woman's marathon and set up the qualifying rules for woman in the Boston Marathon and presided over the official entry of woman in the Boston Marathon in 1972. He wasn't so much anti-woman, as a stickler for rules (he body checked many male runners who weren't official runners too, almost got charged with assault for it). He was credited with keeping the Boston Marathon going in lean years after WWII. Kathrin and Josh reconciled later. Josh died in 1988 of liver cancer at 88.



latimes.com
**'Get the hell out of my race,' a Boston Marathon official told a pioneering woman in 1967. At 70, sh...**

 👍 Like    ◯ Comment     Share

❤️ Le Redant and 12 others

You can see the total number of reactions to your post.

 Comment as Rose Swan      

# Los Angeles Times

SPORTS

## 'Get the hell out of my race,' a Boston Marathon official told a pioneering woman in 1967. At 70, she's still in the race



Kathrine Switzer, 70, displays her medal after finishing the 121st Boston Marathon on April 17. (Elise Amendola / AP)

BY CHUCK SCHILKEN | STAFF WRITER

APRIL 17, 2017 8:24 AM PT

Kathrine Switzer is wearing bib No. 261 in the Boston Marathon on Monday morning. It's the same number a race official famously tried to rip from her shirt 50 years ago, when Switzer became the first woman to officially take part in the competition.

After Monday, no one will wear that number in the Boston Marathon again. It will be retired in Switzer's honor.

In 1967, Switzer was a 20-year-old journalism student at Syracuse, N.Y., who decided it was about time a woman officially ran the iconic race — Roberta Gibb did it a year earlier but didn't actually register for the event and kept her gender a secret by wearing a hooded sweatshirt at the beginning of the race.

Switzer registered using her initials rather than her first name, but unlike Gibb she wore lipstick and earrings while running to make sure everyone knew a woman was out there competing with the men.

Race director Jock Semple knew. A few miles into the run, Semple chased down Switzer and attempted to take away her official race number.

"Instinctively I jerked my head around quickly and looked square into the most vicious face I'd ever seen," Switzer wrote in her memoir. "A big man, a huge man, with bared teeth was set to pounce, and before I could react he grabbed my shoulder and flung me back, screaming, 'Get the hell out of my race and give me those numbers!'"



Boston Marathon official Jock Semple tries to eject Kathrine Switzer (261) in 1967, but Tom Miller runs interference and blocks him out. (Harry Trask / Associated Press)  (Harry Trask / Associated Press)

With some fellow racers running interference, Switzer persevered and finished the race in four hours, 20 minutes. She went on to become an accomplished marathon runner, winning the 1974 New York City Marathon and finishing second in the 1975 Boston Marathon.

Eight years ago, she started running marathons again after a break of almost 30 years. Monday will be her first time running the Boston Marathon since 1976.

"I'm not worried about the physicalness of my capability," she recently told the Boston Globe. "What I'm worried about — outside of an injury or something out of the blue — but what I do worry about is being tired."

Switzer posted videos on Facebook while running in Monday's race, including one from the spot where Semple attempted to remove her number all those years ago.

She signs off in that one with, "Have fun; be fearless."

Switzer finished this year's race in 4:30:50, just 10 minutes off her time from 1967.

In the years that have passed since her first Boston Marathon, that original Bib number that Semple was unable to tear away has come to stand for quite a lot. In 2012, Switzer helped start 261 Fearless, a foundation focused on empowering women through running.

After that, according to the Globe, a fan pointed out to Switzer that two-six-one is fitting because at 26.1 miles, a runner knows she will be able to finish the 26.2-mile race.

"And then the Title IX people called up and said, 'Oh, we love 2-6-1. It adds up to

Title IX!' " Switzer said.

The top right corner may be missing from that 50-year-old Bib — Semper was able to get a piece of it — but Switzer still has the rest of it.

"I have it hidden in my house," Switzer told the Globe. "No, you would never find it. My house is a mess."

charles.schilken@latimes.com

**Twitter:** @chewkiii

**UPDATES:**

**1:40 p.m.:** This article has been updated with Switzer's finishing time from this year's Boston Marathon.

**11:45 a.m.:** This article has been updated with a Facebook video from Switzer.

*This article was originally published at 8:20 a.m.*



Chuck Schilken

Chuck Schilken is a sports reporter on the Fast Break team. He spent more than 18 years with the Los Angeles Times' Sports Department in a variety of roles. Before joining The Times, he worked for more than a decade as a sports reporter and editor at newspapers in Virginia and Maryland.

Copyright © 2023, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information



**Rose Swan**
May 28, 2017 · ⚙

I'm working on my first paper for the Encyclopedia of Neuroscience!!

👍 Like          💬 Comment          ↗ Share

💙❤ **Par Parekh and 141 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

**Ernest Davis**
Wonderful!  What's the subject?
6y   Like   Reply                                    1 👍

**Nima Tabrizi**
Great, share it when it's done
6y   Love   Reply                                    2 👍❤

**Rain Ashford**
Yay, great news!
6y   Like   Reply                                    1 👍

**Margaret Mitchell**
Go go go!!!
See translation
6y   Love   Reply                                    1 ❤

**Surajit Dasgupta**
That's awesome! Good luck

📷   Comment as Rose Swan         😋 GIF ☺

**Rose Swan**
Jun 12, 2017 · 🔒

Via Konrad:



biorxiv.org
**Visual pathways from the perspective of cost functions and multi-task deep neural networks**

THE PREPRIN

👍 Like          💬 Comment          ↪ Share

Comment as Rose Swan            

 

**Rose Swan**
Nov 30, 2017 · 🔒

It's been a while since I posted on FB - I've been busy starting a new PhD program and quietly working on a new non-profit women's initiative called *Behind Her Eyes*.

I'm really excited because we are getting ready to launch and I would love your support!

