Case: 1:23-cv-02704 Document #: 20-1 Filed: 09/06/23 Page 1 of 75 PageID #:287

I was going to use the mosaic style. I can run those videos now (though the results will probably be similar to what I showed you with Armen - still trying to figure out what went wrong there). Can you send me the second video with the face tracking removed? Thanks.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

On Sun, Apr 17, 2016 at 9:54 PM, Rose Meacham <meacham.rose@gmail.com> wrote:

Yup - which style are you running them with? It might be nice to try this one with the same style we used for shoelaces: https://vimeo.com/95681484

I also really like the reactions from this subject, but could see it paired with a painting that has more motion-- I have versions without facetracking on another hard drive: https://vimeo.com/94235183

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

On Sun, Apr 17, 2016 at 3:04 PM, David Pfau <pfau@google.com> wrote:

I was just trying to reproduce the videos we showed at the talk with the new code (which works now) at 480p resolution instead of 360p. I have the shoelaces video at 360p and sampled every 12 frames still on my laptop. It sounds like Vimeo has some ability to restore deleted videos if it happened recently: https://vimeo.com/forums/topic:116463 (although this thread has to do with an older bug in their software) so maybe you could ask about it on the help forums.

On 17 Apr 2016 7:58 p.m., "Rose Meacham" <meacham.rose@gmail.com> wrote:

Yes - kind of beyond odd. I don't have the originals with me in London. What are you trying to do? Perhaps we could come up with which video would be best together and I can send you something specifically.

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

On Sun, Apr 17, 2016 at 2:52 PM, David Pfau <pfau@google.com> wrote:

That is extremely weird. Well I certainly didn't delete it intentionally and I don't even know how you could delete something accidentally, but if it was somehow my fault I'm so sorry. I won't log in without your permission again.

On 17 Apr 2016 7:46 p.m., "Rose Meacham" <meacham.rose@gmail.com> wrote:

Please do not login to my accounts without my permission David. The video you are asking about seems to have been deleted, which is an odd coincidence because you're the only person with this password and I did not delete. No other videos have been deleted.

On Sunday, April 17, 2016, David Pfau <pfau@google.com> wrote:

I also took a quick look through the Google Drive folders you shared with me and didn't see it (though I might have missed it).

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

On Sun, Apr 17, 2016 at 7:10 PM, David Pfau <pfau@google.com> wrote:

Yes, I scrolled through the Vimeo account.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

On Sun, Apr 17, 2016 at 7:06 PM, Rose Meacham <meacham.rose@gmail.com> wrote:
I wont be able to help until you answer this ...

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

On Sun, Apr 17, 2016 at 1:58 PM, Rose Meacham <meacham.rose@gmail.com> wrote:
How were you looking for the video? Did you login into the Vimeo account?

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

On Sun, Apr 17, 2016 at 1:51 PM, David Pfau <pfau@google.com> wrote:
Hi Rose,

I'm rerunning the videos of Armen right now at higher resolution. I wanted to do the same with the shoelace tying video but I can't find the original on Vimeo. Could you send that to me please?

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

--
- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

 **Rose Meacham <meacham.rose@gmail.com>**

**Status**
23 messages

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 10:34 AM
To: Alexander Pritzel <apritzel@google.com>, Rose Meacham <meacham.rose@gmail.com>

Unfortunately, after talking to the people here at work who approve publications, it sounds like they won't approve us submitting this as a poster. Instead they want us to put it as a short paper on arXiv. That means probably adding another page or two and maybe another figure to what we've written. In some ways this might actually be better - a paper online can have a bigger reach than a poster at a conference. The original motivation for this was so that Andrew Zisserman could have something to cite in a talk - I'll ask him when that talk will be, but I think it's pretty soon.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 10:39 AM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

That's really a shame. Who made this decision and is there a chance to submit an abstract to another journal? Is there a way that Andrew might be interested in helping?

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

On Fri, Apr 22, 2016 at 10:34 AM, David Pfau <pfau@google.com> wrote:

Unfortunately, after talking to the people here at work who approve publications, it sounds like they won't approve us submitting this as a poster. Instead they want us to put it as a short paper on arXiv. That means probably adding another page or two and maybe another figure to what we've written. In some ways this might actually be better - a paper online can have a bigger reach than a poster at a conference. The original motivation for this was so that Andrew Zisserman could have something to cite in a talk - I'll ask him when that talk will be, but I think it's pretty soon.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 11:33 AM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

Yeah this kind of is not okay - I am counting on the submission as an abstract for a conference and that is what we discussed/agreed to doing. If you could please respond quickly I can help you sort this out. I don't like that I do not have a complete picture of what is going on and I kind of need to know who you were speaking with right away so we can meet the deadline tomorrow. It's also suspicious that we were given approval and now you are saying that they are not approving it. Sorry but we need to resolve this right away so we can submit as planned tomorrow.

Thanks,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 11:36 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

I never said it was approved and I'm sorry if I gave that impression. It was submitted to the approval process. There really is nothing I can do here, the decision's been made.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 11:52 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

After putting something on arXiv I don't intend on working on this further. An arXiv submission could be submitted to a conference later but it seems like people here don't want anyone going to a graphics conference, period. I asked Andrew if he was interested in helping out with writing but he declined.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 12:04 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

Also, I didn't realize this but apparently Andrew is only at DeepMind one day a week.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 12:11 PM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

Well my university wont accept arXiv as a publication slot. Where else could we submit? It would not be necessary for anyone to go to a graphics conference - it could be another venue.

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 12:31 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

First off, I hope your university changes that. Nowadays in machine learning by the time a paper gets in to a conference most people following the field have already seen it on arXiv. Second, does your university accept workshop papers as publications? That was where I originally intended to submit this.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 12:36 PM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

Yes. It would have to be an accredited publication or poster presentation. Where else can we submit this and is there any way I could do this for the deadline tomorrow as planned?

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 12:39 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

Well the deadline was for Expressive and we're not sending it to Expressive. Rewriting it as a short arXiv paper will take some time, and I also have a major deadline for another project in a week. We need to add more technical details on how style transfer and the initialization work. I can send you the tex file I've been using but it's probably easiest for me to write that myself.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 12:40 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

As for sending it to a conference, I think it's best if I wait until I see what the response to the arXiv paper is before proposing we send it anywhere.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 12:49 PM
To: David Pfau <pfau@google.com>

Cc: Alexander Pritzel <apritzel@google.com>

Could we explore another option besides arXiv? And please send the Tex file.

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 1:07 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

I already said the decision's been made and there's nothing I can do. There was some discussion of putting it up as a blog post but that's not an accredited publication venue either. I'm afraid this is just how it works at DeepMind. When you're writing a first author paper then you'll have more control over where it goes.

I've attached the files used to make the PDF, though I may get to work on extending it some this weekend. We'll see if I have time.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

**Expressive Poster.zip**
14280K

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 22, 2016 at 2:22 PM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

Attached is the first diagram.
It would also be nice to include a diagram mapping the sequence of equations used to alter each state of the video processing...

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**ExpressiveAbstract-1.eps**
1034K

**David Pfau** <pfau@google.com> Fri, Apr 22, 2016 at 7:01 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

Looks great, thanks! I was planning on adding a section describing the transformations in mathematical detail, but wasn't planning on making it a figure - was that what you meant?

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Sat, Apr 23, 2016 at 10:24 AM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

Yup - I can make new illustrations if you outline the steps in more detail. Also like this video a lot:

but the time code still seems to be off.

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 29, 2016 at 9:26 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

OK, all the videos finished running and I'll compile the results this weekend. As for the time codes - I added 20 frames of "burn-in" to some of the videos where I just restyle the first image repeatedly. I wrote the code for compiling the videos to make it easy to remove those frames for a single video, which I'll do once we pick which videos we want to show in the paper. Personally I think the standard definition videos look better than the high definition videos (still need to figure out why those aren't coming out as well). And I'll send over a more mathematical description of the process at some point so you can add more detail to the figure, Rose.

David Pfau | Research Scientist | pfau@google.com | Google DeepMind

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Fri, Apr 29, 2016 at 1:01 PM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

I have some theories about why they may not be working on the hi-def vids. Might be interesting to see the final versions when you share them and a more mathematical description of any changes that have been made to the process.

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

**David Pfau** <pfau@google.com> Fri, Apr 29, 2016 at 1:15 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

The final versions pretty much look like longer versions of what I sent last weekend. Will start compiling them now. What's your theory?

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Sat, Apr 30, 2016 at 1:00 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

OK, just shared the folder of completed videos.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Sat, Apr 30, 2016 at 1:02 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

Oh also - the program managers want to make sure we have the rights for these videos before we release anything. Apparently something in writing from you is not enough, there needs to be an explicit copyright notice on the videos on Vimeo. How would you feel about releasing these videos with a Creative Commons license? I can put you in touch with the program manager as well if you have any questions.

David Pfau I Research Scientist I pfau@google.com I Google DeepMind

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Sat, Apr 30, 2016 at 1:21 PM
To: David Pfau <pfau@google.com>
Cc: Alexander Pritzel <apritzel@google.com>

I should have been put in touch with the program manager from the beginning. Thanks.

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

---

**David Pfau** <pfau@google.com> Sat, Apr 30, 2016 at 2:08 PM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Alexander Pritzel <apritzel@google.com>

The program manager wasn't even involved in the project until I sent in the abstract for approval. I'll get you in touch.

[Quoted text hidden]

Rose Meacham <meacham.rose@gmail.com>

# Confidential

5 messages

**Rose Meacham** <meacham.rose@gmail.com> Mon, May 2, 2016 at 5:04 PM
To: Shakir Mohamed <shakir@google.com>

Dear Shakir,

I am not certain whether HR has spoken with you yet, but a slightly uncomfortable incident occurred with David a number of weeks ago and I am trying to disengage from working with him as much as possible. It is truly a shame because we have been building this style transfer project together for quite a number of months now — since around the end of December — but I would really like to just finish our paper and publish it so he is not able to contact me directly anymore.

David is now sending me emails that you have not been ccd on, making accusations that I am essentially not a team player and unwilling to work with other Google employees as a way to get his way on this paper. This is absurd, because I am already working with Mike Tyka and the entire AMI team as an intern over the summer -- and this is something that I am extremely excited about.

I need this bullying to stop. If there is any way you might be able to intervene or help steer this conversation in a better direction, that would be much appreciated. So sorry to bother you with this and I hope you had an excellent holiday weekend, and a nice start to the week.

All the best,
Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

**Shakir Mohamed** <shakir@google.com> Tue, May 3, 2016 at 5:13 AM
To: Rose Meacham <meacham.rose@gmail.com>

Hi Rose, Thanks for letting me know about this. I'm really sorry to hear about this - please don't take it as a bad reflection of everyone else here at Deepmind - I'd still love to meet one day. I just landed in South Africa so I'm being a bit delayed in looking at emails - I'll try speak to David about this later on as well as make sure this gets resolved as quickly as possible.

Let me know if anything else comes up that I should know about.
Thanks.
-Shakir.
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Tue, May 3, 2016 at 6:06 AM
To: Shakir Mohamed <shakir@google.com>

Thank you so much Shakir - I really appreciate your response and wish I had been more direct in telling you earlier. It's been a really bad situation for some time now. The whole project has been a giant mess with lots of unnecessary delays and missed deadlines. He's yelled at me and much more. I really would like to just finish this paper as quickly as possible and publish but he is now getting extremely angry because I don't want to start a whole new project on VR. If we could just steer the conversation to wrap this up so I can stop interacting with him that would be such a relief to me.

