EW

Federal Case : 1:23-cv-02704
Meacham versus University of Illinois,
Google, UoN, DeepMind, (Alphabet)
(Google Inc.), et. al.

## FILED

SEP 06 2023 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

University of Illinois,
Academia, Companies,
etc. are inspecting
themselves.

This is illegal.

~ Reports of Threats to
Human Life, Rape,
Physical Assault,
Cyber Crimes, Scientific
Fraud, Data Fabrication,
medical Malpractice,
etc. are being "investigate
by the people perpetrating

5. The plaintiff [*check one box*]

(a) ☐      was denied employment by the defendant.

(b) ☐      was hired and is still employed by the defendant.

(c) ☐      was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_____, (day)_____, (year)_____.

### 7.1    (*Choose paragraph 7.1 or 7.2, do not complete both.*)

(a) The defendant is not a federal governmental agency, and the plaintiff [*check

one box*] ☐ *has not*      filed a charge or charges against the defendant
              ☐ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i)    ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii)    ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☐ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2      The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

the crimes.

How is this legal?

Why aren't Schools, Academia, Companies, Scientific Organizations, etc. required by law to mandatorily report these crimes immediately to the Police FBI CIA, NSF, NIH, DARPA, AAAS, Attorney Generals, Surgeon Generals, Department of Justice, Proper Authorities and more...?

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)_____, (day)_____, (year)_____.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff  [*check

one box*]   ☐ has not        filed a charge or charges against the defendant
                ☐ has

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i)    ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii)   ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.   ☐ YES.      ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received.  The

plaintiff has no reason  to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

Survival of
the Fittest
with extra
tools built by
people in Slavery

**Rose Meacham** <meacham.rose@gmail.com>
To: "Lawler, Margaret A" <malawler@illinois.edu>
Cc: Renee Coniglio <rconiglio@lawpmh.com>

Mon, Jul 15, 2019 at 4:24 PM

Dear Margaret,

I was unaware of the 7 day deadline to submit an appeal and I am appealing the report. The failure to connect with my attorney, who is to be the main point of contact with UIUC as we specified in emails dated over a month ago is not a means by which UIUC and your office can force a premature closure of such a serious Title IX case. Doing so will result in serious consequences and in the interest of upholding justice and ensuring campus "safety" as you specified in earlier emails detailing why it was essential for UIUC to pursue this case for legal purposes, I assume those concerns about one of your professors and campus safety for your students is still a concern. If it is no longer a concern for UIUC then I suppose there is no resolving this matter. However, I expect that the evidence I submitted over a month to your office in a secure GoogleDrive folder will be taken into account for the appeals process of the Zuofu claim, and that this time my attorney will be included and serve as the primary point person for this case. This is my legal right to request a fair review of the facts and to have my attorney involved in these correspondences. Failure to honor this legal right, and/or to block my ability to receive a fair and just review of these serious claims will result in further action.

Sincerely,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
University of Illinois Urbana-Champaign
New York University, Class '14
rmeacha2@illinois.edu
917.613.4422

[Quoted text hidden]

**Lawler, Margaret A** <malawler@illinois.edu>
To: Rose Meacham <meacham.rose@gmail.com>

Tue, Jul 16, 2019 at 4:28 PM

Ms. Meacham,


As I shared in my previous email, the Dr. Zuofu Cheng's complaint has been finalized and closed.


Margaret Lawler

[Quoted text hidden]



* Please note: the other people on this message, VI Professor ZioFu Cheng has deleted this message, so I am unable to make more copies or get more information needed for this case.

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## Respect at UIUC
1 message

**Rose Meacham** <meacham.rose@gmail.com>                           Sat, Nov 18, 2017 at 11:30 PM
To: Zuofu Cheng <zuofu.cheng@gmail.com>

Dear Zuofu,

We have spoken about this before, but I need to reiterate that I do not feel comfortable around you. Your sudden change in temperament, tendency for rash actions and inappropriate behavior towards me have impacted my studies, as well as my academic and professional pursuits at UIUC.

You drink way too much and do not exhibit professional and appropriate behavior towards women and students around you. I am not an object and sex is not something that you are owed. When you yelled at me in my own apartment and would not leave when I asked you to, that was extremely scary for me. You asked me to give you a second chance but the aggressive comments you make to me make me feel threatened. Your attacks on me make me concerned that you will abuse your position as a professor to damage my professional and academic career.

I respectfully request that you do not engage in flirtatious, suggestive, sexual, or physical behavior of any kind towards me again. You have overstepped a number of boundaries and I do not feel safe at school/work with you present. Any character defamation will be dealt with accordingly.

I hope that you will begin to respect the women at your workplace and UIUC students from now on. Please do not respond to this email.

Sincerely,

Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

Page 1 of 3



# CHAMPAIGN POLICE DEPARTMENT

C19-09860

## INCIDENT DETAIL

| | | | | |
|---|---|---|---|---|
| | Officer: 7755 | METCAD Event#: 193480304 | | Incident: CC1909860 |

Occurred BETWEEN Sunday 11/12/2017 at 00:00 AND Sunday 11/12/2017 at 23:59

| Reported on Saturday 12/14/2019 at 17:16 | Dispatch Time: 17:24 | Arrival Time: 17:33 |
|---|---|---|

| Incident Adr: 00308 E GREEN ST CHAMPAIGN | Loc type: 090. APARTMENT | GEO:57402 |
|---|---|---|

| Officer Injured: | Use of Force: N |
|---|---|

## OFFENSE

| Offense Crime Code/Desc. | CSA | Act. | # Pr. | Force | Circ. | Weapon | Bias |
|---|---|---|---|---|---|---|---|
| 9106 OTHER TROUBLE/INFO RPT | - | | 0000 | NO | | | 88 |

## SYNOPSIS

Victim reported unwanted physical contact from 2017.

## OTHER

| Name ███████ | Address ███████ URBANA, IL 61801 | Telephone ███████ |
|---|---|---|

| Emp Code S | Employer/School Name GRAD STUDENT | Emp. Address , 00000 | Emp Tel unknown |
|---|---|---|---|

| DOB ███ | Age (when occurred) 33 | Race A | Sex M | Height 507 | Weight 130 | Hair BLK | Eye BRO | SSN 0 - - | DL# IL ███████ |
|---|---|---|---|---|---|---|---|---|---|

| Injury Code N | Victim Code | Hospitalized? | Treated by | | Alc,Drg,CIT |
|---|---|---|---|---|---|

| Name MEACHAM, ROSE S | Address 201 S BUSEY AVE Apt # 11 URBANA, IL 61801 | Telephone (917)613-4422 |
|---|---|---|

| Emp Code D | Employer/School Name UIUC | Emp. Address , 00000 | Emp Tel unknown |
|---|---|---|---|

| DOB 11/24/1984 | Age (when occurred) 32 | Race W | Sex F | Height 504 | Weight 110 | Hair BRO | Eye | SSN 0 - - | DL# NY 315427136 |
|---|---|---|---|---|---|---|---|---|---|

| Injury Code N | Victim Code | Hospitalized? | Treated by | | Alc,Drg,CIT |
|---|---|---|---|---|---|

## PROPERTY

| Tag# 54967 |Description IN CAR VIDEO 50 | | | | |
|---|---|---|---|---|

| Loss 1 Recv 6 | Quantity 1.000 Measure Value .00 | Serial # Evidence? YES | Loc SQUAD 50 | Disposition CPD EVIDENCE |
|---|---|---|---|---|

| Drug Code NA | Evidence Pkg Type None | Property Code 900-IN CAR VIDEO |
|---|---|---|

| Tag# 54968 |Description BWC 755 | | | | |
|---|---|---|---|---|

| Loss 1 Recv 6 | Quantity 1.000 Measure Value .00 | Serial # Evidence? YES | Loc 755 | Disposition CPD EVIDENCE |
|---|---|---|---|---|

| Drug Code NA | Evidence Pkg Type None | Property Code 905-BODY CAMERA VIDEO |
|---|---|---|

GRIFFET,DANIELLE J     officer's initials _____ approved _____ (CC1909860)

**NARRATIVE**

On December 14, 2019 I was working as a patrol officer in the north district of Champaign. I was operating a fully marked squad 50, while wearing a Champaign Police uniform. At approximately 2140 hours I responded to Post C to meet with Rose.

Rose advised she was not content with an investigation conducted by the U of I in 2017. Rose said a professor had befriended her and later tried to make advances towards her.

Rose had brought this to the attention of the U of I, but decided to come to CPD to document this incident further. Rose was adamant she did not want this incident investigated and did not want the suspect located.

I asked her to tell me what happened and she provided a very vague statement.

Rose said ███████ a professor, came to her apartment to set up some electrical equipment. Rose said at some point, ██████ came up behind her and wrapped his arms around her waist, hugging her close to him.

Rose said multiple times that he was touching her like he was trying to have sex with her. I asked numerous times what this meant, how did the professor touch her, and was unable to obtain a response from Rose without leading the questions.

Rose would say both she and ██████ were wearing clothes and that he touched her on the outside of her clothing, but would not specify where she was touched. Rose said she pushed him away before anything escalated and he left the apartment.

It should be noted, UIPD has also been contacted by Rose previously regarding the same incident.

I entered my in car video and body camera video under a three year evidence tag into CPD evidence.

I have nothing further to report.

GRIFFET,DANIELLE J        officer's initials _____ approved _____        (CC1909860)

| Copied by | | Entered/filed by | |
|---|---|---|---|
| Miscellaneous LEADS #'s | | | |
| Reporting officer signature <br> D Griffet 799 | Date: <br> 12/15/19 | Supervisor signature <br> Ben Newell F915 | Date and Badge: <br> 12/15/19 |
| No secondary dissemination without consent from CHAMPAIGN POLICE DEPARTMENT | | | |

GRIFFET,DANIELLE J        officer's initials DG        approved BN        (CC1909860)

Page 1 of 3



# CHAMPAIGN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

C19-09860

#19-17975

## SUPPLEMENTAL DETAIL

| Case Number: CC1909860 Supp:#A1917975 | Officer: 7727 | Date Entered: 03/12/2020 | Date/Time of Orig. Rpt. 11/12/2017 00:00 | |
|---|---|---|---|---|

| Incident Adr: 00308 E GREEN ST CHAMPAIGN | Title of Report: SEXUAL ASSAULT |
|---|---|

| Officer Injured: | Use of Force: N | |
|---|---|---|

## OFFENSE

| Offense Crime Code/Desc. | CSA | Act. | # Pr. | Force | Circ. | Weapon | Bias |
|---|---|---|---|---|---|---|---|
| 0260 SEXUAL-ASSAULT-CRIMINAL | - | | 0000 | NO | | 40 | 88 |

## ARRESTEE/OFFENDER

| Name ▆▆▆▆▆ (offender) | | | | | Address ▆▆▆▆▆ URBANA, IL 61801 | | Telephone ▆▆▆▆▆ |
|---|---|---|---|---|---|---|---|
| Emp Code S | Employer/School Name UNIVERSITY OF ILLINOIS | | | | Emp. Address , 00000 | | Emp Tel unknown |

| DOB ▆▆ | Age (when occurred) 33 | Race | Sex M | Height 507 | Weight 130 | Hair BLK | Eye BRO | SSN 0 - - | DL# ▆▆▆▆▆ |
|---|---|---|---|---|---|---|---|---|---|

| Injury Code N | Victim Code | Hospitalized? | Treated by | | Alc,Drg,CIT |
|---|---|---|---|---|---|

## VICTIM

| Name MEACHAM, ROSE S | | | | | Address 500 E MICHIGAN Apt # 35 URBANA, IL 61801 | | Telephone (650)740-3984 |
|---|---|---|---|---|---|---|---|
| Emp Code N | Employer/School Name | | | | Emp. Address , 00000 | | Emp Tel unknown |

| DOB 11/24/1984 | Age (when occurred) 32 | Race W | Sex F | Height 504 | Weight 110 | Hair BRO | Eye BRO | SSN 0 - - | DL# NY 315427136 |
|---|---|---|---|---|---|---|---|---|---|

| Injury Code N | Victim Code I | Hospitalized? | Treated by | | Alc,Drg,CIT |
|---|---|---|---|---|---|

## RELATION

| Offense | Victim | Relationship | Offender |
|---|---|---|---|
| 0260 SEXUAL-ASSAULT-CRIMINAL | MEACHAM, ROSE S | (AQ) ACQUAINTANCE | CHENG, ZUOFU |

## PROPERTY

| Tag# 66537 | Description BODY CAMERA VIDEO 727 | | | |
|---|---|---|---|---|
| Loss Recv | Quantity 1.000 Measure Value .00 | Serial # Evidence? YES | Loc 727 | Disposition EVIDENCE |

| Drug Code NA | Evidence Pkg Type None | Property Code 905-BODY CAMERA VIDEO |
|---|---|---|

| Tag# 66538 | Description ROSE'S WRITTEN/TYPED STATEMENT | | | |
|---|---|---|---|---|
| Loss Recv | Quantity 2.000 Measure Value .00 | Serial # Evidence? YES | Loc ROSE S. MEACHAM | Disposition EVIDENCE |

| Drug Code NA | Evidence Pkg Type Plastic Bag | Property Code 987-DOCUMENTS / RECEIPTS |
|---|---|---|

## NARRATIVE

BROCKWELL,JESSE L     officer's initials _____ approved _____     (CC1909860 - #A1917975)

727

This is a supplement to the original report.

On 03/11/2020 I was operating marked patrol car #40 in the south district and I was equipped with a body worn camera. The video from my body camera was given a three year classification and placed into CPD evidence. My squad car camera was not activated during this call-for-service.

I was dispatched to the CPD front lobby to meet with Rose at 1922 hours regarding her desire to include additional information about this incident.

Upon my arrival, I directed Rose to an interview room adjacent to the front lobby. Rose told me she had already spoken with an officer about this incident, but she had been directed by the State's Attorney to provide more information. She then directed my attention to her personal laptop where she had typed a written statement. In her statement, she stated, "...he touched my breasts and touched me on my genitals. He tried to push himself onto me. He tried to insert himself inside me and I had to push him off of me."

Rose would not elaborate much beyond what she had written in her statement, however, when I asked, she did state that ███ had vaginally penetrated her with his penis. Rose said she was unable to recall where they were in her apartment and whether or not she or ███ had been unclothed. Rose said that she eventually pushed ███ away from her, picked up his bag, and walked him to the elevator to ensure he left the building.

Rose told me she did not want ███ to lose his job, but she wanted a fair hearing and for the University of Illinois to know this type of behavior was not appropriate.

I have attached Rose's written statement to this report.

I have no further information at this time.

| Copied by | | Entered/filed by | | |
|---|---|---|---|---|
| Miscellaneous LEADS #'s | | | | |
| Reporting officer signature 727 | Date: 03/11/2020 | Supervisor signature Ben Jewell #915 | | Date and Badge: 3/13/2020 |
| No secondary dissemination without consent from CHAMPAIGN POLICE DEPARTMENT | | | | |

C19-09866
·727

Fwd:

Rose Meacham <meacham.rose@gmail.com>
Wed 3/11/2020 9:05 PM
To: llugo@co.champaign.il.us <llugo@co.champaign.il.us>; Jesse Brockwell <jesse.brockwell@champaignil.gov>

Dear Lisette-

I feel more comfortable speaking with you about these incidents and wish that there was a better system in place to handle these incidents and reports with care. I just finished filing my report with more details to the Champaign Police. They assured me these documents will be sent to you immediately. Below are the details of the report and I have tried calling to speak with a Sergeant about these incidents. I will go now in-person and share these documents with them, but this is really a horrific experience that I want to bring to justice and closure soon. My end goal would be for these incidents to be examined and the laws, student code, and UIUC policies to be changed so that this protects other victims in the future. I believe the school should be forced by law and threat of fines to issue in detail every victims rights and resources at the time incidents are reported to them. I think that the UIPD is a corrupt law force and that this paid, private, police force is a violation of our constitutional rights. If UIUC had made me aware of my rights and had sent me to the appropriate authorities in the beginning, it helps protect them from statistics about the truth for how many students are being exploited and victimized here, and it enables them to have a full fiefdom where they even own the police force. If these incidents had only occurred on-campus these would not even be things I could report to Champaign Police and that is corrupt. I hope that my experience will cause a change in this town's laws and that the UPiD will not be able to exist as a separate, on-campus police force, so that the Urbana Police and the Champaign Police have jurisdiction over rape, assault, harassment, etc. Not doing this places everyone at risk and it is creating an unsafe environment for students' physical safety.

Champaign County Police Report CC1909860

In October 2017 I met Zuofu casually but he introduced himself as a professor at UIUC and so I felt safe speaking to him. He offered to introduce me to nice people in the community and help me with the situation I was in with my department. I had reported incidents in Brad Sutton's lab to the Vice Chancellor of Research who filed a report with the Title IX / ODEA. She instructed me to file reports with other administrators including the Graduate College Office. However, I was being treated as if I was a legal threat and nobody worked to resolve the incidents I reported. It was very horrible and I had just moved to town so for something this extreme to happen right away, I did not even have friends or a support network established yet. Zuofu's offer to help show me around town and sit in on meetings with UIUC administration made me feel better and I trusted him.

Where I come from it is not uncommon for professors and students to meet for dinner or even drinks and socialize with other faculty. However, to Zuofu he seemed to use this situation to get laid. He explained to me that his girlfriend had just left him and he seemed to be using me as a prop when we went out to meet people. He even introduced me to her once and it was extremely awkward. I began to feel uncomfortable and then when he offered to take me on a trip overseas and I made it clear that I did not want to date him and felt he was pressuring me. He said that he would get a hotel room with two beds and I felt extremely uncomfortable about the trip. I did not understand what his urgency was to force me into this uncomfortable situation, especially after I repeatedly told him I did not want it and he knew that I was an assault victim.

He seemed to agree that we would be going as friends without sexual expectations but looking back this was clearly not what he intended. For him to be so disgusting to coerce and pressure me repeatedly into these uncomfortable situations is appalling. For him to do this to me when he knew I was recovering from an assault is beyond reprehensible. As a professor at the university, for him to overstep his position and use me to make himself look better to his friends or make his ex-girlfriend jealous -- whatever he was doing is beyond reprehensible and inappropriate.

It reminds me of a vulture, circling its pray until they are too weak to fend them off. He saw me, a student suffering and in a very vulnerable position already with the university, and he used my weaknesses to try and get laid. He needs to be made aware how horrible and inappropriate this behavior was and UIUC needs to change their school policies to ensure the safety of their students. The Title IX Office mishandled this case so poorly that my testimony was never even fully taken, I was denied accommodations throughout the process, and they insisted on closing the case before I was even able to submit my evidence. Instead of taking the necessary steps to ensure my safety, protection from retaliation and harassment from professors, the university informed me that I was not to file further Title IX/ODEA reports. I was issued a letter from Justin Brown OSCR titling me as "taxing" university resources. I brought his conflict of interest to the attention of UIUC officials and Justin Brown, however I was ignored and he continued to file claims against me, as well as judge the validity of these claims he had filed. Stephen Brown, Dean at UIUC, issued a letter accusing me of being a "drain on university resources" and has denied my accommodations repeatedly throughout the year, even issuing me a forced withdrawal letter despite my accommodations being approved by UIUC DRES disability office. These attempts to remove me from campus and accusations that I am a drain on university resources or a threat to professors for filing reports about these incidents is unlawful.

The details of the incident are uncomfortable to discuss -- Zuofu came over to my apartment to install Chromecast so I could watch tv from my mobile device or desktop. He told me his was "buggy" and that he wasn't going to use it. We than tried to watch something and it took quite a while to install. He then started touching me from behind -- he touched my breasts and touched me on my genitals. He tried to push himself onto me. He tried to insert himself inside me and I had to push him off of me. He had pulled down some of my clothes and I pushed him off and remember raising my voice. I tried to ask him to leave the apartment and he refused. He became angry and I had to physically pick up his bag and put it outside my door to make him leave. I remember walking to the elevator to make certain he had left because his behavior was so entitled, so aggressive, and so angry he did not seem to be respectful of my wishes at all. He seemed indignant and cared only about looking cool or his reputation. He did not even care to honor my wishes or my comfort level and was revengeful and scary.

I have never encountered a professor with this date-rape mentality before. It seemed so wrong. He viewed me as an object that he could just manipulate to get what he wanted. He had no consideration for me as a human being and this treatment towards women is new to me. It is just an awful, awful way for people to treat women -- to treat me -- and he caused me severe emotional pain. That he abused my trust in him to such a degree, knowing full well I had been assaulted. For him to be a professor and have gone through the trainings and know what he was doing is wrong -- to maybe view it as some prize he could get away with stealing because technically he wasn't my teacher. This mentality is disgusting and I want to pursue this case against Zuofu Chang and UIUC for mishandling these reports and for supporting professors who assault students with outdated, sexist and dangerous student codes. He knew he could get away with doing this to me. He was an undergraduate student at UIUC, a graduate student and then a PhD student and professor. He knew how to manipulate the system to force me into an uncomfortable position I did not want to be in and knew he would not get caught or have any real punishment from UIUC.

When I reported these incidents to UIUC resources nothing was done. Their mentality was focused on protecting themselves and their professor legally. In fact, because I had already been in the process of filing my claims about the behavior in Brad Sutton's lab, they used these incidents to discredit me. I have been horribly retaliated against over the last few years and absolutely nothing was done to protect me, to ensure I felt safe on-campus, to ensure I was not harassed or bullied, or threatened. Nobody, not even the UIPD, made sure I was kept away from retaliation or that I had appropriate accommodations. Instead, I have been treated like a criminal. I have been accused of making misstatements and lying and I have been discredited at every turn. I have been portrayed like an hysterical woman and these sexist, outdated prejudiced viewpoints have effected my entire career and work here at UIUC. The UIPD and UIUC insisted on steering me away from filing in such a way that I would receive justice -- they never encouraged me to file reports with your office (Champaign Police) and I was never informed of my rights or resources via the local courthouse regarding protective sanctions or no contact orders. Nothing was done to help me or ensure my well-being. Everything has been done to discredit me and force me to leave.

I hope that by pursuing this case, UIUC will be forced to revise their outdated code of conduct to take women into account and protect student safety before protecting their faculty. No professor should EVER be allowed to sexually pressure or pursue any student, no matter what the situation. If two people are serious about dating or being

LIY-0Y860

727

romantic they should fill out appropriate forms with HR like every other institution. These outdates rules are putting students at risk and what I have experienced proves that they punish victims who speak up -- even expel them -- in order to protect the professors they report.

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## Payment Confirmation : HERE Champaign

**Kelly Wear** <KWear@herechampaign.com>
To: Rose Meacham <meacham.rose@gmail.com>

Sat, Dec 16, 2017 at 5:26 PM

Rose,

They work during the evenings, but our staff have all been made aware as well, and we have someone at the front desk for 10 hours each day. So far he has not been sighted in the building.

Kelly Wear
Assistant Property Manager
HERE Champaign

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Saturday, December 16, 2017 3:34:22 PM
**To:** Kelly Wear
**Subject:** Re: Payment Confirmation : HERE Champaign

Hi Kelly,

Would you mind responding to this email please? The question asked December 13th: When are the security guards onsite? I thought they only worked a few hours each day?

Thanks!

On Wed, Dec 13, 2017 at 6:59 PM Rose Meacham <meacham.rose@gmail.com> wrote:
Thanks Kelly! When are the security guards onsite? I thought they only worked a few hours each day?

Best,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

On Wed, Dec 13, 2017 at 4:03 PM, Kelly Wear <KWear@herechampaign.com> wrote:

Rose,

Our security guards have been notified that he is not to be on site. They have pictures of him, and know they are not to allow him to enter. We won't hang signs because we don't want to cause alarm when we are already actively addressing the issue! If/when he re-enters the building, our security team will make sure he knows he is not allowed on site, and escort him from the building.

I will update you if/when this takes place!

Kelly Wear

Assistant Property Manager I HERE Champaign

(217) 310-4373 I KWear@HEREChampaign.com

**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Saturday, December 09, 2017 9:13 PM

**To:** Kelly Wear <KWear@herechampaign.com>
**Subject:** Re: Payment Confirmation : HERE Champaign

Hi Kelly,

Can you please update me on the steps that have been taken to ensure Zuofu Chen does not enter the building again? I know that he was on the premises today. Can we post a flyer so people know not to let him inside?

Thanks,

Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

PhD Candidate, Computational Neuroscience

*University of Illinois Urbana-Champaign*

*New York University, Class '14*

rmeacha2@illinois.edu

917.613.4422

On Tue, Dec 5, 2017 at 10:43 AM, Kelly Wear <KWear@herechampaign.com> wrote:

Also, just as a head's up-now that your lease has been approved, the email will send to you.

Thanks, have a great day!

Kelly Wear

Assistant Property Manager I HERE Champaign

(217) 310-4373 I KWear@HEREChampaign.com

**From:** Kelly Wear
**Sent:** Tuesday, December 05, 2017 10:25 AM
**To:** 'Rose Meacham' <meacham.rose@gmail.com>
**Subject:** RE: Payment Confirmation : HERE Champaign

Rose,

We take this very seriously so thank you for making us aware. I am reaching out to the police department to see what steps we need to take to make sure he is not allowed in our building.

Additionally, I do want to apologize for you not being notified of the inspection this morning. We notified everyone via email twice last week, but since your lease wasn't approved yet-the email didn't get to you. Communication is extremely important to us here so this is a one off situation that you don't need to worry about ever happening again.

We will take the proper steps to make sure you don't have to worry about Zuofo, but also please let me know if anything further happens!


Kelly Wear

Assistant Property Manager | HERE Champaign

(217) 310-4373 | KWear@HEREChampaign.com


**From:** Rose Meacham [mailto:meacham.rose@gmail.com]
**Sent:** Sunday, December 03, 2017 2:44 PM
**To:** Kelly Wear <KWear@herechampaign.com>
**Subject:** Re: Payment Confirmation : HERE Champaign


Hi Kelly,

It looks like everything went through. Thank you again so much for making this work! I have one last question I've been meaning to ask you. It's definitely been a rough first few months here and on November 12th in the late evening I had a young assistant professor from UIUC over to help me install some technical equipment and give friendly advice about the ECE department. His name is Zuofu Cheng and he seemed like an upstanding person at first. He ended up making inappropriate advances and I had a difficult time making him leave my apartment after asking many, many times that he leave. Because he is an assistant professor at UIUC I trusted that he was upstanding and respectful but he definitely was not. We already had conversations about being friends and I made it very clear I did not want a romantic relationship of any kind.

He knows other people in the building who are his students and I just want to make sure the security guards have his photo to make sure he doesn't enter anymore. It's really unfortunate and I've been debating whether I should bring it up or not but the security guards and my family are encouraging me to take precautions. I also spoke with my aunt who is a professor at UIUC and she's helping me make a formal record with the university in case he does it again to more students in the future. Obviously it's completely against school policy for professors to try and date students, especially if students are not receptive. After the last few months I definitely agree with the security and think he shouldn't be allowed in the building.

