MSK

1:23-CV-02704

FILED

SEP 18 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UI, UoN, Google Inc, Alphabet Inc, Google DeepMind, HuschBlackwell

Dear Honourable Judge Alonso,

Thank you so much for reviewing the large amounts of Evidence I submitted -

I was advised by your Clerks to file an amended document to have the case split into two cases and I've tried to detail this below. The Office where I work has caused immense delays to me submitting my finalized formal documents and I appreciate your working with me under this duress situation where the damages from defendants have forced me to work at a place that is making this case impossible. I am doing the best I can and I'm sorry the people who own the building of the office where I am working have delayed my responses and filings to you.

It looks like I need to submit this Amended Complaint (outlined below) as well as the final pages for the entire documents for this case. Is it possible to meet in-person for a quick hearing to discuss the documents, evidence, amended complaint, questions etc because it seems necessary to explain the evidence so it is easier for you to understand and you can see the preliminary facts and narrative of the case. The inhumane acts of harm are outlined fairly well, documented over years where you can see the donations, non-profit, IP, lucrative job offers, multiple PhD Full Funding offers etc that I had before harms, damages, retaliation etc from the Defendants occurred. The Clerks explained that there was a clerical error at the Federal Office, and the Amended Complaint is needed because there is another Defendant that was listed and seems to not be in the formalized documents by accident - the Google parent company Alphabet Inc was founded during the ordeal I was reporting at Google, to EEOC and is the new parent company of Google DeepMind, where I was sexually harassed and raped during a PhD Internship.

And Google Alphabet Inc parent company handles mostly military type inventions, I thought, which is hugely debated by employees at Google and many people are upset that their inventions are being used now for weaponry? purposes - I was concerned about my IP which David Pfau was using in a supercomputer at Google DeepMind and blocking me from being present....

Because my IP involved portraits of people, I was especially concerned that my IP was being used in a for-profit, non-academic purpose that I have no idea what it was used for specifically.... David Pfau kept claiming he could not allow me to be present during the supercomputer analysis of my IP at the Google DeepMind Offices due to NDA and protection of Google property - but it seemed over time that he was lying.

Therefore I did write Alphabet Inc for the case but I think I might have accidentally not included it on future filings in a clear manner. Therefore, the Defendants are University of Nottingham, University of Illinois, Google Inc, Alphabet Inc, Google DeepMind, HuschBlackwell and I have included the Service List.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No.. City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company. corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

I am also requesting that the case be divided into two Federal cases due to the overwhelming amount of evidence, printing fees, filing obligations, turn around times and deadlines that make it overwhelming to handle so many different Defendants at one time. I financially cannot afford to even print the evidence in a timely manner for all Defendants at once, and it would be possible for me to make the evidence clearer and to afford the printing fees more easily if I handle the case issues in two separate cases please.

It sounds like the best way, perhaps, to handle this massive case that spans multiple states and different countries, is if the Courts allow me to divide the cases then the Defendants would be:

1)University of Nottingham, Google Inc, DeepMind, Alphabet Inc

2)University of Illinois, Husch Blackwell, and associates (Service List Included)

Is there something we need to do to involve the British legal system as well? Due to the facts that some of the events occurred overseas during my PhD Studies at UoN and work for Google DeepMind / Alphabet Inc.


Motion

Motion to file this case as two separate cases due to physical limitations, financial limitations and more.

-Physically it is extremely difficult to handle the amount of evidence and documents, filings etc for both cases together. It is basically a full-time

-Financially it is also impossible to afford the printing fees for documents, evidence, and more for both cases because UoN has an entire timeline of events that overlap with the other Defendants, but each timeline and the people involved for each of these incidents at these companies and organizations have created so much evidence and things to include in my case that it is impossible to pay for everything at once.

My family and I are already enduring hardships in order to pay for these requirements for the lawsuit and I am hoping to handle the cases separately in order to make it more affordable and physically something I'm more able to handle. It would be wonderful to meet to discuss this further and discuss the details of the case, and determine what you think should be done to move this case forward successfully.

Thank you so much for your time and I hope to meet with you soon to discuss, and I will submit the rest of the documents shortly as quickly as I can.

Thank you,

Rose

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80