We are working with female directors to film a short series of immersive VR stories about gender bias and discrimination in STEM. We want to show first hand what it is like to be a woman working in male dominated fields in order to create more empathy in people who might not understand the subtle nuances of unconscious bias or how they can make a difference when they witness blatant harassment. The aim of Behind Her Eyes is to elevate these once silent personal struggles to a public forum and start more dialogues about real encounters with gender bias by placing the viewer behind her eyes.

Please visit our GoFundMe campaign: https://www.gofundme.com/behindhereyes

Or share your personal story: BehindHerEyes.org



gofundme.com
**Click here to support "Behind Her Eves" launch!**

   Comment as Rose Swan     

  **Rose Swan**
Nov 30, 2017 · 🔒

•••

discrimination in STEM. We want to show first hand what it is like to be a woman working in male dominated fields in order to create more empathy in people who might not understand the subtle nuances of unconscious bias or how they can make a difference when they witness blatant harassment. The aim of Behind Her Eyes is to elevate these once silent personal struggles to a public forum and start more dialogues about real encounters with gender bias by placing the viewer behind her eyes.

Please visit our GoFundMe campaign: https:// www.gofundme.com/behindhereyes

Or share your personal story: BehindHerEyes.org



gofundme.com
**Click here to support "Behind Her Eyes" launch! organized by Dagny Lauren Looper**

 Like           Comment           Share

 **You, Roman Italo and 44 others**

You can see the total number of reactions to your post.

**Willow Mrn and 5 others shared this**

          Comment as Rose Swan            



### Rose Swan
Dec 9, 2017 · 🔒

This is such a moving story about a woman who was erased from her job after speaking up:



twitter.com
**A. N. Devers on Twitter**

👍 Like     💬 Comment     ↗ Share

🔵 **Shipon Graphic and 3 others**

You can see the total number of reactions to your post.

 Comment as Rose Swan      

 

**Rose Swan**
Dec 13, 2017 · 🔒

•••

This is such a great list of tips for professors writing rec letters! Thanks for sharing Anima!

 **Anima Anandkumar**
Dec 12, 2017 · 🌐

This is good to know. In the past I have used "hard working" to describe both men and women. All the people I have written letters for have been incredibly hard working, but didn't realize that it is part of the stereotype. I will change it now to "ambitious/driven / motivated"

## Avoiding gender bias in reference writing

Got a great student? Planning to write a super letter of reference?
Don't fall into these common traps based on unconscious gender bias.

### Mention research & publications

Letters of reference for men are 4x more likely to mention publications and twice as likely to have multiple references to research. Make sure you put these critical accomplishments in every letter!

### Don't stop now!

On average, letters for men are 16% longer than letters for women and letters for women are 2.5x as likely to make a minimal assurance ('she can do the job') rather than a ringing endorsement ('she is the best for the job').

### Emphasize accomplishments, not effort

Letters for reference for men are more likely to emphasize accomplishments ('his research', 'his skills', or 'his career') while letters for women are 50% more likely to include 'grind-stone' adjectives that describe effort. 'Hard-working' associates with effort, but not ability.

### We all share bias

It is important to remember that unconscious gender bias isn't a male problem. Research shows that women are just a susceptible to these common pitfalls as men.
This is a problem for all of us · let's solve it together!

### Keep it professional

Letters of reference for women are 7x more likely to mention personal life · something that is almost always irrelevant for the application. Also make sure you use formal titles and surnames for both men and women.

### Stay away from stereotypes

Although they describe positive traits, adjectives like 'caring', 'compassionate', and 'helpful' are used more frequently in letters for women and can evoke gender stereotypes which can hurt a candidate. And be careful not to invoke these stereotypes directly ('she is not emotional').

### Be careful raising doubt

We all want to write honest letters, but negative or irrelevant comments, such as 'challenging personality' or 'I have confidence that she will become better than average' are twice as common in letters for female applicants. Don't add doubt unless it is strictly necessary!

| Adjectives to avoid: | Adjectives to include: |
| --- | --- |
| caring | successful |
| compassionate | excellent |
| hard-working | accomplished |
| conscientious | outstanding |
| dependable | skilled |
| diligent | knowlegeable |
| dedicated | insightful |
| tactful | resourceful |
| interpersonal | confident |
| warm | ambitious |
| helpful | independent |
| | intellectual |

brought to you by:
THE UNIVERSITY OF ARIZONA
Commission on the Status of Women

Research from Trix, F & Psenka, C. Exploring the color of glass: Letters of recommendation for female and male medical faculty. Discourse & Society, 2003, and Madera, JM. (199), MR, & Marler, RC. Gender and letters of Recommendation for Academia: Agentic and communal differences. Journal of Applied Psychology, 2009.



Follow us at: www.facebook.com/uacsw
For an electronic copy of this graphic, see
**www.csw.arizona.edu/LORbias**

 Comment as Rose Swan

  

 

**Rose Swan**
Dec 13, 2017 · 🔒

...

# Avoiding gender bias in reference writing

Got a great student? Planning to write a super letter of reference?
Don't fall into these common traps based on unconscious gender bias.

### Mention research & publications

Letters of reference for men are 4x more likely to mention publications and twice as likely to have multiple references to research. Make sure you put these critical accomplishments in every letter!

### Don't stop now!

On average, letters for men are 16% longer than letters for women and letters for women are 2.5x as likely to make a minimal assurance ('she can do the job') rather than a ringing endorsement ('she is the best for the job').

### Emphasize accomplishments, not effort

Letters for reference for men are more likely to emphasize accomplishments ('his research', 'his skills', or 'his career') while letters for women are 50% more likely to include 'grindstone' adjectives that describe effort. 'Hard working' associates with effort, but not ability.

### We all share bias

It is important to remember that unconscious gender bias isn't a male problem. Research shows that women are just as susceptible to these common pitfalls as men.
Thus is a problem for all of us - let's solve it together!

### Keep it professional

Letters of reference for women are 7x more likely to mention personal life - something that is almost always irrelevant for the application. Also make sure you use formal titles and surnames for both men and women.