If you don't mind, I would appreciate just keeping this between us because I think he would be very upset if he knew I spoke to people about this and it would get much worse.

Enjoy your time in South Africa -- that definitely sounds like a fun trip -- and thanks again for the prompt response! :)

Case: 1:23-cv-02704 Document #: 20-1 Filed: 09/06/23 Page 10 of 75 PageID #:296

**Is Your Job 'Quiet Cutting' You? Here's What You Need To Watch Out For.**



**Read This If You Never Take Your Shoes Off When You Go Into Your House**



**No One Will Ever Guess That You Bought This Perfect Loungewear Set On Sale At Amazon**



**ESPN Parts Ways With Another Longtime Host After Mass Layoffs**



**'Friends' Director Reveals The Cast Member Who Was 'Not Particularly Funny'**



Best,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

---

**Shakir Mohamed** <shakir@google.com> Tue, May 3, 2016 at 6:12 AM
To: Rose Meacham <meacham.rose@gmail.com>

Of course all of this is confidential between us. Really, thanks again for letting me know. I was under the impression that this was a side project that wasn't taking too much time and just needed to be wrapped up. So this has been extremely helpful.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Tue, May 3, 2016 at 6:30 AM
To: Shakir Mohamed <shakir@google.com>

Oh wow - I had a feeling that people were not fully in the loop, because he's also been very secretive and even done unusual things like not let me mention I'm working on this to certain people at Deep Mind and edit emails to exclude what we are working on. It's such a relief to have you aware of this now. I wish I had told you directly much sooner! Thank you again so much! Talk again soon. :)

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

[Quoted text hidden]

Case: 1:23-cv-02704 Document #: 20-1 Filed: 09/06/23 Page 12 of 75 PageID #:298

Amal And George Clooney Make A Breathtaking Appearance At The Venice Film Festival

The Funniest Tweets From Women This Week

The Funniest Tweets From Parents This Week

Tucker Carlson Takes Sexist Swipe At Fox News

Virginia's 'Moderate' GOP Governor Is Quietly Funding Anti-Choice Extremists

I Thought Parents Who Forgot Their Kids In Their Cars Were Monsters. Then I Did It.





(UX)
B – Kaom performance (kinect projection)
A – Links: Emotional response study
B – AMI – Museum, Ads & PR
[B] – Colab notebook examples, Artist tools



# Intern Eval

Send Feedback meachum@google.com Logout

- Edit Midpoint Self Evaluation
- View Midpoint Evaluation
- Edit Final Self Evaluation

# View Details For Rose Meacham

| **Rose Meacham** | |
|---|---|
| **Username** | meachum@google.com |
| **Person ID** | 453531 |
| **Host** | kenric@google.com |
| **Location** | Seattle, US ( US-SEA) |
| **Employment Dates** | 2016-06-06 to 2016-09-09 (approx.) |
| **University** | |
| **Title** | User Experience Engineering Intern |
| **Cost Center** | 71T: EngPM Interns |
| **Recruiter** | emersonj@google.com<br>Julie Emerson |
| **Conversion Recruiter** | emersonj@google.com |
| **Intern Team Contact** | jeanjones@google.com |
| **gHire Record** | gHire |
| **Last Updated** | 2016-08-16 07:13:03.782930 |

**Host-provided project details**

| | |
|---|---|
| **Last Updated** | 2016-06-17 |
| **Project Title** | AMI |
| | Rose will be working on several aspects of the Artists and Machine Intelligence program |

**Project Description** at Google Research and MI. She'll be working on the UX for an MI-based tool for artists with other members of the team. She'll also be working with the AMI team and myself to generate press and critical writing about AMI projects, bring artist collaborations to completion, and to plan events in the AMI program.

**Rose Meacham's Self Evaluation**

**Last Updated** 2016-08-09

**Projects**

**Main Project Title** Translating user signals with Face SDK into engineering AIs

**Project Description**

Working with researchers and engineers on Hartwig Adam's team and the Links UX Research team, I am designing a method for collecting video data that will help improve user satisfaction with Links reflections, as well as make improvements for the way we predict user responses to specific images. It is my goal to develop a dataset and methodology that could be used in the future to further personalize Links and related projects. Meaning, individual models could be developed for specific user profiles and eventually every individual product user. One of the main benefits for MI based products is their potential to adapt to each user's unique preferences. From this study we will be able to understand exactly what parts of an image are triggering certain reactions from subjects, and to what degree.

Research questions include:
-How can we predict which parts of an image and/or series of images a user will want to have in their reflections?
-In what ways can we use emotional engagement from case studies to develop better models that predict this information?
-Can we develop a model for implicit attention and image content as a predictor for emotional responses to Links Reflections?

The study will focus on three motifs that include Outdoor Adventures, Sightseeing, and Events. Subjects will be invited to participate in activities that fall under each of the three motifs. I'm designing and running a user study that will feature 10-12 subjects. Links LARP data will be collected and subjects heart rate will be recorded at the time of the study. Their emotional reactions to specific moments in the footage will be analyzed using FaceSDK, Iris Recognition, and a comparative heart rate. Two user profiles will be used for building our subject pool, including Parent-parazzi and Experience Collectors.
After speaking with team members, I identified issues with certain user satisfaction and developed a solution that will enable MI Researchers and engineers to

improve Links V1 and increase personalization for V2. By collecting data in this manner and analyzing user physiological states, such as emotional responses with FaceSDK & Iris Recognition, we can enhance models to identify which moments should be included in Links reflections. Analyzing these findings enables us to develop a model and train it to identify which parts of the video are interesting and we would like to model the pattern of interest based on physiological signals and gaze.

**Accomplishments** The data set itself could be used for future studies and applied to different products. The dataset will be a more diverse, representing multiple user cases, and consequently produce more accurate findings for researchers, including the following areas:

-Remove biases in data collection to include a more robust experimental population (LARP Data).
-Not enough LARP Data to use for accurate analysis.
-Methods used within MI group involves a YouTube video dataset and this is not applicable to analyzing LARP data, because of the cinematic differences.
-More precise to monitor their emotional reactions to reflections than simply collecting self-report reactions.

**Additional Project 1 Title** Spearheading Artists & Machine Intelligence

**Project 1 Description**

AMI is an effort that makes creative tools for artists and the general public, enhancing public understanding of MI and building community engagement with this technology through organizing outreach events, panel discussions, supporting art shows and performances. In line with this effort I have been involved in a lot of daily admin, such as creating press one sheets, emailing artists and event coordinators, as well as assisting with social media efforts to promote events and share AMI information with our followers on Medium, YouTube, and Twitter.

The larger code-based work has included two mini-efforts to develop tools for artistic use. I've worked with the team to develop a series of creative tools that can be used with cameras and neural networks to capture still images from web live-stream footage. For this project I am also developing a system with Kinect for live projection mapping that will be part of the 9 Evenings 2 event in October of this year. It is a celebration of the fifty year anniversary of the historic 9 Evenings event produced by Bell Labs in 1966.

On a long-term scale I'm assisting with some groundwork for upcoming art exhibitions with artists we are supporting. One collaboration that I arranged is with

Mmuseumm, a privately run museum in New York City. I am working with the museum director to develop an MI based exhibition that uses code creatively to engineer emotional narratives through the curation of digital content via the web.

Administration & Social Media
Conceived of and arranged a branding strategy to promote AMI in high-profile fine art communities, including a digital and print advertising package in Frieze and ARTFORUM magazines. Coordinated the release of MI related articles on ur Medium Blog, including the release of Blaise's TED Talk which received over 100k views in a single morning. Filmed and photographed Butoh dancers to create a video teaser and online promotion of the event.

Live Projection Mapping
I've worked with the team to engage new artists and support their projects, including a Butoh dance performance. For this project I am developing a system with Kinect for live projection mapping. This uses depth mapping and is being coded in C++ and the final product will be a self-contained program that projects videos generated in DeepDream onto a moving target.

Tensorloop Creative Artist Tools
Developed 5 different Artistic Tools that allow people to extract data from face recognition and emotion recognition and use it for creative purposes.

Tool 1: Face Detection in OpenCV -- This tool detects faces or a single face within still images. The tool offers settings that allow users to adjust the "Face Detection Scale Factor," as well as the "Face Detection Minimum Neighbors" when it is analyzing photographs. The tool can detect as many faces that are present in a given image.

**Project 1 Accomplishments**

Tool 2: Uses OpenCV to identify faces and recognize a specific emotion. It includes a black bounding box around the face that has been detected. It also includes a colored bounding box around the mouth to indicate when a smile is detected. It also allows users to play with the following settings and alter the way faces and emotions are detected:
Face Detection Scale Factor
Face Minimum Neighbors
Smile Detection Scale Factor
Smile Minimum Neighbors

Tool 3 uses the internal Google system Face SDK to identify faces within still

images. The tool extracts the landmarks used to identify the face and gives the user an option of displaying them over the photograph that was analyzed or another background of their choice.

Tool 4 is a face detector and emotion recognition system that uses the internal Google FaceSDK. Based on a color coding system the users are able to identify emotions of multiple subjects at a time within a single photograph. The bounding box identifying each face is colored to represent the emotion that has been detected. The following color coding system was created:
Red for anger
Blue for sadness
Green for surprise
Yellow for joy
Black for no emotion detected

Tool 5 is designed to capture a still image from a live web-stream camera feed. The still image is saved automatically when a face is detected and the emotional expression is identified. People can use landmark data to set a specific part of the face will be altered using DeepDream.

**Performance Details**

| | |
|---|---|
| **Strengths** | I am a good problem solver and creative thinker. When applied to research and creative coding, I am often able to see connections in seemingly disparate projects and select the aspects that are strongest from each one in order to improve things from a longterm, higher level. My research skills in terms of designing experiments and running subjects are also strong and I'm excited to apply these skills to our Links study. |
| **Areas for Development** | My responsibilities for AMI have felt a bit disjointed and I felt pulled in a lot of different directions, making it hard to perform at my best for certain smaller projects. I am focusing on a few specific small projects for AMI and will be able to manage my time more efficiently. |
| **Reviewers** | kenric evasnee |
| **Internal References** | blaisea shafey hadam |

| **[-] Confidential** | **Intern** |
|---|---|
| **Conversion interest** | I am not eligible, but I would like to be considered as a returning intern. |
| **Host provided regular feedback** | Sometimes |
| **Understood expectations** | Never |

**Met regularly for 1:1s** Sometimes

**Host made themselves available** Never

**Had necessary tools** No

**Intern's Confidential Comments**

Thank you for allowing us to share confidential feedback. I'm very disappointed with the way my work for the Tensorloop project was managed. As a creative coder and researcher in cs, I feel that I have a lot of valuable contributions to make to this project but that my ideas and work were undervalued or blatantly ignored. For this project, we have been developing machine learning based creative tools for artists and the general public. I outlined my goals and methods for achieving these goals in a 3 page document during my first week here. I shared code regularly, executed my plan as I described that I would, and even developed a plan for testing the tools in ux studies and reached out to other teams such as Google maker spaces, and edu outreach to help us make plans for distributing them. My efforts were ignored or unnoticed, and as a result neither my host or the manager of these tools were aware of the their progress and just told me today that they are unhappy with the language they were written in. It seems like a complete waste of everyone's time to not follow the progress and be directly involved in something I spent so much time developing and worked so hard to perfect during such a limited 3 month timeframe. Having clearer expectations, making regular meetings to check-in with me, responding to my emails, or giving feedback and ensuring that they explain their feedback to me regularly would have made a huge difference and they would have been happier with the results.