Thanks again for your help with everything and I'm really excited to have a peaceful, drama-free remainder of my school year at Here. The staff has already been extremely helpful and it makes such a difference to be around people who are skilled at their jobs and strive for excellence. :)







# Zuofu Cheng

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**

PhD Candidate, Computational Neuroscience

*University of Illinois Urbana-Champaign*

*New York University, Class '14*

rmeacha2@illinois.edu

917.613.4422

On Sun, Dec 3, 2017 at 1:11 PM, <live@herechampaign.com> wrote:

# HERE.

Payment Amount: **$699.00**
Total Payment: **$699.00**
Shown on Statement as: Here Champaign

Payment Number: 131728925
Payment Type: eCheck
Payment Date: Dec 03 2017 01:11 pm CST

HERE Champaign
Rose Meacham
308 E. Green Street
Champaign, IL 61820

**Please retain for your records.**



This message may contain information that is confidential, legally privileged, or subject to other restrictions on use or redistribution. This message is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this message, or if you have received this message in error, you are hereby notified that any review, dissemination, distribution, or duplication of this message or the information contained within it is strictly prohibited. If you are not the intended recipient, please so notify the sender by reply email and delete all copies of the original message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This message may contain information that is confidential, legally privileged, or subject to other restrictions on use or redistribution. This message is intended only for the use of the addressee(s) named above. If you are not the intended recipient of this message, or if you have received this message in error, you are hereby notified that any review, dissemination, distribution, or duplication of this message or the information contained within it is strictly prohibited. If you are not the intended recipient, please so notify the sender by reply email and delete all copies of the original message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

--
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422
This message may contain information that is confidential, legally privileged, or subject to other restrictions on use or redistribution. This message is intended only for the use of the addressee(s) named above. If you are not the intended

recipient of this message, or if you have received this message in error, you are hereby notified that any review, dissemination, distribution, or duplication of this message or the information contained within it is strictly prohibited. If you are not the intended recipient, please so notify the sender by reply email and delete all copies of the original message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



* please note : the other people on this message, VI
Professor Zuofu Cheng has deleted this message so I am
unable to make more copies or get more information needed
for this case.

To: 2173901797                                                              Details

> I told u ur behavior and the things u said were inappropriate and ur lashing out. I would please like u to show that u don't have animosity towards me and that we are okay

> I pressured me for sex I wanted to be friends and move slowly. Now ur getting mad and threatening me by saying these bizarre things. I'm not sure what to do and I'm giving u the opportunity to clear things up with me first.

I'm putting this in writing that I have no animosity towards you, and we are OK. However, I have no interest in further speaking to you, and if you conti

nue, I will block your number. I will drop off your glasses tomorrow with a security in your building.

> That's not a good way to leave them. Please leave them with someone at the university on Monday. I'm calling my department head because this was extremely inappropriate and uncomfortable behavior towards me.

> This last month has been horrible and I've given you the opportunity to fix this and make yourself clear.

Ok, I'll leave them with security at beckman on Monday. Take care Rose.

> You're definitely not a good person Zuofu. This has been a really truly horrible ordeal with you and I'm really appalled by your behavior and the horrible things you have said to me. I feel threatened, this has caused distress and I'm not sure how to handle this.

> I'm blocking your number.

To: 2173901797

Details

11/12/17, 1:50 PM

What're u up to?

Not much, just hopped out of shower

Had to make sure to get all the smoke out of my stuff from last night, true to 1920s style, they smoked indoors

Gross

Yup

Wanna meet up here in a bit so I can drop off the drive?

I have to go to Walgreens to drop off a prescription

Ok, yeah, how about after that, I need to pick up the drive from work anyway

It doesn't need to be today

Not a rush

Oh, I know..more like I just want to see you and hang out a bit

But this is also something for me to remember to do

How about just text me when you're done with errands..do you want to go to Harvest Market after (super romantic, I know)

No I don't. I was texting to see if u wanted to go with me to Walmart but I'll go on my own

Oh okay, I'll go with you

Want me to pick you up from home in a bit?

It's becoming a big hung

Thing

Maybe I should just go myself and see u another time

Oh, I mean I didn't think so

To: 2173901797                                                            Details

Oh, I mean I didn't think so

All I'm saying is I want to see you because I haven't in a bit, and if you want to go to Walmart together we can do that

> That's great that u don't think so.

> Omg I need space

But you told me before it annoys you when I make up excuses to see you

> It does

Haha..ok

So, I'm trying to be honest about it

> I was just going to ask u to go to Walgreens with me and u interrupted with something about the hard drive

> Omg

> I need space

Ok, yeah, sorry about that

> Ok it's not a big deal

I kind of have this engineer mind too

> Omg

That if you mention something to me, I'll keep harping on it till it gets solved

Yeah, sorry about interrupting you with some random thing

Anyway, let's start over, let me know if you want me to pick you up to go somewhere

> I'm in a chill mood and u sound like ur in another space

> Let's connect another time

Yeah, give me a couple of hours, can we chat a bit?

To: 2173901797                                                                    Details

Oh, I guess we are right now..anyway it's cool

Ok, so I might have told you about this before

But I do have some issues with attachment, a lot of times, I'm all or nothing

So yeah, just let me know if it's too much, I'm not good at gauging

> This is concerning me. I said 3 times now I need space

I won't freak out or get offended, I know it's something I'm kinda bad at

> Please try sending less messages and reading what I write

> Sorry just cool down

Ok, gimme a bit to get out of my weird place and text me later

> It looks like my prescription will be ready in like 20 min. If u want to meet me here and go grocery shopping we can. I have to do work this afternoon but now would be a good time to hangout.

> Otherwise maybe tmrw or something

Ok, Walgreens?

Or home

> I'm waiting at Walgreens

> The one on south niel 1509

Ok, cool, be there in a sec

> Ok take ur time. The prescription has another 15 min till it's ready

Cool, I'm there

11/12/17, 4:39 PM

> R u still at ur apt?

To: 2173901797 .                                                             Details .

11/13/17, 1:02 AM

I am now crying

I can't believe I let u into my apartment

The way u acted this morning was so ducking insane and I gave u another Vance

I'll come back up. I'm sorry

No

I am afraid of u

U blew it so badly this time

The way u turn on me

Ok, then we shouldn't hang out anymore

And start saying hurtful horrible things about me when ur upset

I feel insecure about you talking for an hour with your ex boyfriend on the phone while I'm in your apartment

It is when u make me meet ur ex girlfriend and girls uv slept with and talk about how pretty other professors are

If u don't accept ur role in this and are so weak u get threatened by a phone call then yes

Zuofu ur delusional. I've met more of ur exes than u have met mine. The way ur treating me is disgusting

Ur threatened and weak and can't take me speaking on the phone with him

U call me dude and man and treat me like I'm some teenage friend from the 6th grade

And some flusy Girl u slept with

And said "sorry if I like hanging out with beautiful women"

If u can't stand that I'm taking it slow then go fuck someone else

To: 2173901797

Details

If u can't stand that I'm taking it slow then go fuck someone else

I really think u should actually

The way u treated me is not okay

Please stop arguing

Uv really hurt me

Don't text me again

I am extremely hurt by what u said and it was completely out of line. I am going to bed.

11/13/17, 2:35 AM

This is the fifth time my work is negatively effected by seeing u. I am so upset I cannot go to bed now. It is apalling to me that u used the trip to London and a way to get closer to me. That u lied and said we could go as friends and r now turning on me and trying to hurt me. Uv said irreversible things to me tonight. I hope u find someone to sleep with quickly. U need to badly.

It'll clear ur mind.

I said - if u don't get what u want from me, then u turn on me in a really disgusting and mean way.

U lash out at me and portray me in a horrible light

That is what concerns me and I am not sure what I should do about it.

I may need to call someone if I don't leave this conversation feeling okay about things

Okay, well, I think we should reconsider our continued communication

I think if that's the case, we shouldn't speak to each other anymore

That's not what u just said over the phone

It looks like the call was disconnected

Yeah, call again

Yeah, call again

Sorry, reception is not helping us at all

I'm not calling this time

Ok, yeah..what I was saying is that

U shld call to say it or not at all

I do agree that I have some insecurities

And I think the best course of action for me is to be single for awhile and work on those insecurities

U were horrible to me tonight

Ok

Ok, fair, yes I was a selfish jerk to you

Absolutely - I told u that u need to see other people from the beginning

I apologize for that

No Zuofu

U were more than that

U have manipulated me and lied to me in a really horrible way

It is absolutely apalling to treat me that way

U just apologized for it over the phone

As I kept saying, my only lie was to say that I was OK with you and Jed talking, when it turned out I wasn't

Call again

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer to me

To: 2173901797

That was my fault, yes, I apologize

Ok

> No u tried to use going to London as a way to be closer to me

> U made it seem like u were fine being friends with me and u want more

> Not only do u want more, u wanted it now, before I was ready:

> That is disgusting

True, I wanted to go as friends and see if we could be more than friends, stay as friends, or can't stand each other

I think since our first blow up on Halloween, it's been clear that I've wanted to be more than friends

> Call again try

But fair, I wanted things to progress faster than you were ready for, so I apologize for that. I should have given you more space

Ok

I keep getting voicemail

I guess the call isn't going through

> Try again

> The same thing happened to me

Goodnight! Thanks for being understanding, miss you!

11/13/17, 9:22 AM

> I need to pickup a package from West Quad an you drive me?

Sure, when?

> I guess jowish

> Jowish

To: 2173901797

Details

Yes, why r u doing this? My friend is on her way over and we can come meet u somewhere.

No we need to speak tonight

This is absolutely not okay

Okay, will you have a friend with you? Can we meet in public?

Yes but why would u say that?

Now I'm really afraid of u

U don't think u can handle ur emotions?

Like last time u were here?

I don't want it to go out of control, remember how we agreed to step away?

If it gets close to that? That's why I don't want to meet up

Zuofu - wow u have some serious problems. This is not stepping away. This is u going out with friends when u should be speaking to me

No. U need to see me now

This is completely not okay

I am so close to calling my department head

Ok, can you set it up with your friend?

What?

Ok, on my way

I'm downstairs

One sec

I'm downstairs at your building, did you still want to see me?

I'm downstairs at your building, did you still want to see me?

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## Meeting Follow Up
9 messages

**Morrison, Danielle** <daniemor@illinois.edu>                                                         Thu, Jan 17, 2019 at 1:58 PM
To: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

January 17, 2019

Rose Swan Meacham
Sent only via email to rmeacha2@illinois.edu

Dear Rose:

Thank you for meeting with me and Jenna Cler on January 16, 2019. Prior to our meeting, you had met with the Office for
Access and Equity, and the investigators reviewed available resources and support services, as well as your reporting
options with you. In our meeting, you stated that you did not need resources. I've attached a Rights and Options sheet to
this email as a reference in case you have additional questions about available resources and support services, and
information about our resources and support services are also available on our We Care website:
http://wecare.illinois.edu/.

### ACADEMIC REQUEST
In our meeting, you stated that you wanted the registration deadlines that have been put in place lifted (as you stated your
registration deadline was January 22, 2019 where the registration deadline for all students is January 28, see
https://registrar.illinois.edu/academic-calendars/spring-academic-calendar-19/ for a list of add and drop deadlines). You
also stated that you wanted your academic standing changed from poor to good.

In an effort to assist you regarding a deadline of January 22, 2019 for registration, I have reviewed the January 7, 2018
letter from Mark Nelson. It appears that the January 7, 2019 notes that you should register "as soon as possible and prior
to the start of the 2019 Spring semester in order to guarantee your seat in the planned courses and start your courses on
time to prepare you for a successful semester". I see no registration deadline of January 22, 2019. Therefore, I am unable
to assist you with your request.

Regarding your academic standing, the Graduate College policy on academic standing is available here:
https://grad.illinois.edu/book/export/html/4992. Academic standing is determined by the academic programs based on
multiple individualized factors including "performance in course work, satisfactory and timely completion of all milestones
as determined by the programs, satisfactory progress in research…" As Title IX Coordinator your request for me to
change your academic standing is not a reasonable accommodation.

### REPORT FOLLOW UP
In the conversation, you disclosed that a professor made inappropriate advances towards you and that you had to push
the individual off of you. You did not want to disclose the identity of the professor. Given that the identity of the
respondent was not disclosed, the university cannot proceed with a formal investigation. If you change your mind at any
point in the future and the respondent is also affiliated with the University of Illinois, you can contact me or Jenna Cler
(217-333-3333) or a confidential advisor through the Women's Resources Center (217-333-3137) for additional
information about the process. You can also call the Office for Access & Equity (217-333-0885) directly to schedule an
appointment. You may be asked about the nature of the meeting, and if so, you should reference this letter and be
specific in your request. However, you do not need to share the details of the incident over the phone. You are also free to
bring an advisor with you to any meeting
 in the Office for Access & Equity or request that the university provide one for you (our confidential advisors are located
in the Women's Resources Center). If you'd like to further explore those options, please let me know.

You also mentioned that you experienced harassment/bullying that you believed was based on your gender from a person
in your lab and that you would like to proceed with a formal complaint against that person. We will let the Office for
Access & Equity (OAE) know your wish to proceed. The next step will be to schedule an appointment with the
investigators, Margie Lawler and Kaamilyah Abdullah-Span, to review the process and next steps. Given that you are not
in town, this meeting can be done over the phone. In the meeting or prior, the identity of the respondent will also need to
be confirmed by you in order for the investigators to move forward.

I mentioned that I would share the procedures for an OAE investigation for your review regarding your current complaint.

The procedures are available online at: https://oae.illinois.edu/complaint_procedures.pdf. Your investigators, Margie Lawler and Kaamilyah Abdullah-Span, can assist in letting you know the next steps for the formal complaints based on which part of the process you are in and provide you regular updates on the process.

## WOMEN'S RESOURCES CENTER
The Women's Resources Center (WRC) website has information about events (see their calendar the website), support services, and programs (https://oiir.illinois.edu/womens-center). You are also welcome to meet with them one-on-one to further discuss legal (including providing information about orders of protection through the courts) and university options by calling (217) 333-3137 or emailing womenscenter@illinois.edu. They are open 8:30 am–5:00 pm, Monday–Friday. The university confidential advisors are located in the Women's Resources Center; in addition to support resources, they provide advocacy if you choose to report the incident to the police, seek an order of protection, or participate in the university's investigation process. They can also meet with you to discuss safety concerns and safety planning. If you would like me to reach out to the staff on your behalf as an introduction, please let me know. The WRC is located at 616 E. Green St., Suite 202 (right
next to the McDonald's) between Wright and Sixth Streets. The WRC serves students of all genders. They are able to meet over the phone, given that you are not in town.

Advisors:
Sarah Colome scolome@illinois.edu (director of the WRC)
Molly McLay mclay1@illinois.edu (assistant director of the WRC)

## COUNSELING CENTER
Given that you are out of town, I also wanted to highlight that our Counseling Center, should you need additional support, can help if you prefer to see someone off campus and need assistance with referrals, you may contact Chris Lofton. He is the care manager at the Counseling Center and can be reached at clofton2@illinois.edu. It is best to email him with your insurance information before speaking with him. He assists students who are both on and off campus. If you would like me to reach out to Chris on your behalf as an introduction, please let me know, and I will send him an email and copy you.

Our We Care page also has information on national resources: https://wecare.illinois.edu/resources/students/#other.

Given that you were able to register for classes, I will go ahead and remove the follow up meeting that was scheduled for Tuesday. The next steps, based on the information we have, will be for you to connect with the Office for Access & Equity (217-333-0885) regarding your investigations. If you have any questions, do not hesitate to contact me.

Sincerely,
Danielle Morrison

Title IX and Disability Office
University of Illinois at Urbana-Champaign
616 E. Green Street, Ste. 214
Champaign, Illinois 61820
Phone: (844) 616-7978
Email: titleixcoordinator@illinois.edu

00001-2019

Confidential Communication: The information contained in this transmission is confidential and is intended solely for use of the individual entity named above as the intended recipient. The reader of this message is hereby notified that if you are not the intended recipient, any copying, disclosure or distribution of any kind is strictly prohibited. Please immediately notify the sender if you have received this correspondence in error. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from university employees, regarding university business, is public record and may be subject to public disclosure.

Attachments
----------------

Rights_and_Options_updated_October_3_2018.pdf:
https://uillinois-gme-advocate.simplicity.com/u/tySutsvQ

wecare_brochure.pdf:
https://uillinois-gme-advocate.simplicity.com/u/gQjeoeEi

**Rose Meacham** <meacham.rose@gmail.com>                                        Thu, Jan 17, 2019 at 3:00 PM
To: "Morrison, Danielle" <daniemor@illinois.edu>

Cc: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

Dear Danielle,

The courses that I am currently registered for are still under debate and there are numerous problems with course credits and missing grades / credits that have arisen from the retaliation. Until the investigation is completed I will need the retaliatory deadline to be removed, including the January 22nd deadline that we spoke about and I forwarded to your office.

During our conversation I requested a full explanation of the resources available to me be shared in a written email, as well as the steps and timeline for your office that outlines exactly what steps will be taken to rectify the situation.

The conversation included your explanation that my being remote this semester makes me ineligible to receive many of the available resources. Please detail my available resources given my working remotely.

I appreciate your help to resolve this matter and I look forward to meeting next Tuesday as planned. The issue with the professors and retaliation that I've reported is not resolved and if your office is truly interested in resolving this it will take time to complete the paperwork and submit all necessary evidence. I'd your office is not interested in treating this case seriously then by all means close the case and cancel our scheduled meeting or next week.

I will respond to the other points in your letter shortly.

Thanks,
Rose
[Quoted text hidden]

--

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

---

**Rose Meacham** <meacham.rose@gmail.com>
To: "Morrison, Danielle" <daniemor@illinois.edu>
Cc: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

Thu, Jan 17, 2019 at 4:08 PM

Additionally, the professor I mentioned is Zuofu Cheng

On Thursday, January 17, 2019, Rose Meacham <meacham.rose@gmail.com> wrote:
Dear Danielle,

The courses that I am currently registered for are still under debate and there are numerous problems with course credits and missing grades / credits that have arisen from the retaliation. Until the investigation is completed I will need the retaliatory deadline to be removed, including the January 22nd deadline that we spoke about and I forwarded to your office.

During our conversation I requested a full explanation of the resources available to me be shared in a written email, as well as the steps and timeline for your office that outlines exactly what steps will be taken to rectify the situation.

The conversation included your explanation that my being remote this semester makes me ineligible to receive many of the available resources. Please detail my available resources given my working remotely.

I appreciate your help to resolve this matter and I look forward to meeting next Tuesday as planned. The issue with the professors and retaliation that I've reported is not resolved and if your office is truly interested in resolving this it will take time to complete the paperwork and submit all necessary evidence. I'd your office is not interested in treating this case seriously then by all means close the case and cancel our scheduled meeting or next week.

I will respond to the other points in your letter shortly.

Thanks,
Rose

On Thursday, January 17, 2019, Morrison, Danielle <daniemor@illinois.edu> wrote:
January 17, 2019

Rose Swan Meacham
Sent only via email to rmeacha2@illinois.edu

Dear Rose:

Thank you for meeting with me and Jenna Cler on January 16, 2019. Prior to our meeting, you had met with the Office for Access and Equity, and the investigators reviewed available resources and support services, as well as your reporting options with you. In our meeting, you stated that you did not need resources. I've attached a Rights and Options sheet to this email as a reference in case you have additional questions about available resources and support services, and information about our resources and support services are also available on our We Care website: http://wecare.illinois.edu/.

### ACADEMIC REQUEST
In our meeting, you stated that you wanted the registration deadlines that have been put in place lifted (as you stated your registration deadline was January 22, 2019 where the registration deadline for all students is January 28, see https://registrar.illinois.edu/academic-calendars/spring-academic-calendar-19/ for a list of add and drop deadlines). You also stated that you wanted your academic standing changed from poor to good.

In an effort to assist you regarding a deadline of January 22, 2019 for registration, I have reviewed the January 7, 2018 letter from Mark Nelson. It appears that the January 7, 2019 notes that you should register "as soon as possible and prior to the start of the 2019 Spring semester in order to guarantee your seat in the planned courses and start your courses on time to prepare you for a successful semester". I see no registration deadline of January 22, 2019. Therefore, I am unable to assist you with your request.

Regarding your academic standing, the Graduate College policy on academic standing is available here: https://grad.illinois.edu/book/export/html/4992. Academic standing is determined by the academic programs based on multiple individualized factors including "performance in course work, satisfactory and timely completion of all milestones as determined by the programs, satisfactory progress in research…" As Title IX Coordinator your request for me to change your academic standing is not a reasonable accommodation.

### REPORT FOLLOW UP
In the conversation, you disclosed that a professor made inappropriate advances towards you and that you had to push the individual off of you. You did not want to disclose the identity of the professor. Given that the identity of the respondent was not disclosed, the university cannot proceed with a formal investigation. If you change your mind at any point in the future and the respondent is also affiliated with the University of Illinois, you can contact me or Jenna Cler (217-333-3333) or a confidential advisor through the Women's Resources Center (217-333-3137) for additional information about the process. You can also call the Office for Access & Equity (217-333-0885) directly to schedule an appointment. You may be asked about the nature of the meeting, and if so, you should reference this letter and be specific in your request. However, you do not need to share the details of the incident over the phone. You are also free to bring an advisor with you to any meeting

in the Office for Access & Equity or request that the university provide one for you (our confidential advisors are located in the Women's Resources Center). If you'd like to further explore those options, please let me know.

You also mentioned that you experienced harassment/bullying that you believed was based on your gender from a person in your lab and that you would like to proceed with a formal complaint against that person. We will let the Office for Access & Equity (OAE) know your wish to proceed. The next step will be to schedule an appointment with the investigators, Margie Lawler and Kaamil

--
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                Fri, Jan 18, 2019 at 11:33 AM
To: "Morrison, Danielle" <daniemor@illinois.edu>, "Lawler, Margaret A" <malawler@illinois.edu>
Cc: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

Dear Danielle,

This is very serious that your email has mixed up the information that your department was given. The January 22nd
deadline is next Tuesday and I *need IMMEDIATE intervention** in order for this to be resolved in the appropriate manner.
Please intervene and place a hold on these retaliatory items I being forced to endure by NSP. It is not simply "registration"
as your note incorrectly stated but a number of other items including an inappropriate assessment from a professor that I
am reporting. If your office ignores this, you will be failing to complete your promised duty to students and I will be forced
to take further actions to report this incident.

Please take this seriouslty and intervene today,

\Sincerely,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

[Quoted text hidden]

**Morrison, Danielle** <daniemor@illinois.edu>              Fri, Jan 18, 2019 at 12:03 PM
To: Rose Meacham <meacham.rose@gmail.com>, "Lawler, Margaret A" <malawler@illinois.edu>
Cc: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

Dear Rose,

I wanted to address the information in the messages I received yesterday and today. Please see below. I will leave
Margie copied so she is aware of the references to investigative next steps and to help with any future conversations
about resources you may have with the investigators.

REPORT FOLLOW UP

In reply to the following:

> In the conversation, you disclosed that a professor made inappropriate advances towards you and that you had to
> push the individual off of you. You did not want to disclose the identity of the professor. Given that the identity of
> the respondent was not disclosed, the university cannot proceed with a formal investigation. If you change your
> mind at any point in the future and the respondent is also affiliated with the University of Illinois, you can contact
> me or Jenna Cler (217-333-3333) or a confidential advisor through the Women's Resources Center (217-333-
> 3137) for additional information about the process. You can also call the Office for Access & Equity (217-333-
> 0885) directly to schedule an appointment....

You stated, "Additionally, the professor I mentioned is Zuofu Cheng." I will go ahead and add the professor's name to the
report mentioned above. The Office for Access & Equity will reach out to you to discuss your options moving forward.

WORKING REMOTELY

In terms of working remotely, the main resource that may not be available over the phone is the Counseling Center, as I
understand they cannot provide service outside of Illinois. McKinley may also be limited in what they are able to do
remotely. The Counseling Center can, however, provide referrals, as referenced in the main email. The other limitation to
working remotely would be limitations on face-to-face meetings. Most services from the Student Resources page

https://wecare.illinois.edu/resources/students/ will still be available over the phone, including the investigation options with the Office for Access & Equity, police, Office of the Dean of Students, Financial Aid, or confidential resources like speaking with a confidential advisor, DRES, getting a referral from the Counseling Center, etc. If you choose to fly/drive to Champaign-Urbana, and you are registered for courses, the in-person options would be available.

## ACADEMIC REQUEST & NEXT STEPS IN PROCESS

I reviewed the January 7, 2019 letter from Mark Nelson that you had forwarded. There is no mention of a January 22, 2019 deadline. However, the letter does state, "You will be returned to good standing in the Program when all three of the items listed above have been satisfactorily addressed. The Program will reevaluate the status of these items on January 14, 2019 and weekly thereafter should any items remain unresolved." I understand that January 22, 2019 would be the next reevaluation of the status of the remaining items on the letter. Your request to remove the date of your reevaluation of your status, requests to add credits, or to alter your academic standing are not reasonable Title IX requests. As stated in our meeting, the next steps to address your retaliation complaint is to follow up with the investigators (Margie Lawler and Kaamilyah Abudullah-Span) in the Office for Access & Equity. I understand that currently they are waiting on additional information from you. You can call (217-333-0885) or email the investigators directly. You also mentioned other reporting, I wanted to make sure you have information about external reporting: https://wecare.illinois.edu/help/report/#external.

You had mentioned you have already spoken with her, but as a reminder, questions about academic processes can be directed to Alexis Thompson in the Graduate College, athmpsn1@illinois.edu.

To move forward with a complaint regarding the student in your lab, and to discuss the new report regarding the unwanted advances, your next steps will be to contact the Office for Access & Equity, as mentioned above. As a reminder, our meeting for Tuesday is canceled.

Sincerely,

Danielle

Danielle Morrison, JD, PhD

Title IX and Disability Coordinator

University of Illinois at Urbana-Champaign

616 E. Green Street, Suite 214 MC-388

Champaign, Illinois 61820

Phone: (217) 333-3333

Toll free: (844) 616-7978

Fax: (217) 244-1363

http://www.wecare.illinois.edu/

http://illinois.edu/resources/website/accessibility

[Quoted text hidden]

**Morrison, Danielle** <daniemor@illinois.edu>                                        Fri, Jan 18, 2019 at 12:03 PM
To: Rose Meacham <meacham.rose@gmail.com>, "Lawler, Margaret A" <malawler@illinois.edu>
Cc: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

Dear Rose,

·

I wanted to address the information in the messages I received yesterday and today. Please see below. I will leave Margie copied so she is aware of the references to investigative next steps and to help with any future conversations about resources you may have with the investigators.

### REPORT FOLLOW UP

In reply to the following:

> In the conversation, you disclosed that a professor made inappropriate advances towards you and that you had to push the individual off of you. You did not want to disclose the identity of the professor. Given that the identity of the respondent was not disclosed, the university cannot proceed with a formal investigation. If you change your mind at any point in the future and the respondent is also affiliated with the University of Illinois, you can contact me or Jenna Cler (217-333-3333) or a confidential advisor through the Women's Resources Center (217-333-3137) for additional information about the process. You can also call the Office for Access & Equity (217-333-0885) directly to schedule an appointment....

You stated, "Additionally, the professor I mentioned is Zuofu Cheng." I will go ahead and add the professor's name to the report mentioned above. The Office for Access & Equity will reach out to you to discuss your options moving forward.

### WORKING REMOTELY

In terms of working remotely, the main resource that may not be available over the phone is the Counseling Center, as I understand they cannot provide service outside of Illinois. McKinley may also be limited in what they are able to do remotely. The Counseling Center can, however, provide referrals, as referenced in the main email. The other limitation to working remotely would be limitations on face-to-face meetings. Most services from the Student Resources page https://wecare.illinois.edu/resources/students/ will still be available over the phone, including the investigation options with the Office for Access & Equity, police, Office of the Dean of Students, Financial Aid, or confidential resources like speaking with a confidential advisor, DRES, getting a referral from the Counseling Center, etc. If you choose to fly/drive to Champaign-Urbana, and you are registered for courses, the in-person options would be available.

### ACADEMIC REQUEST & NEXT STEPS IN PROCESS

I reviewed the January 7, 2019 letter from Mark Nelson that you had forwarded. There is no mention of a January 22, 2019 deadline. However, the letter does state, "You will be returned to good standing in the Program when all three of the items listed above have been satisfactorily addressed. The Program will reevaluate the status of these items on January 14, 2019 and weekly thereafter should any items remain unresolved." I understand that January 22, 2019 would be the next reevaluation of the status of the remaining items on the letter. Your request to remove the date of your reevaluation of your status, requests to add credits, or to alter your academic standing are not reasonable Title IX requests. As stated in our meeting, the next steps to address your retaliation complaint is to follow up with the investigators (Margie Lawler and Kaamilyah Abdullah-Span) in the Office for Access & Equity. I understand that currently they are waiting on additional information from you. You can call (217-333-0885) or email the investigators directly. You also mentioned other reporting, I wanted to make sure you have information about external reporting: https://wecare.illinois.edu/help/report/#external.