### Stay away from stereotypes

Although they describe positive traits, adjectives like 'caring', 'compassionate', and 'helpful' are used more frequently in letters for women and can evoke gender stereotypes which can hurt a candidate. And be careful not to invoke these stereotypes directly ('she is not emotional').

### Be careful raising doubt

We all want to write honest letters, but negative or irrelevant comments, such as 'challenging personality' or 'I have confidence that she will become better than average' are twice as common in letters for female applicants. Don't add doubt unless it is strictly necessary!

**Adjectives to avoid:**
caring
compassionate
hard-working
conscientious
dependable
diligent
dedicated
tactful
interpersonal
warm
helpful

**Adjectives to include:**
successful
excellent
accomplished
outstanding
skilled
knowlegeable
insightful
resourceful
confident
ambitious
independent
intellectual

Brought to you by:
THE UNIVERSITY OF ARIZONA
Commission on the Status of Women

Adapted from: Trix, F. & Psenka, C. Exploring the color of glass - Letters of recommendation for female and male medical faculty. Discourse & Society. 2003. and Madera, JM, Hebl, MR, & Martin, RC. Gender and letters of Recommendation for Academics: Agentic and Communion Differences. Journal of Applied Psychology. 2009.



Follow us at: www.facebook.com/uacsw
For an electronic copy of this graphic, see:
**www.csw.arizona.edu/LORbias**

feministphilosophers.files.wordpress.com

 👍 Like     💬 Comment    ↗ Share

## 🟣🟣 Shipon Graphic and 17 others

You can see the total number of reactions to your post.

### 1 share

  Comment as Rose Swan      GIF  😊

 

**Rose Swan**
Dec 6, 2018 · 🔒

•••

It sounds like my PhD program is not going to grant a tuition waiver for Spring 2019. Not exactly sure how to handle this... does anyone have ideas?

 Like      Comment

 Joseph Mathes and 1 other

You can see the total number of reactions to your post.

 **Courtney Castleman Bucher**
Write a financial aid appeal. I always do and have been successful each time. I doubt they will give you the full amount, but something...!

4y    Like    Reply                    1 

    Comment as Rose Swan          

 **Rose Swan**
Dec 11, 2018 · 🔒

It looks like I have no choice but to post this Tuition Fundraiser for Spring 2019. Very close to reaching my funding goal but definitely a little scary if we can't reach this amount before mid January :(

 

gofundme.com
**Click here to support Help save my PhD organized by Rose Swan**

 Like     Comment      Share

 **You, Daniel Lemke and 8 others**

You can see the total number of reactions to your post.

 **Dan Jose**
I've been there – hoping it all works out!

4y   Love   Reply                    1 

 **Courtney Castleman Bucher**
I'm so proud of you!!! Hoping people come through and share!

4y   Like   Reply                    1 

 Comment as Rose Swan     

  **Rose Swan**
Feb 22, 2018 · 🔒

Apparently it's only okay to speak up sometimes. Why can't we all be honest and open about experiences of gender bias and discrimination in the workplace?

 Like      Comment

 **Surajit Dasgupta and 39 others**

You can see the total number of reactions to your post.

**Most relevant** ˅

 **Anima Anandkumar**
And it can be far worse than just bias http://goo.gl/cK6xMb

5y     **Like**     **Reply**                    1 

 **Rose Swan**
Yes - Anima this situation you've bravely shared publicly is totally out of line. I just don't understand how these incidents aren't dealt with more impact-fully by people in power. I'm very sorry you've experienced this at all!! It makes it impossible to work and move forward when your time is wasted battling these types of inappropriate behaviors. Be strong!

5y     **Like**     **Reply**                    1 

 Comment as Rose Swan       

 

**Rose Swan** shared a memory.
Mar 16, 2019 · 🔒

•••

‹

Wow - can't believe it was 5 years ago that I was able to visit CERN as a resident for a bit. Wish I was there now to check-in on the AEgIS Experiments and the incredible work they are doing! http://aegis.web.cern.ch/aegis/



**9 Years Ago**
See your memories ›



**Rose Swan**
Mar 16, 2014 · 👥



 Like        Comment

 **Steve Worswick and 23 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

   Comment as Rose Swan        



 **Rose Swan**
Apr 9, 2019 · ⚙

New Ways to Bring Women Into and Up Through Cybersecurity Careers:



newamerica.org
**New Ways to Bring Women Into and Up Through Cybersecurity Careers**

👍 Like          ◯ Comment          ↪ Share

**Jason Dunne and Richard Bonneau**

You can see the total number of reactions to your post.

 Comment as Rose Swan            



**Rose Swan**
Aug 3, 2019 · 🔒

•••

I am nearing the finish line for my legal case (finally) and have endured retaliation that is indescribably horrific. I cannot wait for this to be over soon so I can go back to my normal life without having to deal with lawyers and backlash for reporting assault and Title IX issues. Some people are just disgusting and this nightmare will hopefully be over in the next few months.
#ConsequencesForSpeakingUp #Retaliation #Title9 #Assault #SexualDiscrimmination #Harassment

👍 Like                    ◯ Comment

 **Par Parekh and 62 others**

You can see the total number of reactions to your post.

**Most relevant** ⌄

 **Jck Mrn**
You never gave up, that is really admirable. 🫠

4y    Love    Reply                    1 ◯

 **Rain Ashford**
Crikey, what a nightmare – hope it's over very soon! Hugs and power to you, Rose 🤍

4y    Love    Reply                    1 ◯

 **Sachiko Kana**
🤍

4y    Love    Reply                    1 ◯

 Comment as Rose Swan          



**Rose Swan**
Aug 3, 2019 · 🔒

# Ummm my phone was just stollen ....

👍 Like               ◯ Comment

**Steven Melendez**

You can see the total number of reactions to your post.