**kenric's Host Evaluation**

**Last Updated** 2016-08-16

**Projects**

**Main Project Title** Translating user signals with Face SDK into engineering AIs

Working with researchers and engineers on Hartwig Adam's team and the Links UX Research team, I am designing a method for collecting video data that will help improve user satisfaction with Links reflections, as well as make improvements for the way we predict user responses to specific images. It is my goal to develop a dataset and methodology that could be used in the future to further personalize Links and related projects. Meaning, individual models could be developed for specific user profiles and eventually every individual product user. One of the main benefits for MI based products is their potential to adapt to each user's unique preferences. From this study we will be able to understand exactly what parts of an image are triggering certain reactions from subjects, and to what degree.

Research questions include:

**Project description**

-How can we predict which parts of an image and/or series of images a user will want to have in their reflections?
-In what ways can we use emotional engagement from case studies to develop better models that predict this information?
-Can we develop a model for implicit attention and image content as a predictor for emotional responses to Links Reflections?

The study will focus on three motifs that include Outdoor Adventures, Sightseeing, and Events. Subjects will be invited to participate in activities that fall under each of the three motifs. I'm designing and running a user study that will feature 10-12 subjects. Links LARP data will be collected and subjects heart rate will be recorded at the time of the study. Their emotional reactions to specific moments in the footage will be analyzed using FaceSDK, Iris Recognition, and a comparative heart rate. Two user profiles will be used for building our subject pool, including Parent-parazzi and Experience Collectors.

**Accomplishments**

After working on Artists and Machine Intelligence tooling for the first half of her internship, she proposed this study, which I support.

A longer term study was discussed with Hartwig from Mobile Vision on 7/18. We decided to move forward with a study with the Links team that would align with the longer term study.

On 7/21, Mike Tyka, Doug Fritz and I met with Rose to discuss her efforts on the TensorLoop artist tools project Doug is leading (described below). We collectively decided it was important for Rose to focus on the AMI collaboration with Kaoru Okumura and these UX studies as her primary projects. We agreed that spreading herself too thin would not be productive and that Rose should not spend time and energy on starting new projects, given the short timespan of an internship.

As of 8/8, Rose has written a study design doc, located partners within Google who will benefit, and booked a lab in MTV for the work on 8/22. She is now recruiting participants (week of 8/8).

It is too early for me to provide feedback on the study output.

**Additional Project 1 Title**

Spearheading Artists & Machine Intelligence

AMI is an effort that makes creative tools for artists and the general public, enhancing public understanding of MI and building community engagement with this technology through organizing outreach events, panel discussions, supporting art shows and performances. In line with this effort I have been involved in a lot of

daily admin, such as creating press one sheets, emailing artists and event coordinators, as well as assisting with social media efforts to promote events and share AMI information with our followers on Medium, YouTube, and Twitter.

**Project 1 description**

The larger code-based work has included two mini-efforts to develop tools for artistic use. I've worked with the team to develop a series of creative tools that can be used with cameras and neural networks to capture still images from web live-stream footage. For this project I am also developing a system with Kinect for live projection mapping that will be part of the 9 Evenings 2 event in October of this year. It is a celebration of the fifty year anniversary of the historic 9 Evenings event produced by Bell Labs in 1966.

On a long-term scale I'm assisting with some groundwork for upcoming art exhibitions with artists we are supporting. One collaboration that I arranged is with Mmuseumm, a privately run museum in New York City. I am working with the museum director to develop an MI based exhibition that uses code creatively to engineer emotional narratives through the curation of digital content via the web.

Rose has done a good job understanding the complex intersection of art and machine intelligence, culturally and in practical implementation. She has a good feel for the program agenda and ethos. Her ideas for advertising and social media have helped us develop our outreach strategy.

Rose developed 5 Colab notebooks with simple face recognition examples, some based on OpenCV and some on FaceSDK (an internal under-development SDK). My understanding of Rose's contribution to our tool-making effort (led by Doug Fritz) is that they are useful but the underlying technology is now divergent from the goal of browser based and javascript focused tooling. They are written in python and colab and they do not use MI or Tensorflow/Tensorloop directly as was planned for this project. As a result of our explorations, we have chosen a Javascript implementation of these patterns and determined that this would reach more users than a python-based approach.

While potentially useful alongside other MI elements, they have taken too long to develop. These were meant as an exploratory exercise that would take at most a week, rather than the final output of two weeks of effort. We repeatedly instructed her to use WebRTC instead of native camera modules, which do not work on the web, yet Rose continued pursuing the path we advised against.

**Project 1
Accomplishments**

Doug, Mike and I agree that a focused effort on the Butoh x DeepDream AMI project (using Kinect silhouetting, see below) is an appropriate area of focus for Rose given her technical level, intuitive understanding of the intersection of art and technology, and other work with the program.

Rose started working on the kinect-based projection code around mid July. The goal is to write a piece of software that will project a movie but crop the the projection based on proximity data from a Kinect Sensor. This will be used for the collaboration with Kauro Okomura.

Rose researched a number of possible frameworks to use and (with help) got libfreenect2 to work with the Kinect 2 sensor. The next steps discussed (7/22) were to dive into the code example that comes with the library and make the display fullscreen, showing only the depth map, and introduce an adjustable threshold for the depth map, though no progress on these goals was made as of 8/5.

The collaboration with Mmuseumm held some promise, but, unfortunately, fell apart. I had a trip to NYC planned, and proposed after our first meeting (7/28) that Alex from Mmuseumm and I meet to discuss the project. AMI collaborations involve a great deal of information and context sharing and any opportunity to meet in person is very valuable. I was already going to NYC but I felt that the 30 min meeting didn't warrant an in person trip to NYC for Rose and that she should join via GVC instead. Rose responded surprisingly strongly to my suggestion and after being unable to resolve the situation, despite mediation from Mike, she insisted we cancel the project altogether, which we did.

**Performance Details**

**Strengths**

Rose is a synthetic thinker across disciplines and has a good understanding of the intersection of culture, technology and art. She should continue to bring this level of interdisciplinary perspective to technical and research projects, while continuing to develop her technical skills and research interest.

More concrete action and communication toward one or two specific outcomes would help Rose's performance.

Rose has a great deal of enthusiasm for many areas of inquiry, which contribute to her interdisciplinary perspective. However, she has had a hard time finding a single, or dual, focus for her work at Google. Rather than starting new threads, or proposing new projects, she should focus on following through on a single area of focus. As mentioned above, we met on 7/22 to refine the scope of her work. Following through on this plan will yield the most measurable accomplishments for the duration of her internship.

**Areas for Development**

Since then Rose has initiated a VR project proposal with Jess Brillhart (8/3). This was odd since we had met prior to this and agreed to focus on the projects discussed on 7/22. I feel this is distracting her and the AMI team from the projects at hand.

I also suggest Rose develop her ability to concretely define her needs for others in her org that are supporting her. At times, she has communicated her needs in non-specific language, making it difficult for me to take concrete action to support her as a manager. Learning to state clearly in concrete, non-personal language what she needs to be effective at work will increase her manager's ability to support her and increase her impact.

**Rating**

Needs Improvement: The areas where Rose needs the most improvement are focus / follow through, and communication. Rose has many good ideas, but she tends to start more threads than she can effectively follow through with.

Learning to communicate her specific needs in actionable terms for managers will improve Rose's effectiveness on a team. During the lengthy discussions concerning whether or not I should meet with Alex, Rose communicated very clearly that she didn't want the meeting to happen but was unable to give any specifics about why she felt this way. The lack of clarity made progress and discussion very difficult and eventually, after a day of deliberation, led to us deciding to drop the project.

Rose has the ability to contribute a broad perspective that touches on many relevant areas of interest to Google Research. In order to actualize this potential, she will need to choose a vehicle that is right for her. I believe research is her area of strength. If she can increase her technical ability she will be well-positioned for UXE or UER work.

**Reviewers** kenric evasnee

.. Film Director at Google wanting to work on a Film, CS, Tech Project with me in London.

Secure https://www.facebook.com/messages/t/jessicabrillhart

Rose Home

Messenger

Silvia Chiappa

Milanie Martinez

Joan Bruna Estrach

Jordan Tate

Ronald Davis

Patrick Cremin

Bones Gotti

Pascal Wallisch

Samara Brown

Tricia MacKenzie

Jessica Brillhart

Yousef El- Hasadi

Aura Bishop

Jessica Brillhart

Jessica Brillhart
You're friends on Facebook

Jessica! Hi there - I think we met in SF last February. Are you based in the SEA offices? Would be great to meet up next week. Also, I have an idea for deep dream I wanted to chat with you about. Hope you have a great weekend and chat more soon! xx

This looks amazing! Good inspiration: http://www.bricartsmedia.org/events-performances/bric-celebrate-brooklyn-festival/hubble-cantata-tigue

Hey Jess - I just sent you a note and wonder if you have time to chat at all?

Hey Rose, I'm so sorry for the delay in this.

As you can imagine (and probably guessed) I was unsure how to proceed because I was getting weird vibes from everyone. Not consistently, but it put me in a state of confusion (which I don't function well under)

But then I heard something and was like "wait – whoa". I'm in LA now, and if you need someone to talk to about any of this please let me know.

And would love to see how your VR project is going if you still want to talk about that, too.

Regardless, I hope you're alright.

Jessica Brillhart

Search in Conversation

Edit Nicknames

Change Color

Change Emoji

Notifications

https://facebook.com/jessicabrillhart



Secure https://www.facebook.com/messages/t/jessicabrillhart
Rose
Home
Messenger
Jessica Brillhart
Silvia Chiappa
Milanie Martinez
Joan Bruna Estrach
Jordan Tate
Ronald Davis
Patrick Cremin
Bones Gotti
Pascal Wallisch
Samara Brown
Tricia MacKenzie
Jessica Brillhart
Yousef El- Hasadi
Aura Bishop
unsure how to proceed because I was getting weird vibes from everyone. Not consistently, but it put me in a state of confusion (which I don't function well under)
But then I heard something and was like "wait – whoa". I'm in LA now, and if you need someone to talk to about any of this please let me know.
And would love to see how your VR project is going if you still want to talk about that, too.
Regardless, I hope you're alright.
Thanks Jessica. It is really really really bad right now to be fully honest. I appreciate you reaching out though, that means a lot.
Ack. That's not good. I'm really sorry to hear that.
Well offer still stands for a pair of ears if you need it.
Wow thank you Jess! That seriously means so much. This has been really horrible. I really appreciate you reaching out.
Thank you so much
Of course. Happy to.
MON 1:52AM
Okay so I am curious what you heard that was really negative about me? I've heard things too and it seems to really be damaging my career.
And what changed your mind?
MON 1:46PM
Anyway, if you'd like to chat sometime this week, just let me know. Thanks again Jess.
Jessica Brillhart
Search in Conversation
Edit Nicknames
Change Color
Change Emoji
Notifications
https://facebook.com/jessicabrillhart

**Rose Meacham <meacham.rose@gmail.com>**

## Refusal to share Visa forms with Google

18 messages

**Rose Meacham** <meacham.rose@gmail.com> Thu, Sep 8, 2016 at 4:42 PM
To: Michel Valstar <Michel.Valstar@nottingham.ac.uk>, Michel Valstar <michel.valstar@gmail.com>
Cc: Christine Fletcher <Christine.Fletcher@nottingham.ac.uk>

Hi Michel and Christine,

So I have forwarded the lengthy chain of very odd emails to a number of people who informed me that the university is attempting to prevent me from returning to finish my studies. The Intern Manager Bixby Elliot (belliot@google.com) has reached out to you multiple times within the allotted time permitted to complete the forms and he has informed me that neither you, nor Christine have been willing to provide the forms to him.