You had mentioned you have already spoken with her, but as a reminder, questions about academic processes can be directed to Alexis Thompson in the Graduate College, athmpsn1@illinois.edu.

To move forward with a complaint regarding the student in your lab, and to discuss the new report regarding the unwanted advances, your next steps will be to contact the Office for Access & Equity, as mentioned above. As a reminder, our meeting for Tuesday is canceled.

Sincerely,

Danielle

Danielle Morrison, JD, PhD

Title IX and Disability Coordinator

University of Illinois at Urbana-Champaign

616 E. Green Street, Suite 214 MC-388

Champaign, Illinois 61820

Phone: (217) 333-3333

Toll free: (844) 616-7978

Fax: (217) 244-1363

http://www.wecare.illinois.edu/

http://illinois.edu/resources/website/accessibility

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Friday, January 18, 2019 11:34 AM
**To:** Morrison, Danielle <daniemor@illinois.edu>; Lawler, Margaret A <malawler@illinois.edu>
**Cc:** Meacham, Rose Swan <rmeacha2@illinois.edu>
**Subject:** Re: Meeting Follow Up

Dear Danielle,

[Quoted text hidden]
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                       Fri, Jan 18, 2019 at 12:48 PM
To: "Morrison, Danielle" <daniemor@illinois.edu>
Cc: "Lawler, Margaret A" <malawler@illinois.edu>, "Meacham, Rose Swan" <rmeacha2@illinois.edu>, "Abdullah-Span, Kaamilyah" <kabdulla@illinois.edu>, "Johnson, Heidi" <johnso19@illinois.edu>, Alexis Thompson <athmpsn1@illinois.edu>, "Chodzko-Zajko, Wojtek" <wojtek@illinois.edu>

Dear Danielle-

This process is making the situation much much worse and I have repeatedly cc'd all of the offices you keep referring me to on single emails. There is absolutely no need to refer me to of her offices when we are all included on the same emails and have the same information

If all three offices are unable to handle these claims in over a year and a half obviously something is extremely wrong with this system - severely wrong. I raised the issue to help with the retaliatory mandates from NSP in 2017. Nothing was done in 2018. This is literally the last chance for you and the other offices to fix this. The new deadline is the 22nd. There are documented over 30 meetings with Kaamilyah's office -- more than 1,000 hours -- of note taking and submitting documents. If they are unable to collect the information they need to intervene with this retaliation in over a year and a half... something is severely wrong with this system.

I'm waiting to see what you will do.

I'm shocked and appalled at the disaster that has been created by raising these issues and asking for help from your offices. The fact that I am still enduring retaliation and threats, that I am now facing losing my entire PhD should have never happened. I expect that the Graduate College, ODEA, and Title IX will work together and carryout the duties that the state has entrusted to them. Protecting student rights, civil rights and federal rights is a serious matter. The issues I have brought to each of you are extremely serious but are not being treated in that manner. I should not be punished for refusing to have sex with one of your professors. I should not be punished for reporting inappropriate lab conduct where my managing PhD student makes comments about slicing open cadavers and defending the KKK's rights to rally and persecute minorities. This is the last c Chance your offices have to prevent this retaliation from destroying my career.

Sincerely,
Rose
[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                                                      Sat, Jan 19, 2019 at 2:28 AM
To: "Morrison, Danielle" <daniemor@illinois.edu>
Cc: "Lawler, Margaret A" <malawler@illinois.edu>, "Abdullah-Span, Kaamilyah" <kabdulla@illinois.edu>, "Johnson, Heidi" <johnso19@illinois.edu>, Alexis Thompson <athmpsn1@illinois.edu>, "Chodzko-Zajko, Wojtek" <wojtek@illinois.edu>

Dear All-

It is also important to note: As of January 18, 2019 the external sponsor who I have found on my own to fund my research at UIUC is being blocked from making a donation to the university. This is very well documented in email exchanges and phone records. I received word from this sponsor that they have attempted to coordinate the financial gift to UIUC for months now and that UIUC wont approve this, wont return their calls, and is not responding to their emails.

The context: UIUC informed me last-minute Fall 2018 that I would be responsible for my own funding for Spring 2019. They blocked my ability to get a TA and placed the burden of funding on me. I was unable to attend the university without being a TA which they knew and I explained in writing. However, they were unwilling to change the retaliatory acts that made it impossible to attain funding. After this treatment I *still* persevered and managed to find funding on my own.

I again request immediate intervention with these issues. The requests I am making for tuition waivers and course credit corrections are more than reasonable and I hope you can help me make the necessary corrections to have a fair chance to complete work in my PhD without these very unfortunate attacks on my credibility and professional career. I would like to have the same deadlines, expectations, and opportunities as other students in the program. Please work with ODEA and the Graduate College to help approve the credit changes and correct the error to my academic status.

Sincerely,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                                                      Wed, Jan 22, 2020 at 10:49 AM
To: "Carr, William Scott" <wcarr@nsf.gov>

Dear Scott,

Thank you so much for speaking with me. There are quite a large number of correspondences over the report. Many of them are extremely argumentative -- essentially I originally reported these events to the Women's Advocacy Center and my original investigator but was not advised to report them. They instead wanted to focus on one aspect of the 2017 case that was filed. When I later expressed my dissatisfaction with the way my case was filed and mentioned the incidents detailed below, the Title IX Office suddenly stated they are legally required to investigate the sexual misconduct case. At the time I was studying remotely and not even on-campus and did not feel comfortable with the investigator. I requested

that we wait and that I be assigned a new investigator or at minimum be on-campus to meet with people in-person. This was denied and I was put through what I would describe as harassment from university staff that was so disruptive to my remote work and emotionally scarring. It made me feel like my health and well-being was an afterthought for UIUC and that I was just a case number to them // legal liability. After I recently filed a report with the police I discovered that what happened is technically assault, I believe, but at the time UIUC would not allow me to conduct the case in a way that was safe, supportive of my well-being and even without proper accommodations which I have requested multiple times but have always been denied.

Sincerely,
Rose


- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*


---------- Forwarded message ---------
From: **Morrison, Danielle** <daniemor@illinois.edu>
Date: Fri, Jan 18, 2019 at 10:03 AM
Subject: RE: Meeting Follow Up
To: Rose Meacham <meacham.rose@gmail.com>, Lawler, Margaret A <malawler@illinois.edu>
Cc: Meacham, Rose Swan <rmeacha2@illinois.edu>


[Quoted text hidden]

 Gmail

Rose Meacham <meacham.rose@gmail.com>

## Rape Case vs UIUC Professor

4 messages

**Rose Meacham** <meacham.rose@gmail.com>                                    Wed, Aug 19, 2020 at 3:53 AM
To: amy.petrilli@champaignil.gov

Dear Amy-

My name is Rose Meacham and Lisette tools me to email you about my rap case. How do you want me to share evidence and information with you? What do you need in order to take criminal charges against Zuofu Cheng?

Thank you so much for your help.
-Rose
- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

---

**Amy Petrilli** <amy.petrilli@champaignil.gov>                                 Wed, Aug 19, 2020 at 4:54 AM
To: Rose Meacham <meacham.rose@gmail.com>

Rose,

Thank you for getting into contact with me. I have been assigned your case and I would like to sit down and go over the case in person with you. I'm not sure if you have received my previous attempts to reach you, but I have sent you two prior e-mails (maybe they ended in your junk/spam folder). I am available the remaining of this week otherwise, I will be out of the office starting Monday August 24th through September 11th. Also can you please provide me with a good working phone number for you the number in the police report is no longer working.

Thank You,

Detective Amy Petrilli #7112

Champaign Police Department

Investigations Division

82 E. Univeristy Avenue

Champaign, IL 61820

217-351-4545

217-403-6940 (desk)

e-mail Amy.Petrilli@Champaignil.gov

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 46 of 134 PageID #:409

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Wednesday, August 19, 2020 5:54 AM
**To:** Amy Petrilli <amy.petrilli@champaignil.gov>
**Subject:** Rape Case vs UIUC Professor

Dear Amy-

My name is Rose Meacham and Lisette tools me to email you about my rap case. How do you want me to share evidence and information with you? What do you need in order to take criminal charges against Zuofu Cheng?

Thank you so much for your help.

-Rose

- --- -- --- -- --- -- --- -- ---

**Rose Meacham**

VSR, Mechanical Engineering, Stanford University

PhD Candidate, Computational Neuroscience

*University of Illinois Urbana-Champaign*

*New York University, Class '14*

---

**Rose Meacham** <meacham.rose@gmail.com>                    Thu, Aug 20, 2020 at 3:56 AM
To: Amy Petrilli <amy.petrilli@champaignil.gov>

Dear Amy-

I'm unable to meet in person and there is a problem with cyber attacks against me. Can you please help me file orders of protection and request special online and digital orders of protection to stop these attacks?

My evidence is massive so I will begin sending you documents etc. as I can. Please see below:

Charge1:
**Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution to sexually abuse me.**

Charge2:
**Zuofu Cheng targeted me for his deviant sexual behavior due to my reporting people he knew on-campus and who were affiliated.**

Charge3:
**Zuofu Cheng refused to leave my apartment after raping me.**

Charge4:
**Zuofu Cheng tried to force me to have sex with him against my wishes, technically constituting rape.**

Charge5:
**Zuofu Cheng would not stop raping me until I physically pushed him off of me.**

Charge6:

**Zuofu Cheng threatened me not to report him.**

Charge7:

**Zuofu Cheng made repeat threats to me by telling my colleagues and members of the University of Illinois community lies, character defamation, slander, and falsified reports about his undeniably inappropriate behavior towards me.**

Charge8:

**Zuofu Cheng used his UIUC position as a Professor to pressure me to agree to harmful, dangerous situations where he would be able to take advantage of me sexually without being held responsible by the police.**

Charge9:

**Zuofu Cheng lied to investigators and manipulated the truth in order to evade responsibility for his criminal actions against me.**

Charge10:

**When I contacted Zuofu 2 years later to ensure it was safe to return to campus, he referenced the witness to my original police reports as someone he was now friends with and threatened me.**

Charge11:

**Zuofu Cheng retaliated against me for reporting Title IX, Title VII, and ADA Violations to the appropriate authorities, including the federal government.**

Charge12:

**Zuofu has abused his position as a University of Illinois Urbana-champaign Professor to manipulate evidence, tamper with Title IX and government investigations, and to impede witness testimony for these aforementioned cases.**

Criminal Charges & Sentencing:

**Based on these charges and the threat Zuofu Cheng poses to his students and to the community at the University of Illinois school system, I am pressing charges against him. I am formally requesting the maximum sentence possible and that he be removed from his position at UIUC immediately. I am requesting that he have his teaching license permanently revoked.**

**Statement:**

Zuofu Cheng was friends with a co-worker of an individual who raped me in 2016 when I was working with him for Google DeepMind in London. The evidence to confirm this is below from FB and includes the Google DeepMind employee who Zuofu introduced me to Tom Le Paine who is literally on the same floor as the Googler who raped me. This is not a coincidence.



In Silicon Valley there is a problem among the tech industry known as "REVENGE SEX" which is apparently used to brutalize women who have reported rape, sexual harassment, assault and other forms of sexism. In 2016 I reported an individual at Google for raping me and he did not take it well. I was retaliated against horribly and he was caught hacking, monitoring and stalking me on my personal and digital accounts.

When I arrived at UIUC I was immediately harassed, sexually discriminated against, bullied and threatened by indivciduals about the "Google Manifesto" and my being a "radical feminist" designed to help support rape victims, victims of sexual violene, assault and sexual harassment and discimination. It's also essential to inform you that my Women's Initiative chose to take a stance to support transexual women, and individuals who gender-identify as women as well. In other words, we support ALL WOMEN and people, no matter what their sex organs are, who need support for sexual assault, harassment, rape and discrimination. This was apparently controversial for some individuals at UIUC.

I reported to Title IX at UIUC the individuals who were harassing me, bullying me, and targeting me for my apparently "Nasty Woman" "behavior" and my being a "radical feminist" by supporting rape victims on-campus. I met Zuofu Cheng, a UIUC Professor, in October 2017 after I reported these incidents and was being victimized on-campus. He presented himself as someone who wanted to "help" me and told me that he felt "personally responsible" for these incidents that I had experienced because he went to undergrad, masters and PhD at UIUC. He told me that he knew EVERYONE and literally took me around town, to social events, and on-campus meetings with professors to "help" me overcome these horrific incidents.

This is what Zuofu told me. This is how he presented himself to me and gained my trust. He even "took notes" as a UIUC faculty in my meetings with the respondents in my Title IX cases. However what he truly wanted was to exploit

life for sexual favors. He manipulated me, hacked me, and targeted me. He did in fact know "everyone" around town and he used this to ruin my reputation, to engage in life altering and career ruining character defamation. He exploited the fact that I was a rape victim and advocate for women's rights to target me and try to undermine my FEDERAL CASES against Google and UIUC. His actions were undeniably harmful to me. He tried to force me to have sex with him which I never wanted to do. As a rape victim, I believe his actions are absolutely, undeniably inexcusable. And the fact that he used his position as a UIUC Professor to exploit me for sexual favors is morally reprehensible, not to mention illegal. He informed me that he could get away with it because he wasn't teaching me in a class.

I believe that Zuofu Cheng places students in physical danger. As you know from your work as an investigator into rape cases, because rape is physiccally damaging to women. For some reason men at UIUC do not have the training to empathize with women who are raped and do not even understand the basics about the physical damage they cause women when they rape them. Zuofu was focused on one thing only: getting laid and undermining my entire reputation and cases. He intentionally subjected me to REVENGE SEX and I had to physically push him off of me to stop him. I was frightened of him because afterwards he began threatening me and told me what he was going to tell everyone to discredit me. I asked him repeatedly to leave my apartment and he refused. He was angry, raising his voice, and yelling at me. I told him to leave again and again but he would not. He said that he was going to report my "behavior" and tell people that I was "aggressive" and had "anger" problems, which I don't. He knew everyone and because I was in the middle of reporting people for bullying, harassment and targeting me I was extremely frightened of his threats.

He made it clear that if I told on him he would destroy me and my reputation at UIUC, which is exactly what he did. I called the police with a friend from my program because I was extremely frightened and did not know what to do. We spoke to the Champaign Police and asked them about reporting and what we should do. It sounded like we needed to go in-person to file a criminal report. I was frightened, felt unsafe and threatened. Zuofu was friends with many, many, many students in my apartment building and could easily gain access back into the building if he wanted to do so. Zuofu had installed a "buggy" Google Chrome device on all of my personal devices, even my apartment TV. After he did all of these things I began experiencing cyber attacks and harassment from my neighbors. I reported all of this to the apartment managers and they told me I needed to report it to the police.

I emailed the building managers immediately to have Zuofu Cheng banned from the building and because I was discouraged from filing formal criminal police reports by UIUC, this was my only form of protection. Because I was forced to have Zuofu Cheng banned from the building and this was literally my ONLY form of protection against him and I felt extremely unsafe and scared. The emails attached with the subject lines "Respect at UIUC" are what I sent to Zuofu Cheng to prevent him from harassing me or continuing to contact me.



On November 7, 2017 Zuofu Cheng booked tickets to force me to visit London with him which I absolutely did not want to do. I had stated repeatedly to Zuofu that I did not want to go with him on ANY trips. We had just met in October 2017. He knew that I was a rape victim. He knew ALL of the details of my rape case. He even knew the co-workers of the person who raped me in London (as my aforementioned evidence proves). When he first asked me to go with him, I was extremely scared of his motives because it was a bizarre coincidence and he was presenting himself as a UIUC Professor who knew "everybody" and wanted to help me overcome the Title IX incidents that I reported at UIUC. The sexual harassment, bullying, threats and non-stop attacks against me from students, professors, and administration at UIUC was the worst experience of my entire life. Zuofu Cheng made it transform from an absolutely horrific nightmare into rape, physical assault and even pressure to place myself in a vulnerable position with him where he could victimize me without US legal repercussions. The worst thing about being raped in

London was that the person who did it had criminal police reports filed against him for illegal entry and sexual misconduct in the US but the detectives in both countries were unable to work together to press charges. He was able to get away with looking like a one-time offender repeatedly and could plead to officers that he "was confused" and "misunderstood our relationship". He even told British Detectives that he "thought we were dating" and cited events and required activities that we were forced to do by Google.

Zuofu's actions suggested he was gearing up to do exactly the same thing. I did not want to go on a trip with him. I even asked if we could postpone it until the winter break and told him that his pressuring me to go immediately for November 2017 did not make sense to me. I told him that we had just met and that I did not feel comfortable sleeping alone with him in a hotel room. He pressured me to get 2 beds and manipulated me, trying to convince me that he understood we were friends and that we would be hypothetically travelling without any hidden sexual expectations. However he did not actually follow the words he told me and he proved when he forced me to be in a sexual position with him, that he was blatantly lying to me to force me to have sex with him against my will.

There is absolute no mistaking that he targeted me. He saw that I was in a vulnerabe position, that I was a rape vicctim and that the current Title IX reports at UIUC made it easy for him to force me to have sex with him and then claim that it was my fault. The very threats he made to me about being "aggressive" and having "anger" problems when he was refusing to leave my apartment were later quoted in UIUC documents against me to justify expelling me. The timing of his actions against me could not have been worse in terms of my FEDERAL CASE against Google and UIUC. His actions were obviously retaliatory, premeditated, and designed to be used against me. He was unattractive. He was a UIUC Professor who was friends with the inner circle of the Googler who raped me. The Departments he works for at UIUC receive more funding from Google than any other UIUC Departments and every single year these UIUC Departments benefit from Google Donations and funding.

REVENGE SEX is an appalingly sadistic and dangerous "game" young men in Silicon Valley are playing against women who they deem "threats" because they report rape and sexual misconduct. **Due to my FEDERAL CASES and my Women's Initiative, I was treated, not only as a "threat" to men at UIUC but as a "threat" to all men because I was giving women who have been sexually exploited, sexually violated, and victimized based on gender issues a platform to speak-up against sexual violence against ALL WOMEN.** I was being harassed, bullied, threatened and discriminated against constantly at the time Zuofu Cheng raped me. At the time Zuofu Cheng raped me I was barely able to attend certain classes and sit at my work desk in a lab where I was employed because these acts of violence and hate against me.

Zuofu Cheng targetted me as a "threat" to men who want to rape and sexually exploit women and not get caught. **Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution that represents the "best" researchers in the State of Illinois, to sexually abuse me.** When I reported these incidents to the Women's Center which is paid for and funded by the University of Illinois, I was told not to report these crimes. When we spoke to the Title IX Office about these incidents and I was discouraged from reporting sexual violence, I was also not allowed to file a Title IX case against UIUC Professor Neal Cohen, and the complete statements regarding the threats to my employment and career at UIUC were never ever investigated or accurately reported to the university by these offices. I have ample documentation to prove that this evidence and information was given to UIUC Offices, such as the Title IX Office (Danielle Morrison, etc), the Graduate College (Alexis Thompson, Allison McKinnley, and Wojtek Chodzko-Zajko, etc), Administrators like Andreas Cangellaris, and the UPID as well as the BIT, but these offices simply protected the professors I reported.

For example, Professor Neal Cohen was my adviser at the time and when I filed my initial report with the Title IX Office about these incidents, he threatened me with expulsion if I continued. He then continued to pressure me not to report these incidents and when I continued to report these incidents as well as his threats, he withdrew as my adviser, shut down our IRB approved experiment which I needed for course credit and employment, he told over 3 professors and administrators to withdraw their job offers and funding to me, and engaged in horrific retaliation against me. He withdrew his own funding from paying for my employed position at UIUC which had a 1 year contract.

Neal Cohen is a prominent Professor at UIUC who used to be Director of my PhD Program, the Neuroscience Program. He now is Director of the new Medical Center at UIUC and is clearly one of their major money makers and fundraisers for alumni donations and funding to UIUC. It is unfortunate that administrators, the Title IX Office, and the Graduate College, etc refused to file Title IX reports about Neal Cohen and refused to hold him accountable for his horrific threats and damaging retaliation against me.

Other professors who threatened me included Professor Gene Robinson who is Director of the UIUC Carl R. Woese Institute for Genomic Biology and Justin Rhodes who is a Professor in my PhD Neuroscience Program who told me that I needed to decide between getting my PhD and being a "social activist" by reporting these incidents to the Title

IX Office and Federal Agencies. I was also told that Martha Gillette was angry because I "made her look bad" by reporting these incidents in the Neuroscience Program. I was literally being threatened to stay quiet about these Title IX, Title VII and ADA Violations by Professors and faculty of UIUC and it was clearly the widespread beief by students, administrators, faculty, and Deans that students who report rape, assault, sexual violence, and other incidents are "troublemakers", "difficut", ngaging in "disruptive behavior", and and even "taxing univrsity resources". The UIUC culture and environment is not just a "toxic work environment", it is a physically dangerous and threatening place for students and employees in protected and vulnerable classes.

All of the individuals who were threatening me were permitted to do so by administration and I have documentation for ALL of this, including my official reports about these incidents which were shut down by Deans and Chancellors such as Andreas cangellaris, Alexis Thompson, Allison McKinnley, Wojtek Chodzko-Zaijko. These individuals supported professors including Zuofu Cheng who I reported and instead retaliated against me until I was literally forced to leave the campus.

**Martha Gillette with the support of Alexis Thompson and the UIUC Graduate College retaliated against me after I reported her and forced me to shut down my Women's Initiative which was helping rape victims, assault victims and victims of sexual harassment and discrimination to share their stories.** Martha Gillete is the Director of the Neuroscience Program, where I am a PhD Student. Again this Women's Initiative includes ALL WOMEN and is not discriminatory in who it supports when they reach out. Anyone who identifies as a woman, including transgender women and people who just need support against sexual violence etc are welcome. This message was not a message Martha Gillette supported and she abused her role as a UIUC Professor, Director of my PhD Neuroscience Program, and my supervisors supervisor to forcibly shut down my Women's Initiative on-campus. **When I repeatedly requested that my gender identity be respected by administrators and UIUC employees, including Samuel Beshers and Justin Rhodes, I was instructed to get therapy and counseling.** Perhaps UIUC is trying to seem like they are against rape and sexual vioence and harassment but not when it is a professor and not when the person victimized is like me. For example, the Title IX Office during my reports involving these incidents, refused to provide the investigators I felt comfortable with and who were not prejudiced against me. When I requested an investigator who gender identifies as a woman, the male investigator present burst out laughing. I was later accused of "hearing things" and I was expelled based on my reports of this gender harassment and prejudiced treatment from the UIUC Title IX Office throughout my Title IX and government reports about incidents of rape, sexual harassment, assault, prejudice and disrimination.

**After I reported these incidents, including the sexual violence, and I also reported the threats from Neal Cohen, Gene Robinson, Justin Rhodes, Samuel Beshers, Martha Gillette and others, retaliated aginst me so horrifically I was unable to enter certain buildings without being foribly rremoved and punished. I was denied services and I was treated like a criminal for reporting rape.** The on-campus police are the ONLY police department allowed to handle these types of physical safety incidents on-campus but they are paid by UIUC. My reports were never investigated. My reports to the UIPD were never taken seriously, none of the individuals I reported were held responsible, none of these individuals were given restrictions, none of the incidents were I was forcibly removed from buildings while I registered for classes and tried to attend classes were even handled -- and the false threats from Zuofu Cheng about my being "aggressive" and having "anger" problems were instead used to remove me from campus. **I was also forced to undergo a "mental health assessment" based on these retaliatory actions against me and these threats from my rapist and attackers.** I was portrayed as a hysterical woman and none of these valid threats to my physical safety were handled in accordance with the law. Additionally, my Doctors found nothing wrong with me. And so UIUC Deans from the OSCR and other offices demanded that I have new "mental health assessments" which I had and my doctors found nothing wrong with me. These administrators then demanded I have these "mental health assessments" completed by their own Doctors on-campus. The DRES Office (Disability Services Office) reviewed all of these documents, as Illinois State Law obligates UIUC to follow these steps for patient confidentiality, and the Deans STILL demand that I have new testing done based on the Deans instructions. My aunt Karen Swan works as a Professor at University of Illinois and she does not accept my gender identity, nor does she accept my disabilities. She, as well as members of my family, are extremely prejudiced against individuals with disabilities and against people with my gender orientation.

After I reported the Title IX investigators and the UIUC Administrators, such as Alexis Thompson, to higher-ups including Andreas Cangellaris (cangella@illinois.edu) my investigators were switched but the incidents I reported were NOT corrected. They continued to remove Neal Cohen and Zuofu Cheng from my reports, and did not properly collect evidence, did not properly speak with any of the witnesses I gave to them. They literally intentionally botched my Title IX investigation, downplaying the most serious incidents, removing rspondents from the reports and doing so in a timeline that makes it look as though they were waiting out the time I had to file for Civil Court or other federal charges. I also reported that I did not feel safe on campus but the UIPD, which is the ONLY police department with jurisdiction over UIUC campus, refused to protect me. The BIT and Deans refused to put any measures in place to ensure I was safe from retaliation and threats on-campus.

I was then immediately retaliated against with a false accusation that I was "harassing" a student filed by the individuals who reported to the Title IX Office at UIUC. The charge was made after she agreed to be in my Title IX report and write a letter of support about her experiences working with me. After she agreed, just 3 days later, she called back to tell me she could no longer write the report because she was afraid she would not be able to finish her PhD. She said something to the effect of not being able to afford that type of risk and soon after this decision she received awards and honors from UIUC. I was told by a student at UIUC that because the student who filed this false, retaliatory charge against me was African American I was going to be persecuted and there was "nothing I could do about it". This student also called me a "radical feminist" and told me people "are afraid to work with you because you filed Title IX reports and government cases."

I was retaliated against unrelentlessly with horrific harassment, threats, bullying and administrative blocks to my career. I reported everything but nothing was done to protect me. And when I returned to campus in 2019 I was denied ALL of my requests for protective measures on campus to ensure my safety and nothing was put in place to stop administrators, and Title IX respondents from harassing me. I am STILL being retaliated against to this day by UIUC and Zuofu Cheng played a major, major role in these horrific attacks against me that have destroyed my career and physically harmed me.

I appreciate you processing these very serious charges and for finally taking the legally required actions against this professor to prevent him from physically harming, harassing and assaulting other students. The atmosphere that he creates is a dangerous one to students, where he pressures people to engage in a "party" type culture of over-drinking, illegal activities, and sexual deviance. He intentionally blurs the lines between student and professor relationships, abusing his role as a university employee to target, manipulate, and score with women. At the time I was raped, for example, his home was an extravavant multi-level building right above a local popular bar in Champaign, where he threw giant parties and was able to gt away with completely illegal and inappropriate behavior with students.

**He is a threat to the safety of students on-campus and the manner in which he conducts himself is so unprofessional that he mixes personal, off-campus rendezvous with students with his role as a UIUC Professor.**

Very sincerely-
Rose Meacham

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14* s

To: 2173901797

Details

I told u ur behavior and the things u said were inappropriate and ur lashing out. I would please like u to show that u don't have animosity towards me and that we are okay

I pressured me for sex I wanted to be friends and move slowly. Now ur getting mad and threatening me by saying these bizarre things. I'm not sure what to do and I'm giving u the opportunity to clear things up with me first.

I'm putting this in writing that I have no animosity towards you, and we are OK. However, I have no interest in further speaking to you, and if you conti

nue, I will block your number. I will drop off your glasses tomorrow with a security in your building.