 Comment as Rose Swan            

  **Rose Swan**
Aug 14, 2019 · 🔒

•••

This paper released by FB AI on RoBERTa method for NLP is great -- there are GitHub links that outline step-by-step details for implementing their sample models:
*https://arxiv.org/abs/1907.11692 *
https://ai.facebook.com/blog/roberta-an-optimized-method-for-pretraining-self-supervised-nlp-systems/
https://github.com/pytorch/fairseq/tree/master/examples/roberta
Also simple methods for including your own datasets in the model: https://github.com/pytorch/fairseq/blob/master/examples/roberta/README.pretraining.md



ai.facebook.com
**RoBERTa: An optimized method for pretraining self-supervised NLP systems**

 Like         Comment         Share

 **Sai Krishna and 13 others**

You can see the total number of reactions to your post.

 **Rose Swan**
Also this is a really interesting article applying NLP to robotic navigation -- autonomous agents that are capable of inferring navigation

    Comment as Rose Swan      



**Rose Swan**
Aug 14, 2019 · 🔒

Don't forget tomorrow starts the new Facebook rule
where they can use your photos. Don't forget
Deadline today!!! It can be used in court cases in
litigation against you. Everything you've ever posted
becomes public from today Even messages that have
been deleted or the photos not allowed. It costs
nothing for a simple copy and paste, better safe than
sorry. Channel 13 News talked about the change in
Facebook's privacy policy. I do not give Facebook or
any entities associated with Facebook permission to
use my pictures, information, messages or posts, both
past and future. With this statement, I give notice to
Facebook it is strictly forbidden to disclose, copy,
distribute, or take any other action against me based
on this profile and/or its contents. The content of this
profile is private and confidential information. The
violation of privacy can be punished by law (UCC
1-308- 1 1 308-103 and the Rome Statute. NOTE:
Facebook is now a public entity. All members must
post a note like this. If you prefer, you can copy and
paste this version. If you do not publish a statement at
least once it will be tacitly allowing the use of your
photos, as well as the information contained in the
profile status updates. FACEBOOK DOES NOT HAVE
MY PERMISSION TO SHARE PHOTOS OR MESSAGES

Copy, Paste and Breathe

👍 2                                        1 Comment

😮 1

 Like                     Comment

 Comment as Rose Swan      



**.ıll T-Mobile Wi-Fi** 🛜    9:34 PM    ⬈ 30% ◻

**.ıll AT&T Wi-Fi** 🛜    10:59 AM    ⬈ 12% ◻

Monday at 9:55 AM · 🎟

Don't forget tomorrow starts the new Facebook rule where they can use your photos. Don't forget Deadline today!!! It can be used in court cases in litigation against you. Everything you've ever posted becomes public from today Even messages that have been deleted or the photos not allowed. It costs nothing for a simple copy and paste, better safe than sorry. Channel 13 News talked about the change in Facebook's privacy policy. I do not give Facebook or any entities associated with Facebook permission to use my pictures, information, messages or posts, both past and future. With this statement, I give notice to Facebook it is strictly forbidden to disclose, copy, distribute, or take any other action against me based on this profile and/or its contents. The content of this profile is private and confidential information. The violation of privacy can be punished by law (UCC 1-308- 1 1 308-103 and the Rome Statute. NOTE: Facebook is now a public entity. All members must post a note like this. If you prefer, you can copy and paste this version. If you do not publish a statement at least once it will be tacitly allowing the use of your photos, as well as the information contained in the profile status updates. FACEBOOK DOES NOT HAVE MY PERMISSION TO SHARE PHOTOS OR MESSAGES

Copy, Paste and Breathe

👍 2                    1 Comment

😢 1



**Rose Swan**
Aug 14, 2019 · 🔒 ▶

👍 Like                    💬 Comment

 

**Rose Swan**
Sep 26, 2019 · 🔒

I spoke too soon... apparently I am now being retaliated against for reporting inappropriate touching, harassment bullying, etc. with charges that my behavior is a danger to the campus community. This legal case is never going to end.

 Like           Comment

 Comment as Rose Swan            

  **Rose Swan**
Oct 31, 2019 · 🔒

···

This really is... I am just so close to getting passed these Title IX hurtles... Now the ECE Dept. at UIUC is refusing to accept notes from offices and experts handling these Title IX related issues. I just can't believe this... it is all coming down to one professor at this point and the department admin. It is just unreal... the blatant sexism that I am dealing with here is just unreal.

*I really can't believe I am going to have to leave my PhD as a result of participating in these protected activities.*

 Like           Comment

 C.c. Lindh and 19 others

You can see the total number of reactions to your post.

 **Ella Dagan**
This is awful Rose. My heart is with you.

3y   Like   Reply

 **Arielle AG**
I'm sorry Rose, this seems unbelievable (and yet so believable)

3y   Like   Reply

 **Rain Ashford**
Unbelievable 

3y   Like   Reply

 Comment as Rose Swan            

  **Rose Swan**
Nov 12, 2019 ·

I just have to say that remembering my time at NYU today really makes me appreciate how interdisciplinary, welcoming, and supportive the professors are for women in STEM. I just can't even say how lucky I am to have had that exposure and would not be where I am today without it. Being able to look back at such a high example of excellent teaching, inclusive PIs and members of the academic community who went out of their way to make sure I could be a contributing researcher.. I really, really miss NYC. From complete experts in their field like Yann LeCun, Eero Simoncelli, Joseph LeDoux, Weiji Ma, Eric Kandel, Mike Shadlen, Tony Zador, and so many others... just being given the time to meet with these incredible experts and have my chance to share ideas always made me feel like I was an equal member of the academic community. It is just such a wonderful collection of incredible innovators and I miss it so much!

 Like           Comment

 **Xuexin Wei and 27 others**

You can see the total number of reactions to your post.