If he is not sent the forms within 12 hours from now, I will proceed under the assumption that the university is preventing me from returning. I'm a bit shocked, as this is really a very serious matter.

Best,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

**Rose Meacham** <meacham.rose@gmail.com> Thu, Sep 8, 2016 at 4:42 PM
To: Dave Miller <davebmiller@gmail.com>

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com> Thu, Sep 8, 2016 at 4:48 PM
To: "Jonathan Garibaldi (Jon.Garibaldi@nottingham.ac.uk)" <Jon.Garibaldi@nottingham.ac.uk>

Hi Jon,

I hope you are enjoying the beginning of fall and I am looking forward to returning and joining the Computer Science Department after this incredible summer working at Google. I have learned quite a bit and worked on a number of secret projects that are truly a valuable and amazing experience to be involved in.

Below are some odd email exchanges that I have been forced to share with some people at Google. For some reason Christine and Michel have refused to share the proper Visa forms with the intern managers here or myself. We honestly are at a loss for why they would do this and prevent Google from filling out these forms so I can return in a few weeks to the UK. The Visa forms are apparently due tomorrow (September 9th) by noon UK time. We have made several attempts to do so, which have been documented, and I have forwarded those to the proper authorities here. I'm not sure what else I can do on my end and if I am prevented from returning because they failed to provide us with the necessary forms... well I really hope that we do not have to deal with that scenario.

Please let me know what else I can do and thank you so much for your time. Looking forward to completing an incredible dissertation and submitting all the paperwork once they send it to us by noon tomorrow.

Sincerely,
Rose Meacham
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

---------- Forwarded message ----------
From: **Rose Meacham** <meacham.rose@gmail.com>

Date: Thu, Sep 8, 2016 at 4:42 PM
Subject: Refusal to share Visa forms with Google
To: Michel Valstar <Michel.Valstar@nottingham.ac.uk>, Michel Valstar <michel.valstar@gmail.com>
Cc: Christine Fletcher <Christine.Fletcher@nottingham.ac.uk>

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Thu, Sep 8, 2016 at 4:48 PM
To: Dave Miller <davebmiller@gmail.com>

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

---------- Forwarded message ----------
From: **Rose Meacham** <meacham.rose@gmail.com>
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Thu, Sep 8, 2016 at 5:48 PM
To: Christopher Carter <christopher.carter@nottingham.ac.uk>

Hi Chris,

I'm a bit desperate and in the US powerless to handle this. Not sure who to ask for help but Michel is refusing to send the Visa forms to my contacts at Google so I can return to the US. Do you know who has the proper Visa verification forms for interns? People at Google now think the university is ridiculous because they are trying to complete the necessary documents to prove I was working there all summer and Michel Valstar and Christine Fletcher are refusing to send them. It might mean that I cannot return to finish my PhD because the forms are due tomorrow (September 9th) at non. Heeeellpppp!!!!

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

---------- Forwarded message ----------
From: **Rose Meacham** <meacham.rose@gmail.com>
[Quoted text hidden]

---

**Jonathan Garibaldi** <Jon.Garibaldi@nottingham.ac.uk> Fri, Sep 9, 2016 at 5:55 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: Michel Valstar <Michel.Valstar@nottingham.ac.uk>, Christine Fletcher <Christine.Fletcher@nottingham.ac.uk>, Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Emma Juggins <Emma.Juggins@nottingham.ac.uk>, "belliot@google.com" <belliot@google.com>

Rose,

> Below are some odd email exchanges that I have been forced to share with some people at Google. For some reason Christine and Michel have refused to share the proper Visa forms with the intern managers here or myself.

Just to note that I did not receive copy of the email exchanges you refer to.

It is unfortunate that, again, we are in a situation where there appears to be misunderstanding and miscommunication between us, including between you and Michel (your identified principal supervisor). We really need to resolve this. It

is entirely normal and expected that we should be provided with a direct line to your placement manager(s), without you acting "as a conduit". We have certain responsibilities when completing visa and immigration processes that we simply must adhere to. I am sure you will understand this.

It is unfortunate that your emails to me only arrived 3 working hours before this supposed 12 noon deadline (I use this phraseology simply to indicate that I do not currently know what this deadline is), and there is now just over one hour to go. We will work to resolve it, but this may not be possible before 12 noon, simply because we MUST receive something directly from your placement manager(s) at Google.

Best regards, Jon.
ResearchGate Profile: https://www.researchgate.net/profile/Jonathan_Garibaldi


On 9 Sep 2016, at 08:11, Rose Meacham <meacham.rose@gmail.com> wrote:

Thanks Michel,

I'm not twisting anything at all. We have both been in touch over the past month about the necessary visa forms and I've requested them multiple times, offered to send an introductory email to my manager but you have refused to send them and did not want me to act "as a conduit" between my manager and yourself. We are all baffled on our end and simply waiting for the necessary documents that I've been requesting for quite some time now. Thanks for your cooperation and I hope this does not negatively effect my Visa status.

Best,
Rose

On Friday, 9 September 2016, Michel Valstar <Michel.Valstar@nottingham.ac.uk> wrote:
Hi Rose,

Please don't twist things around. It is **I** who has chased **you** for a long time to put me in touch with your line manager or someone at HR and it is you who has refused to do so, blatantly, and to date, more than 3 months into your internship, I still haven't been in touch with your line manager to discuss your progress with him/her. We have finally been contacted in the eleventh hour by Google HR on Wednesday and I have now replied.

Thank you also for sending us your signed transfer form. Could you please do me a favour and fill in the missing bits, i.e. Date it, add your date of birth, and put in a brief statement of your reason for transfer of study (one line on the form will do, you can refer to the addendum I have drafted).

I will ask our admin team if we can go ahead with the form as is, but it would make things so much easier if you could simply complete the form entirely.

Kindest regards,

Michel


**From:** Rose Meacham <meacham.rose@gmail.com>
**Date:** Friday, 9 September 2016 at 08:52
**To:** Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
**Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>, Michel Valstar <pszmv@exmail.nottingham.ac.uk>, Garibaldi Jonathan <pszjmg@exmail.nottingham.ac.uk>
**Subject:** Re: Rose Meacham


Thanks Christine,

As stated in my previous email yesterday, I am aware of this but he has yet to receive the necessary forms from you and Michel that I have requested for over a

month now. I know they are due today at noon your time. I have done everything within my power to meet the Visa requirements and it has been in the university's responsibility to share the necessary information. I hope that the university will do so and that members of the university staff will not compromise my visa or my position at the school.

Best wishes,
Rose

On Thursday, 8 September 2016, Christine Fletcher <Christine.Fletcher@nottingham.ac.uk> wrote:

> Hi Rose,
>
> I can confirm that the intern manager at Google has been in touch.
>
> Best wishes
>
> Christine
>
> **From:** Rose Meacham [mailto:meacham.rose@gmail.com]
> **Sent:** 08 September 2016 08:43
> **To:** Valstar Michel <pszmv@exmail.nottingham.ac.uk>
> **Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>; Juggins Emma <pszej@exmail.nottingham.ac.uk>; Clunie Liz <pszejc@exmail.nottingham.ac.uk>; Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
> **Subject:** Re: Rose Meacham
>
> Hi Everyone,
>
> I was told that the forms were formally requested by the intern manager at Google yesterday. Please confirm that these have been shared.
>
> Thanks,
>
> Rose
>
> On Wednesday, 7 September 2016, Rose Meacham <meacham.rose@gmail.com> wrote:
>
>> They just confirmed that an email requesting the necessary paperwork be sent to them so hopefully this is taken care of soon.
>>
>> Thanks,
>>
>> Rose
>>
>> On Tuesday, 6 September 2016, Rose Meacham <meacham.rose@gmail.com> wrote:
>>
>>> Thanks Michel,

I asked the intern manager to reach out so you should have heard from them by now. :)

On Tuesday, 6 September 2016, Michel Valstar <Michel.Valstar@nottingham.ac.uk> wrote:

> Hi Rose,
>
> You don't need the forms to set up the introduction. Just do it. We need the forms completed by noon 9 September UK time. So you're really running out of time. And I've been banging on about this for weeks and weeks now. This is your responsibility!
>
> Michel
>
> ---
>
> **From:** Rose Meacham <meacham.rose@gmail.com>
> **Date:** Tuesday, 6 September 2016 at 17:20
> **To:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
> **Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>, Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
> **Subject:** Re: Rose Meacham
>
> > I agree it is ridiculous. I would not be acting as a "conduit". I would be sending an introductory email, which is appropriate. Simply giving the contact information is not appropriate. If you're unwilling to share the forms and have me make an introductory email so the two of you can speak, I'll ask someone else here what I can do.
> >
> > Best,
> >
> > Rose
> >
> > On Tuesday, 6 September 2016, Michel Valstar <Michel.Valstar@nottingham.ac.uk> wrote:
> >
> > > Hi Rose,
> > >
> > > I've requested repeatedly for you to send me your manager's contact details. I do not want you to act as a conduit.
> > >
> > > Please send me his contact details. This backwards and forwards emailing is getting ridiculous.
> > >
> > > Michel

**From:** Rose Meacham <meacham.rose@gmail.com>
**Date:** Tuesday, 6 September 2016 at 16:52
**To:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
**Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>, Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
**Subject:** Re: Rose Meacham

Hi Michel,

I've offered repeatedly to send an introductory email to my manager with the forms. If you share them with me I can do so. I'm waiting for you to do this.

Best,

Rose

On Tuesday, 6 September 2016, Michel Valstar <Michel.Valstar@nottingham.ac.uk> wrote:

This is a reminder. Evidence of engagement with your studies must be in by 9 September and I haven't even been able to make contact with your manager.

**From:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
**Date:** Sunday, 4 September 2016 at 20:25
**To:** Rose Meacham <meacham.rose@gmail.com>
**Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>, Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
**Subject:** Re: Rose Meacham

Hi Rose,

Unfortunately we need the monthly forms filled in.

Please provide me your manager's contact details without delay. Don't ask him to contact me – I will contact him. I asked for that a number of times now.

Kindest regards,


Michel


**From:** Rose Meacham <meacham.rose@gmail.com>
**Date:** Friday, 2 September 2016 at 21:03
**To:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
**Cc:** Rose Meacham
<Rose.Meacham@nottingham.ac.uk>, Juggins Emma
<pszej@exmail.nottingham.ac.uk>, Clunie Liz
<pszejc@exmail.nottingham.ac.uk>, Fletcher Christine
<pszcqf@exmail.nottingham.ac.uk>
**Subject:** Re: Rose Meacham


Hi Michel,


Sadly I have had no holiday at all. Thanks for your care
-- and yes the 30th is the final day. As we discussed I'm
happy to share the forms with him and have him contact
you. This is what we discussed before I left -- that they
would be verifying my internship at the end.


Best,

Rose

On Friday, 2 September 2016, Michel Valstar
<Michel.Valstar@nottingham.ac.uk> wrote:

Hi Rose,


Attached is the form again – I sent this to you also on
15 August to both your university and gmail email
addresses.


I don't understand how your internship can end on 30
September if it's a 3- month internship and you left
the last week of May. Did you take any holiday as
well? Who authorised that?


I will have to send your manager standard forms, so
once again, please put me in **direct** touch with him,
i.e. send me his contact details. I do not want to go
through you as a conduit.