That's not a good way to leave them. Please leave them with someone at the university on Monday. I'm calling my department head because this was extremely inappropriate and uncomfortable behavior towards me.

This last month has been horrible and I've given you the opportunity to fix this and make yourself clear.

Ok, I'll leave them with security at beckman on Monday. Take care Rose.

You're definitely not a good person Zuofu. This has been a really truly horrible ordeal with you and I'm really appalled by your behavior and the horrible things you have said to me. I feel threatened, this has caused distress and I'm not sure how to handle this.

I'm blocking your number.



To: 2173901797                                                    Details

                              11/12/12, 1:50 PM

                                                        What're u up to?

Not much, just hopped out of shower

Had to make sure to get all the smoke out of my stuff
from last night, true to 1920s style, they smoked indoors

                                                              Gross

Yup

Wanna meet up here in a bit so I can drop off the drive?

                                        I have to go to Walgreens to drop off a prescription

Ok, yeah, how about after that, I need to pick up the
drive from work anyway

                                              It doesn't need to be today

                                                            Not a rush

Oh, I know..more like I just want to see you and hang out
a bit

But this is also something for me to remember to do

How about just text me when you're done with
errands..do you want to go to Harvest Market after
(super romantic, I know)

                            No I don't. I was texting to see if u wanted to go with me
                            to Walmart but I'll go on my own

Oh okay, I'll go with you

Want me to pick you up from home in a bit?

                                                    It's becoming a big hung

                                                              Thing

                                Maybe I should just go myself and see u another time

Oh, I mean I didn't think so



To: 2173901797                                    Details

Oh, I mean I didn't think so

All I'm saying is I want to see you because I haven't in a bit, and if you want to go to Walmart together we can do that

> That's great that u don't think so.
>
> Omg I need space

But you told me before it annoys you when I make up excuses to see you

> It does

Haha..ok

So, I'm trying to be honest about it

> I was just going to ask u to go to Walgreens with me and u interrupted with something about the hard drive
>
> Omg
>
> I need space.

Ok, yeah, sorry about that

> Ok it's not a big deal

I kind of have this engineer mind too

> Omg

That if you mention something to me, I'll keep harping on it till it gets solved

Yeah, sorry about interrupting you with some random thing

Anyway, let's start over, let me know if you want me to pick you up to go somewhere

> I'm in a chill mood and u sound like ur in another space
>
> Let's connect another time

Yeah, give me a couple of hours, can we chat a bit?

Gmail - Rape Case rs LIU IC Professor 02704 Document #: 21 Filed: 09/06/23 Page 56 of 134 PageID #:419 iew=pt&search=...

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 56 of 134 PageID #:419



To: 2173901797                                    Details

Oh, I guess we are right now..anyway it's cool

Ok, so I might have told you about this before

But I do have some issues with attachment, a lot of
times, I'm all or nothing

So yeah, just let me know if it's too much, I'm not good
at gauging

This is concerning me. I said 3 times now I need space

I won't freak out or get offended, I know it's something
I'm kinda bad at

Please try sending less messages and reading what I
write

Sorry just cool down

Ok, gimme a bit to get out of my weird place and text me
later

It looks like my prescription will be ready in like 20 min.
If u want to meet me here and go grocery shopping we
can. I have to do work this afternoon but now would be a
good time to hangout.

Otherwise maybe tmrw or something

Ok, Walgreens?

Or home

I'm waiting at Walgreens

The one on south niel 1509

Ok, cool, be there in a sec

Ok take ur time. The prescription has another 15 min till
it's ready

Cool, I'm there

11/12/17, 4:39 PM

R u still at ur apt?



To: 2173901797                                    Details

11/13/17, 1:02 AM

I am now crying

I can't believe I let u into my apartment

The way u acted this morning was so ducking insane
and I gave u another Vance

I'll come back up. I'm sorry

No

I am afraid of u

U blew it so badly this time

The way u turn on me

Ok, then we shouldn't hang out anymore

And start saying hurtful horrible things about me when
ur upset

I feel insecure about you talking for an hour with your ex
boyfriend on the phone while I'm in your apartment

It is when u make me meet ur ex girlfriend and girls uv
slept with and talk about how pretty other professors
are

If u don't accept ur role in this and are so weak u get
threatened by a phone call then yes

Zuofu ur delusional. I've met more of ur exes than u have
met mine. The way ur treating me is disgusting

Ur threatened and weak and can't take me speaking on
the phone with him

U call me dude and man and treat me like I'm some
teenage friend from the 6th grade

And some flusy Girl u slept with

And said "sorry if I like hanging out with beautiful
women"

If u can't stand that I'm taking it slow then go fuck
someone else

To: 2173901797



If u can't stand that I'm taking it slow then go fuck someone else

I really think u should actually

The way u treated me is not okay

Please stop arguing

Uv really hurt me

Don't text me again

I am extremely hurt by what u said and it was completely out of line. I am going to bed.

11/13/17, 2:35 AM

This is the fifth time my work is negatively effected by seeing u. I am so upset I cannot go to bed now. It is apalling to me that u used the trip to London and a way to get closer to me. That u lied and said we could go as friends and r now turning on me and trying to hurt me. Uv said irreversible things to me tonight. I hope u find someone to sleep with quickly. U need to badly.

It'll clear ur mind.

I said – if u don't get what u want from me, then u turn on me in a really disgusting and mean way.

U lash out at me and portray me in a horrible light

That is what concerns me and I am not sure what I should do about it.

I may need to call someone if I don't leave this conversation feeling okay about things

Okay, well, I think we should reconsider our continued communication

I think if that's the case, we shouldn't speak to each other anymore

That's not what u just said over the phone

It looks like the call was disconnected

Yeah, call again

Sorry, repeating it not helping us at all

Gmail - Rape Case vs UIUC Professor
Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 59 of 134 PageID #:422
...view=pt&search=...



To: 2173901797       Details

Yeah, call again

Sorry, reception is not helping us at all

I'm not calling this time

Ok, yeah..what I was saying is that

U shld call to say it or not at all

I do agree that I have some insecurities

And I think the best course of action for me is to be single for awhile and work on those insecurities

U were horrible to me tonight

Ok

Ok, fair, yes I was a selfish jerk to you

Absolutely - I told u that u need to see other people from the beginning

I apologize for that

No Zuofu

U were more than that

U have manipulated me and lied to me in a really horrible way

It is absolutely apalling to treat me that way

U just apologized for it over the phone

As I kept saying, my only lie was to say that I was OK with you and Jed talking, when it turned out I wasn't

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer to me



To: 2173901797                                                    Details

That was my fault, yes, I apologize

Ok

> No u tried to use going to London as a way to be closer to me

> U made it seem like u were fine being friends with me and u want more

> Not only do u want more, u wanted it now, before I was ready:

> That is disgusting

True, I wanted to go as friends and see if we could be more than friends, stay as friends, or can't stand each other

I think since our first blow up on Halloween, it's been clear that I've wanted to be more than friends

> Call again try

But fair, I wanted things to progress faster than you were ready for, so I apologize for that. I should have given you more space

Ok

I keep getting voicemail

I guess the call isn't going through

> Try again

> The same thing happened to me

Goodnight! Thanks for being understanding, miss you!

                    11/13/17, 9:22 AM

> I need to pickup a package from West Quad an you drive me?

Sure, when?

> I guess jowish

> Jowish

To: 2173901797    Details



Yes, why r u doing this? My friend is on her way over and we can come meet u somewhere.

No we need to speak tonight

This is absolutely not okay

Okay, will you have a friend with you? Can we meet in public?

Yes but why would u say that?

Now I'm really afraid of u

U don't think u can handle ur emotions?

Like last time u were here?

I don't want it to go out of control, remember how we agreed to step away?

If it gets close to that? That's why I don't want to meet up

Zuofu - wow u have some serious problems. This is not stepping away. This is u going out with friends when u should be speaking to me

No. U need to see me now

This is completely not okay

I am so close to calling my department head

Ok, can you set it up with your friend?

What?

Ok, on my way

I'm downstairs

One sec

I'm downstairs at your building, did you still want to see me?

I'm downstairs at your building, did you still want to see me?

On Wed, Aug 19, 2020 at 6:54 AM Amy Petrilli <amy.petrilli@champaignil.gov> wrote:

Rose,

Thank you for getting into contact with me. I have been assigned your case and I would like to sit down and go over the case in person with you. I'm not sure if you have received my previous attempts to reach you, but I have sent you two prior e-mails (maybe they ended in your junk/spam folder). I am available the remaining of this week otherwise, I will be out of the office starting Monday August 24th through September 11th. Also can you please provide me with a good working phone number for you the number in the police report is no longer working.

Thank You,

Detective Amy Petrilli #7112

Champaign Police Department

Investigations Division

82 E. Univeristy Avenue

Champaign, IL 61820

217-351-4545

217-403-6940 (desk)

e-mail Amy.Petrilli@Champaignil.gov

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Wednesday, August 19, 2020 5:54 AM
**To:** Amy Petrilli <amy.petrilli@champaignil.gov>
**Subject:** Rape Case vs UIUC Professor

Dear Amy-

My name is Rose Meacham and Lisette tools me to email you about my rap case. How do you want me to share evidence and information with you? What do you need in order to take criminal charges against Zuofu Cheng?

Thank you so much for your help.

-Rose

- --- -- --- -- --- -- --- -- ---

**Rose Meacham**

VSR, Mechanical Engineering, Stanford University

PhD Candidate, Computational Neuroscience

*University of Illinois Urbana-Champaign*

*New York University, Class '14*

 **Gmail - Respect at UIUC.pdf**
138K

**Rose Meacham** <meacham.rose@gmail.com>                                           Thu, Aug 27, 2020 at 1:11 PM
To: Bradley Krauel <Bradley.Krauel@champaignil.gov>, Lisette Lugo <llugo@co.champaign.il.us>, "Clark-Joseph, Mary Kaitlyn" <mkclarkjoseph@atg.state.il.us>

Also, please find the attached reports I have submitted already to Amy Petrilli or investigation. I've asked for specific follow-up questions over email so I can respond in a timely manner and to provide accommodations for my disability, however Amy has refused to provide any questions regarding my case or even update me on the status of the investigation. I've given here quite a bit of evidence at this point and need to know what other types of evidence she needs from me. I can share witnesses and also we will need to request security footage. I was told only the police have the authority to request security footage of the incidents I have reported to you. If this was not previously done in a timely manner this should be included in the investigation as well. I also have evidence of what devices he used to hack me that prove he was engaged in cyber attacks after he raped me and I reported him to authorities.

I believe this is a serious matter for women at UIUC who stand to be subjected to sexual misconduct from their professor, Zuofu Cheng. Because Zuou Cheng creates a dangerous climate where he is able to prey on women who have no defenses against him, including women like me who are disabled.

On Thu, Aug 20, 2020 at 5:56 AM Rose Meacham <meacham.rose@gmail.com> wrote:
Dear Amy-

I'm unable to meet in person and there is a problem with cyber attacks against me. Can you please help me file orders of protection and request special online and digital orders of protection to stop these attacks?

My evidence is massive so I will begin sending you documents etc. as I can. Please see below:

Charge1:
Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution to sexually abuse me.

Charge2:
Zuofu Cheng targeted me for his deviant sexual behavior due to my reporting people he knew on-campus and who were affiliated.

Charge3:
Zuofu Cheng refused to leave my apartment after raping me.

Charge4:
Zuofu Cheng tried to force me to have sex with him against my wishes, technically constituting rape.

Charge5:
Zuofu Cheng would not stop raping me until I physically pushed him off of me.

Charge6:
Zuofu Cheng threatened me not to report him.

Charge7:
Zuofu Cheng made repeat threats to me by telling my colleagues and members of the University of Illinois community lies, character defamation, slander, and falsified reports about his undeniably inappropriate behavior towards me.

Charge8:
Zuofu Cheng used his UIUC position as a Professor to pressure me to agree to harmful, dangerous situations where he would be able to take advantage of me sexually without being held responsible by the police.

Charge9:
Zuofu Cheng lied to investigators and manipulated the truth in order to evade responsibility for his criminal actions against me.

Charge10:
When I contacted Zuofu 2 years later to ensure it was safe to return to campus, he referenced the witness to my original police reports as someone he was now friends with and threatened me.

Charge11:
Zuofu Cheng retaliated against me for reporting Title IX, Title VII, and ADA Violations to the appropriate authorities, including the federal government.

Charge12:
Zuofu has abused his position as a University of Illinois Urbana-champaign Professor to manipulate evidence, tamper with Title IX and government investigations, and to impede witness testimony for these aforementioned cases.

Criminal Charges & Sentencing:

**Based on these charges and the threat Zuofu Cheng poses to his students and to the community at the University of Illinois school system, I am pressing charges against him. I am formally requesting the maximum sentence possible and that he be removed from his position at UIUC immediately. I am requesting that he have his teaching license permanently revoked.**

**Statement:**
Zuofu Cheng was friends with a co-worker of an individual who raped me in 2016 when I was working with him for Google DeepMind in London. The evidence to confirm this is below from FB and includes the Google DeepMind employee who Zuofu introduced me to Tom Le Paine who is literally on the same floor as the Googler who raped me. This is not a coincidence.



In Silicon Valley there is a problem among the tech industry known as "REVENGE SEX" which is apparently used to brutalize women who have reported rape, sexual harassment, assault and other forms of sexism. In 2016 I reported an individual at Google for raping me and he did not take it well. I was retaliated against horribly and he was caught hacking, monitoring and stalking me on my personal and digital accounts.

When I arrived at UIUC I was immediately harassed, sexually discriminated against, bulllied and threatened by indivciduals about the "Google Manifesto" and about my Women's Initiative designed to help support rape victims, victims of sexual violene, assault and sexual harassment and discimination. It's also essential to inform you that my Women's Initiative chose to take a stance to support transexual women, and individuals who gender-identify as women as well. In other words, we support ALL WOMEN and people, no matter what their sex organs are, who need support for sexual assault, harassment, rape and discrimination. This was apparently controversial for some

individuals at UIUC.

I reported to Title IX at UIUC the individuals who were harassing me, bullying me, and targeting me for my apparently "Nasty Woman" "behavior" and my being a "radical feminist" by supporting rape victims on-campus. I met Zuofu Cheng, a UIUC Professor, in October 2017 after I reported these incidents and was being victimized on-campus. He presented himself as someone who wanted to "help" me and told me that he felt "personally responsible" for these incidents that I had experienced because he went to undergrad, masters and PhD at UIUC. He told me that he knew EVERYONE and literally took me around town, to social events, and on-campus meetings with professors to "help" me overcome these horrific incidents.

This is what Zuofu told me. This is how he presented himself to me and gained my trust. He even "took notes" as a UIUC faculty in my meetings with the respondents in my Title IX cases. However what he truly wanted was to exploit me for sexual favors. He manipulated me, hacked me, and targeted me. He did in fact know "everyone" around town and he used this to ruin my reputation, to engage in life altering and career ruining character defamation. He exploited the fact that I was a rape victim and advocate for women's rights to target me and try to undermine my FEDERAL CASES against Google and UIUC. His actions were undeniably harmful to me. He tried to force me to have sex with him which I never wanted to do. As a rape victim, I believe his actions are absolutely, undeniably inexcusable. And the fact that he used his position as a UIUC Professor to exploit me for sexual favors is morally reprehensible, not to mention illegal. He informed me that he could get away with it because he wasn't teaching me in a class.

I believe that Zuofu Cheng places students in physical danger. As you know from your work as an investigator into rape cases, because rape is physiccally damaging to women. For some reason men at UIUC do not have the training to empathize with women who are raped and do not even understand the basics about the physical damage they cause women when they rape them. Zuofu was focused on one thing only: getting laid and undermining my entire reputation and cases. He intentionally subjected me to REVENGE SEX and I had to physically push him off of me to stop him. I was frightened of him because afterwards he began threatening me and told me what he was going to tell everyone to discredit me. I asked him repeatedly to leave my apartment and he refused. He was angry, raising his voice, and yelling at me. I told him to leave again and again but he would not. He said that he was going to report my "behavior" and tell people that I was "aggressive" and had "anger" problems, which I don't. He knew everyone and because I was in the middle of reporting people for bullying, harassment and targeting me I was extremely frightened of his threats.

He made it clear that if I told on him he would destroy me and my reputation at UIUC, which is exactly what he did. I called the police with a friend from my program because I was extremely frightened and did not know what to do. We spoke to the Champaign Police and asked them about reporting and what we should do. It sounded like we needed to go in-person to file a criminal report. I was frightened, felt unsafe and threatened. Zuofu was friends with many, many, many students in my apartment building and could easily gain access back into the building if he wanted to do so. Zuofu had installed a "buggy" Google Chrome device on all of my personal devices, even my apartment TV. After he did all of these things I began experiencing cyber attacks and harassment from my neighbors. I reported all of this to the apartment managers and they told me I needed to report it to the police.

I emailed the building managers immediately to have Zuofu Cheng banned from the building and because I was discouraged from filing formal criminal police reports by UIUC, this was my only form of protection. Because I was forced to have Zuofu Cheng banned from the building and this was literally my ONLY form of protection against him and I felt extremely unsafe and scared. The emails attached with the subject lines "Respect at UIUC" are what I sent to Zuofu Cheng to prevent him from harassing me or continuing to contact me.



On November 7, 2017 Zuofu Cheng booked tickets to force me to visit London with him which I absolutely did not want to do. I had stated repeatedly to Zuofu that I did not want to go with him on ANY trips. We had just met in October 2017. He knew that I was a rape victim. He knew ALL of the details of my rape case. He even knew the co-workers of the person who raped me in London (as my aforementioned evidence proves). When he first asked me to go with him, I was extremely scared of his motives because it was a bizarre coincidence and he was presenting himself as a UIUC Professor who knew "everybody" and wanted to help me overcome the Title IX incidents that I reported at UIUC. The sexual harassment, bullying, threats and non-stop attacks against me from students, professors, and administration at UIUC was the worst experience of my entire life. Zuofu Cheng made it transform from an absolutely horrific nightmare into rape, physical assault and even pressure to place myself in a vulnerable position with him where he could victimize me without US legal repercussions. The worst thing about being raped in London was that the person who did it had criminal police reports filed against him for illegal entry and sexual misconduct in the US but the detectives in both countries were unable to work together to press charges. He was able to get away with looking like a one-time offender repeatedly and could plead to officers that he "was confused" and "misunderstood our relationship". He even told British Detectives that he "thought we were dating" and cited events and required activities that we were forced to do by Google.

Zuofu's actions suggested he was gearing up to do exactly the same thing. I did not want to go on a trip with him. I even asked if we could postpone it until the winter break and told him that his pressuring me to go immediately for November 2017 did not make sense to me. I told him that we had just met and that I did not feel comfortable sleeping alone with him in a hotel room. He pressured me to get 2 beds and manipulated me, trying to convince me that he understood we were friends and that we would be hypothetically travelling without any hidden sexual expectations. However he did not actually follow the words he told me and he proved when he forced me to be in a sexual position with him, that he was blatantly lying to me to force me to have sex with him against my will.

There is absolute no mistaking that he targeted me. He saw that I was in a vulnerabe position, that I was a rape vicctim and that the current Title IX reports at UIUC made it easy for him to force me to have sex with him and then claim that it was my fault. The very threats he made to me about being "aggressive" and having "anger" problems when he was refusing to leave my apartment were later quoted in UIUC documents against me to justify expelling me. The timing of his actions against me could not have been worse in terms of my FEDERAL CASE against Google and UIUC. His actions were obviously retaliatory, premeditated, and designed to be used against me. He was unattractive. He was a UIUC Professor who was friends with the inner circle of the Googler who raped me. The Departments he works for at UIUC receive more funding from Google than any other UIUC Departments and every single year these UIUC Departments benefit from Google Donations and funding.

REVENGE SEX is an appalingly sadistic and dangerous "game" young men in Silicon Valley are playing against women who they deem "threats" because they report rape and sexual misconduct. **Due to my FEDERAL CASES and my Women's Initiative, I was treated, not only as a "threat" to men at UIUC but as a "threat" to all men because I was giving women who have been sexually exploited, sexually violated, and victimized based on gender issues a platform to speak-up against sexual violence against ALL WOMEN.** I was being harassed, bullied, threatened and discriminated against constantly at the time Zuofu Cheng raped me. At the time Zuofu Cheng raped me I was barely able to attend certain classes and sit at my work desk in a lab where I was employed because these acts of violence and hate against me.

Zuofu Cheng targetted me as a "threat" to men who want to rape and sexually exploit women and not get caught.

**Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution that represents the "best" researchers in the State of Illinois, to sexually abuse me.** When I reported these incidents to the Women's Center which is paid for and funded by the University of Illinois, I was told not to report these crimes. When we spoke to the Title IX Office about these incidents and I was discouraged from reporting sexual violence, I was also not allowed to file a Title IX case against UIUC Professor Neal Cohen, and the complete statements regarding the threats to my employment and career at UIUC were never even investigated or accurately reported to the university by these offices. I have ample documentation to prove that this evidence and information was given to UIUC Offices, such as the Title IX Office (Danielle Morrison, etc), the Graduate College (Alexis Thompson, Allison McKinnley, and Wojtek Chodzko-Zajko, etc), Administrators like Andreas Cangellaris, and the UPID as well as the BIT, but these offices simply protected the professors I reported.

For example, Professor Neal Cohen was my adviser at the time and when I filed my initial report with the Title IX Office about these incidents, he threatened me with expulsion if I continued. He then continued to pressure me not to report these incidents and when I continued to report these incidents as well as his threats, he withdrew as my adviser, shut down our IRB approved experiment which I needed for course credit and employment, he told over 3 professors and administrators to withdraw their job offers and funding to me, and engaged in horrific retaliation against me. He withdrew his own funding from paying for my employed position at UIUC which had a 1 year contract.

Neal Cohen is a prominent Professor at UIUC who used to be Director of my PhD Program, the Neuroscience Program. He now is Director of the new Medical Center at UIUC and is clearly one of their major money makers and fundraisers for alumni donations and funding to UIUC. It is unfortunate that administrators, the Title IX Office, and the Graduate College, etc refused to file Title IX reports about Neal Cohen and refused to hold him accountable for his horrific threats and damaging retaliation against me.

Other professors who threatened me included Professor Gene Robinson who is Director of the UIUC Carl R. Woese Institute for Genomic Biology and Justin Rhodes who is a Professor in my PhD Neuroscience Program who told me that I needed to decide between getting my PhD and being a "social activist" by reporting these incidents to the Title IX Office and Federal Agencies. I was also told that Martha Gillette was angry because I "made her look bad" by reporting these incidents in the Neuroscience Program. I was literally being threatened to stay quiet about these Title IX, Title VII and ADA Violations by Professors and faculty of UIUC and it was clearly the widespread beief by students, administrators, faculty, and Deans that students who report rape, assault, sexual violence, and other incidents are "troublemakers", "difficut", ngaging in "disruptive behavior", and even "taxing univrsity resources". The UIUC culture and environment is not just a "toxic work environment", it is a physically dangerous and threatening place for students and employees in protected and vulnerable classes.

All of the individuals who were threatening me were permitted to do so by administration and I have documentation for ALL of this, including my official reports about these incidents which were shut down by Deans and Chancellors such as Andreas cangellaris, Alexis Thompson, Allison McKinnley, Wojtek Chodzko-Zaijko. These individuals supported professors including Zuofu Cheng who I reported and instead retaliated against me until I was literally forced to leave the campus.

**Martha Gillette with the support of Alexis Thompson and the UIUC Graduate College retaliated against me after I reported her and forced me to shut down my Women's Initiative which was helping rape victims, assault victims and victims of sexual harassment and discrimination to share their stories.** Martha Gillete is the Director of the Neuroscience Program, where I am a PhD Student. Again this Women's Initiative includes ALL WOMEN and is not discriminatory in who it supports when they reach out. Anyone who identifies as a woman, including transgender women and people who just need support against sexual violence etc are welcome. This message was not a message Martha Gillette supported and she abused her role as a UIUC Professor, Director of my PhD Neuroscience Program, and my supervisors supervisor to forcibly shut down my Women's Initiative on-campus. **When I repeatedly requested that my gender identity be respected by administrators and UIUC employees, including Samuel Beshers and Justin Rhodes, I was instructed to get therapy and counseling.** Perhaps UIUC is trying to seem like they are against rape and sexual vioence and harassment but not when it is a professor and not when the person victimized is like me. For example, the Title IX Office during my reports involving these incidents, refused to provide the investigators I felt comfortable with and who were not prejudiced against me. When I requested an investigator who gender identifies as a woman, the male investigator present burst out laughing. I was later accused of "hearing things" and I was expelled based on my reports of this gender harassment and prejudiced treatment from the UIUC Title IX Office throughout my Title IX and government reports about incidents of rape, sexual harassment, assault, prejudice and disrimination.

**After I reported these incidents, including the sexual violence, and I also reported the threats from Neal Cohen, Gene Robinson, Justin Rhodes, Samuel Beshers, Martha Gillette and others, retaliated aginst me so**

**horrifically I was unable to enter certain buildings without being foribly rremoved and punished. I was denied services and I was treated like a criminal for reporting rape.** The on-campus police are the ONLY police department allowed to handle these types of physical safety incidents on-campus but they are paid by UIUC. My reports were never investigated. My reports to the UIPD were never taken seriously, none of the individuals I reported were held responsible, none of these individuals were given restrictions, none of the incidents were I was forcibly removed from buildings while I registered for classes and tried to attend classes were even handled -- and the false threats from Zuofu Cheng about my being "aggressive" and having "anger" problems were instead used to remove me from campus. **I was also forced to undergo a "mental health assessment" based on these retaliatory actions against me and these threats from my rapist and attackers.** I was portrayed as a hysterical woman and none of these valid threats to my physical safety were handled in accordance with the law. Additionally, my Doctors found nothing wrong with me. And so UIUC Deans from the OSCR and other offices demanded that I have new "mental health assessments" which I had and my doctors found nothing wrong with me. These administrators then demanded I have these "mental health assessments" completed by their own Doctors on-campus. The DRES Office (Disability Services Office) reviewed all of these documents, as Illinois State Law obligates UIUC to follow these steps for patient confidentiality, and the Deans STILL demand that I have new testing done based on the Deans instructions. My aunt Karen Swan works as a Professor at University of Illinois and she does not accept my gender identity, nor does she accept my disabilities. She, as well as members of my family, are extremely prejudiced against individuals with disabilities and against people with my gender orientation.

After I reported the Title IX investigators and the UIUC Administrators, such as Alexis Thompson, to higher-ups including Andreas Cangellaris (cangella@illinois.edu) my investigators were switched but the incidents I reported were NOT corrected. They continued to remove Neal Cohen and Zuofu Cheng from my reports, and did not properly collect evidence, did not properly speak with any of the witnesses I gave to them. They literally intentionally botched my Title IX investigation, downplaying the most serious incidents, removing rspondents from the reports and doing so in a timeline that makes it look as though they were waiting out the time I had to file for Civil Court or other federal charges. I also reported that I did not feel safe on campus but the UIPD, which is the ONLY police department with jurisdiction over UIUC campus, refused to protect me. The BIT and Deans refused to put any measures in place to ensure I was safe from retaliation and threats on-campus.

I was then immediately retaliated against with a false accusation that I was "harassing" a student filed by the individuals who reported to the Title IX Office at UIUC. The charge was made after she agreed to be in my Title IX report and write a letter of support about her experiences working with me. After she agreed, just 3 days later, she called back to tell me she could no longer write the report because she was afraid she would not be able to finish her PhD. She said something to the effect of not being able to afford that type of risk and soon after this decision she received awards and honors from UIUC. I was told by a student at UIUC that because the student who filed this false, retaliatory charge against me was African American I was going to be persecuted and there was "nothing I could do about it". This student also called me a "radical feminist" and told me people "are afraid to work with you because you filed Title IX reports and government cases."