 Comment as Rose Swan            



**Rose Swan**
Nov 13, 2019 · 🔒

•••

Hooray- another interview where I was forced to talk about why I transferred from a fully funded CS PhD program to UIUC. I wish that there were more guidelines about interview processes so making the most general statement is not looked at with suspicion. There's never a good answer for this one that doesn't launch into a whole slue of judgements and personal opinions on these topics. Nearing the end of this long road I think... it is just getting tiring to have to keep explaining one incident that happened over 3 years ago. I wonder if the other person involved is forced to do that,..... oh wait nothing happened to him. Great.

 Like         Comment

 Crys Moore and 13 others

You can see the total number of reactions to your post.

**Most relevant** ∨



**Gary Bradski**
lie. "family issues".

3y    Like    Reply                    2 

    Comment as Rose Swan          

  **Rose Swan**
Nov 14, 2019 · ⚙

I am applying for the Google PhD Fellowship and need recommenders... would anyone be open to helping? Last shot to finish my PhD... I have until December 22nd to formalize everything and then it looks like that's it.

👍 Like          💬 Comment          ↪ Share

 **Stream Gao and 18 others**

You can see the total number of reactions to your post.

 **Xuexin Wei**
Do you find people to write letter for you?

3y   Like   Reply

   Comment as Rose Swan            

  **Rose Swan**
Nov 15, 2019 ·

Sooo a Title IX respondent just stated that he wont permit my Google PhD Fellowship application to be submitted. Absolutely zero justification given. What's the definition of retaliation again? Oh yeah... it's his behavior exactly... Amazing.

Where is the gov to enact Whistleblower Protection Act and Ethics Act when you need them.... this truly is really serious. Kind of cannot believe they would try something like this... maybe they truly are unstoppable.

 Like           Comment

 Karthik Shanmugam and 12 others

You can see the total number of reactions to your post.

 **Ella Dagan**
How is this possible??? I'm so so sorry

3y   Like   Reply                                    1 

**Alexander Wilkie**
Just out of curiosity... did he put this statement into writing, in any form? Or were there witnesses to him saying that?

Because if he did, you could conceivably get him into a lot of trouble on this account alone. In a perfect world, at least.

3y   Like   Reply

   Comment as Rose Swan            

  **Rose Swan**
Nov 26, 2019 · ⚙

Okay so the final hurdle to me staying in my PhD program. I've been working in a lab but the PI wont become affiliated officially with NSP. I now have about 2 weeks to find someone who will "officially" advise me or I am kicked out.

Literally my last chance to make this work and then my PhD will be locked-in and secure until I finish it. Really can't believe this but it is one of those scenarios where I am concerned everyone is just going to turn their backs on me. UIUC... last chance! Please help!

 Like          Comment          Share

 **Stream Gao and 6 others**

You can see the total number of reactions to your post.

 Comment as Rose Swan           

 

**Rose Swan**
Dec 7, 2019 · ⚙

•••

Does anyone have any contacts at UIUC who are honest and who they recommend I speak with about my situation? The basic context is that 4 advisers tried to work with me this semester but were not allowed to confirm officially... so I def need help with this so I am not forced to leave after coming so far.

 Like           Comment           Share

🟢 **Jon DuBois**

You can see the total number of reactions to your post.



**Ian Harnarine**
I know good people at UIC, if you are interested in there and it's an option for you, but not UIUC.

3y   Like   Reply                    1 



**Rose Swan**
Follow-up to this post --> I was just given yet another option for working in a lab... I just hope UIUC admin confirms this one. We are now at the upper university-level admin away from some of the biases from earlier and if this doesn't get approved, nothing will.

3y   Like   Reply                    3 

  Comment as Rose Swan            

  **Rose Swan**
Dec 8, 2019 · 🔒

•••

WiML 2019 is an AI Women's event that looks incredible -- if anyone is nearby and interested in going, I highly recommend it 😃



MON, DEC 9, 2019
**Women in Machine Learning Workshop (WiML 2019)**

 ⭐ Interested ▾

 Mohamed and Anima



👍 Like          ○ Comment          ↱ Share

 Comment as Rose Swan            

 

**Rose Swan**
Dec 9, 2019 · 

This is one of the most critical weeks of my life. After submitting documents to university-level administration at UIUC, I am now waiting for formal approval to be allowed to work with my adviser and move forward in my career. If they say no, then that is it. I just cannot believe my entire fate/future rests with one woman in administration. This is just so intense... what will she do!?

👍 Like     ◯ Comment     ↪ Share

 Ma Tan and 15 others

You can see the total number of reactions to your post.

**1 share**

**Most relevant** ⌄

 **Julian Togelius**
Really hope it works out!

3y   Love   Reply       1 

 **Josh Mensch**
Good luck Rose!

3y   Like   Reply

 **Rain Ashford**
Have everything crossed that you get approval
👍❤️

3y   Like   Reply

 **Jck Mrn**
🤞🤞🤞✊

3y   Like   Reply

   Comment as Rose Swan       

  **Rose Swan**
Dec 24, 2019 · 🔒

https://www.npr.org/2019/12/20/790101370/french-telecom-company-convicted-of-moral-harassment-after-employee-suicides



npr.org
**French Telecom Company Convicted Of 'Moral Harassment' After Employee Suicides**

 Like  Comment  Share

😲 **Jeffrey R. Cooper**

You can see the total number of reactions to your post.

 Comment as Rose Swan   

**2:37**

 **Rose Swan**
Jan 17, 2020 · 🔒

•••

A critique of pure learning and what artificial neural networks can learn from animal brains: https://www.nature.com/articles/s41467-019-11786-6.epdf

"...most animal behavior is not the result of clever learning algorithms—supervised or unsupervised—but is encoded in the genome. Specifically, animals are born with highly structured brain connectivity, which enables them to learn very rapidly. Because the wiring diagram is far too complex to be specified explicitly in the genome, it must be compressed through a "genomic bottleneck". The genomic bottleneck suggests a path toward ANNs capable of rapid learning." -Tony Zador

*i*

nature.com
**Nature - Not Found**

👍 Like          ○ Comment          ➢ Share

🔵 **Tony Zador and 3 others**

You can see the total number of reactions to your post.