No other forms are necessary as far as I know –
Christine, please correct me if I'm wrong.

Kindest regards,

Michel

**From:** Rose Meacham <meacham.rose@gmail.com>
**Date:** Friday, 2 September 2016 at 20:24
**To:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
**Cc:** Rose Meacham <Rose.Meacham@nottingham.ac.uk>, Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>, Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
**Subject:** Re: Rose Meacham

Hi Michel,

Absolutely - do u mind sending the form so I can sign it? The final end date for the internship is September 30th so I'm going to look into flights soon and also logistics for the return. Are there any other forms that I need to register or fill out for school? Also, my manager can send a letter so I'll ask him to do that over the weekend.

Best,

Rose

On Thursday, 1 September 2016, Michel Valstar <Michel.Valstar@nottingham.ac.uk> wrote:

Dear Rose,

How are things?

The student registration deadline is approaching, so I need you to urgently act on my previous emails. In particular:

1. Please send me the signed transfer form – without this we cannot proceed to transfer you
2. Given that you left end of May for a 3-month internship (June, July, August), when can I expect you back in the lab? Please give me a date.
3. Christine cannot record you as attending your course at the moment. As requested

previously, please send me the contact details of your line manager of your internship.

Kindest regards,

Michel

**From:** Fletcher Christine <pszcqf@exmail.nottingham.ac.uk>
**Date:** Thursday, 1 September 2016 at 10:31
**To:** Michel Valstar <pszmv@exmail.nottingham.ac.uk>
**Cc:** Juggins Emma <pszej@exmail.nottingham.ac.uk>, Clunie Liz <pszejc@exmail.nottingham.ac.uk>
**Subject:** Rose Meacham

Hi Michel,

The transfer from CDT to CS has not yet been recorded so whatever information the university has on Rose is related to the CDT course Rose chose to leave. I cannot record Rose as attending for attendance monitoring purposes.

Best wishes

Christine

**Christine Fletcher**

**Student Services Administrator**

Jubilee Services Centre

B01 Exchange Building

Wollaton Road

Nottingham NG8 1BB

t: +44 (0)115 74 86639

e:Christine.fletcher@nottingham.ac.uk

w: www.nottingham.ac.uk/studentservices

This message and any attachment are
intended solely for the addressee

and may contain confidential
information. If you have received
this

message in error, please send it
back to me, and immediately delete
it.


Please do not use, copy or disclose
the information contained in this

message or in any attachment.  Any
views or opinions expressed by the

author of this email do not
necessarily reflect the views of the

University of Nottingham.


This message has been checked for
viruses but the contents of an

attachment may still contain
software viruses which could damage
your

computer system, you are advised to
perform your own checks. Email

communications with the University
of Nottingham may be monitored as

permitted by UK legislation.


--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422


This message and any attachment are
intended solely for the addressee

and may contain confidential
information. If you have received this

message in error, please send it back
to me, and immediately delete it.

Please do not use, copy or disclose the information contained in this

message or in any attachment. Any views or opinions expressed by the

author of this email do not necessarily reflect the views of the

University of Nottingham.

This message has been checked for viruses but the contents of an

attachment may still contain software viruses which could damage your

computer system, you are advised to perform your own checks. Email

communications with the University of Nottingham may be monitored as

permitted by UK legislation.

--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422

This message and any attachment are intended solely for the addressee

and may contain confidential information. If you have received this

message in error, please send it back to me, and immediately delete it.

Please do not use, copy or disclose the information contained in this

message or in any attachment. Any views or opinions expressed by the

author of this email do not necessarily reflect the views of the

University of Nottingham.

This message has been checked for viruses but
the contents of an

attachment may still contain software viruses
which could damage your

computer system, you are advised to perform
your own checks. Email

communications with the University of
Nottingham may be monitored as

permitted by UK legislation.


--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422


This message and any attachment are intended
solely for the addressee

and may contain confidential information. If you
have received this

message in error, please send it back to me, and
immediately delete it.


Please do not use, copy or disclose the
information contained in this

message or in any attachment.  Any views or
opinions expressed by the

author of this email do not necessarily reflect
the views of the

University of Nottingham.


This message has been checked for viruses but the
contents of an

attachment may still contain software viruses
which could damage your

computer system, you are advised to perform your
own checks. Email

communications with the University of Nottingham
may be monitored as

permitted by UK legislation.

--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422

This message and any attachment are intended solely
for the addressee

and may contain confidential information. If you have
received this

message in error, please send it back to me, and
immediately delete it.


Please do not use, copy or disclose the information
contained in this

message or in any attachment.  Any views or opinions
expressed by the

author of this email do not necessarily reflect the
views of the

University of Nottingham.


This message has been checked for viruses but the
contents of an

attachment may still contain software viruses which
could damage your

computer system, you are advised to perform your own
checks. Email

communications with the University of Nottingham may
be monitored as

permitted by UK legislation.


--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422


--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422


--

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

*PhD Candidate, University of Nottingham*

*NYU Tisch, Class '14*

rsm397@nyu.edu
917.613.4422


This message and any attachment are intended solely for
the addressee
and may contain confidential information. If you have
received this
message in error, please send it back to me, and
immediately delete it.

Please do not use, copy or disclose the information
contained in this
message or in any attachment.  Any views or opinions
expressed by the
author of this email do not necessarily reflect the views
of the
University of Nottingham.

This message has been checked for viruses but the contents
of an
attachment may still contain software viruses which could
damage your
computer system, you are advised to perform your own
checks. Email
communications with the University of Nottingham may be
monitored as
permitted by UK legislation.

--

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

This message and any attachment are intended solely for the addressee
and may contain confidential information. If you have received this
message in error, please send it back to me, and immediately delete
it.

Please do not use, copy or disclose the information contained in this
message or in any attachment. Any views or opinions expressed by the
author of this email do not necessarily reflect the views of the
University of Nottingham.

This message has been checked for viruses but the contents of an
attachment may still contain software viruses which could damage your
computer system, you are advised to perform your own checks. Email
communications with the University of Nottingham may be monitored as
permitted by UK legislation.

--
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
*PhD Candidate, University of Nottingham*
*NYU Tisch, Class '14*
rsm397@nyu.edu
917.613.4422

This message and any attachment are intended solely for the addressee
and may contain confidential information. If you have received this
message in error, please send it back to me, and immediately delete it.

Please do not use, copy or disclose the information contained in this
message or in any attachment. Any views or opinions expressed by the
author of this email do not necessarily reflect the views of the
University of Nottingham.

This message has been checked for viruses but the contents of an
attachment may still contain software viruses which could damage your
computer system, you are advised to perform your own checks. Email
communications with the University of Nottingham may be monitored as
permitted by UK legislation.

---

**Christopher Carter** <Christopher.Carter@nottingham.ac.uk>                          Fri, Sep 9, 2016 at 9:55 AM
To: Rose Meacham <meacham.rose@gmail.com>

Hi Rose,

I'm sorry to only just respond to your email; I was travelling back from a conference yesterday and didn't get the
chance to see your email until this morning, by which time I was in and out of meetings and have only just had the
chance to properly read through.

So, yikes... I'm really sorry to hear about this, and particularly as it sounds like your time at Google has been such a
positive experience (I hope you're otherwise having a great time). I just noticed that the deadline was noon today for
sending your documents - did anyone get back to you in time? Unfortunately with being fully in the Business School
and having nothing really to do with Computer Science any longer, I don't have any knowledge of or access to their

visa verification forms but obviously hope that it all managed to get sorted out in time. It sounds bizarre though and you'll definitely have to keep me updated with how you've got on. I'm sorry I can't be more help than that!

C

Dr. Chris James Carter
Assistant Professor in Entrepreneurship & Innovation
Haydn Green Institute for Innovation and Entrepreneurship
Nottingham University Business School
University of Nottingham
***
Co-Track Chair
Organisational Psychology Special Interest Group
British Academy of Management (BAM)

o: B36 Business School South, Jubilee Campus
m: 07743611442
l: uk.linkedin.com/in/chrisjamescarter
t: @drchrisjcarter
fb: facebook.com/chrisjamescarter
[Quoted text hidden]


This message and any attachment are intended solely for the addressee
and may contain confidential information. If you have received this
message in error, please send it back to me, and immediately delete it.

Please do not use, copy or disclose the information contained in this
message or in any attachment. Any views or opinions expressed by the
author of this email do not necessarily reflect the views of the
University of Nottingham.

This message has been checked for viruses but the contents of an
attachment may still contain software viruses which could damage your
computer system, you are advised to perform your own checks. Email
communications with the University of Nottingham may be monitored as
permitted by UK legislation.

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Fri, Sep 9, 2016 at 11:02 AM
To: Jonathan Garibaldi <Jon.Garibaldi@nottingham.ac.uk>

Hi Jon,

There was no miscommunication in these email exchanges. I understood what they were asking and said repeatedly that we need to go through the proper channels at Google. They refused to do so. This is not a miscommunication but a lack of respect for my culture and the way we handle formalities. Of course it is normal and expected that they would speak with people at Google but doing so in a respectful and timely manner is of the utmost importance and not listening to me or being understanding of my culture has resulted in a bit of a mess for me. I'm extremely upset about this and it only makes the university look unorganised and has baffled all of my colleagues in this end. I appreciate your help and I'm very concerned about the way this has been handled.

Sincerely,
Rose Meacham
[Quoted text hidden]
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Fri, Sep 9, 2016 at 11:02 AM
To: Christopher Carter <christopher.carter@nottingham.ac.uk>

I just sent him this...

---------- Forwarded message ----------
From: **Rose Meacham** <meacham.rose@gmail.com>
Date: Friday, 9 September 2016
Subject: Refusal to share Visa forms with Google
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                                          Fri, Sep 9, 2016 at 11:06 AM
To: Christopher Carter <Christopher.Carter@nottingham.ac.uk>

Thanks Chris,

Yes - every interaction with the school has been extremely bizarre. The way they treat foreigners is truly appalling and
I honestly do not want to return. My time at Google has been amazing and they're interested in funding me. This
impression of the university though is leaving us all laughing. It is truly so unprofessional and I really want to get away
from them. I'm going to propose that they allow me to finish my PhD abroad.

Do you know if there is paperwork I can file for this or how long it takes? Another option would be to file for a leave of
absence - is there a department that I can contact to file for this? I truly do not want to return after such a series of
horrible treatment and lack of understanding for other cultures and viewpoints.

Hope you're well!

xo
[Quoted text hidden]
[Quoted text hidden]

---

**Jonathan Garibaldi** <Jon.Garibaldi@nottingham.ac.uk>                            Fri, Sep 9, 2016 at 11:33 AM
To: Rose Meacham <meacham.rose@gmail.com>

Rose,

Clearly, you and I have a different understanding of the word 'miscommunication'! I find it strange that you reject the
term, when you clearly atttribute "not listening to me" to be part of the problem. Either party not listening to the other
counts as a form of miscommunication to me.

Without investigating fully or hearing everyone's point of view, I am not going to attribute blame - so, while I share your
concern at the way this has been handled (as in the way the issue has developed to the point where you and I are
now exchanging emails again), I am not accepting at present that this is the University's fault. I will look into this
further next week, but I ask you to avoid using terms like "they refused to do so", "lack of respect for my culture" and
"it only makes the university look unorganised", as these are very pejorative in themselves, and so do not move us
forwards.

Again, I am sure you can agree: if we are going to work together, it is important that everyone treats everyone else
with respect, understanding and trust.