I was retaliated against unrelentlessly with horrific harassment, threats, bullying and administrative blocks to my career. I reported everything but nothing was done to protect me. And when I returned to campus in 2019 I was denied ALL of my requests for protective measures on campus to ensure my safety and nothing was put in place to stop administrators, and Title IX respondents from harassing me. I am STILL being retaliated against to this day by UIUC and Zuofu Cheng played a major, major role in these horrific attacks against me that have destroyed my career and physically harmed me.

I appreciate you processing these very serious charges and for finally taking the legally required actions against this professor to prevent him from physically harming, harassing and assaulting other students. The atmosphere that he creates is a dangerous one to students, where he pressures people to engage in a "party" type culture of over-drinking, illegal activities, and sexual deviance. He intentionally blurs the lines between student and professor relationships, abusing his role as a university employee to target, manipulate, and score with women. At the time I was raped, for example, his home was an extravanct multi-level building right above a local popular bar in Champaign, where he threw giant parties and was able to gt away with completely illegal and inappropriate behavior with students.

**He is a threat to the safety of students on-campus and the manner in which he conducts himself is so unprofessional that he mixes personal, off-campus rendezvous with students with his role as a UIUC Professor.**

Very sincerely-
Rose Meacham

**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14* s

To: 2173901797    Details

I told u ur behavior and the things u said were inappropriate and ur lashing out. I would please like u to show that u don't have animosity towards me and that we are okay

I pressured me for sex I wanted to be friends and move slowly. Now ur getting mad and threatening me by saying these bizarre things. I'm not sure what to do and I'm giving u the opportunity to clear things up with me first.

I'm putting this in writing that I have no animosity towards you, and we are OK. However, I have no interest in further speaking to you, and if you conti

nue, I will block your number. I will drop off your glasses tomorrow with a security in your building.

That's not a good way to leave them. Please leave them with someone at the university on Monday. I'm calling my department head because this was extremely inappropriate and uncomfortable behavior towards me.

This last month has been horrible and I've given you the opportunity to fix this and make yourself clear.

Ok, I'll leave them with security at beckman on Monday. Take care Rose.

You're definitely not a good person Zuofu. This has been a really truly horrible ordeal with you and I'm really appalled by your behavior and the horrible things you have said to me. I feel threatened, this has caused distress and I'm not sure how to handle this.

I'm blocking your number.



To: 2173901797    Details

11/12/17, 1:50 PM

What're u up to?

Not much, just hopped out of shower

Had to make sure to get all the smoke out of my stuff from last night, true to 1920s style, they smoked indoors

Gross

Yup

Wanna meet up here in a bit so I can drop off the drive?

I have to go to Walgreens to drop off a prescription

Ok, yeah, how about after that, I need to pick up the drive from work anyway

It doesn't need to be today

Not a rush

Oh, I know..more like I just want to see you and hang out a bit

But this is also something for me to remember to do

How about just text me when you're done with errands..do you want to go to Harvest Market after (super romantic, I know)

No I don't. I was texting to see if u wanted to go with me to Walmart but I'll go on my own

Oh okay, I'll go with you

Want me to pick you up from home in a bit?

It's becoming a big hung

Thing

Maybe I should just go myself and see u another time

Oh, I mean I didn't think so

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 71 of 134 PageID #:434



To: 2473901797                                          Details

Oh, I mean I didn't think so

All I'm saying is I want to see you because I haven't in a bit, and if you want to go to Walmart together we can do that

That's great that u don't think so.

Omg I need space

But you told me before it annoys you when I make up excuses to see you

It does

Haha..ok

So, I'm trying to be honest about it

I was just going to ask u to go to Walgreens with me and u interrupted with something about the hard drive

Omg

I need space

Ok, yeah, sorry about that

Ok it's not a big deal

I kind of have this engineer mind too

Omg

That if you mention something to me, I'll keep harping on it till it gets solved

Yeah, sorry about interrupting you with some random thing

Anyway, let's start over, let me know if you want me to pick you up to go somewhere

I'm in a chill mood and u sound like ur in another space

Let's connect another time

Yeah, give me a couple of hours, can we chat a bit?



To: 2173901797                                                    Details

Oh, I guess we are right now..anyway it's cool

Ok, so I might have told you about this before

But I do have some issues with attachment, a lot of
times, I'm all or nothing

So yeah, just let me know if it's too much, I'm not good
at gauging

This is concerning me. I said 3 times now I need space

I won't freak out or get offended, I know it's something
I'm kinda bad at

Please try sending less messages and reading what I
write

Sorry just cool down

Ok, gimme a bit to get out of my weird place and text me
later

It looks like my prescription will be ready in like 20 min.
If u want to meet me here and go grocery shopping we
can. I have to do work this afternoon but now would be a
good time to hangout.

Otherwise maybe tmrw or something

Ok, Walgreens?

Or home

I'm waiting at Walgreens

The one on south niel 1509

Ok, cool, be there in a sec

Ok take ur time. The prescription has another 15 min till
it's ready

Cool, I'm there

11/12/17, 4:39 PM

R u still at ur apt?

Gmail - Rape Case rs LIU-C Professor 02704 Document #: 21 Filed: 09/06/23 Page 73 of 134 PageID #:436 iew=pt&search=...

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 73 of 134 PageID #:436



To: *2173901797                                                    Details

11/12/17, 1:02 AM

I am now crying

I can't believe I let u into my apartment

The way u acted this morning was so ducking insane
and I gave u another Vance

I'll come back up. I'm sorry

No

I am afraid of u

U blew it so badly this time

The way u turn on me

Ok, then we shouldn't hang out anymore

And start saying hurtful horrible things about me when
ur upset

I feel insecure about you talking for an hour with your ex
boyfriend on the phone while I'm in your apartment

It is when u make me meet ur ex girlfriend and girls uv
slept with and talk about how pretty other professors
are

If u don't accept ur role in this and are so weak u get
threatened by a phone call then yes

Zuofu ur delusional. I've met more of ur exes than u have
met mine. The way ur treating me is disgusting

Ur threatened and weak and can't take me speaking on
the phone with him

U call me dude and man and treat me like I'm some
teenage friend from the 6th grade

And some flusy Girl u slept with

And said "sorry if I like hanging out with beautiful
women"

If u can't stand that I'm taking it slow then go fuck
someone else



To: 2173901797

Details

If u can't stand that I'm taking it slow then go fuck someone else

I really think u should actually

The way u treated me is not okay

Please stop arguing

Uv really hurt me

Don't text me again

I am extremely hurt by what u said and it was completely out of line. I am going to bed.

11/13/17, 2:35 AM

This is the fifth time my work is negatively effected by seeing u. I am so upset I cannot go to bed now. It is apalling to me that u used the trip to London and a way to get closer to me. That u lied and said we could go as friends and r now turning on me and trying to hurt me. Uv said irreversible things to me tonight. I hope u find someone to sleep with quickly. U need to badly.

It'll clear ur mind.

I said – if u don't get what u want from me, then u turn on me in a really disgusting and mean way.

U lash out at me and portray me in a horrible light

That is what concerns me and I am not sure what I should do about it.

I may need to call someone if I don't leave this conversation feeling okay about things

Okay, well, I think we should reconsider our continued communication

I think if that's the case, we shouldn't speak to each other anymore

That's not what u just said over the phone

It looks like the call was disconnected

Yeah, call again

Same conversation is not helping us at all



To: 2173901797                                                                            Details

Yeah, call again

Sorry, reception is not helping us at all

I'm not calling this time

Ok, yeah..what I was saying is that

U shld call to say it or not at all

I do agree that I have some insecurities

And I think the best course of action for me is to be
single for awhile and work on those insecurities

U were horrible to me tonight

Ok

Ok, fair, yes I was a selfish jerk to you

Absolutely - I told u that u need to see other people
from the beginning

I apologize for that

No Zuofu

U were more than that

U have manipulated me and lied to me in a really horrible
way

It is absolutely apalling to treat me that way

U just apologized for it over the phone

As I kept saying, my only lie was to say that I was OK
with you and Jed talking, when it turned out I wasn't

Call again

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer
to me





To: 2173901797 Details

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer to me

U made it seem like u were fine being friends with me and u want more

Not only do u want more, u wanted it now, before I was ready:

That is disgusting

True, I wanted to go as friends and see if we could be more than friends, stay as friends, or can't stand each other

I think since our first blow up on Halloween, it's been clear that I've wanted to be more than friends

Call again try

But fair, I wanted things to progress faster than you were ready for, so I apologize for that. I should have given you more space

Ok

I keep getting voicemail

I guess the call isn't going through

Try again

The same thing happened to me

Goodnight! Thanks for being understanding, miss you!

11/13/17, 9:22 AM

I need to pickup a package from West Quad an you drive me?

Sure, when?

I guess jowish

Jowish

To: 2173901797                                                    Details

Yes, why r u doing this? My friend is on her way over and we can come meet u somewhere.

No we need to speak tonight

This is absolutely not okay

Okay, will you have a friend with you? Can we meet in public?

Yes but why would u say that?

Now I'm really afraid of u

U don't think u can handle ur emotions?

Like last time u were here?

I don't want it to go out of control, remember how we agreed to step away?

If it gets close to that? That's why I don't want to meet up

Zuofu - wow u have some serious problems. This is not stepping away. This is u going out with friends when u should be speaking to me

No. U need to see me now

This is completely not okay

I am so close to calling my department head

Ok, can you set it up with your friend?

What?

Ok, on my way

I'm downstairs

One sec

I'm downstairs at your building, did you still want to see me?

I'm downstairs at your building, did you still want to see me?

On Wed, Aug 19, 2020 at 6:54 AM Amy Petrilli <amy.petrilli@champaignil.gov> wrote:

Rose,

Thank you for getting into contact with me. I have been assigned your case and I would like to sit down and go over the case in person with you. I'm not sure if you have received my previous attempts to reach you, but I have sent you two prior e-mails (maybe they ended in your junk/spam folder). I am available the remaining of this week otherwise, I will be out of the office starting Monday August 24th through September 11th. Also can you please provide me with a good working phone number for you the number in the police report is no longer working.

Thank You,

Detective Amy Petrilli #7112

Champaign Police Department

Investigations Division

82 E. Univeristy Avenue

Champaign, IL 61820

217-351-4545

217-403-6940 (desk)

e-mail Amy.Petrilli@Champaignil.gov

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Wednesday, August 19, 2020 5:54 AM
**To:** Amy Petrilli <amy.petrilli@champaignil.gov>
**Subject:** Rape Case vs UIUC Professor

Dear Amy-

My name is Rose Meacham and Lisette tools me to email you about my rap case. How do you want me to share evidence and information with you? What do you need in order to take criminal charges against Zuofu Cheng?

Thank you so much for your help.

-Rose

- --- -- --- -- --- -- --- -- ---

**Rose Meacham**

VSR, Mechanical Engineering, Stanford University

PhD Candidate, Computational Neuroscience

*University of Illinois Urbana-Champaign*

*New York University, Class '14*

---

**2 attachments**

 **Gmail - Respect at UIUC.pdf**
138K

**CHAMPAIGN POLICE - ZUOFU CHENG - AUGUST 2020 -Gmail - Rape Case vs UIUC Professor.pdf**
2453K

 Gmail                     **Rose Meacham <meacham.rose@gmail.com>**

---

## Meeting Follow Up

**Morrison, Danielle** <daniemor@illinois.edu>             Thu, Jan 17, 2019 at 1:58 PM
To: "Meacham, Rose Swan" <rmeacha2@illinois.edu>

January 17, 2019

Rose Swan Meacham
Sent only via email to rmeacha2@illinois.edu

Dear Rose:

Thank you for meeting with me and Jenna Cler on January 16, 2019. Prior to our meeting, you had met with the Office for Access and Equity, and the investigators reviewed available resources and support services, as well as your reporting options with you. In our meeting, you stated that you did not need resources. I've attached a Rights and Options sheet to this email as a reference in case you have additional questions about available resources and support services, and information about our resources and support services are also available on our We Care website:
http://wecare.illinois.edu/.

### ACADEMIC REQUEST

In our meeting, you stated that you wanted the registration deadlines that have been put in place lifted (as you stated your registration deadline was January 22, 2019 where the registration deadline for all students is January 28, see https://registrar.illinois.edu/academic-calendars/spring-academic-calendar-19/ for a list of add and drop deadlines). You also stated that you wanted your academic standing changed from poor to good.

In an effort to assist you regarding a deadline of January 22, 2019 for registration, I have reviewed the January 7, 2018 letter from Mark Nelson. It appears that the January 7, 2019 notes that you should register "as soon as possible and prior to the start of the 2019 Spring semester in order to guarantee your seat in the planned courses and start your courses on time to prepare you for a successful semester". I see no registration deadline of January 22, 2019. Therefore, I am unable to assist you with your request.

Regarding your academic standing, the Graduate College policy on academic standing is available here: https://grad.illinois.edu/book/export/html/4992. Academic standing is determined by the academic programs based on multiple individualized factors including "performance in course work, satisfactory and timely completion of all milestones as determined by the programs, satisfactory progress in research…" As Title IX Coordinator your request for me to change your academic standing is not a reasonable accommodation.

### REPORT FOLLOW UP

In the conversation, you disclosed that a professor made inappropriate advances towards you and that you had to push the individual off of you. You did not want to disclose the identity of the professor. Given that the identity of the respondent was not disclosed, the university cannot proceed with a formal investigation. If you change your mind at any point in the future and the respondent is also affiliated with the University of Illinois, you can contact me or Jenna Cler (217-333-3333) or a confidential advisor through the Women's Resources Center (217-333-3137) for additional information about the process. You can also call the Office for Access & Equity (217-333-0885) directly to schedule an appointment. You may be asked about the nature of the meeting, and if so, you should reference this letter and be specific in your request. However, you do not need to share the details of the incident over the phone. You are also free to bring an advisor with you to any meeting

in the Office for Access & Equity or request that the university provide one for you (our confidential advisors are located in the Women's Resources Center). If you'd like to further explore those options, please let me know.

You also mentioned that you experienced harassment/bullying that you believed was based on your gender from a person in your lab and that you would like to proceed with a formal complaint against that person. We will let the Office for Access & Equity (OAE) know your wish to proceed. The next step will be to schedule an appointment with the investigators, Margie Lawler and Kaamilyah Abdullah-Span, to review the process and next steps. Given that you are not in town, this meeting can be done over the phone. In the meeting or prior, the identity of the respondent will also need to be confirmed by you in order for the investigators to move forward.

I mentioned that I would share the procedures for an OAE investigation for your review regarding your current complaint. The procedures are available online at: https://oae.illinois.edu/complaint_procedures.pdf. Your investigators, Margie

Lawler and Kaamilyah Abdullah-Span, can assist in letting you know the next steps for the formal complaints based on which part of the process you are in and provide you regular updates on the process.

**WOMEN'S RESOURCES CENTER**

The Women's Resources Center (WRC) website has information about events (see their calendar the website), support services, and programs (https://oiir.illinois.edu/womens-center). You are also welcome to meet with them one-on-one to further discuss legal (including information about orders of protection through the courts) and university options by calling (217) 333-3137 or emailing womenscenter@illinois.edu. They are open 8:30 am–5:00 pm, Monday–Friday. The university confidential advisors are located in the Women's Resources Center; in addition to support resources, they provide advocacy if you choose to report the incident to the police, seek an order of protection, or participate in the university's investigation process. They can also meet with you to discuss safety concerns and safety planning. If you would like me to reach out to the staff on your behalf as an introduction, please let me know. The WRC is located at 616 E. Green St., Suite 202 (right

next to the McDonald's) between Wright and Sixth Streets. The WRC serves students of all genders. They are able to meet over the phone, given that you are not in town.

Advisors:
Sarah Colomé scolome@illinois.edu (director of the WRC)
Molly McLay mclay1@illinois.edu (assistant director of the WRC)

**COUNSELING CENTER**

Given that you are out of town, I also wanted to highlight that our Counseling Center, should you need additional support, can help if you prefer to see someone off campus and need assistance with referrals, you may contact Chris Lofton. He is the care manager at the Counseling Center and can be reached at clofton2@illinois.edu. It is best to email him with your insurance information before speaking with him. He assists students who are both on and off campus. If you would like me to reach out to Chris on your behalf as an introduction, please let me know, and I will send him an email and copy you.

Our We Care page also has information on national resources: https://wecare.illinois.edu/resources/students/#other.

Given that you were able to register for classes, I will go ahead and remove the follow up meeting that was scheduled for Tuesday. The next steps, based on the information we have, will be for you to connect with the Office for Access & Equity (217-333-0885) regarding your investigations. If you have any questions, do not hesitate to contact me.

Sincerely,
Danielle Morrison

Title IX and Disability Office
University of Illinois at Urbana-Champaign
616 E. Green Street, Ste. 214
Champaign, Illinois 61820
Phone: (844) 616-7978
Email: titleixcoordinator@illinois.edu

00001-2019

Confidential Communication: The information contained in this transmission is confidential and is intended solely for use of the individual entity named above as the intended recipient. The reader of this message is hereby notified that if you are not the intended recipient, any copying, disclosure or distribution of any kind is strictly prohibited. Please immediately notify the sender if you have received this correspondence in error. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from university employees, regarding university business, is public record and may be subject to public disclosure.

Attachments
----------------

Rights_and_Options_updated_October_3_2018.pdf:
https://uillinois-gme-advocate.symplicity.com/u/tySutsvQ

wecare_brochure.pdf:
https://uillinois-gme-advocate.symplicity.com/u/gOjoeoEi

 **Gmail**

**Rose Meacham <meacham.rose@gmail.com>**

## (no subject)
11 messages

**Rose Meacham** <meacham.rose@gmail.com>
To: "mclay1@illinois.edu" <mclay1@illinois.edu>

Sun, Jan 28, 2018 at 11:47 PM

Dear Molly,

████████ mentioned that you would be a good person to speak with about a situation I'm experiencing on campus. I was assaulted a few years ago and came to UIUC to start fresh at a new university in the US. I've experiences some somewhat surprising comments from students and faculty about me being "more sensitive" to behavior in my lab as a result. I find these comments highly offensive and it places minorities and women who speak up about situations they're not comfortable with, in an unfair position where they risk being ignored in the future.

I really need an advocate as I try to finish a report with the Title 9 Office and ODEA about an incident that occurred in the fall here. Not every student, but a few have made judgements about me based on this previous assault case and the administration within my own department have tried to descourage me from working with these agencies because they say nobody will want to work with me afterwards and/or I'll be pushed out of the department. The incident that I spoke up about originally was not addressed by admin in my program because they felt I was / continue to "exaggerate and misstate" the events I'm asking help with from UIUC.

It's really shocking and I just don't understand how this can be tolerated at such an international university. Would you be able to advocate for me by coming with me to some of the meetings I have with Deans and admin or help me request protection from student bullying or further intimidation as I try to file my title 9 and ODEA report? I've asked to file protective claims against the individuals involved but there don't seem to be appropriate offices or admin to handle something like this. I'm still hopeful that my experience is a reflection of a few individuals in my program but doesn't accurately refelfct the UIUC campus. Every time I'm in another department, professors are shocked that this is happened, many have tried to help, and it makes me think this can be easily remedied if the right individuals get involved.

Best,
Rose

--
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

**McLay, Molly Margaret** <mclay1@illinois.edu>
To: Rose Meacham <meacham.rose@gmail.com>

Mon, Jan 29, 2018 at 7:19 AM

Hi Rose,

Thanks for reaching out. I can absolutely help. I'm sorry you're going through this. These sorts of concerns are exactly what an advocate can help with, though.

Unfortunately my availability this week is fairly limited. Can you send me some times you are generally free each week so we can identify a time to meet this week or next?

Best,

**Molly M. McLay, LCSW**
*(pronouns: she/her/hers)*
Assistant Director
University of Illinois Women's Resources Center
Office of Inclusion and Intercultural Relations

**NEW LOCATION!**
616 E. Green St.
Suite 202, MC-302
Champaign, IL 61820
(p) 217-333-3137
mclay1@illinois.edu
http://www.go.illinois.edu/wrc
http://wecare.illinois.edu

*NOTE: Email is not a confidential form of communication. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.*

*If you need assistance related to sexual assault, dating violence, domestic violence, or stalking, please call the Women's Resources Center at 217-333-3137 anytime Monday-Friday 9am-5pm to make an appointment. If you need support outside of these hours, please call the Rape Advocacy, Counseling, & Education Services (R.A.C.E.S.) hotline at (217) 384-4444 or the Emergency Dean at (217) 333-0050.*

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                    Mon, Jan 29, 2018 at 8:06 AM
To: "McLay, Molly Margaret" <mclay1@illinois.edu>

I'm afraid this is extremely urgent as I've been threatened with dismissal by an individual I've reported for working with Title 9 and ODEA and asking for help putting in protective measures at NSP so I feel safe. He has continually dismissed my claims as exaggerated and misstatements and refused to intervene when I was bullied and harassed.

I have a meeting this morning at 11am with my advisers and I need someone else to come to help advocate for me. He contacted them yesterday and seems to be interfering in my ability to move forward and he is ruining my relationships with my professors, spreading character defamation to them and directors of my program — calling me "unprofessional and irresponsible".

Can you come to this meeting at 11am?

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

---

**McLay, Molly Margaret** <mclay1@illinois.edu>                    Mon, Jan 29, 2018 at 8:15 AM
To: Rose Meacham <meacham.rose@gmail.com>

Where is the 11am meeting? Currently I have another student needing services at 11am today. You may be able to get them to move the meeting because your advisor isn't available. I could also see if the other advocate in the office is available.

**Molly M. McLay, LCSW**
*(pronouns: she/her/hers)*
Assistant Director
University of Illinois Women's Resources Center
Office of Inclusion and Intercultural Relations

**NEW LOCATION!**
616 E. Green St.
Suite 202, MC-302
Champaign, IL 61820
(p) 217-333-3137
mclay1@illinois.edu
http://www.go.illinois.edu/wrc
http://wecare.illinois.edu

*NOTE: Email is not a confidential form of communication. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.*

*If you need assistance related to sexual assault, dating violence, domestic violence, or stalking, please call the Women's Resources Center at 217-333-3137 anytime Monday-Friday 9am-5pm to make an appointment. If you need support outside of these hours, please call the Rape Advocacy, Counseling, & Education Services (R.A.C.E.S.) hotline at (217) 384-4444 or the Emergency Dean at (217) 333-0050.*

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>        Mon, Jan 29, 2018 at 8:18 AM
To: "McLay, Molly Margaret" <mclay1@illinois.edu>

The meeting is in the psychology building and it cannot be moved. I definitely need someone present. I also have a meeting with ODEA this morning at 10am. Should I loop you into an email with the Deans and my professors who are ignoring my requests to feel safe at Beckman? I'm inisting that they not force me to work with one individual and that they take my requests seriously so I can go to classes. Can you help over email?

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

---

**McLay, Molly Margaret** <mclay1@illinois.edu>        Mon, Jan 29, 2018 at 8:39 AM
To: Rose Meacham <meacham.rose@gmail.com>

I'm going to consult with the other advocate and get back to you.

**Molly M. McLay, LCSW**
*(pronouns: she/her/hers)*
Assistant Director
University of Illinois Women's Resources Center
Office of Inclusion and Intercultural Relations

**NEW LOCATION!**
616 E. Green St.
Suite 202, MC-302
Champaign, IL 61820
(p) 217-333-3137
mclay1@illinois.edu
http://www.go.illinois.edu/wrc
http://wecare.illinois.edu

*NOTE: Email is not a confidential form of communication. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.*

*If you need assistance related to sexual assault, dating violence, domestic violence, or stalking, please call the Women's Resources Center at 217-333-3137 anytime Monday-Friday 9am-5pm to make an appointment. If you need support outside of these hours, please call the Rape Advocacy, Counseling, & Education Services (R.A.C.E.S.) hotline at (217) 384-4444 or the Emergency Dean at (217) 333-0050.*

[Quoted text hidden]

---

**McLay, Molly Margaret** <mclay1@illinois.edu>        Mon, Jan 29, 2018 at 8:57 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: "Colome, Sarah" <scolome@illinois.edu>

Hi Rose,

I've talked to our other confidential advisor, Sara, and she will likely be able to meet with you today. You are entitled to have an advisor present at both the ODEA and departmental meetings. Please respond ASAP if you want her at both

meetings, and also (if you're willing) send your phone number in case connecting over email becomes challenging. Sarah and I provide the same services; she just has slightly more availability than me today. She is copied here.

Best,

**Molly M. McLay, LCSW**
*(pronouns: she/her/hers)*
Assistant Director
University of Illinois Women's Resources Center
Office of Inclusion and Intercultural Relations

**NEW LOCATION!**
616 E. Green St.
Suite 202, MC-302
Champaign, IL 61820
(p) 217-333-3137
mclay1@illinois.edu
http://www.go.illinois.edu/wrc
http://wecare.illinois.edu

*NOTE: Email is not a confidential form of communication. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.*

*If you need assistance related to sexual assault, dating violence, domestic violence, or stalking, please call the Women's Resources Center at 217-333-3137 anytime Monday-Friday 9am-5pm to make an appointment. If you need support outside of these hours, please call the Rape Advocacy, Counseling, & Education Services (R.A.C.E.S.) hotline at (217) 384-4444 or the Emergency Dean at (217) 333-0050.*
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Mon, Jan 29, 2018 at 9:01 AM
To: "McLay, Molly Margaret" <mclay1@illinois.edu>
Cc: "Colome, Sarah" <scolome@illinois.edu>

Yes please / both!! I'm so happy I found your services. I wish you'd been involved from the beginning this situation is completely horrible and it's escalated to such a scary degree. Nobody is respecting my wishes or honoring my requests that this individual not be able to work with me directly and he has reached out to new advisers that I've finally formed project arrangements with and he's telling them I'm unprofessional, irresponsible — ruining my chances of being successful at UIUC. I've asked countless times he not be allowed to do this and NSP even wrote a mandate in a list of things they're requiring me to do that I work with him.

Please come to both meetings! This is so serious. Thank you so much for your immediate attention and response.

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                   Mon, Jan 29, 2018 at 10:07 AM
To: "McLay, Molly Margaret" <mclay1@illinois.edu>
Cc: "Colome, Sarah" <scolome@illinois.edu>

Hi Sarah -

I'm at ODEA - are you coming?

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

**McLay, Molly Margaret** <mclay1@illinois.edu>                                    Mon, Jan 29, 2018 at 11:18 AM
To: Rose Meacham <meacham.rose@gmail.com>
Cc: "Colome, Sarah" <scolome@illinois.edu>

I hope you were able to connect!

**Molly M. McLay, LCSW**

*(pronouns: she/her/hers)*

Assistant Director

University of Illinois Women's Resources Center

Office of Inclusion and Intercultural Relations

## **NEW LOCATION!**

616 E. Green St.

Suite 202, MC-302

Champaign, IL 61820

(p) 217-333-3137

mclay1@illinois.edu

http://www.go.illinois.edu/wrc

*NOTE: Email is not a confidential form of communication. Under the Illinois Freedom of Information Act (FOIA), any written communication to or from University employees regarding University business is a public record and may be subject to public disclosure.*

*If you need assistance related to sexual assault, dating violence, domestic violence, or stalking, please call the Women's Resources Center at 217-333-3137 anytime Monday-Friday 9am-5pm to make an appointment. If you need support outside of these hours, please call the Rape Advocacy, Counseling, & Education Services (R.A.C.E.S.) hotline at (217) 384-4444 or the Emergency Dean at (217) 333-0050.*

[Quoted text hidden]

**Colome, Sarah** <scolome@illinois.edu>                                    Mon, Jan 29, 2018 at 11:26 AM
To: Rose Meacham <meacham.rose@gmail.com>

What room in Beckman?