⃝  Comment as Rose Swan            

  **Rose Swan**
Jul 9, 2020 · ⚙

I am being harassed and bullied so horribly still in Illinois.
It seems like this is just unstoppable. I've reached out to
the FBI, the local police and nobody is doing anything.
I'm truly at the breaking point and don't know what else
to do to get someone to stop this from happening.

 Like        Comment        Share

😮😵😋 Ildar Iakubov and 21 others

You can see the total number of reactions to your post

Most relevant ∨

 **Rob Koier**
That sucks! Is it cyber bu

3y   Like   Reply                                    1 

 **Amir H. Bakhtiary**
Is this online rose?

3y   Like   Reply

 **Joseph Mathes**
You're in Illinois? I've been here for a few
months (leaving in a few weeks). Are you near
Chicago? Do you want to get together and
rant at someone in person? I don't think I can
help but I can listen and remind you you're not
crazy, and it can be helpful to do that face to
face (well, from six feet away and behind
masks)

3y   Like   Reply

 **Rose Swan**
Thanks Joseph – this needs to be properly

   Comment as Rose Swan          

  **Rose Swan**
Sep 7, 2020 · 🔒

I am now facing homelessness. The retaliation I have endured for reporting rape, harassment and hate crimes has forced me out of my job and I was offered 3 nw positions that are now being blocked by the university I reported to the federal government for these crimes.

I literally have nowhere to live starting in 20 days and I am in desperate need of a basement, spare room or vacation home -- literally anything -- to stay in for a few months. I am unable to obtain new jobs in my field due to this retaliation. This is truly serious and i hoped reporting rape and these incidents would have a happy ending but my career is being intentionally ruined by the individuals I reported.

 Like           Comment

 **Anna Rieke**

You can see the total number of reactions to your post.

 **Sean Cusack**
I have a couch to crash on if you want it

2y   **Like   Reply**

 Comment as Rose Swan       

  **Rose Swan**
Jan 16, 2020 · 🔒

•••

Finally!



wired.com
**The Display of the Future Might Be in Your Contact Lens**

 Like     Comment     Share

 Comment as Rose Swan       



**Rose Swan**
Nov 27, 2021 · 🔒

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?



paypal.com
**Hardship for Rent**

👍 Like          ◯ Comment          ↪ Share

📷          Comment as Rose Swan            

  **Rose Swan** is with **Jay Glazer**. •••
Nov 29, 2021 · ⚙

This memory is revealing – 8 years ago I was celebrating with my dear friend Jay Glazer because I gave a TEDx talk to help encourage women in STEM and talk about my research.

Fast forward to 2016, I was denied a job at FB because the woman interviewing me said she didn't want to give me "special treatment" for reporting rape and being hacked. SnapChat offered me a job and then withdrew it because the Googlers who had to speak with HR about what happened refused to speak truthfully about my qualifications, and about ALL the work I did for Google.

Now here we are 2021 and I've been wrongfully terminated from University of Illinois for running a women's non-profit (which UI forced me to shut down).

I was told that I gained "special treatment" for reporting being raped and hacked.

Now I'm facing homelessness and nobody will hire me in fields I've invested $500,000 and more to be trained to work in. I've spent 15+ years training and working in these fields... and I can't afford basic living expenses because I followed mandatory reporting laws about rape and cyber security attacks.

---

 **Rose Swan**
Nov 24, 2013 · 👥

I was just asked to give a TEDx Talk about women in science!!!! omg! I'm so excited – this is truly the best birthday ever! Thank you to everyone who is posting and calling to send their nice bday wishes! xoxoxo

---

 Like　　 Comment　　 Share

 Eddie Jackson and 3 others

　Comment as Rose Swan　　  

2:39

  **Rose Swan** is with **Alan Jules Weberman** and **60 others**.

Nov 29, 2021 · 🔒

This is a fundraiser for an unfortunate and tragic situation in my life.

After 4 years of fighting for my rights and facing non-stop discrimination and prejudice in my PhD Program at University of Illinois, I was denied my Doctorate Degree. I maintained Straight As, Honors Society, throughout the PhD and earned Honors and Awards -- I was forced out of my job this October and I now have no income for rent.

I'm struggling to pay for basic living expenses as I apply for new jobs, trapped in Chicago where I don't know many people. It is awful to have to ask for financial help to cover my rent but there is no other option and I do not want to become Homeless.

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?



paypal.com
**Hardship for Rent**

 Like ·  Comment  Share

 Comment as Rose Swan   

  **Rose Swan** is with **Alan Jules Weberman** and **77 others**.

Nov 29, 2021 · 🔒

This is a fundraiser for an unfortunate and tragic situation in my life.

After 4 years of fighting for my rights and facing non-stop discrimination and prejudice in my PhD Program at University of Illinois, I was denied my Doctorate Degree. I maintained Straight As, Honors Society, throughout the PhD and earned Honors and Awards -- I was forced out of my job this October and I now have no income for rent.

I'm struggling to pay for basic living expenses as I apply for new jobs, trapped in Chicago where I don't know many people. It is awful to have to ask for financial help to cover my rent but there is no other option and I do not want to become Homeless.

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?



paypal.com
**Hardship for Rent**

👍 Like          ◯ Comment          ↗ Share

◎  Comment as Rose Swan          ◉ GIF ☺



**Rose Swan**
Nov 30, 2021 · 🔒

I'm not sure what I will do if I'm not able to meet this Fundraising goal in time!! It's such a serious situation and I even have medical needs I can't pay for either because University of Illinois retaliated against me for running the Women's Non-profit to help assault and rape survivors.

It's just so unconscionably horrible... my view on humanity has been altered irreversibly.

If anyone can help contribute so I can meet this goal -- I know this is a lot of money but this is the salary University of Illinois denied me by forcing me out of my PhD this semester... straight As, Honor Role, Awards and Honors with funding but they chose to make an example of me instead.