Best regards, Jon.
ResearchGate Profile: https://www.researchgate.net/profile/Jonathan_Garibaldi

[Quoted text hidden]
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                          Fri, Sep 9, 2016 at 1:30 PM
To: Dave Miller <davebmiller@gmail.com>

Jon is actually a nice person and is kind of on my side with these things but this is insane. I cannot go back there.
Period. This is the final straw. I have to find an alternative assp

---------- Forwarded message ----------
From: **Jonathan Garibaldi** <Jon.Garibaldi@nottingham.ac.uk>
Date: Friday, 9 September 2016
Subject: Refusal to share Visa forms with Google
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                          Fri, Sep 9, 2016 at 1:31 PM
To: Christopher Carter <christopher.carter@nottingham.ac.uk>

Okay so for the record UoN just screwed themselves out of over half a million in funding from Google. Congratulations
everyone.

---------- Forwarded message ----------
From: **Jonathan Garibaldi** <Jon.Garibaldi@nottingham.ac.uk>
Date: Friday, 9 September 2016

Subject: Refusal to share Visa forms with Google
To: Rose Meacham <meacham.rose@gmail.com>

[Quoted text hidden]

---

**Christopher Carter** <Christopher.Carter@nottingham.ac.uk> Sun, Sep 11, 2016 at 3:52 PM
To: Rose Meacham <meacham.rose@gmail.com>

Sorry to just catch up with this, Rose… yikes….

I'm away again this next week, but really hope that things start to move forward for you in the meantime - I know how stressful it is when things are so up in the air so really hope it can be resolved ASAP!

C

Dr. Chris James Carter
Assistant Professor in Entrepreneurship & Innovation
Haydn Green Institute for Innovation and Entrepreneurship
Nottingham University Business School
University of Nottingham
***
Co-Track Chair
Organisational Psychology Special Interest Group
British Academy of Management (BAM)

o: B36 Business School South, Jubilee Campus
m: 07743611442
l: uk.linkedin.com/in/chrisjamescarter
t: @drchrisjcarter
fb: facebook.com/chrisjamescarter

[Quoted text hidden]
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Tue, Sep 13, 2016 at 1:37 PM
To: Christopher Carter <Christopher.Carter@nottingham.ac.uk>

Is it possible to speak at all? My Skype name is RoseSwanMeacham. This whole thing is just crazy and I don't think Michel understands what he's done but Google is extremely not happy.
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com> Wed, Sep 14, 2016 at 4:28 AM
To: Christopher Carter <Christopher.Carter@nottingham.ac.uk>

Hi Chris,

So this is kind of an emergency: Michel is totally misbehaving and it will cost me everything I've worked for. Are you free to speak at all? I really need help with this right away and there is no one else to turn to. Please!! I need advice on dealing with administration and I need help from someone who knows the system.

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

---

**Christopher Carter** <Christopher.Carter@nottingham.ac.uk> Wed, Sep 14, 2016 at 1:35 PM
To: Rose Meacham <meacham.rose@gmail.com>

Hi Rose,

I'm really sorry to hear about this and wish I could help, but I'm (finally!) on vacation travelling around Greece at the moment so have really limited access to the internet.

To be honest, I really am out of the loop with how things work over in CS so I'm not sure how much help I would be in any case, but (and forgive the possibly stupid question) have you tried contacting Emma Juggins or Felicia Black? I

just wondered if going through the CDT might be the way to go?

Again, I'm sorry I can't be more help :(

C

Sent from my Cyanogen phone

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                                     Wed, Sep 14, 2016 at 6:59 PM
To: Christopher Carter <Christopher.Carter@nottingham.ac.uk>

Okay thank you for responding while you are on vacation! I've emailed Felicia and will see if she responds. That
sounds like a smart option. This whole thing was so poorly handled I just can't believe it. They should have allowed
me to file for a leave of absence as I requested for my internship. I don't understand why they didn't, especially given
the very unusual circumstances of the transfer. I think this whole thing could have been avoided if they'd allowed me
to do so. I might try to do this now until everything is cleared-up.

And regarding the new legality of the situation, because Michel has gone around Christine and myself, using his own
personal contacts to reach out to people inappropriately at Google, it's become a MUCH more serious thing on our
end. It's so stupid of him and just cost the university a lot in potential funding.

I wonder if you recommend anyone who would be good to reach out to as an interim advisor? The remote advisor at
Oxford you recommended is wonderful and if there's someone at the school who could potentially step in during this
odd mess, it could help salvage things. Sigh.

Anyway I hope your time off is going better than this CDT transfer!! I'll eat some authentic  WCoast clam chowder for
you :)

xoxo
[Quoted text hidden]


**UK Visas and Immigration**
TMNT
PO Box 3468
Sheffield
S3 8WA

**Web** www.gov.uk/uk-visas-immigration

**Served Via Email**

Case ID XXXX3208

Date 13 April 2017

Dear Ms Meacham

**CURTAILMENT OF LEAVE**

**We have curtailed your immigration leave.**

Your leave to enter has been curtailed so that it now expires on 12 June 2017.

**What this means for you.**

You now have until this date to either make arrangements to leave the United Kingdom or submit an application for further leave to remain.

**Further information**

The enclosed notice sets out the reasons for your curtailment.

Yours sincerely

Ms N Ross
MAN Team 3 - Tier 4 Curtailment
UK Visas and Immigration
On behalf of the Secretary of State

**NOTICE OF CURTAILMENT**

Date of decision: 13 April 2017

Our ref: XXXX3208

**DECISION SUMMARY**

The decision has been made to curtail your leave so that it now expires on 12 June 2017.

**REASONS FOR DECISION**

The Home Office was informed by your sponsor (licence number ending XXXX2DB2 as shown on your Entry Clearance Visa) on 13 October 2016 that you ceased studying with them.

Home Office records have been checked and there is no evidence that you have made a fresh application for entry clearance, leave to enter or leave to remain in the United Kingdom in any capacity.

Therefore, as you have ceased studying, as notified by your Tier 4 sponsor, your leave is curtailed under paragraph 323A(a)(ii)(2) of the Immigration Rules until 12 June 2017.

**RIGHT TO WORK**

Please be aware that where a Tier 4 PBS migrant has a right to work, the conditions of leave under the Immigration Rules only permit work where the person is both:

(i) following a course of study at the appropriate academic level, and

(ii) studying with their Sponsor who must have the specified academic status.

If you no longer meet either of these criteria you can not work lawfully in the UK. If you are encountered working unlawfully you will be in breach of your conditions of leave and may be removed from the UK and subject to a re-entry ban that could prevent you from returning to the UK for up to 10 years. Your employer may also be liable to a civil penalty of up to £20,000.

Before your current leave to enter or remain expires you must either leave the United Kingdom or submit a fresh application for leave to remain.

If you hold a biometric residence permit (BRP), you are required to return it to the Home Office. You should cut up the card and post it in a plain windowless envelope to: Freepost RRYX-GLYU-GXHZ, Returns Unit, PO Box 163, Bristol BS20 1AB.

You may be issued with a fine of up to £1,000 should you fail to send your BRP to the Home Office. If your BRP is lost or stolen you must tell the Home Office or risk a fine. Details about reporting lost and stolen BRPs are on our website at: https://www.gov.uk/biometric-residence-permits/lost-stolen-damaged.

If you leave the Common Travel Area (the UK, the Channel Islands, the Isle of Man and the Republic of Ireland) your leave to enter or remain will lapse under Article 13(3) of the Immigration (Leave to Enter and Remain) Order 2000 and you may require a visa to enter the UK.

## NO RIGHT OF APPEAL - NO ADMINISTRATIVE REVIEW

**Right of appeal**

You do not have a right of appeal against this decision.

**Administrative review**

You may not seek administrative review of this decision because it is not an eligible decision for the purposes of administrative review, as defined in the administrative review Appendix of the Immigration Rules.

## LIABILITY TO REMOVAL

You are not required to leave the United Kingdom as a result of this decision. You still have leave to enter or remain where your current conditions continue to apply until 12 June 2017. Please ensure that you understand the conditions of your stay.

Although you are not required to leave the UK at this time your leave to enter or remain in the UK is due to expire on 12 June 2017. You need to make arrangements to plan your departure before your leave expires. If you intend to remain in the UK after this time you should make a further application for leave before your current leave expires. Please see the Home Office website for details of how you can make an application.

Please be aware that under most routes any application made after a person has overstayed for more than 28 days will fall for refusal. Further information can be obtained from our website: www.gov.uk/uk-visas-immigration.

Please be aware that if you fail to leave the United Kingdom or seek to regularise your stay by the time that your leave expires you will be liable to enforced removal from the United Kingdom under section 10 of the Immigration and Asylum Act 1999 (as amended by the Immigration Act 2014).

## CONSEQUENCES OF ILLEGALLY STAYING IN THE UK

Persons who remain in the UK without lawful basis may be prosecuted for the offence of overstaying under the Immigration Act 1971, the penalty for which is a fine and/or up to 6 months imprisonment. If you do not leave voluntarily and removal action is required you may face a re-entry ban of up to 10 years. If you decide to stay, then your life in the UK will become increasingly more difficult. For example, some of the consequences of not leaving immediately will be that:

- You will not be allowed to work in the UK. Immigration Enforcement Officers visit workplaces and any employer found to be employing an illegal immigrant may be liable for a civil penalty of up to £20,000 per illegal worker.
- The Immigration Act 2014 may require landlords to conduct immigration checks. Landlords may face a penalty if they let a property to an illegal migrant.
- You are not entitled to claim benefits. Immigration Enforcement will share your details with HMRC or DWP. You may be liable for prosecution if you make a false declaration to these

organisations or fail to inform them of a change in your circumstances which affects your entitlement to benefits.

- You may be charged for any secondary healthcare you receive.
- Immigration Enforcement may share your details with financial fraud prevention organisations to allow service providers to decide whether you should have access to financial products such as bank accounts and credit agreements.
- Immigration Enforcement will ask the DVLA not to issue you with a driving licence. If you already have one, we will ask the DVLA to consider cancelling it. If your licence is cancelled, you will then be unable to drive legally in the UK.

We would also like to take this opportunity to remind you of the Immigration Rules that govern the way in which applications to enter the United Kingdom are treated from persons who have previously breached the UK's immigration laws.

In accordance with paragraph 320(7B) of the Immigration Rules, any person who previously overstayed for more than 90 days will have their application refused unless they meet one of the exceptions set out in the Rules. Those who have breached the UK's immigration laws could see applications to re-enter the UK refused for the following periods;

- 1 year if, following the breach, they left the UK voluntarily at their own expense;
- 2 or 5 years if, following the breach, they left the UK voluntarily at public expense;
- 10 years if they were removed or deported from the UK following their breach.

Paragraph 320(7B) of the Immigration Rules can be found on the Home Office website at: https://www.gov.uk/government/collections/immigration-rules

Further information on the re-entry ban can be found on the Home Office website at:

https://www.gov.uk/government/uploads/system/uploads/attachment_data/file/270043/chapter62.pdf.

Therefore, if you do not wish to apply for further leave to remain, you should make your own arrangements to leave the UK before your leave expires.

## HELP AND ADVICE ON RETURNING HOME

The Home Office Voluntary Departure Service can be contacted for help on returning home.

The team can discuss your return, obtain your travel document and send it to the port of departure, help with the cost of your tickets or provide other practical assistance:

Telephone: 0300 004 0202 (Monday- Friday between 9.00 and 17.30)
Fax: 0870 336 9544

You can email the teams. E-mail:

voluntarydeparture@homeoffice.gsi.gov.uk if you are planning a voluntary departure from the UK and need help with your travel document or cost of flight but do not require any special assistance.