Sent from my iPhone
[Quoted text hidden]

  Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

10 messages

**Rose Meacham** <meacham.rose@gmail.com>
To: LLugo@co.champaign.il.us, jesse.brockwell@champaignil.gov

Thu, Mar 12, 2020 at 3:18 PM

Dear Lisette and Police Sergeant Brockwell -

Please confirm that the complete report has been filed and shared with the State Attorney's Office. I would also like to request a copy of the final report for my own records. Can you please email the report in its entirety to this email?

Thank you so much-
Rose

**Jesse Brockwell** <jesse.brockwell@champaignil.gov>
To: Rose Meacham <meacham.rose@gmail.com>

Fri, Mar 13, 2020 at 2:34 AM

Rose,

In order to obtain a copy of the report, you must submit a FOIA (Freedom of Information Act) request. This can be done in person at the department or online through the city's website here: https://champaignil.gov/legal/foia/

Officer Brockwell #727

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Thursday, March 12, 2020 3:18 PM
**To:** LLugo@co.champaign.il.us <LLugo@co.champaign.il.us>; Jesse Brockwell <jesse.brockwell@champaignil.gov>
**Subject:** Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>
To: Jesse Brockwell <jesse.brockwell@champaignil.gov>

Fri, Mar 13, 2020 at 3:21 PM

Thank you Officer Brockwell-

Were you able to share the report with the State Attorney's Office or do I need to request that it be sent over?

Thank you again,
Rose
[Quoted text hidden]

**Jesse Brockwell** <jesse.brockwell@champaignil.gov>
To: Rose Meacham <meacham.rose@gmail.com>

Fri, Mar 13, 2020 at 5:35 PM

The State's Attorney should receive a copy of it soon. I would recommend you contact her sometime next week to ensure it has been received.

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Friday, March 13, 2020 3:21 PM

**To:** Jesse Brockwell <jesse.brockwell@champaignil.gov>
**Subject:** Re: Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Mon, Jun 1, 2020 at 7:56 AM
To: Jesse Brockwell <jesse.brockwell@champaignil.gov>

Hi Jesse-

I wanted to confirm that the police report was received by the State Attorney general's office. Do you mind sharing me the
copy of who you sent it to please?

Thanks again for taking the report but I really hope that they can take down the proper notes. This has been the worst
experience of my entire life. UIUC has mishandled my case so poorly, I believe my life is permanently ruined.

-Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Mon, Jun 1, 2020 at 8:03 AM
To: Jesse Brockwell <jesse.brockwell@champaignil.gov>, llugo@co.champaign.il.us

Hi Lisette-

I've just reached out to Officer Brockwell to confirm that my police report reached your office so we are able to take the
next steps to pursue this case. It is a horrific situation and I have suffered severely without any justice and the professor
Zuofu Cheng has gotten away without any consequences whatsoever. I was kicked out of school for reporting him and my
life is truly ruined.

Sincerely-
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                                    Tue, Jun 2, 2020 at 8:35 AM
To: Rose Meacham <meacham.rose@gmail.com>

Good morning Rose:

Our system does not show that we have received the report.

Once we receive this report and it is reviewed by one of our Prosecutors I will let you know.

7/28/2020               Gmail - Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Monday, June 01, 2020 8:04 AM
**To:** Jesse Brockwell <jesse.brockwell@champaignil.gov>; Lisette Lugo <LLugo@co.champaign.il.us>
**Subject:** Fwd: Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

---

**CAUTION:** External email, be careful when opening.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>               Wed, Jun 3, 2020 at 7:48 AM
To: Lisette Lugo <LLugo@co.champaign.il.us>, Jesse Brockwell <jesse.brockwell@champaignil.gov>

Thank you so much Lisette. I've included Officer Brockwell on this email so he can make certain his report is sent to your office. According to the correspondence he sent me on March 13, 2020 that I also shared with you, the report should have been sent to your office about two months ago.

Sincerely,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>               Fri, Jun 5, 2020 at 11:51 AM
To: sschneck@lawmbg.com

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>               Fri, Jun 5, 2020 at 12:28 PM
To: Arthur Ehrlich <Arthur@goldmanehrlich.com>

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

---------- Forwarded message ---------
From: **Rose Meacham** <meacham.rose@gmail.com>
Date: Wed, Jun 3, 2020 at 7:48 AM
Subject: Re: Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office
To: Lisette Lugo <LLugo@co.champaign.il.us>, Jesse Brockwell <jesse.brockwell@champaignil.gov>

[Quoted text hidden]

 **Gmail**

**Rose Meacham <meacham.rose@gmail.com>**

## (no subject)

**Lisette Lugo** <LLugo@co.champaign.il.us>
To: Rose Meacham <meacham.rose@gmail.com>

Thu, Mar 12, 2020 at 8:12 AM

Good morning Rose:

I will let you know if our office receives the report and the decision after one of our Assistant State's Attorney's reviews the report.

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Wednesday, March 11, 2020 9:05 PM
**To:** Lisette Lugo <LLugo@co.champaign.il.us>; jesse.brockwell@champaignil.gov
**Subject:** Fwd:

---

**CAUTION:** External email, be careful when opening.

---

Dear Lisette-

I feel more comfortable speaking with you about these incidents and wish that there was a better system in place to handle these incidents and reports with care. I just finished filing my report with more details to the Champaign Police. They assured me these documents will be sent to you immediately. Below are the details of the report and I have tried calling to speak with a Sergeant about these incidents. I will go now in-person and share these documents with them, but this is really a horrific experience that I want to bring to justice and closure soon. My end goal would be for these incidents to be examined and the laws, student code, and UIUC policies to be changed so that this protects other victims in the future. I believe the school should be forced by law and threat of fines to issue in detail every victims rights and resources at the time incidents are reported to them. I think that the UIPD is a corrupt law force and that this paid, private, police force is a violation of our constitutional rights. If UIUC had made me aware of my rights and had sent me to the appropriate authorities in the beginning. It helps protect them from statistics about the truth for how many students are being exploited and victimized here, and it enables them to have a full fiefdom where they even own the police force. If these incidents had only occurred on-campus these would not even be things I could report to Champaign Police and that is corrupt. I hope that my experience will cause a change in this town's laws and that the UPID will not be able to exist as a separate, on-campus police force, so that the Urbana Police and the Champaign Police have jurisdiction over rape, assault, harassment, etc. Not doing this places everyone at risk and it is creating an unsafe environment for students' physical safety.

Champaign County Police Report CC1909860

In October 2017 I met Zuofu casually but he introduced himself as a professor at UIUC and so I felt safe speaking to him. He offered to introduce me to nice people in the community and help me with the situation I was in with my department. I had reported incidents in Brad Sutton's lab to the Vice Chancellor of Research who filed a report with the Title IX / ODEA. She instructed me to file reports with other administrators including the Graduate College Office. However, I was being treated as if I was a legal threat and nobody worked to resolve the incidents I reported. It was very horrible and I had just moved to town so for something this extreme to happen right away, I did not even have friends or a support network established yet. Zuofu's offer to help show me around town and sit in on meetings with UIUC administration made me feel better and I trusted him.

Where I come from it is not uncommon for professors and students to meet for dinner or even drinks and socialize with other faculty. However, to Zuofu he seemed to use this situation to get laid. He explained to me that his girlfriend had just left him and he seemed to be using me as a prop when we went out to meet people. He even introduced me to her once and it was extremely awkward. I began to feel uncomfortable and then when he offered to take me on a trip overseas and I made it clear that I did not want to date him and felt he was pressuring me. He said that he would get a hotel room with two beds and I felt extremely uncomfortable about the trip. I did not understand what his urgency was to force me into this uncomfortable situation, especially after I repeatedly told him I did not want it and he knew that I was an assault victim.

He seemed to agree that we would be going as friends without sexual expectations but looking back this was clearly not what he intended. For him to be so disgusting to coerce and pressure me repeatedly into these uncomfortable situations is appalling. For him to do this to me when he knew I was recovering from an assault is beyond reprehensible. As a professor at the university, for him to overstep his position and use me to make himself look better to his friends or make his ex-girlfriend jealous -- whatever he was doing is beyond reprehensible and inappropriate.

It reminds me of a vulture, circling its pray until they are too weak to fend them off. He saw me, a student suffering and in a very vulnerable position already with the university, and he used my weaknesses to try and get laid. He needs to be made aware how horrible and inappropriate this behavior was and UIUC needs to change their school policies to ensure the safety of their students. The Title IX Office mishandled this case so poorly that my testimony was never even fully taken, I was denied accommodations throughout the process, and they insisted on closing the case before I was even able to submit my evidence. Instead of taking the necessary steps to ensure my safety, protection from retaliation and harassment from professors, the university informed me that I was not to file further Title IX/ODEA reports. I was issued a letter from Justin Brown OSCR titling me as "taxing" university resources. I brought his conflict of interest to the attention of UIUC officials and Justin Brown, however I was ignored and he continued to file claims against me, as well as judge the validity of these claims he had filed. Stephen Brown, Dean at UIUC, issued a letter accusing me of being a "drain on university resources" and has denied my accommodations repeatedly throughout the year, even issuing me a forced withdrawal letter despite my accommodations being approved by UIUC DRES disability office. These attempts to remove me from campus and accusations that I am a drain on university resources or a threat to professors for filing reports about these incidents is unlawful.

The details of the incident are uncomfortable to discuss -- Zuofu came over to my apartment to install Chromecast so I could watch tv from my mobile device or desktop. He told me his was "buggy" and that he wasn't going to use it. We then tried to watch something and it took quite a while to install. He then started touching me from behind -- he touched my breasts and touched me on my genitals. He tried to push himself onto me. He tried to insert himself inside me and I had to push him off of me. He had pulled down some of my clothes and I pushed him off and remember raising my voice. I tried to ask him to leave the apartment and he refused. He became angry and I had to physically pick up his bag and put it outside my door to make him leave. I remember walking to the elevator to make certain he had left because his behavior was so entitled, so aggressive, and so angry he did not seem to be respectful of my wishes at all. He seemed indignant and cared only about looking cool or his reputation. He did not even care to honor my wishes or my comfort level and was revengeful and scary.

I have never encountered a professor with this date-rape mentality before. It seemed so wrong. He viewed me as an object that he could just manipulate to get what he wanted. He had no consideration for me as a human being and this treatment towards women is new to me. It is just an awful, awful way for people to treat women -- to treat me -- and he caused me severe emotional pain. That he abused my trust in him to such a degree, knowing full well I had been assaulted. For him to be a professor and have gone through the trainings and know what he was doing is wrong -- to maybe view it as some prize he could get away with stealing because technically he wasn't my teacher. This mentality is disgusting and I want to pursue this case against Zuofu Cheng and UIUC for mishandling these reports and for supporting professors who assault students with outdated, sexist and dangerous student codes. He knew he could get away with doing this to me. He was an undergraduate student at UIUC, a graduate student and then a PhD student and professor. He knew how to manipulate the system to force me into an uncomfortable position I did not want to be in and knew he would not get caught or have any real punishment from UIUC.

When I reported these incidents to UIUC resources nothing was done. Their mentality was focused on protecting themselves and their professor legally. In fact, because I had already been in the process of filing my claims about the behavior in Brad Sutton's lab, they used these incidents to discredit me. I have been horribly retaliated against over the last few years and absolutely nothing was done to protect me, to ensure I felt safe on-campus, to ensure I was not harassed or bullied, or threatened. Nobody, not even the UIPD, made sure I was kept away from retaliation or that I had appropriate accommodations. Instead, I have been treated like a criminal. I have been accused of making misstatements and lying and I have been discredited at every turn. I have been portrayed like an hysterical woman and these sexist, outdated prejudiced viewpoints have effected my entire career and work here at UIUC. The UIPD and UIUC insisted on steering me away from filing in such a way that I would receive justice -- they never encouraged me

to file reports with your office (Champaign Police) and I was never informed of my rights or resources via the local courthouse regarding protective sanctions or no contact orders. Nothing was done to help me or ensure my well-being. Everything has been done to discredit me and force me to leave.

I hope that by pursuing this case, UIUC will be forced to revise their outdated code of conduct to take women into account and protect student safety before protecting their faculty. No professor should EVER be allowed to sexually pressure or pursue any student, no matter what the situation. If two people are serious about dating or being romantic they should fill out appropriate forms with HR like every other institution. These outdates rules are putting students at risk and what I have experienced proves that they punish victims who speak up -- even expel them -- in order to protect the professors they report.

**CITY OF CHAMPAIGN**
**DENIAL OF FREEDOM OF INFORMATION ACT REQUEST**

TO: __ROSE MEACHAM_____ DATE: __MARCH 18, 2020_____
    (Requestor's name)

_____
    (Address)                       (Telephone)

_____
    (Email)

FROM:  CHRISTENE MINER, FOIO Champaign Police Department (217) 351-4545

Your request received __MARCH 12, 2020_____ for __C19-9860_____
is denied  IN FULL _____  IN PART X_____  because:

The detailed factual basis of the denial is as follows:
a) driver's license/social security numbers
b) addresses, phone numbers, personal email addresses
d)(iv) identity of persons providing information to law enforcement
_____

The statutory exemption providing the basis for the denial is:

    ■(a) Information specifically prohibited from disclosure by federal or State law or rules and regulations implementing federal or State law. (5 ILCS 140/7 (a))

    ■(b) Private information.  (5 ILCS 140/7 (b))

    ☐  (c) Personal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information

    ■(d) Records created for any law enforcement agency for law enforcement purposes, to the extent that disclosure would:  (i) interfere with pending or actually and reasonably contemplated law enforcement proceedings;(iii) create a substantial likelihood that a person will be deprived of a fair trial or an impartial hearing; (iv) disclose the identity of a person who files complaints with or provides information to administrative, investigative, law enforcement, or penal agencies; (vi) endanger the life or physical safety of any person; or (vii) obstruct an ongoing criminal investigation. (5 ILCS 140/7(d))

    ☐(d)  Confidential Records under the provisions of the Juvenile Court Act of 1987.

You have a right to request review of this denial by the Illinois Public Access Counselor:
Public Access Bureau
Office of the Attorney General
500 S. 2nd Street
Springfield, Illinois 62706
217-558-0486
publicaccess@atg.state.il.us

If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. 5 ILCS 140/9.5(a).

You may also file suit for injunctive or declaratory relief in the Circuit Court of Champaign County Illinois. (5 ILCS 140/11)

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 93 of 134 PageID #:456

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

---

## Illinois Attorney General: Crime Victims Compensation Request for Meacham, Rose

6 messages

---

**cva@atg.state.il.us** <cva@atg.state.il.us>
To: meacham.rose@gmail.com

Tue, Mar 10, 2020 at 9:16 PM

Thank you for filing the online application.

We have received your application which will be submitted to the Court of Claims. You will receive a letter from the Court of Claims providing the case number. In the future please refer to this number when calling with inquiries or submitting documentation.

DO NOT MAIL THIS APPLICATION. The mailing of this application will cause a duplicate application to be filed. The filing of a duplicate application may delay the application process.

Your reference number is: **267**

If you have documents you would like to submit electronically please send them to cva@atg.state.il.us

If you submit documents electronically please include either your reference number generated upon submission of your application or the court case number you received from the Court of Claims.

We look forward to helping you with this process.

If you need any further assistance please call (800)228-3368 and ask to speak with Martha Alvarado.

---

 **Crime Victims Compensation Form.pdf**
82K

---

**Rose Meacham** <meacham.rose@gmail.com>
To: cva@atg.state.il.us

Tue, Mar 10, 2020 at 9:22 PM

Thank you for reviewing my case against UIUC. I want to clarify that I am listing damages, as the form instructed me to do, but that I am not requesting your agency reimburse me for all damages listed. It is important that your agency understand the full scope of damages -- that this has literally cost me tens of thousands of dollars to cover my own out of pocket accommodations expenses and that I have been blocked from student services and funding by respondents in my Title IX / ODEA claims. I know that victims are blamed too often for bringing these damages forward and asking for help so I want to establish the pattern that emerged during my time at UIUC to help establish that these individuals who I risked my career to report are costing UIUC and your agency money. I hope that your agency is progressive and chooses to recognize that my losing my entire PhD Degree and career has derailed my life irreversibly, and that by bringing these figures and facts to your attention it can become clear that victims need to be taken seriously because they are enduring the damages from these assailants -- it does not benefit the community in any way to turn a blind eye to sexual assault and harassment. Ignoring these assailant's actions only means they are damaging community members emotionally and physically and that if UIUC or the town is held responsible, these assailants are a liability to your community not the victims.

Very sincerely,
Rose
[Quoted text hidden]

 **Crime Victims Compensation Form.pdf**
82K

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Rose Meacham <meacham.rose@gmail.com>

Thu, Aug 27, 2020 at 1:32 PM

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
[Quoted text hidden]

 **Crime Victims Compensation Form.pdf**
82K

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Rose Meacham <meacham.rose@gmail.com>

Mon, Sep 14, 2020 at 5:30 PM

[Quoted text hidden]

 **Crime Victims Compensation Form.pdf**
82K

---

**Rose Meacham** <meacham.rose@gmail.com>
To: "cva@atg.state.il.us" <cva@atg.state.il.us>, idhr.ada@illinois.gov, "IDHR.Intake" <IDHR.Intake@illinois.gov>,
IDHR.webmail@illinois.gov, OCR Mail <ocrmail@hhs.gov>

Tue, Sep 15, 2020 at 4:26 PM

Dear Court of Claims-

I'm keeping track of my expenses and they're so severe at this point and caused by UIUC. What do I need to do next -
right now they're financial department is refusing to unlock my accounts which I need to gain new employment and
they're forcing me to pay $1,000!fee that I cannot afford, and that I've informed them is causing a financial hardship
for me. The genorosity of people I know is the only thing preventing me from being homeless right now, but UIUC is
refusing to make university resources available to me that my employers need to hire me. And they're causing further
financial harms to me despite my desperate pleas for my life that they stop inflicting physical harm and financial
damages on me that have driven me to homelessness, save the generosity of my friends.

As a UIUC employee and student I was entitled to Disability Services and accommodations that I require for my life
and job. They're refusing to issue those services which I require for my physical health and for my life and livelihood.
I've informed them of these facts and they are refusing to provide the disability services I require to live. I have a
verified medical disability that requires medical attention and they're refusing to provide the resources I need to live
and be physically healthy and okay.

Can you please intervene and tell me how to obtain the State of Illinois authorities help to enforce civil, state and
federal laws to block them from financially harming me further, and to recognize me as a human being to provide the
legally required disability services and accommodations that I need to live?

Sincerely,
Rose

[Quoted text hidden]

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Rose Meacham <meacham.rose@gmail.com>

Wed, Nov 25, 2020 at 7:25 AM

---------- Forwarded message ----------
From: **Rose Meacham** <meacham.rose@gmail.com>
Date: Tuesday, September 15, 2020
Subject: Illinois Attorney General: Crime Victims Compensation Request for Meacham, Rose
[Quoted text hidden]

UoN Michel Valstar -Colleagues

Regarding Facebook Posts about the Rape Incident, Sexual Harassment, Hacking, and other incidents that I was discussing privately with my friends to address these situations, I do not understand why one of the people harassing me at University of Nottingham found these posts objectionable.

There are a number of posts about these sexual harassment incidents, rape incidents, hacking, and some of the harms, retaliation I was enduring from being forced to report these issues at Google while I was working on an unpaid and paid Internship

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

---

## Police Report - Request
28 messages

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Fri, Mar 13, 2020 at 7:06 PM
To: foiopolice@champaignil.gov

Thank you for sharing my police report CC1909860 over email. Please find the FOIA request attached.

Very best,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

 **FOIA_Police_CC1909860-2020.pdf**
682K

---

**FOIOPolice** <FOIOPolice@champaignil.gov>                                    Wed, Mar 18, 2020 at 3:01 PM
To: Rose Meacham <meacham.rose@gmail.com>

Report attached.

Chris Miner
P.I.R.S.

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Friday, March 13, 2020 7:06 PM
**To:** FOIOPolice <FOIOPolice@champaignil.gov>
**Subject:** Police Report - Request

[Quoted text hidden]

**2 attachments**

 **C1909860RM.pdf**
86K

 **C1909860_RD2.pdf**
9490K

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Fri, Jun 5, 2020 at 11:51 AM
To: sschneck@lawmbg.com

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

**2 attachments**

 **C1909860RM.pdf**
86K

 **C1909860_RD2.pdf**
9490K

---

**Rose Meacham** <meacham.rose@gmail.com>                         Fri, Jun 5, 2020 at 12:28 PM
To: Arthur Ehrlich <Arthur@goldmanehrlich.com>

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

---------- Forwarded message ---------
From: **FOIOPolice** <FOIOPolice@champaignil.gov>
Date: Wed, Mar 18, 2020 at 3:01 PM
Subject: Re: Police Report - Request
To: Rose Meacham <meacham.rose@gmail.com>

[Quoted text hidden]

**2 attachments**

 **C1909860RM.pdf**
86K

 **C1909860_RD2.pdf**
9490K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        Fri, Jun 5, 2020 at 12:31 PM
To: meacham.rose@gmail.com



## Message too large

Your message couldn't be delivered to
**Arthur@goldmanehrlich.com** because it exceeds the size
limit. Try reducing the message size and resending.

The response from the remote server was:

552 5.3.4 Message size exceeds fixed maximum message size

Final-Recipient: rfc822; Arthur@goldmanehrlich.com
Action: failed
Status: 5.3.4
Remote-MTA: dns; mail.goldmanehrlich.com. (50.73.106.85, the server for the
 domain goldmanehrlich.com.)
Diagnostic-Code: smtp; 552 5.3.4 Message size exceeds fixed maximum message size
Last-Attempt-Date: Fri, 05 Jun 2020 10:31:13 -0700 (PDT)


---------- Forwarded message ----------
From: Rose Meacham <meacham.rose@gmail.com>
To: Arthur Ehrlich <Arthur@goldmanehrlich.com>
Cc:
Bcc:
Date: Fri, 5 Jun 2020 12:28:44 -0500
Subject: Fwd: Police Report - Request
----- Message truncated -----

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Wed, Jun 17, 2020 at 1:23 PM
To: Lisette Lugo <llugo@co.champaign.il.us>, FOIOPolice@champaignil.gov, Steve Schneck <sschneck@lawmbg.com>

Dear Lisette, Sergeant Brockwell, and Champaign Police Records Dept-

I was instructed by a women's advocacy group to email once again to request confirmation that the Attorney General's
Office, specifically Lisette Lugo, has been sent the police reports that I filed. These reports include my initial inquiries into
the matter over the phone in 2017, and the follow-up appointment in-person. I then went to meet with Sergeant Brockwell
once again in 2020. It is truly a shame that these matters are not taken seriously in this district -- that women's assault,
rape, and harassment is left uninvestigated and unhandled.

The person I reported is a professor at UIUC and it is very serious that my case would not be properly handled. I've been
forced to follow-up on these reports more than is standardly necessary -- as I have been informed from external agencies
-- and I do hope this does not have to do with the powerful position the University of Illinois holds in the community. The
person I reported has a lear advantage over me, due to his role at UIUC, and it is a shame that my case is being delayed,
and is not being addressed in a timely manner.

Very sincerely-
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*


---------- Forwarded message ---------
From: **FOIOPolice** <FOIOPolice@champaignil.gov>
Date: Wed, Mar 18, 2020 at 3:01 PM
Subject: Re: Police Report - Request
To: Rose Meacham <meacham.rose@gmail.com>


[Quoted text hidden]

---

**2 attachments**

 **C1909860RM.pdf**
86K

**C1909860_RD2.pdf**

9490K

---

**Lisette Lugo** <LLugo@co.champaign.il.us>
To: Rose Meacham <meacham.rose@gmail.com>

Thu, Jun 18, 2020 at 8:57 AM

Good morning Rose:

I just checked again and we have not received a report yet.

Also just a clarification, I don't work for the Illinois Attorney General, I work for the Champaign County State's Attorney's Office.

Once we receive the report I will let you know.

Thanks.

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Wednesday, June 17, 2020 1:23 PM
**To:** Lisette Lugo <LLugo@co.champaign.il.us>; FOIOPolice@champaignil.gov; Steve Schneck <sschneck@lawmbg.com>
**Subject:** Fwd: Police Report - Request

---

**CAUTION:** External email, be careful when opening.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Lisette Lugo <LLugo@co.champaign.il.us>
Cc: Jesse Brockwell <jesse.brockwell@champaignil.gov>

Thu, Jun 18, 2020 at 3:11 PM

Dear Lisette-

I spoke to the Courthouse, a women's advocacy group, and a Federal Prosecutor. It is my understanding that the reports have been sufficiently provided to you by me (please see attached) on multiple occasions over the last few months. Why are you refusing to process these reports, and who is holding up sending you reports from the Police Station? We need to see proof your office's request to review these documents -- including when the request from your office was made to the Champaign Police Department. We also need a time stamped document or communication that confirms you have performed your duties by reaching out to the Officer Brockwell, ccd on this email, whose contact information you have had in your possession for over 5 months.

At this point I am also being advised to be put in direct contact with your superior manager at the State Attorney's Office by Friday, June 19th 2020 at 3pm. I will need this direct contact to be established in writing, either an email introducing me with my email ccd, or a written statement of the preferred method of communication and those necessary details.

Thank you-
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*

*New York University, Class '14*

[Quoted text hidden]

**2 attachments**

 **C1909860RM 2.pdf**
86K

 **C1909860_RD2.pdf**
9490K

---

**Rose Meacham** <meacham.rose@gmail.com>       Thu, Jun 18, 2020 at 3:25 PM
To: "Clark-Joseph, Mary Kaitlyn" <mkclarkjoseph@atg.state.il.us>, Assistance@staterepcarolammons.com,
bennetteforsenate52@gmail.com
Cc: Jesse Brockwell <jesse.brockwell@champaignil.gov>

Hi Kaitie-

Would you mind helping my Police Report receive the proper attention? The Police Officer who recorded the report confirmed that it was sent to the Champaign County State's Attorney's Office on March 13, 2020 which is verified in the attached email. Officer Brockwell is also included on this email to help confirm that this matter was in fact handled on the end of the Champaign Police Department. The Champaign County State's Attorney's Office claims that they have not received the reports from the Champaign Police Department and Officer Brockwell. I have personally sent these reports (also attached) directly to Lisette Lugo as you can see in the email correspondence below.

Apparently, my right to a fair process to seek justice is being impeded. This calls for intervention from your office. Please tell me what your office needs from me to pursue this matter further. As it is no secret that Urbana and Champaign -- specifically UIUC -- has a reputation and documented history for silencing and punishing victims of rape, assault and sexual harassment these incidents are very unfortunate.

The amount of in-person efforts that I have been forced to endure simply for these reports to be accurately recorded and shared with the Champaign County State's Attorney's Office is unreasonable. This matter needs to be rectified urgently, as these events are already overdue for a proper investigation. Continuing to delay my process to a fair review of the facts means that the professor who is guilty of these incidents has a place of advantage to evade the law.

Very sincerely-
Rose



**Jesse Brockwell** <jesse.brockwell@champaignil.gov>                    Fri, Mar 13, 5:35 PM  ☆  ↩  ⋮
to me ▾

The State's Attorney should receive a copy of it soon. I would recommend you contact her sometime next week to ensure it has been received.

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Friday, March 13, 2020 3:21 PM
**To:** Jesse Brockwell <jesse.brockwell@champaignil.gov>
**Subject:** Re: Police Report - Copy Requested - Confirmation of Receipt for State Attorney's Office

•••

Thank you Officer Brockwell-

Were you able to share the report with the State Attorney's Office or do I need to request that it be sent over?