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?



paypal.com
**Hardship for Rent**

👍 Like          💬 Comment          ↗ Share

📷     Comment as Rose Swan     🫥 GIF ☺

**Rose Swan** shared a memory.
Dec 5, 2021 · 🔒



**9 Years Ago**
See your memories >

**Rose Swan**
Dec 5, 2013 · 👥

Tedx talk in 5... 4.... 3....

👍 Like                    ⭕ Comment

📷    Comment as Rose Swan           

 

**Rose Swan** shared a memory.
Dec 9, 2021 · ⚙

•••



**3 Years Ago**
See your memories ›





**Rose Swan**
Dec 9, 2019 · 👥

This is one of the most critical weeks of my life. After submitting documents to university-level administration at UIUC, I am now waiting for formal approval to be allowed to work with my adviser and move forward in my career. If they say no, then that is it. I just cannot believe my entire fate/future rests with one woman in administration. This is just so intense... what will she do!?

 Like     Comment

 Comment as Rose Swan      



**Rose Swan**
Dec 12, 2021 · ⚙

Thank You SO much to every friend who has helped already for this emergency Fundraiser!

I am being pressured by my Landlords to pay in full and this seems impoasible but I have to try and fundraise at least $3,500 this week to show I can meet the $5,000 goal at the end of the month!

This is definitely not a fun situation at all and I am extremely sorry to have to ask for help. I'm not sure what else to do and don't have any other options. 

I don't want to be homeless and I'm interviewing for jobs but my Landlords are threatening eviction.

😞

Here is a link to my Fundraiser again:
https://paypal.com/pools/c/8F1rRDqfBP

This is a fundraiser for an unfortunate and tragic situation in my life.

After 4 years of fighting for my rights and facing non-stop discrimination and prejudice in my PhD Program at University of Illinois, I was denied my Doctorate Degree. I maintained Straight As, Honors Society, throughout the PhD and earned Honors and Awards -- I was forced out of my job this October and I now have no income for rent.

As many of you know, I was physically assaulted / raped while studying for my PhD Degree. After I started a Women's Non-profit to help Survivors of sexism and sex based crimes. University of Illinois forced me against my will to shut the women's non-profit down. I have been targeted with hate crimes ever since and I am now struggling with mobility issues. University of Illinois denied me medical care and accommodations. For

 Comment as Rose Swan   ☺

 

**Rose Swan**
Dec 12, 2021 · ⚙

· · ·

As many of you know, I was physically assaulted / raped while studying for my PhD Degree. After I started a Women's Non-profit to help Survivors of sexism and sex based crimes. University of Illinois forced me against my will to shut the women's non-profit down. I have been targeted with hate crimes ever since and I am now struggling with mobility issues. University of Illinois denied me medical care and accommodations. For these reasons I am also hoping to purchase a wheelchair at some point.

I'm struggling to pay for basic living expenses as I apply for new jobs, trapped in Chicago where I don't know many people. It is awful to have to ask for financial help to cover my rent but there is no other option and I do not want to become Homeless.

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?
https://paypal.com/pools/c/8F1rRDqfBP



paypal.com
**Hardship for Rent**

 Like           Comment           Share

     Comment as Rose Swan       



**Rose Swan**
Dec 18, 2021 · 🔒

‹                                                                    •••

There are just 9 days left for my Fundraiser and I am soo close to meeting my Landlords' payment in full requirement for back rent.

I am just $1,000 short...

...9 days left to raise $1,000!!!

$1,000 in 9 days seems a little impossible but it is worth a shot to try! I'll then also owe rent for January (eek) but at least being able to pay the back rent in full will get me out of this urgent predicament!!!

THANKS to the EXTREMELY GENEROUS and KIND donations from my friends on FB the Fundraiser is almost met. This is definitely not a fun situation and I apologize for needing to ask.

Here is a link to the fundraiser:
https://paypal.com/pools/c/8F1rRDqfBP

This is a fundraiser for an unfortunate and tragic situation in my life.

After 4 years of fighting for my rights and facing non-stop discrimination and prejudice in my PhD Program at University of Illinois, I was denied my Doctorate Degree. I maintained Straight As, Honors Society, throughout the PhD and earned Honors and Awards -- I was forced out of my job this October and I now have no income for rent.

I'm struggling to pay for basic living expenses as I apply for new jobs, trapped in Chicago where I don't know many people. It is awful to have to ask for financial help to cover my rent but there is no other option and I do not want to become Homeless.

It has been SUCH a hard time and I cannot tell you how

 Comment as Rose Swan                



**Rose Swan**
Dec 18, 2021 · 🔒

•••

University of Illinois, I was denied my Doctorate Degree. I maintained Straight As, Honors Society, throughout the PhD and earned Honors and Awards -- I was forced out of my job this October and I now have no income for rent.

I'm struggling to pay for basic living expenses as I apply for new jobs, trapped in Chicago where I don't know many people. It is awful to have to ask for financial help to cover my rent but there is no other option and I do not want to become Homeless.

It has been SUCH a hard time and I cannot tell   you how much all of your kind words and help have meant to me throughout this ordeal.  I hope this never happens to anyone else!!!

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?

https://paypal.com/pools/c/8F1rRDqfBP



paypal.com
**Hardship for Rent**

👍 Like          💬 Comment          ↪ Share

📷     Comment as Rose Swan          😊 GIF 🙂

 **Rose Swan** is with **Kristina Morris** and **18 others**. •••
Dec 20, 2021 · ⚙

It does not look like I'm going to reach the Fundraiser goal by the deadline... Is there ANYONE in Portland who would allow me to stay with them for a few months until I find a job so I can relocate???

👍 Like          ⬭ Comment          ⤳ Share

 **Ryan Comandich**
Wish I could help! Best luck!

1y   Like   Reply                                    1 

 **Rose Swan**
Thanks Ryan!  You can help actually! Would you mind talking to me over the phone?

1y   Like   Reply

 Write a reply...