AssistedVoluntaryReturns@homeoffice.gsi.gov.uk if you are planning a voluntary departure from the UK but require special assistance which includes help with your medical needs or

reintegration into the country of your return. This service is known as an Assisted Voluntary Return.

Yours sincerely

Ms N Ross
MAN Team 3 - Tier 4 Curtailment
UK Visas and Immigration
On behalf of the Secretary of State

ICD.3971

5 of 5

BUILDING A SAFE, JUST AND TOLERANT SOCIETY



**Rose Meacham <meacham.rose@gmail.com>**

## Company Policies

8 messages

**Rose Meacham** <meacham.rose@gmail.com> Fri, Jun 2, 2017 at 7:35 AM
To: "Goldstein, Miriam" <Miriam.Goldstein@mail.house.gov>

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,
Rose

**Outdated-Company-Policies.pdf**
61K

**Goldstein, Miriam** <Miriam.Goldstein@mail.house.gov> Fri, Jun 2, 2017 at 8:12 AM
To: Rose Meacham <meacham.rose@gmail.com>

Hi Rose,

Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:

1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.

2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.

We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could

make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.

We're really sorry and wish we could be of more help.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

---

**Rose Meacham** <meacham.rose@gmail.com> Fri, Jun 2, 2017 at 8:46 AM
To: "Goldstein, Miriam" <Miriam.Goldstein@mail.house.gov>

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they

sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,
Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

Hi Rose,

Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:

1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.

2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.

We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.

We're really sorry and wish we could be of more help.


Best,

Miriam


**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies


Hi Miriam,


Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.


Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.


Please let me know if you have time to speak.


Thanks,

Rose

---

**Goldstein, Miriam** <Miriam.Goldstein@mail.house.gov>                                    Fri, Jun 2, 2017 at 9:01 AM
To: Rose Meacham <meacham.rose@gmail.com>


HI Rose,


Thanks for getting back. My time is tight today but I can talk briefly now if that works. I do agree it would be easier to answer your questions over the phone.


Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 11:46 AM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,

Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

Hi Rose,


Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:

1)    Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.

2)    HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.


We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.


We're really sorry and wish we could be of more help.


Best,

Miriam


**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies


Hi Miriam,


Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.


Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders.

This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Fri, Jun 2, 2017 at 10:06 AM
To: "Goldstein, Miriam" <Miriam.Goldstein@mail.house.gov>

Great! Thanks Miriam. Would you be free at 4pm?

Best,
Rose

On Fri, Jun 2, 2017 at 12:01 PM, Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

HI Rose,

Thanks for getting back. My time is tight today but I can talk briefly now if that works. I do agree it would be easier to answer your questions over the phone.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 11:46 AM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a

company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,

Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

> Hi Rose,
>
> Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:
>
> 1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.
>
> 2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.
>
> We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could make it better. However, based on your conversations with both me & Nina, we really don't think that

changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.

We're really sorry and wish we could be of more help.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

---

**Goldstein, Miriam** <Miriam.Goldstein@mail.house.gov> Fri, Jun 2, 2017 at 11:20 AM
To: Rose Meacham <meacham.rose@gmail.com>

That works. 202-225-3531

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 1:06 PM
**To:** Goldstein, Miriam

**Subject:** Re: Company Policies

Great! Thanks Miriam. Would you be free at 4pm?

Best,

Rose

On Fri, Jun 2, 2017 at 12:01 PM, Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

HI Rose,

Thanks for getting back. My time is tight today but I can talk briefly now if that works. I do agree it would be easier to answer your questions over the phone.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 11:46 AM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,

Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

> Hi Rose,
>
> Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:
>
> 1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.
>
> 2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.
>
> We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.
>
> We're really sorry and wish we could be of more help.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

---

**Rose Meacham** <meacham.rose@gmail.com> Fri, May 24, 2019 at 6:29 PM
To: Rose Meacham <meacham.rose@gmail.com>

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

---------- Forwarded message ---------
From: **Goldstein, Miriam** <Miriam.Goldstein@mail.house.gov>
Date: Fri, Jun 2, 2017 at 11:20 AM
Subject: RE: Company Policies
To: Rose Meacham <meacham.rose@gmail.com>

That works. 202-225-3531

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 1:06 PM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Great! Thanks Miriam. Would you be free at 4pm?

Best,

Rose

On Fri, Jun 2, 2017 at 12:01 PM, Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

HI Rose,

Thanks for getting back. My time is tight today but I can talk briefly now if that works. I do agree it would be easier to answer your questions over the phone.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 11:46 AM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to

13 of 19

enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,

Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

Hi Rose,

Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:

1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.

2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.

We are really sorry for everything that you've been through – it's horrible and we wish Congressional action

could make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.

We're really sorry and wish we could be of more help.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

---

**Rose Meacham** <meacham.rose@gmail.com>
To: "Goldstein, Miriam" <Miriam.Goldstein@mail.house.gov>

Wed, Dec 11, 2019 at 9:44 AM

Hi Miriam,

We spoke a while ago about how this worked (email below) with companies but what about universities? Why are students who report sexual assault, rape and harassment on campus forced to use campus police? Because the universities own the police for the land they use, there is absolueIy no way to find unbiased parties to protect assault victims. I wonder if the government could assist with making policies mandating universities allow students to report

this to external police and be entitled to certain remedies for protection when they come forward to file claims with Title iX etc. Would that work?

All the best,
Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu

On Fri, Jun 2, 2017 at 11:20 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

That works. 202-225-3531

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 1:06 PM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Great! Thanks Miriam. Would you be free at 4pm?

Best,

Rose

On Fri, Jun 2, 2017 at 12:01 PM, Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

HI Rose,

Thanks for getting back. My time is tight today but I can talk briefly now if that works. I do agree it would be easier to answer your questions over the phone.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 11:46 AM
**To:** Goldstein, Miriam
**Subject:** Re: Company Policies

Thanks Miriam,

Would it be possible to speak again for more clarity? So you're saying that even if a company is enforcing policies that break laws protecting civilians, that is allowed? And isn't it against the law for a company to act like an investigatory body? If they interfere with criminal investigations that are underway, how could this be legal? If an employee reports a crime that is assault or repeat harassment to HR, is there a way to mandate that companies refer the employees to police -- similar to a company being required by law to refer customers to emergency care or police if the product they sell isn't able to handle severe issues. Also, is there a way for the police to submit a confidential report to HR on a yearly basis that includes a list of sexual predators and people guilty of assault so that they are able to have a database that notifies them if one of their employees has a criminal or repeat record?

I understand how the Cleary Act is able to use federal funding as leverage with universities but there is another way to enforce something similar Im sure. What about companies like airlines that receive tax incentives or bailouts? If a company does not fall under the law applicable to a federal body, which laws does it fall under?

Also, you mention harassment is not a criminal act, but what about assault? Also, I'm a Computational neuroscientist and I'm speaking now with the leading works expert on anxiety, PTSD and panic attacks, which are all effects of harassment and trauma. What if the medical community re-classifies harassment and assault so that companies need to treat it like an on the job injury? Are there laws that protect employees from unsafe working conditions? I'm sure that would enable us to enforce a more severe penalty for harassment and assault.

Lastly, if another company, such as an insurance agency, begins providing an option to handle harassment and assault reports in conjunction with police, would it be required that companies share their cases on file with the insurance companies? What is your involvement with the EEOC? Are you able to enforce new regulations that would give them more power to ensure companies are handling these cases properly?

I've spoken with lawyers about my case and it is being handled. There is no need to feel sorry or express sympathy for my experience. I'm not trying to enforce new bills for my specific case. I'm working with a number of individuals to change this for everyone and, as I've mentioned, writing articles that I would like to use quotes for -- so I hope that this would be taken seriously and not just brushed aside. These cases are extremely serious, as I'm sure you know, and I'm in a position to actually cause some very significant change to the system.

If you have time to speak today, I'm available all day.

Best,

Rose

On Fri, Jun 2, 2017 at 11:12 AM Goldstein, Miriam <Miriam.Goldstein@mail.house.gov> wrote:

> Hi Rose,
>
> Thanks for sending over your list. Unfortunately I just don't see a Congressional nexus here, for two reasons:
>
> 1) Congress cannot make laws governing internal company policies. I know it's really frustrating to hear because a lot of your suggestions are already in place in the university or military setting – they are great points! However, private companies simply fall under a much different aspect of the law because they are not federal bodies. For example, universities are required to report crimes on campuses due to a bill called the

Cleary Act but it's triggered by their receipt of federal funds. A similar mechanism just doesn't apply to a private company HR.

2) HR cannot act like a criminal investigatory body. A person who has been subject to criminal acts at work needs to go to the police – the company cannot report anything on their behalf. Sexual harassment unfortunately is not criminal conduct, and would therefore be in the realm of civil litigation. Both of these are already against the law, and have legal avenues open to any person, regardless of their employment. Again, a company is not a legal enforcement body.

We are really sorry for everything that you've been through – it's horrible and we wish Congressional action could make it better. However, based on your conversations with both me & Nina, we really don't think that changing the law in a way that would help your case is possible. The best avenue would be to consult an attorney to see what is possible under existing law.

We're really sorry and wish we could be of more help.

Best,

Miriam

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Friday, June 02, 2017 10:35 AM
**To:** Goldstein, Miriam
**Subject:** Company Policies

Hi Miriam,

Thank you so much for your note. This is the outline (attached) and the first policy is the one that is in need of a federal regulation to stop it from being enacted in companies. The policies I've outlined are not just specific to Google. They exist at a lot of tech companies and others as well. They are HR policies, some of which the HR agents wish they could change as well but are not able to. I spoke with people at the EEOC and some of these are also prohibiting them from monitoring the way companies address sexual harassment and assault.

Most of these policies seem illegal because they endanger the safety of employees who are being victimized at work. The companies are essentially going above the law and handling cases of assault and harassment without involving the police, without instructing employees to go to the police, and with people who are repeat offenders. This cannot be legal and I'm writing an article to publish about this so it would be wonderful to have a conversation with the congrssswoman to see how she plans to help address these serious issues.

Please let me know if you have time to speak.

Thanks,

Rose

To Whom It May Concern:

After consideration, assessing the financial loss, reputation damages, career devestation, and losses is feel comfortable proposing the following:

1) The attached document is presented to Google Employees at their town hall meeting and a minimum number of 3 HR Policies can be discussed and voted on in order to ensure that what happened to me, and ao many other Googlers, never happens to another employee, intern, or freelancer. I think the new policies can be made public to help encourage other major tech companies to provide safe and fair work environments for their employees.

2) My employee record including HR record and details about my internship be erased, giving me a clean slate that will help counteract the bias and retaliation that I experienced during my internship.

3) A new Internship with Hartwig Adam's Research Lab in LA be approved. I am also open to working with Steve Seiks on the VR/AR team in Seattle. I want to ensure a fair chance with a clean slate to perform as a Google Intern in a supportive group that won't retaliate and will allow me a fir chance to showcase my skill-set and abilities for lasting impact on research and products at Google.

4) The equivalent scholarship that was lost as a result of my experience at Google will be reinstated and offered directly to the university of my choice in order to restore the value that was lost. This would enable me to recover my research direction and move forward in the manner I had been prior to the incidents that occurred at Google.

5) I want the research paper that was written in conjunction with Google DeepMind employees to be approved for publication. I want to have full ownership over my techniques and videos, as well as photographic work that was used foe this project and/or created during the research at DeepMind.