Thank you again,
Rose

On Fri, Mar 13, 2020 at 2:34 AM Jesse Brockwell <jesse.brockwell@champaignil.gov> wrote:
> Rose,
>
> In order to obtain a copy of the report, you must submit a FOIA (Freedom of Information Act) request. This can be done in
> person at the department or online through the city's website here: https://champaignil.gov/legal/foia/
>
> Officer Brockwell #727

[Quoted text hidden]

**2 attachments**

📄 **C1909860RM 2.pdf**
86K

📄 **C1909860_RD2.pdf**
9490K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Thu, Jun 18, 2020 at 3:28 PM
To: meacham.rose@gmail.com

 **Address not found**

Your message wasn't delivered to
**bennetteforsenate52@gmail.com** because the address
couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-
checking the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser lj22sor2404770ejb.46 - gsmtp
```

Final-Recipient: rfc822; bennetteforsenate52@gmail.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1 https://support.google.com/mail/?p=NoSuchUser lj22sor2404770ejb.46 - gsmtp
Last-Attempt-Date: Thu, 18 Jun 2020 13:28:31 -0700 (PDT)


---------- Forwarded message ----------
From: Rose Meacham <meacham.rose@gmail.com>
To: "Clark-Joseph, Mary Kaitlyn" <mkclarkjoseph@atg.state.il.us>, Assistance@staterepcarolammons.com,
bennetteforsenate52@gmail.com
Cc: Jesse Brockwell <jesse.brockwell@champaignil.gov>
Bcc:
Date: Thu, 18 Jun 2020 15:25:56 -0500
Subject: Fwd: Police Report - Request
----- Message truncated -----

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                                      Fri, Jun 19, 2020 at 4:11 PM
To: Rose Meacham <meacham.rose@gmail.com>


Good afternoon:


We have the report and it is assigned to one of our prosecutors for review.

She is available to meet with you this coming Monday June 22 at 1:00 in our office.

That is the first appointment available for her, please let me know if you are available to meet.

The next available appointment for her would be Wednesday June 24 in the morning.


Thanks.



**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Thursday, June 18, 2020 3:11 PM
**To:** Lisette Lugo <LLugo@co.champaign.il.us>
**Cc:** Jesse Brockwell <jesse.brockwell@champaignil.gov>
**Subject:** Re: Police Report - Request


**CAUTION:** External email, be careful when opening.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                      Mon, Jun 22, 2020 at 1:02 AM
To: Lisette Lugo <LLugo@co.champaign.il.us>
Cc: Jesse Brockwell <jesse.brockwell@champaignil.gov>

Dear Lisette-

Thank you so much but I am unable to come in-person this week. Is it possible to speak with someone over the phone please?

Thank you for moving forward with these documents.

Sincerely,
Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                    Mon, Jun 22, 2020 at 1:05 AM
To: "Clark-Joseph, Mary Kaitlyn" <mkclarkjoseph@atg.state.il.us>

Hi Katie -

The State Attorney's General's Office is finally moving forward with the case after all of this time and so many delays to processing my case, my paperwork, taking the proper report from me... my Federal Court Case has also been filed against UIUC and I hope to have some justice there, as well as make a positive change for other victims in Illinois.

Thank you so much for your help throughout this process and I hope there is a positive outcome after all of this work just to have a proper case. More than 3 years after these events, my evidence has still not been properly reviewed by an unbiased investigator.... just an unbelievably bad system... hopefully we can fix this together! :)

All the best,
Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                                   Mon, Jun 22, 2020 at 8:21 AM
To: Rose Meacham <meacham.rose@gmail.com>

Good morning!

Yes, we can do a conference call.

What number do you want me to call at 1:00?

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                                   Mon, Jun 22, 2020 at 1:04 PM
To: Rose Meacham <meacham.rose@gmail.com>

Good afternoon Rose:

We tried calling you at two different numbers that we have in the reports:

917-613-4422 and 650-740-3984.

Please let me know what is the best number to reach you.

Thanks.

[Quoted text hidden]

---

**FOIOPolice** <FOIOPolice@champaignil.gov>
To: Rose Meacham <meacham.rose@gmail.com>

Fri, Jul 10, 2020 at 11:13 AM

We have no records responsive to your request.

Chris Miner
P.I.R.S.

---

**From:** Rose Meacham <meacham.rose@gmail.com>
**Sent:** Friday, March 13, 2020 7:06 PM
**To:** FOIOPolice <FOIOPolice@champaignil.gov>
**Subject:** Police Report - Request

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Lisette Lugo <LLugo@co.champaign.il.us>

Wed, Jul 22, 2020 at 5:32 PM

Dear Lisette-

What is the conference call about? Because I do not have access to proper accommodations I have been instructed to formally request you send requests for evidence or specific questions you need for the case over email please. I am more than happy to respond in writing and to send whatever documentation you need. Thank you so much for finally investigating the sexual misconduct case from 2017 and the retaliation that I am still being subjected to from UIUC and related parties. Please note the retaliation for me reporting this sexual misconduct case began almost immediately in 2017 and has only escalated over the last few years, finally resulting in my being forcibly removed from my PhD program for speaking up.

Very sincerely,
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>
To: Rose Meacham <meacham.rose@gmail.com>

Thu, Jul 23, 2020 at 3:22 PM

Good afternoon Rose:

The conference call was to answer any questions that you may have.

If you do not have questions at this time, that is fine, you are welcome to schedule a conference call at a later time.

The prosecutor has requested more investigation of this report before making a final decision.

As I explained to you before, we don't investigate, therefore we will not be requesting any documentation from you.

Any further investigation will be done by the Champaign Police Department directly with you and the suspect.

Once we have a charging decision I will contact you again.

Please let me know if you have any other questions.

Lisette

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Lisette Lugo <LLugo@co.champaign.il.us>

Thu, Jul 23, 2020 at 6:43 PM

What do you mean a final decision? A decision about what? When will I be given the opportunity to present my case in court with an unbiased judge and my legal team? At this point I have been denied justice for over 3 years and I have been expelled from UIUC for reporting sexual misconduct from their professor and other forms of discrimination.

Sincerely,
Rose
[Quoted text hidden]

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>
To: Rose Meacham <meacham.rose@gmail.com>

Fri, Jul 24, 2020 at 3:53 PM

Good afternoon Rose:

When I talk about a final decision, I am referring to the decision to file charges or not file charges.

After the police has completed their investigation, they submit the report to our office and the Prosecutor reviews that report.

Then the prosecutor will determine if charges are filed or not.

At this time the Prosecutor has requested further investigation from Champaign Police Department.

In the State of Illinois charges are not up to the victims, they are up to the State.

If you wish to pursue a civil action against this suspect, that is completely up to you, and you would have to talk to a civil attorney about that.

Also the issues that you had with the University are not considered for our case since we are only looking at the criminal part, not any civil action.

Have a good weekend. I'll let you know when we have a decision.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>
To: Lisette Lugo <LLugo@co.champaign.il.us>

Fri, Jul 24, 2020 at 4:23 PM

Dear Lisette-

When I spoke to the police and they determined the details of the case in terms of my being "forced to have sex" with Zuofu, it was brought to my attention that it consistutes rape, technically. While I am not an expect on the ins and outs of

these terms it is appalling to me that this would even be a question as to whether the State would investigate these incidents or not. He is a danger to other students and his position as a professor exposes him to thousands of underaged or very young women who are in an imbalance of power relationship with him, just as I was. He was banned from my apartment building after trying to force me to have sexual relations with him because he was already attempting to engage with other underaged and very young women on my floor and in the building. It is negligence that there is no mandatory investigation law for rape incidents and it is disappointing and shocking to learn this from you now.

What can I do to provide further details to the Prosecutor reviewing the incident. Do you need the evidence I have and can I provide additional testimony?

-Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                                          Mon, Jul 27, 2020 at 9:20 AM
To: Rose Meacham <meacham.rose@gmail.com>

Good morning:

When we met for the first time, I explained the process to you, so this is not the first time you hear the process from me.

I remember asking what you wanted, a criminal investigation/case, a civil suit. At that time you did not have an answer for me other than you wanted to make the process easier and better for the victim.

I even referred you to contact our legislators about it.

The State ( Prosecutors office) does not investigate. The police investigates and submit the report to our office for review.

If you have any evidence, documents or any other information that you have not submitted to Champaign Police Department, please contact them and submit it.

Once we have all the investigation, the prosecutor will decide if charges are filed or not.

If later you want to schedule a meeting or conference call with the Prosecutor, let me know and I will schedule it.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                          Mon, Aug 10, 2020 at 1:06 AM
To: Lisette Lugo <LLugo@co.champaign.il.us>, Jesse Brockwell <jesse.brockwell@champaignil.gov>

Dear Lisette and Officer Brockwell-

I'm being retaliated against since the moment I reported Zuofu Cheng and the device he installed on my personal devices and usd to hack me was clearly the entry point for cyber attacks and hacking. There is ample documentation to prove I have reported these incidents immediately and in a timely manner but no orders of protection has been filed in my defense. Since working with the police and your office the retaliation is much worse and I have reached out to the FBI, IC3 and request that you process orders of protection against the individuals I reported, including Zuoffu Cheng. Please make certain that the cyber attacks and harassment such as hacking are included in the report I filed with your office, as there is another related matter that will be investigated thoroughly by another higher agency.

Given the sriousness of these crimes I also must request that you work with me to collect the necessary evidence to try Zuofu for rape and hacking. I have ample documentation, including cell phone transcripts, emails, witnesses, and the actual devices he hacked. Please inform me now if this is too big a case for your office to handle, as I recognize you are an incredibly small court in a really small town with limited resources. UIUC does not even have rules in place to protect students against cyber attacks and I understand Champaign-Urbana might be a bit behind the times when it comes to investigating and prosecuting these very commonplace crimes. Again, you are obligated to tell me now if this exceeds the

resources of your office and to help procure a higher federal agent to conduct a thorough report that we will be using in a related matter.

Regarding the police investigation, I have not submitted any evidence whatsoever so I will need the contact information for the "detective" working on the case so we can have a proper meeting and I can share the documents and evidence they need to catch this criminal. Again, I am open to meeting with the prosecutor but will require accommodations. When will this meeting take place so I can plan accordingly.

Best-
Rose

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Lisette Lugo** <LLugo@co.champaign.il.us>                          Mon, Aug 10, 2020 at 8:30 AM
To: Rose Meacham <meacham.rose@gmail.com>

Good morning Rose:

The detective assigned to your case is Amy Petrilli.

Her emails is amy.petrilli@champaignil.gov

Please contact Detective Petrilli and submit all information to her.

Once we have a report with all information, we can determine if there are charges that are not our jurisdiction.

If you want to talk to the Prosecutor, and you are out of Champaign County or out of State, I can schedule another conference call.

Let me know a few dates and times, this week and next week and I can schedule a conference call.

If you are coming to our office please let me know what accommodations do you need.

If you come to the Courthouse, it is required that you wear a mask or face covering.

Have a good day.

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                          Wed, Aug 19, 2020 at 5:49 AM
To: Lisette Lugo <LLugo@co.champaign.il.us>

Thank you so much Lisette-

I'll reach out to her now.

Have a nice day!
-Rose

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*

8/27/2020                                        Gmail - Police Report - Request

*New York University, Class '14*

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                    Wed, Aug 19, 2020 at 6:01 AM
To: Lisette Lugo <LLugo@co.champaign.il.us>

Also, I need to file a restraining order against Zuofu Cheng and need to know what form I should fill out for you so this can be processed? It needs to include ALL forms of communication, online and digital presences, and physical distance. Does your courthouse handle the digital aspect of this as well? I've already filed an IC3 and CIA report but nobody has ever responded.

All the best,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

**Lisette Lugo** <LLugo@co.champaign.il.us>                    Wed, Aug 19, 2020 at 8:54 AM
To: Rose Meacham <meacham.rose@gmail.com>

Good morning Rose:

To find the documents for an OP go to champaigncircuitclerk.org

Forms and resources

Civil

Orders pf Protection

You could  file for a Civil No Contact Order against Zuofu Cheng.  That is the form to use when a sexual assault is part of the allegation.

You can ask for him to abstain from communicating with you in any way including social media and also indicate an amount of feet that he would have to stay away.

If you are filing here in Champaign County you have to be present to file.  You will find all the information needed on the website.

You have the right to file for an Order of Protection in the County that you are residing now.

You can contact your local State's Attorney's Office and ask to speak with an advocate or you can look for the website of your local circuit clerk.

Hope this information helps.

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                    Thu, Aug 20, 2020 at 9:59 PM
To: Lisette Lugo <LLugo@co.champaign.il.us>

Dear Lisette-

These links do not work and they don't share a document. Please send it as an attached PDF. I am requesting again that I be provided accommodations for my disabilities.

Also, I am not comfortable working with Amy. I will need to be assigned another investigator immediately.

Can you please provide me with the supervisors information for your unit.

Best,
Rose
[Quoted text hidden]
[Quoted text hidden]

8/27/2020                                                Gmail - Rape Case vs UIUC Professor

 Gmail                                          **Rose Meacham <meacham.rose@gmail.com>**

## Rape Case vs UIUC Professor
4 messages

**Rose Meacham** <meacham.rose@gmail.com>                          Wed, Aug 19, 2020 at 5:53 AM
To: amy.petrilli@champaignil.gov

Dear Amy-

My name is Rose Meacham and Lisette tools me to email you about my rap case. How do you want me to share evidence
and information with you? What do you need in order to take criminal charges against Zuofu Cheng?

Thank you so much for your help.
-Rose
- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

**Amy Petrilli** <amy.petrilli@champaignil.gov>                    Wed, Aug 19, 2020 at 6:54 AM
To: Rose Meacham <meacham.rose@gmail.com>

Rose,


Thank you for getting into contact with me. I have been assigned your case and I would like to sit down and go over the
case in person with you. I'm not sure if you have received my previous attempts to reach you, but I have sent you two
prior e-mails (maybe they ended in your junk/spam folder). I am available the remaining of this week otherwise, I will be
out of the office starting Monday August 24th through September 11th. Also can you please provide me with a good
working phone number for you the number in the police report is no longer working.


Thank You,


Detective Amy Petrilli #7112

Champaign Police Department

Investigations Division

82 E. Univeristy Avenue

Champaign, IL 61820

217-351-4545

217-403-6940 (desk)

e-mail Amy.Petrilli@Champaignil.gov

[Quoted text hidden]

**Rose Meacham** <meacham.rose@gmail.com>                          Thu, Aug 20, 2020 at 5:56 AM

8/27/2020                                          Gmail - Rape Case vs UIUC Professor

To: Amy Petrilli <amy.petrilli@champaignil.gov>

Dear Amy-

I'm unable to meet in person and there is a problem with cyber attacks against me. Can you please help me file orders of protection and request special online and digital orders of protection to stop these attacks?

My evidence is massive so I will begin sending you documents etc. as I can. Please see below:

Charge1:
**Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution to sexually abuse me.**

Charge2:
**Zuofu Cheng targeted me for his deviant sexual behavior due to my reporting people he knew on-campus and who were affiliated.**

Charge3:
**Zuofu Cheng refused to leave my apartment after raping me.**

Charge4:
**Zuofu Cheng tried to force me to have sex with him against my wishes, technically constituting rape.**

Charge5:
**Zuofu Cheng would not stop raping me until I physically pushed him off of me.**

Charge6:
**Zuofu Cheng threatened me not to report him.**

Charge7:
**Zuofu Cheng made repeat threats to me by telling my colleagues and members of the University of Illinois community lies, character defamation, slander, and falsified reports about his undeniably inappropriate behavior towards me.**

Charge8:
**Zuofu Cheng used his UIUC position as a Professor to pressure me to agree to harmful, dangerous situations where he would be able to take advantage of me sexually without being held responsible by the police.**

Charge9:
**Zuofu Cheng lied to investigators and manipulated the truth in order to evade responsibility for his criminal actions against me.**

Charge10:
**When I contacted Zuofu 2 years later to ensure it was safe to return to campus, he referenced the witness to my original police reports as someone he was now friends with and threatened me.**

Charge11:
**Zuofu Cheng retaliated against me for reporting Title IX, Title VII, and ADA Violations to the appropriate authorities, including the federal government.**

Charge12:
**Zuofu has abused his position as a University of Illinois Urbana-champaign Professor to manipulate evidence, tamper with Title IX and government investigations, and to impede witness testimony for these aforementioned cases.**

Criminal Charges & Sentencing:
**Based on these charges and the threat Zuofu Cheng poses to his students and to the community at the University of Illinois school system, I am pressing charges against him. I am formally requesting the maximum sentence possible and that he be removed from his position at UIUC immediately. I am requesting that he have his teaching license permanently revoked.**

**Statement:**

8/27/2020                                          Gmail - Rape Case vs UIUC Professor

Zuofu Cheng was friends with a co-worker of an individual who raped me in 2016 when I was working with him for Google DeepMind in London. The evidence to confirm this is below from FB and includes the Google DeepMind employee who Zuofu introduced me to Tom Le Paine who is literally on the same floor as the Googler who raped me. This is not a coincidence.



In Silicon Valley there is a problem among the tech industry known as "REVENGE SEX" which is apparently used to brutalize women who have reported rape, sexual harassment, assault and other forms of sexism. In 2016 I reported an individual at Google for raping me and he did not take it well. I was retaliated against horribly and he was caught hacking, monitoring and stalking me on my personal and digital accounts.

When I arrived at UIUC I was immediately harassed, sexually discriminated against, bulllied and threatened by indivciduals about the "Google Manifesto" and about my Women's Initiative designed to help support rape victims, victims of sexual violene, assault and sexual harassment and discimination. It's also essential to inform you that my Women's Initiative chose to take a stance to support transexual women, and individuals who gender-identify as women as well. In other words, we support ALL WOMEN and people, no matter what their sex organs are, who need support for sexual assault, harassment, rape and discrimination. This was apparently controversial for some individuals at UIUC.

I reported to Title IX at UIUC the individuals who were harassing me, bullying me, and targeting me for my apparently "Nasty Woman" "behavior" and my being a "radical feminist" by supporting rape victims on-campus. I met Zuofu Cheng, a UIUC Professor, in October 2017 after I reported these incidents and was being victimized on-campus. He presented himself as someone who wanted to "help" me and told me that he felt "personally responsible" for these incidents that I had experienced because he went to undergrad, masters and PhD at UIUC. He told me that he knew EVERYONE and literally took me around town, to social events, and on-campus meetings with professors to "help" me overcome these horrific incidents.

'This is what Zuofu told me. This is how he presented himself to me and gained my trust. He even "took notes" as a UIUC faculty in my meetings with the respondents in my Title IX cases. However what he truly wanted was to exploit me for sexual favors. He manipulated me, hacked me, and targeted me. He did in fact know "everyone" around town and he used this to ruin my reputation, to engage in life altering and career ruining character defamation. He exploited the fact that I was a rape victim and advocate for women's rights to target me and try to undermine my FEDERAL CASES against Google and UIUC. His actions were undeniably harmful to me. He tried to force me to have sex with him which I never wanted to do. As a rape victim, I believe his actions are absolutely, undeniably inexcusable. And the fact that he used his position as a UIUC Professor to exploit me for sexual favors is morally reprehensible, not to mention illegal. He informed me that he could get away with it because he wasn't teaching me in a class.

I believe that Zuofu Cheng places students in physical danger, because rape is physiscally damaging to women. As you know from your work as an investigator into rape cases, rape is physiscally damaging to women. For some reason men at UIUC do not have the training to empathize with women who are raped and do not even understand the basics about the physical damage they cause women when they rape them. Zuofu was focused on one thing only: getting laid and undermining my entire reputation and cases. He intentionally subjected me to REVENGE SEX and I had to physically push him off of me to stop him. I was frightened of him because afterwards he began threatening me and told me what he was going to tell everyone to discredit me. I asked him repeatedly to leave my apartment and he refused. He was angry, raising his voice, and yelling at me. I told him to leave again and again but he would not. He said that he was going to report my "behavior" and tell people that I was "aggressive" and had "anger" problems, which I don't. He knew everyone and because I was in the middle of reporting people for bullying, harassment and targeting me I was extremely frightened of his threats.

He made it clear that if I told on him he would destroy me and my reputation at UIUC, which is exactly what he did. I called the police with a friend from my program because I was extremely frightened and did not know what to do. We spoke to the Champaign Police and asked them about reporting and what we should do. It sounded like we needed to go in-person to file a criminal report. I was frightened, felt unsafe and threatened. Zuofu was friends with many, many, many students in my apartment building and could easily gain access back into the building if he wanted to do so. Zuofu had installed a "buggy" Google Chrome device on all of my personal devices, even my apartment TV. After he did all of these things I began experiencing cyber attacks and harassment from my neighbors. I reported all of this to the apartment managers and they told me I needed to report it to the police.

I emailed the building managers immediately to have Zuofu Cheng banned from the building and because I was discouraged from filing formal criminal police reports by UIUC, this was my only form of protection. Because I was forced to have Zuofu Cheng banned from the building and this was literally my ONLY form of protection against him and I felt extremely unsafe and scared. The emails attached with the subject lines "Respect at UIUC" are what I sent to Zuofu Cheng to prevent him from harassing me or continuing to contact me.



On November 7, 2017 Zuofu Cheng booked tickets to force me to visit London with him which I absolutely did not want to do. I had stated repeatedly to Zuofu that I did not want to go with him on ANY trips. We had just met in October 2017. He knew that I was a rape victim. He knew ALL of the details of my rape case. He even knew the co-workers of the person who raped me in London (as my aforementioned evidence proves). When he first asked me to go with him, I was extremely scared of his motives because it was a bizarre coincidence and he was presenting himself as a UIUC Professor who knew "everybody" and wanted to help me overcome the Title IX incidents that I reported at UIUC. The sexual harassment, bullying, threats and non-stop attacks against me from students, professors, and administration at UIUC was the worst experience of my entire life. Zuofu Cheng made it transform from an absolutely horrific nightmare into rape, physical assault and even pressure to place myself in a vulnerable position with him where he could victimize me without US legal repercussions. The worst thing about being raped in London was that the person who did it had criminal police reports filed against him for illegal entry and sexual misconduct in the US but the detectives in both countries were

Case: 1:23-cv-02704 Document #: 21 Filed: 09/06/23 Page 115 of 134 PageID #:478

unable to work together to press charges. He was able to get away with looking like a one-time offender repeatedly and could plead to officers that he "was confused" and "misunderstood our relationship". He even told British Detectives that he "thought we were dating" and cited events and required activities that we were forced to do by Google.

Zuofu's actions suggested he was gearing up to do exactly the same thing. I did not want to go on a trip with him. I even asked if we could postpone it until the winter break and told him that his pressuring me to go immediately for November 2017 did not make sense to me. I told him that we had just met and that I did not feel comfortable sleeping alone with him in a hotel room. He pressured me to get 2 beds and manipulated me, trying to convince me that he understood we were friends and that we would be hypothetically travelling without any hidden sexual expectations. However he did not actually follow the words he told me and he proved when he forced me to be in a sexual position with him, that he was blatantly lying to me to force me to have sex with him against my will.

There is absolute no mistaking that he targeted me. He saw that I was in a vulnerabe position, that I was a rape vicctim and that the current Title IX reports at UIUC made it easy for him to force me to have sex with him and then claim that it was my fault. The very threats he made to me about being "aggressive" and having "anger" problems when he was refusing to leave my apartment were later quoted in UIUC documents against me to justify expelling me. The timing of his actions against me could not have been worse in terms of my FEDERAL CASE against Google and UIUC. His actions were obviously retaliatory, premeditated, and designed to be used against me. He was unattractive. He was a UIUC Professor who was friends with the inner circle of the Googler who raped me. The Departments he works for at UIUC receive more funding from Google than any other UIUC Departments and every single year these UIUC Departments benefit from Google Donations and funding.

REVENGE SEX is an appalingly sadistic and dangerous "game" young men in Silicon Valley are playing against women who they deem "threats" because they report rape and sexual misconduct. **Due to my FEDERAL CASES and my Women's Initiative, I was treated, not only as a "threat" to men at UIUC but as a "threat" to all men because I was giving women who have been sexually exploited, sexually violated, and victimized based on gender issues a platform to speak-up against sexual violence against ALL WOMEN.** I was being harassed, bullied, threatened and discriminated against constantly at the time Zuofu Cheng raped me. At the time Zuofu Cheng raped me I was barely able to attend certain classes and sit at my work desk in a lab where I was employed because these acts of violence and hate against me.

Zuofu Cheng targetted me as a "threat" to men who want to rape and sexually exploit women and not get caught. **Zuofu Cheng abused his employed position as a Professor at the University of Illinois Urbana-Champaign, a government funded institution that represents the "best" researchers in the State of Illinois, to sexually abuse me.** When I reported these incidents to the Women's Center which is paid for and funded by the University of Illinois, I was told not to report these crimes. When we spoke to the Title IX Office about these incidents and I was discouraged from reporting sexual violence, I was also not allowed to file a Title IX case against UIUC Professor Neal Cohen, and the complete statements regarding the threats to my employment and career at UIUC were never even investigated or accurately reported to the university by these offices. I have ample documentation to prove that this evidence and information was given to UIUC Offices, such as the Title IX Office (Danielle Morrison, etc), the Graduate College (Alexis Thompson, Allison McKinnley, and Wojtek Chodzko-Zajko, etc), Administrators like Andreas Cangellaris, and the UPID as well as the BIT, but these offices simply protected the professors I reported.

For example, Professor Neal Cohen was my adviser at the time and when I filed my initial report with the Title IX Office about these incidents, he threatened me with expulsion if I continued. He then continued to pressure me not to report these incidents and when I continued to report these incidents as well as his threats, he withdrew as my adviser, shut down our IRB approved experiment which I needed for course credit and employment, he told over 3 professors and administrators to withdraw their job offers and funding to me, and engaged in horrific retaliation against me. He withdrew his own funding from paying for my employed position at UIUC which had a 1 year contract.

Neal Cohen is a prominent Professor at UIUC who used to be Director of my PhD Program, the Neuroscience Program. He now is Director of the new Medical Center at UIUC and is clearly one of their major money makers and fundraisers for alumni donations and funding to UIUC. It is unfortunate that administrators, the Title IX Office, and the Graduate College, etc refused to file Title IX reports about Neal Cohen and refused to hold him accountable for his horrific threats and damaging retaliation against me.

Other professors who threatened me included Professor Gene Robinson who is Director of the UIUC Carl R. Woese Institute for Genomic Biology and Justin Rhodes who is a Professor in my PhD Neuroscience Program who told me that I needed to decide between getting my PhD and being a "social activist" by reporting these incidents to the Title IX Office and Federal Agencies. I was also told that Martha Gillette was angry because I "made her look bad" by reporting these incidents in the Neuroscience Program. I was literally being threatened to stay quiet about these Title IX, Title VII and ADA Violations by Professors and faculty of UIUC and it was clearly the widespread beief by students, administrators, faculty, and Deans that students who report rape, assault, sexual violence, and other incidents are "troublemakers", "difficut", ngaging in "disruptive behavior", and and even "taxing univrsity resources". The UIUC culture and environment is not just

·a "toxic work environment", it is a physically dangerous and threatening place for students and employees in protected and vulnerable classes.

All of the individuals who were threatening me were permitted to do so by administration and I have documentation for ALL of this, including my official reports about these incidents which were shut down by Deans and Chancellors such as Andreas cangellaris, Alexis Thompson, Allison McKinnley, Wojtek Chodzko-Zaijko. These individuals supported professors including Zuofu Cheng who I reported and instead retaliated against me until I was literally forced to leave the campus.