     Comment as Rose Swan          

  **Rose Swan**
Dec 23, 2021 · 🔒

•••

There are only 4 DAYS LEFT for this Fundraiser to ensure I am not evicted and to pay back rent in full since I unexpectedly lost my job at University of Illinois.

If there is anything you can do, even sharing this link with people to raise awareness is a HUGE HUGE help!!!

🩶*~•HAPPY HOLIDAYS and PEACE BE WITH YOU ALL•~* 🩶

I'm raising $5,000.00 until 12/27/2021 for Hardship for Rent. Can you help?
https://paypal.com/pools/c/8F1rRDqfBP



paypal.com
**Hardship for Rent**

 Like           Comment           Share

   Comment as Rose Swan            

 **Rose Swan**
Dec 26, 2021 · ⚙

•••

Today is the last day of my Hardship Fundraiser -- and I am about $1300 from the goal!

It will take a miracle to reach this goal in 24 hours!!!

Please, please, please if you can help or even share the link with other people every little bit will make a HUGE difference!!!! This money will go to paying my landlords who have threatened to evict me if I do not meet this goal.

Please click the link to help! Hardship for Rent:



paypal.com
**Hardship for Rent**



👍 Like          ◯ Comment          ➢ Share

**1 share**

  Comment as Rose Swan            

  **Rose Swan**
Dec 26, 2021 · ⚙

•••

Today is the last day of my Hardship Fundraiser -- and I am about $1300 from the goal!

It will take a  miracle to reach this goal in 24 hours!!!

Please, please, please if you can help or even share the link with other people every little bit will make a HUGE difference!!!! This money will  go to paying my landlords who have threatened to evict me if I do not meet this goal.

Please click the link to help! Hardship for Rent:



paypal.com
**Hardship for Rent**

👍 Like          ◯ Comment          ↪ Share

**1 share**

  Comment as Rose Swan            

 **Rose Swan**
Dec 27, 2021 · 🔒

•••

30 minutes left to donate to Hardship Rent Fundraiser!!

I am about $1300 short from the goal $5000. It will take a miracle to reach this goal!!

Please, please, please if you can help or even share the link with other people every little bit will make a HUGE difference!!!! My landlords threatened me with eviction if I do not meet this goal.

Please click the link to help!



paypal.com
**Hardship for Rent**

 Like       Comment       Share

   Comment as Rose Swan        

 **Rose Swan**
Jan 8, 2022 · ⚙

**•••**

Hardship for Rent and Medical Needs: $10,000
https://www.paypal.com/pools/c/8GcQxP5ECj

THANK YOU ALL SO MUCH!!! Your donations have helped SO much and I appreciate every single person who helped! It truly means so much to me that you care and I cannot thank you enough!

Your donations totaled just enough to make a large payment to my landlords for January but not the full amount owed. I also need to buy medical equipment, pay for physical therapy for my physical assault injuries and so I have no choice but to launch another Fundraiser for Hardship.

This Hardship for Rent and Medical Needs Fundraiser will pay the remaining balance my landlords are demanding. It will also be used to pay for medical needs so I am able to get a job and recover from being physically assaulted, raped, denied medical care for 4 years at University of Illinois, retaliated against and victimized with hate crimes.

The amount that I am trying to raise will stop my landlords from evicting me, pay for physical therapy I need to walk normally and purchase medical equipment (most likely a wheelchair) when I'm able to pay for Doctors visits.

I have been denied medical care by University of Illinois and wrongfully terminated for trying to file Onsite Work Injury Forms for injuries from physical assault / rape, retaliation.

Even sharing this link to others who might be interested would be a HUGE help! $10,000 seems impossible but this is the reality of the unfortunate sotuation I'm now in for repporting rape, physical assault and retaliation.

 Comment as Rose Swan      

 

**Rose Swan**
Jan 8, 2022 · ⚙

•••

and wrongfully terminated for trying to file Onsite Work Injury Forms for injuries from physical assault / rape, retaliation.

Even sharing this link to others who might be interested would be a HUGE help! $10,000 seems impossible but this is the reality of the unfortunate sotuation I'm now in for repporting rape, physical assault and retaliation.

Thank you all SO SO SO much! I wish you all a Happy New Year and I hope we can reach this goal!

Love,
Rose

Hardship Fundraiser: $10,000
I was raped, physically assaulted, but without supportive Family I cannot pay for rent or medical. Please click the link to help!
https://www.paypal.com/pools/c/8GcQxP5ECj



paypal.com
**Hardship for Rent & Medical Needs**

 Like           Comment           Share

     Comment as Rose Swan            

  **Rose Swan**
Apr 11, 2022 · ⚙

So I was able to find a job for just a month during the Holidays but I am now facing eviction. I need to pay the landlord in full (I wasn't able to do so last time) and I need your help! I don't know where else to turn since I do not have supportive family...

Please share this with anyone you know who can help!!!

I'm raising $3,500.00 until 05/11/2022 for Eviction Prevention. Can you help?



paypal.com
**Eviction Prevention**

 Like     Comment     Share

 **You**

You can see the total number of reactions to your post.

    Comment as Rose Swan      

I was used to try to create
PR for Doctors, Scientists,
Medical Doctors and more.
People were trying to create
an image for the "General
Public" that does not
scare the "General Public"

Because of ~~the~~ the history of
Doctors many people are scared
and people are trying to change
the image of Doctors, Scientists.

People wanted me to help make
Artificial Intelligence less
scary for the "General Public"
and engage with the "General
Public".

I believe machines should never be allowed to be creative. I believe AI (Artificial Intelligence) should never be allowed to be creative.

I believe no machine or computer, or AI, etc should ever be allowed to over-ride its human operator. No AI, computer, Machine, etc. should ever be programmed to kill or harm under ANY circumstances You should never program the "Trolley Problem". Never answer the "Trolley Problem". Refuse to make whatever is related to the "Trolley Problem"