Please let me know what the next steps are and whether I need to hire an attorney to represent me during these negotiations. Obviously, if that is necessary then the settlement requests will change. Thank you for your help. I hope this can be resolved swiftly to enable my research and dissertation work to proceed as they were originally on track. Happy Holidays!

Sincerely,
Rose

**Company Policy 1: HR is required to reveal the identity of employees who file complaints to the person they are reporting, as well as what they claim.**

- HR is required to do this by company policy, not a federal law. This means that companies could easily change this policy.
- Victims should have a choice when reporting their cases whether or not they want their identity revealed to the person they report.
- This policy is even still enforced if an employee states that they are physically afraid of the individual they report.
- The policy creates animosity between employees and results in retaliation against employees who report cases. It scares victims into staying quiet because the consequences of being retaliated against by fellow employees can be devastating.

**Company Policy 2: Companies are not required to report cases of sexual harassment or assault to the police.**

- Right now, it is impossible to properly track the number of sexual harassment and assault cases filed against a particular individual, because there are no policies that require HR to sync their records with the police or other companies.
- Sexual harassment and assault cases should be considered special circumstances by HR and should not be allowed to handle them internally. These cases are potentially criminal investigations if individuals have priors and not reporting new information to authorities tampers with existing cases.
- In the case of sexual harassment, the decision about whether or not to involve the police would seem to be dependent on the degree, frequency, and number of recurrences of the harassment. A one-time, off-color, misogynistic comment may deserve reporting to HR, but not necessarily the police.
- If an employee reports that they are physically afraid of the person they report, HR should immediately be required by law to refer them to the police.
- There should be federal regulations that enforce this policy if it is not followed, because it endangers the lives of victims who come forward. People would not be afraid to report these cases if they were properly protected.

**Company Policy 3: HR is not allowed to reveal what actions were taken, if any, based on the outcome of their internal investigations.**

- Employees who file HR claims do not have the right to see their entire HR file and company policy prevents HR from revealing what steps they have taken against the reported employees.
- Oversight agencies, such as the EEOC, are also not able to see this information. As a result of this policy, companies have absolutely zero checks and balances to ensure that HR is handling cases legally.
- Employees should have the right to access the HR file for their case and be able to track exactly what measures were taken to ensure their safety.

- According to agents at the EEOC, one of the biggest issues preventing federal regulations from punishing companies for mishandling sexual harassment and assault cases, is that there are no regulations that specify how companies handle these cases.
- There need to be new federal laws dictating the way HR handles sexual harassment and assault cases within the company, or the company needs to be legally prevented from handling these cases and consequently keeping them secret.
- Not giving employees these basic rights that they would be entitled to in a normal court, while also interfering with police investigations and records by keeping criminal cases secret, prevents victims from a fair trial.

**Company/Federal Policy 4: HR is required to work directly with company legal teams but do not provide legal consultation for employees.**
- Victims are treated like a potential liability to the company when they report harassment and assault to HR.
- Right now there are no financial incentives to make companies invest in policies against sexual harassment and assault and decisions are influenced by financial liability.
- In most cases, employees with higher salaries and higher value to the company are viewed as a higher potential liability and are therefore favored over victims. The evidence that employees submit is used to gauge the potential damage in court.
- Companies either need to be legally required to provide a lawyer to employees who file claims with HR, since they are being instructed by lawyers, or the investigations need to be managed by impartial, external federal agencies.

**Company/Federal Policy 5: HR is not allowed to consider police records or HR cases from other companies that have been filed against their employees.**
- When it comes to sexual harassment and assault, it is negligent for companies to hire individuals without considering prior records of harassment and/or assault.
- As we saw with the woman who spoke out against Uber, the manager who harassed her was already let go from Amazon for sexual harassment.
- In my experience, Google HR refused to consider the police record of assault filed by another woman against the employee I reported. Their investigation did not even include the information or log that this is a repeat behavior documented by multiple people.
- Companies need to adopt a no-tolerance policy for employees who already have records and have demonstrated repeat behavior.
- Everyone is entitled to another chance, but we need to develop new processes to ensure employee safety. As it stands, there is no process for hiring individuals with a background of sexual harassment and assault and everyone loses unless we address this head on.
- Failure to adequately address repeat behavior is dangerous and increases the number of victims that it takes to file before anything is done. Not addressing documented incidents is dangerous for everyone involved because it creates a culture of fear and gossip.

**Federal Policy 6: Federal agencies like the Equal Opportunity Employment Commission (EEOC) need more authority to oversee company practices and federal regulations need to specify how companies handle sexual harassment/assault.**

- Handling "investigations" internally within companies needs to be made illegal. It is essentially going above the law and prevents victims from their legal rights to a fair trial.
- Every employee who I spoke with at Google, Uber, Twitter, Snapchat, etc. believes that investigations should not be managed by HR and legal. There needs to be an impartial agency outside the company that does this and the EEOC is currently prevented from doing so legally.
- One Google employee actually suggested that companies be federally required to pay these federal agencies for every investigation that occurs. This would incentivize companies to take sexual harassment and assault seriously and develop better internal policies to prevent it from happening.
- New federal regulations need to be made that give the EEOC the authority to oversee investigations within companies. If new laws were passed by congress to enable this to occur, companies would finally have the incentive necessary to make them take issues like sexual harassment and assault seriously.
- According to agents at the EEOC, one of the biggest issues preventing them from punishing companies for mishandling sexual harassment and assault cases, is that there are no federal regulations specifying how companies handle these cases. As long as companies can demonstrate that they made an "effort" to address harassment and assault cases, there is nothing the EEOC can do to intervene.



The University of
Nottingham
UNITED KINGDOM · CHINA · MALAYSIA

Mrs Kate Gallagher
Solicitor
Director of Legal Services
The University of Nottingham
A5 Trent Building
University Park
Nottingham
NG7 2RD
+44 (0)115 7484453
kate.gallagher@nottingham.ac.uk

By Email

2 March 2017

Dear Mr Rafkin

**Your Client: Rose Meacham**

I write to draw to your attention two serious incidents involving your client, Ms. Rose Meacham, which have occurred since my letter to you of 15 February and our follow-up telephone conversation with Professor Garibaldi on 17 February.

Defamatory Facebook Post

Professor Garibaldi had cause to write to you on 19 April, (Appendix 1 below), after receiving complaints about a Facebook post made by Ms. Meacham. The post, which contains allegations about the University and staff members, was published to students and staff on the CDT Horizon course.

The allegations were based on inaccurate and misleading information and caused offence and distress to the individually-named staff. The post sought to cause damage to the reputation of the University and its staff and Ms. Meacham, as the author, appears to show indifference to that effect and potential consequence. The post is defamatory under the terms of the Defamation Act 2013.

It is simply not true that either the University or individual members of staff actively sought to terminate Ms. Meacham's PhD studies at the University of Nottingham against her wishes. Ms. Meacham asked to withdraw from the CDT Horizon PhD and then failed to carry out the steps necessary to transfer onto a Computer Science PhD programme. She also failed to provide the information necessary for the University to fulfil its immigration sponsor obligations.

In the July 2016 email exchange at Appendix 2 below, Ms. Meacham clearly describes herself as a full-time freelance employee who has left the course at the University on which she was registered. In our recent telephone conversation, Professor Garibaldi also described at length, and in good faith,

the factual background which led to the expiry of Ms. Meacham's student registration. He had repeatedly invited Ms. Meacham to make a fresh application when she was ready to do so.

By her own choice and/or as a result of her own misunderstanding in the face of clear information to the contrary, Ms. Meacham is not a student registered at the University of Nottingham. It is noted that Ms. Meacham still misrepresents herself as a student of the University of Nottingham in her email sign-off, when she has not been a registered student since October 2016. Had Ms. Meacham been a registered student, her actions would amount to a serious disciplinary matter under the terms of the University's policies.

Email to Professor Dickinson of 28 February 2017

During our telephone conversation on 17 February, Professor Garibaldi made an offer to provide Ms. Meacham with a reference for her to submit to the internship providers. He was very clear, however, that he could not represent Ms. Meacham as being a current PhD student at the University of Nottingham. We had understood that you would email a request shortly after the call if Ms. Meacham wished to take up that offer.

In her email to Professor Dickinson, (Appendix 3), Ms Meacham seeks to by-pass Professor Garibaldi and exerts pressure on Professor Dickinson to make a dishonest declaration that she is still enrolled at the University of Nottingham. There can be no basis on which Ms. Meacham's actions could reasonably be regarded as acceptable.

It is also noted that this email was sent after Professor Garibaldi's cease and desist email to you of 19 February, yet Ms. Meacham repeats comments which are defamatory of Professor Valstar in her email of 28 February.

In view of the matters set out above, Ms. Meacham is placed on notice that if she persists in publishing defamatory allegations about the University or staff members, or seeks to induce staff members to make dishonest declarations, then the University reserves the right to seek redress, which may include formal legal action.

I would be grateful if you could acknowledge receipt of this correspondence by return.

Yours sincerely


Mrs K Gallagher
Solicitor
Director of Legal Services
University of Nottingham

**Appendix 1**

On 19 Feb 2017, at 13:23, Garibaldi Jonathan <pszjmg@exmail.nottingham.ac.uk> wrote:

Seth (cc Kate),

Apologies for this email on a Sunday, and thanks again for the telephone conversation on Fri. Unfortunately, it has been brought to my attention that your client, Ms Meacham, is posting material on FaceBook (in public, I believe) which is of the most serious nature (see below).

Please could you ensure that this material is deleted with the utmost urgency. I have no option but to refer this matter to Kate first thing on Monday morning for further consideration and advice.

Best regards,
Jon.


**From:**
**Date:** 17 February 2017 at 15:51:43 GMT
**To:**
**Subject: Defamatory claims on Facebook**

Hi,

Following up from a previous email last year, I feel that Rose is, yet again, making claims on Facebook that are potentially defamatory against the University and individuals this time.

Unsure of what to do, I felt like reporting it to you, again. I hope this finds you well and I am sorry to have to do this, but I strongly disapprove of her behaviour.

**Appendix 2**

**Juggins Emma**

From: Rose Meacham [illegible]
Sent: 04 July 2016 19:09
To: Emma Juggins; Felicia Knowles; Sarah Martindale
Cc: Steve Benford; Sarah Sharples
Subject: Re: Completing Horizon CDT Year 1

Hi Emma

Once again I'm asking you to confirm that submitting these are required, as I was told by Michel and the dean of Computer Science school that I would not be required to submit these. This is so unorganised - the fact I'm just being told this now after I've left and already started a full time freelance job is so absurd. It's completely irresponsible and I need this confirmed immediately, along with an outline of the reasoning and why I was told contradictory information from the head of the school and my supervisor.

Best,
Rose

On Saturday, 25 June 2016, Rose Meacham < > wrote:

Hi Emma,

I was told that I don't need to do those things - are you sure this is the case ? Also, I've been trying to meet with Steve for over a month and a half. Is it possible to setup a Skype session with him please?

Best,
Rose

On Thursday, 23 June 2016, Emma Juggins < > wrote:

Dear Rose

As you are in the process of transferring to Computer Science you are still registered on the Horizon CDT programme and in order to complete this year you need to do the following:

- Submit your final PhD proposal to Moodle, the deadline was 9 June 2016.
- Arrange your first year annual review which needs to be completed between 27 June 2016 and 1 July 2016. Your internal assessor is Professor Robert John, you should also invite your supervision team to the review. As you are overseas the review can be conducted via Skype.

Best wishes

Emma