**Martha Gillette with the support of Alexis Thompson and the UIUC Graduate College retaliated against me after I reported her and forced me to shut down my Women's Initiative which was helping rape victims, assault victims and UIUC victims of sexual harassment and discrimination to share their stories.** Martha Gillete is the Director of the Neuroscience Program, where I am a PhD Student. Again this Women's Initiative includes ALL WOMEN and is not discriminatory in who it supports when they reach out. Anyone who identifies as a woman, including transgender women and people who just need support against sexual violence etc are welcome. This message was not a message Martha Gillette supported and she abused her role as a UIUC Professor, Director of my PhD Neuroscience Program, and my supervisors supervisor to forcibly shut down my Women's Initiative on-campus. **When I repeatedly requested that my gender identity be respected by administrators and UIUC employees, including Samuel Beshers and Justin Rhodes, I was instructed to get therapy and counseling.** Perhaps UIUC is trying to seem like they are against rape and sexual vioence and harassment but not when it is a professor and not when the person victimized is like me. For example, the Title IX Office during my reports involving these incidents, refused to provide the investigators I felt comfortable with and who were not prejudiced against me. When I requested an investigator who gender identifies as a woman, the male investigator present burst out laughing. I was later accused of "hearing things" and I was expelled based on my reports of this gender harassment and prejudiced treatment from the UIUC Title IX Office throughout my Title IX and government reports about incidents of rape, sexual harassment, assault, prejudice and disrimination.

**After I reported these incidents, including the sexual violence, and I also reported the threats from Neal Cohen, Gene Robinson, Justin Rhodes, Samuel Beshers, Martha Gillette and others, retaliated aginst me so horrifically I was unable to enter certain buildings without being foribly rremoved and punished. I was denied services and I was treated like a criminal for reporting rape.** The on-campus police are the ONLY police department allowed to handle these types of physical safety incidents on-campus but they are paid by UIUC. My reports were never investigated. My reports to the UIPD were never taken seriously, none of the individuals I reported were held responsible, none of these individuals were given restrictions, none of the incidents were I was forcibly removed from buildings while I registered for classes and tried to attend classes were even handled -- and the false threats from Zuofu Cheng about my being "aggressive" and having "anger" problems were instead used to remove me from campus. **I was also forced to undergo a "mental health assessment" based on these retaliatory actions against me and these threats from my rapist and attackers.** I was portrayed as a hysterical woman and none of these valid threats to my physical safety were handled in accordance with the law. Additionally, my Doctors found nothing wrong with me. And so UIUC Deans from the OSCR and other offices demanded that I have new "mental health assessments" which I had and my doctors found nothing wrong with me. These administrators then demanded I have these "mental health assessments" completed by their own Doctors on-campus. The DRES Office (Disability Services Office) reviewed all of these documents, as Illinois State Law obligates UIUC to follow these steps for patient confidentiality, and the Deans STILL demand that I have new testing done based on the Deans instructions. My aunt Karen Swan works as a Professor at University of Illinois and she does not accept my gender identity, nor does she accept my disabilities. She, as well as members of my family, are extremely prejudiced against individuals with disabilities and against people with my gender orientation.

After I reported the Title IX investigators and the UIUC Administrators, such as Alexis Thompson, to higher-ups including Andreas Cangellaris (cangella@illinois.edu) my investigators were switched but the incidents I reported were NOT corrected. They continued to remove Neal Cohen and Zuofu Cheng from my reports, and did not properly collect evidence, did not properly speak with any of the witnesses I gave to them. They literally intentionally botched my Title IX investigation, downplaying the most serious incidents, removing rspondents from the reports and doing so in a timeline that makes it look as though they were waiting out the time I had to file for Civil Court or other federal charges. I also reported that I did not feel safe on campus but the UIPD, which is the ONLY police department with jurisdiction over UIUC campus, refused to protect me. The BIT and Deans refused to put any measures in place to ensure I was safe from retaliation and threats on-campus.

I was then immediately retaliated against with a false accusation that I was "harassing" a student filed by the individuals who reported to the Title IX Office at UIUC. The charge was made after she agreed to be in my Title IX report and write a letter of support about her experiences working with me. After she agreed, just 3 days later, she called back to tell me she could no longer write the report because she was afraid she would not be able to finish her PhD. She said something to the effect of not being able to afford that type of risk and soon after this decision she received awards and honors from UIUC. I was told by a student at UIUC that because the student who filed this false, retaliatory charge against me was African American I was going to be persecuted and there was "nothing I could do about it". This student also called me a "radical feminist" and told me people "are afraid to work with you because you filed Title IX reports and government cases."

I was retaliated against unrelentlessly with horrific harassment, threats, bullying and administrative blocks to my career. I reported everything but nothing was done to protect me. And when I returned to campus in 2019 I was denied ALL of my requests for protective measures on campus to ensure my safety and nothing was put in place to stop administrators, and Title IX respondents from harassing me. I am STILL being retaliated against to this day by UIUC and Zuofu Cheng played a major, major role in these horrific attacks against me that have destroyed my career and physically harmed me.

I appreciate you processing these very serious charges and for finally taking the legally required actions against this professor to prevent him from physically harming, harassing and assaulting other students. The atmosphere that he creates is a dangerous one to students, where he pressures people to engage in a "party" type culture of over-drinking, illegal activities, and sexual deviance. He intentionally blurs the lines between student and professor relationships, abusing his role as a university employee to target, manipulate, and score with women. At the time I was raped, for example, his home was an extravanct multi-level building right above a local popular bar in Champaign, where he threw giant parties and was able to gt away with completely illegal and inappropriate behavior with students.

**He is a threat to the safety of students on-campus and the manner in which he conducts himself is so unprofessional that he mixes personal, off-campus rendezvous with students with his role as a UIUC Professor.**

Very sincerely-
Rose Meacham

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14* s

To: 2173901797                                                    Details

I told u ur behavior and the things u said were inappropriate and ur lashing out. I would please like u to show that u don't have animosity towards me and that we are okay

I pressured me for sex I wanted to be friends and move slowly. Now ur getting mad and threatening me by saying these bizarre things. I'm not sure what to do and I'm giving u the opportunity to clear things up with me first.

I'm putting this in writing that I have no animosity towards you, and we are OK. However, I have no interest in further speaking to you, and if you conti

nue, I will block your number. I will drop off your glasses tomorrow with a security in your building.

That's not a good way to leave them. Please leave them with someone at the university on Monday. I'm calling my department head because this was extremely inappropriate and uncomfortable behavior towards me.

This last month has been horrible and I've given you the opportunity to fix this and make yourself clear.

Ok, I'll leave them with security at beckman on Monday. Take care Rose.

You're definitely not a good person Zuofu. This has been a really truly horrible ordeal with you and I'm really appalled by your behavior and the horrible things you have said to me. I feel threatened, this has caused distress and I'm not sure how to handle this.

I'm blocking your number.

8/27/2020                                          Gmail - Rape Case vs UIUC Professor



To: 2173901797                                                          Details

11/12/17, 1:50 PM

What're u up to?

Not much, just hopped out of shower

Had to make sure to get all the smoke out of my stuff
from last night, true to 1920s style, they smoked indoors

Gross

Yup

Wanna meet up here in a bit so I can drop off the drive?

I have to go to Walgreens to drop off a prescription

Ok, yeah, how about after that, I need to pick up the
drive from work anyway

It doesn't need to be today

Not a rush

Oh, I know..more like I just want to see you and hang out
a bit

But this is also something for me to remember to do

How about just text me when you're done with
errands..do you want to go to Harvest Market after
(super romantic, I know)

No I don't. I was texting to see if u wanted to go with me
to Walmart but I'll go on my own

Oh okay, I'll go with you

Want me to pick you up from home in a bit?

It's becoming a big hung

Thing

Maybe I should just go myself and see u another time

Oh, I mean I didn't think so



To: 2173901797                                                    Details

Oh, I mean I didn't think so

All I'm saying is I want to see you because I haven't in a
bit, and if you want to go to Walmart together we can do
that

That's great that u don't think so.

Omg I need space

But you told me before it annoys you when I make up
excuses to see you

It does

Haha..ok

So, I'm trying to be honest about it

I was just going to ask u to go to Walgreens with me and
u interrupted with something about the hard drive

Omg

I need space

Ok, yeah, sorry about that

Ok it's not a big deal

I kind of have this engineer mind too

Omg

That if you mention something to me, I'll keep harping
on it till it gets solved

Yeah, sorry about interrupting you with some random
thing

Anyway, let's start over, let me know if you want me to
pick you up to go somewhere

I'm in a chill mood and u sound like ur in another space

Let's connect another time

Yeah, give me a couple of hours, can we chat a bit?



To: 2173901797                                                    Details

Oh, I guess we are right now..anyway it's cool

Ok, so I might have told you about this before

But I do have some issues with attachment, a lot of times, I'm all or nothing

So yeah, just let me know if it's too much, I'm not good at gauging

This is concerning me. I said 3 times now I need space

I won't freak out or get offended, I know it's something I'm kinda bad at

Please try sending less messages and reading what I write

Sorry just cool down

Ok, gimme a bit to get out of my weird place and text me later

It looks like my prescription will be ready in like 20 min. If u want to meet me here and go grocery shopping we can. I have to do work this afternoon but now would be a good time to hangout.

Otherwise maybe tmrw or something

Ok, Walgreens?

Or home

I'm waiting at Walgreens

The one on south niel 1509

Ok, cool, be there in a sec

Ok take ur time. The prescription has another 15 min till it's ready

Cool, I'm there

11/12/17, 4:39 PM

R u still at ur apt?



To: 2173901797                                                          Details

11/13/17, 1:02 AM

I am now crying

I can't believe I let u into my apartment

The way u acted this morning was so ducking insane
and I gave u another Vance

I'll come back up. I'm sorry

No

I am afraid of u

U blew it so badly this time

The way u turn on me

Ok, then we shouldn't hang out anymore

And start saying hurtful horrible things about me when
ur upset

I feel insecure about you talking for an hour with your ex
boyfriend on the phone while I'm in your apartment

It is when u make me meet ur ex girlfriend and girls uv
slept with and talk about how pretty other professors
are

If u don't accept ur role in this and are so weak u get
threatened by a phone call then yes

Zuofu ur delusional. I've met more of ur exes than u have
met mine. The way ur treating me is disgusting

Ur threatened and weak and can't take me speaking on
the phone with him

U call me dude and man and treat me like I'm some
teenage friend from the 6th grade

And some flusy Girl u slept with

And said "sorry if I like hanging out with beautiful
women"

If u can't stand that I'm taking it slow then go fuck
someone else

To: 2173901797                                                    Details



If u can't stand that I'm taking it slow then go fuck someone else

I really think u should actually

The way u treated me is not okay

Please stop arguing

Uv really hurt me

Don't text me again

I am extremely hurt by what u said and it was completely out of line. I am going to bed.

11/13/17, 2:35 AM

This is the fifth time my work is negatively effected by seeing u. I am so upset I cannot go to bed now. It is apalling to me that u used the trip to London and a way to get closer to me. That u lied and said we could go as friends and r now turning on me and trying to hurt me. Uv said irreversible things to me tonight. I hope u find someone to sleep with quickly. U need to badly.

It'll clear ur mind.

I said - if u don't get what u want from me, then u turn on me in a really disgusting and mean way.

U lash out at me and portray me in a horrible light

That is what concerns me and I am not sure what I should do about it.

I may need to call someone if I don't leave this conversation feeling okay about things

Okay, well, I think we should reconsider our continued communication

I think if that's the case, we shouldn't speak to each other anymore

That's not what u just said over the phone

It looks like the call was disconnected

Yeah, call again

Sorry, connection is not helping us at all

8/27/2020                                    Gmail - Rape Case vs UIUC Professor

To: 2173901797                                                          Details



Yeah, call again

Sorry, reception is not helping us at all

I'm not calling this time

Ok, yeah..what I was saying is that

U shld call to say it or not at all

I do agree that I have some insecurities

And I think the best course of action for me is to be
single for awhile and work on those insecurities

U were horrible to me tonight

Ok

Ok, fair, yes I was a selfish jerk to you

Absolutely - I told u that u need to see other people
from the beginning

I apologize for that

No Zuofu

U were more than that

U have manipulated me and lied to me in a really horrible
way

It is absolutely apalling to treat me that way

U just apologized for it over the phone

As I kept saying, my only lie was to say that I was OK
with you and Jed talking, when it turned out I wasn't

Call again

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer
to me

To: 2173901797 Details

That was my fault, yes, I apologize

Ok

No u tried to use going to London as a way to be closer to me

U made it seem like u were fine being friends with me and u want more

Not only do u want more, u wanted it now, before I was ready:

That is disgusting

True, I wanted to go as friends and see if we could be more than friends, stay as friends, or can't stand each other

I think since our first blow up on Halloween, it's been clear that I've wanted to be more than friends

Call again try

But fair, I wanted things to progress faster than you were ready for, so I apologize for that. I should have given you more space

Ok

I keep getting voicemail

I guess the call isn't going through

Try again

The same thing happened to me

Goodnight! Thanks for being understanding, miss you!

11/13/17, 9:22 AM

I need to pickup a package from West Quad an you drive me?

Sure, when?

I guess jowish

Jowish





[Quoted text hidden]

 **Gmail - Respect at UIUC.pdf**
138K

---

**Rose Meacham** <meacham.rose@gmail.com>                                Thu, Aug 27, 2020 at 3:03 PM
Draft To: Bradley Krauel <Bradley.Krauel@champaignil.gov>, Lisette Lugo <llugo@co.champaign.il.us>, "Clark-Joseph, Mary
Kaitlyn" <mkclarkjoseph@atg.state.il.us>

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

📄 **Gmail - Respect at UIUC.pdf**

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## FOIA Request 20-029
5 messages

**University of Illinois FOIA** <FOIA-OUR@mx.uillinois.edu>    Thu, Jan 9, 2020 at 4:29 PM
To: "meacham.rose@gmail.com" <meacham.rose@gmail.com>
Cc: University of Illinois FOIA <FOIA-OUR@mx.uillinois.edu>

January 9, 2020

*Via electronic mail*

Ms. Rose Meacham

meacham.rose@gmail.com

Re: FOIA Request 20-029

Dear Ms. Meacham:

    I write in response to your January 2, 2020 Freedom of Information Act (FOIA) request in which you requested the below information:

[A]ll records on-file directly or indirectly referencing Rose Meacham, rmeacha2, 653331134, from the Neuroscience Program be released to me, Rose Meacham. All records on-file pertaining to events related to the Neuroscience Program and Rose Meacham, 653331134, rmeacha2, need to be released including meeting logs, phone calls, travel arrangements (such as plane tickets), and student records.

We would also like to request that all promotional material for Neuroscience Program, Neuroscience Program events, Neuroscience Program fundraising, Neuroscience Program lectures, and Neuroscience Program town hall meetings, be released. We would like records from scheduled meetings pertaining to the Neuroscience Program and the Neuroscience Board to be released.

    On January 2, 2020, you submitted 8 FOIA requests to the University. As a result, the University is treating your requests under the provisions of Section 3.2 of the Act (5 ILCS 140/3.2), which allows us 21 business days after our receipt of your requests to process the same. Within 21 business days we will provide you with initial responses to your requests, pursuant to Section 3.2(a) of the Act, which shall serve to:

    i. provide you an estimate of the time required by the University to provide the records requested;
    ii. deny a request pursuant to one or more of the exemptions set out in this Act;
    iii. notify you that a request is unduly burdensome and extend an opportunity to you to attempt to reduce the request to manageable proportions; or
    iv. provide you the records requested. (5 ILCS 140/3.2(a)).

Pursuant to Section 2(g) (5 ILCS 140/12(g)), of FOIA, future requests from you will be processed under Section 3.2 of the Act until January 2, 2021, which is one calendar year from the latest date on which you met the recurrent requestor threshold. Our initial deadline for is February 3, 2020.

You have a right, under the law, to seek a review of this response by the Public Access Counselor (PAC) in the Office of the Attorney General. The PAC may be reached by phone at 877-299-3642, by email to publicaccess@atg.state.il.us, or by postal mail at the Public Access Bureau, 500 S. 2nd Street, Springfield, Illinois 62706. You also have the right to seek judicial review under section 11 of this Act.

If you have questions for our office, please contact 217-333-6400.

Sincerely,

Thomas P. Hardy

Executive Director

and Chief Records Officer

---

**Rose Meacham** <meacham.rose@gmail.com>                                                Thu, Jan 9, 2020 at 5:05 PM
To: publicaccess@atg.state.il.us

Dear Public Access Counselor-

I have requested very critical and time-sensitive materials under the FOIA request instructions for UIUC. The university is very aware that I am pursuing a legal case against them regarding sexual misconduct and discrimination. Can you please assist me in my requests to ensure they do not make any attempts to delay releasing these materials for our legal case? It seems as though they are already attempting to do so.

Sincerely,
Rose Meacham

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                                                Thu, Jan 9, 2020 at 5:08 PM
To: University of Illinois FOIA <FOIA-OUR@mx.uillinois.edu>

Thank you Thomas. I have followed your instructions and submitting my request for further review of the process handling my FOIA requests to ensure that my filing EEOC and Title IX claims against UIUC is not going to delay this process. I hope that information is released in an timely manner to ensure no a fair case. Preventing me from accessing information is something I hope we do not have to address in the future.

Thanks!
-Rose

- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**Public Access** <PAccess@atg.state.il.us>                                    Fri, Jan 10, 2020 at 9:55 AM
To: Rose Meacham <meacham.rose@gmail.com>, Public Access <PAccess@atg.state.il.us>

Good Morning,

In regards to your email below. Please see the following:


If you would like to file a request for review with our office, we will need the following:


1. Something in writing requesting review by our office and stating why you would like the review. This must be signed by you. (If you send by email, you can type your name).

2. Copy of the FOIA request you submitted to the public body.

3. The public body's response. If they did not respond, please state that in your request for review.


Please keep in mind you have 60 days from the date of denial within which to file your request for review.


If you have any other questions, please feel free to email this email box or call our hotline at 877-299-3642 and we will be happy to assist you.



Lavittia "Tia" Jefferson

Administrative Clerk

Public Access Bureau

Illinois Attorney General's Office

100 West Randolph Street, 11th Floor

Chicago, Illinois 60601

Ph: 312-814-5607

FOIA Hotline: 877-299-3642

paccess@atg.state.il.us

ljefferson@atg.state.il.us

[Quoted text hidden]

---

**Rose Meacham** <meacham.rose@gmail.com>                           Fri, Sep 4, 2020 at 6:11 PM
To: Public Access <PAccess@atg.state.il.us>, paccess@atg.state.il.us, ljefferson@atg.state.il.us, University of Illinois FOIA <FOIA-OUR@mx.uillinois.edu>, "Rogina, Matthew" <mrogina@uillinois.edu>, publicaccess@atg.state.il.us

Dear Mrs. Jefferson-

Please accept my formal response to your request for the attached information. I have also detailed my responses to your questions below:

1.
I have a registered disability that requires double time to respond to these types of requests. Without being provided any disability services or accommodations which are legally required, I am now able to submit to you the information you demand.

The attached requests for muti-media (digital data from UIUC websites, online accounts and blackboard), video data, emails, meeting schedules, appointment books, binders, and all forms of communications between UI employees and others were requested in January 2020 but I have not received ANY of this information. Now I am being given the opportunity to present this requested information in a Federal Lawsuit in the State of Illinois but I am unable to do so due to your office's failure or refusal to provide it. Please respond within 24 hours and please send me this information immediately and no later than Wednesday, September 9, 2020.

**I am also sharing ALL evidence with the FBI. Your office refusing to provide me with this required information is impeding my ability to report criminal activities that poses a threat to human life to the proper federal authorities, including the FBI.**

2.
I have attached every single FOIA request, the response I received and my prompt response but their failure to respond. I have included ALL communications which reveal I was ignored and no response was sent for the majority of my requests.

3.
As stated above I only received 1 response for clarification from Matthew Rogina for 1 of over 12 requests for information. To this single response I replied immediately (attached) but he refused to respond and refused to share the information I requested. I also included the response from Thomas P. Hardy who is the Executive Director and Chief Records Officer but he refused to share the information I requested. This matter requires your office's prompt attention due to their refusal to respond to **over 12 requests for information** and their refusal to share ANY of the information I requested from this state run, government funded university.

4. As I stated previously, the FOIA requests for information are for my federal investigations, federal lawsuit, and FBI reports. This information is required by law. I am being denied this information intentionally by the University of Illinois system because providing me this information would prove my charges against the University of Illinois, which includes but is not limited to: employment fraud, labor law violations, abuse of power including but not limited to medical licenses, medical malpractice, abuse of government funding, fraudulent scientific research and fabricated data for government funded scientific studies. **My charges also include systemic retaliatory policies at University of Illinois that knowingly cover up criminal activities mentioned above.** My charges against the University of Illinois also include the systemic retaliation and silencing of Whistleblowers and Title IX reporters. My charges also include the retaliation of University of Illinois employees against victims of rape, assault, Title IX, Title VII, and ADA Law violations. **This matter also involves a charge against the Board of Trustees at the University of Illinois which includes affiliations to the current governor of the State of Illinois.**

Again, due to these charges, the serious nature of these charges, and the knowing destruction of evidence, impeding and preventing my reporting these crimes to the federal government and FBI, I must insist that you please rush this order so I am able to include these vital pieces of evidence in my FBI reports, federal lawsuit, and federal investigations. **As mentioned previously, this matter also involves a charge against the Board of Trustees at the University of Illinois**

which includes affiliations to the current governor of the State of Illinois -- which means that refusing to provide this information to me is a federal crime and will be reported as such due to the serious nature of these threats to human life and civil liberties.

Please send this information to me immediately and no later than the Wednesday deadline I stated for next week. You must confirm receipt of this email within 24 hours, and provide the requested information by September 9, 2020.

Sincerely,
Rose Meacham
*(Please accept my signed name above, as you instructed me to sign this document in writing by typing my name, which I have done).*

- --- -- --- -- --- -- --- -- ---
**Rose Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

[Quoted text hidden]

---

**12 attachments**

 **Gmail - FOIA Request 20-029.pdf**
166K

 **Gmail - FOIA.pdf**
183K

**Gmail - FOIA Request_ Data collection for Rose Meacham.pdf**
65K

**Gmail - FOIA BIT.pdf**
64K

**Gmail - FOIA Neuroscience Program.pdf**
64K

**Gmail - FOIA OSCR.pdf**
112K

**Gmail - FOIA Request_ Courses.pdf**
68K

**Gmail - FOIA Request for All Media, Data, Audio, and Video.pdf**
66K

**Gmail - FOIA Request - External Correspondence.pdf**
67K

**Gmail - FOIA Graduate College.pdf**
66K

**Gmail - FOIA REQUEST.pdf**
83K

**Gmail - FOIA Request 20-029.pdf**
166K

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## FOIA REQUEST

1 message

**Rose Meacham** <meacham.rose@gmail.com>        Thu, Jan 2, 2020 at 10:13 AM
To: Graduate Student Success <gradsuccess@illinois.edu>, grad@illinois.edu

I need to make a FOIA request for every correspondence, email, report, and case file related to 'Rose Meacham' or 'rmeacha2' or '653331134'. Can you please help process this request?

For example, I was harassed by one of the administrators in the Graduate College and a report was issued that cites over ~400 emails printed and on file related to my case. I need a copy of every single email please.

Best,
Rose

- --- -- --- -- --- -- --- -- ---

**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*

 Gmail                                                                    **Rose Meacham <meacham.rose@gmail.com>**

## FOIA Graduate College

1 message

**Rose Meacham** <meacham.rose@gmail.com>                                             Thu, Jan 2, 2020 at 11:18 AM
To: foia@uillinois.edu

I need to request that the records on-file in the OSCR Office be released to me, Rose Meacham.

Additionally, there was a record of Dean Alexis Thompson reporting to authorities that she has printed copies of over 400
(roughly) emails and documents relating to me, Rose Meacham (aka rmeacha2, aka 653331134). We need to request a
copy of every single document from her records.

I need to request that the records on-file in the OSCR Office be released to me, rmeacha2.

I need to request that the records on-file in the OSCR Office be released to me, 653331134.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls
or appointments) that reference and are in relation to matters dealing with Rose Meacham.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls
or appointments) that reference and are in relation to matters dealing with rmeacha2.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls
or appointments) that reference and are in relation to matters dealing with 653331134.

We will also need the audio recordings or voice to text records from voicemails, phone calls, etc that reference matters
related to Rose Meacham, OR rmeacha2, OR 653331134.

Apologies for the redundancy, but I need to be certain each request is honored. If you need me to make individual
requests for each appointment log, telephone call, etc. please let me know. Otherwise, my attorney and I will mark this
request as officially received by your office and expect to receive these documents, transcripts, and media files within the
next two weeks.

Thank you so much.
Rose Meacham

 Gmail

**Rose Meacham <meacham.rose@gmail.com>**

## FOIA Request - External Correspondence
1 message

**Rose Meacham** <meacham.rose@gmail.com>
To: foia@uillinois.edu

Thu, Jan 2, 2020 at 11:23 AM

I need to request that ALL communications within the UI system regarding Rose Meacham be released to me, Rose Meacham. This must include all correspondence with external organizations, companies, or private parties. This also must include all documents and emails referencing Rose Meacham in the body, content, or subject line.

I need to request that ALL communications within the UI system regarding rmeacha2 be released to me, Rose Meacham. This must include all correspondence with external organizations, companies, or private parties. This also must include all documents and emails referencing rmeacha2 in the body, content, or subject line.

I need to request that ALL communications within the UI system regarding 653331134 be released to me, Rose Meacham. This must include all correspondence with external organizations, companies, or private parties. This also must include all documents and emails referencing 653331134 in the body, content, or subject line.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls or appointments) that reference and are in relation to matters dealing with 653331134 that took place with other organizations, companies, or individual parties, be released to me, Rose Meacham.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls or appointments) that reference and are in relation to matters dealing with Rose Meacham that took place with other organizations, companies, or individual parties, be released to me, Rose Meacham.

In addition to these records on-file, I need to request every email, report, note, and logged meeting (including phone calls or appointments) that reference and are in relation to matters dealing with rmeacha2 that took place with other organizations, companies, or individual parties, be released to me, Rose Meacham.

Apologies for the redundancy, but I need to be certain each request is honored. If you need me to make individual requests for each appointment log, telephone call, etc. please let me know. Otherwise, my attorney and I will mark this request as officially received by your office and expect to receive these documents, transcripts, and media files within the next two weeks.

Thank you so much.
Rose Meacham

**Rose Meacham** <meacham.rose@gmail.com>
To: "Lawler, Margaret A" <malawler@illinois.edu>
Cc: Renee Coniglio <rconiglio@lawpmh.com>

Mon, Jul 15, 2019 at 4:24 PM

Dear Margaret,

I was unaware of the 7 day deadline to submit an appeal and I am appealing the report. The failure to connect with my attorney, who is to be the main point of contact with UIUC as we specified in emails dated over a month ago is not a means by which UIUC and your office can force a premature closure of such a serious Title IX case. Doing so will result in serious consequences and in the interest of upholding justice and ensuring campus "safety" as you specified in earlier emails detailing why it was essential for UIUC to pursue this case for legal purposes, I assume those concerns about one of your professors and campus safety for your students is still a concern. If it is no longer a concern for UIUC then I suppose there is no resolving this matter. However, I expect that the evidence I submitted over a month to your office in a secure GoogleDrive folder will be taken into account for the appeals process of the Zuofu claim, and that this time my attorney will be included and serve as the primary point person for this case. This is my legal right to request a fair review of the facts and to have my attorney involved in these correspondences. Failure to honor this legal right, and/or to block my ability to receive a fair and just review of these serious claims will result in further action.

Sincerely,
Rose
- --- -- --- -- --- -- --- -- ---
**Rose Swan Meacham**
VSR, Mechanical Engineering, Stanford University
PhD Candidate, Computational Neuroscience
*University of Illinois Urbana-Champaign*
*New York University, Class '14*
rmeacha2@illinois.edu
917.613.4422

[Quoted text hidden]

**Lawler, Margaret A** <malawler@illinois.edu>
To: Rose Meacham <meacham.rose@gmail.com>

Tue, Jul 16, 2019 at 4:28 PM

Ms. Meacham,

As I shared in my previous email, the Dr. Zuofu Cheng's complaint has been finalized and closed.

Margaret Lawler

[Quoted text hidden]