SH

1:23-cv-02704

**FILED**
NOV 02 2023
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

- Ammended Complaint
  ↳ Defendants Lists

- I need the Judge Alonso to please subpoena the necessary evidence, facts of the case from UI to list the proper Defendants.

For example, Stephen Bryan, Deans offices, Chancellors, Vice Chancellors have this evidence that lists the Defendants, and the OSCR (office of Student Conflict Resolution), Justin Brown etc. also have these records.

I am not a lawyer so the Judge Alonso needs to approve this Subpeona. Defendants have damaged me so I cannot afford to hire a lawyer anymore to Subpeona the facts of case, evidence vital to Complaints and Court documents, Defendants lists etc.

~~Begin~~

1:23-cv-02704

The service lists are attached and ~~th~~ these are the Defendants below:

- Alphabet Inc./DeepMind
- Google Inc.
- University of Illinois

(the individual people at Google, etc. are not Defendants ⇒ it is the Offices themselves, the system in place to handle reports of rape, sexual harassment, scientific fraud, Data Fabrication etc. that I am trying to list as Defendants to solve this system)

Service List

## SUMMONS MASTER - FINAL

Chicago: SHERIFF

Urbana-Champaign: SHERIFF

Springfield: SHERIFF

Washington DC: SHERIFF

Virginia: SHERIFF

Maryland: SHERIFF

------------------

**DEFENDANT**

------------------

**Urbana-Champaign: SHERIFF**

Champaign Police

US Attorneys // District Attorney (State's Attorney)

District State Attorney

*

University of Illinois

Zuofu Cheng

Brad Sutton

Alexander Cerjanic

Neal J Cohen

Aron Keith Barbey

Mickeal Key

Samuel Beshers

Please serve Defendants on the Service Lists

Stephanie Pregent

Martha U. Gillette

Sepideh Sadaghiani Friberg

Rhanor Gillette

Justin S. Rhodes

Gene Robinson

Office of Student Conflict Resolution (OSCR)

Danielle Morrisson

Margaret A. Lawler

Alexis Thompson

The Graduate College

Allison McKinney

Justin Brown

Debra Ann Imel

Katherine C. Snyder

Stephen Bryan

Danita Brown Young

Deans Offices

Behavioral Intervention Team (BIT)

University of Illinois Police Department (UIPD)

Human Resources

Office of Access and Equity (OAE)

Institutional Review Boards (IRB)
Offices for the Protection of Research Subjects (OPRS)
Iris Martinez etc.

Office of the Provost

Surangi W. Punyasena

Stephen Downie

McKinley Health Centers

Carle Hospitals

Janise Marie Phillips, RHIA, MLS

Regina Harrington

Student Assistance Center Deans

Neuroscience Program (NSP)

Biology Department

Engineering Department

Board of Trustees

Board of Directors

University of Illinois Chancellors

*

Linda Deanna

Stephen Linn

Ajla Smajlovic

Maryam Zaroudi

Sophia Irini Hamilton

Caryn A. Bills-Windt

Keith Ellis

Jacquelyn DeLaurentis

Peter G. Okkema

Eric V. Stabb

Donald Kamm

Keana Marie Galloway

--------------------
**DEFENDANT**
--------------------
**Chicago: SHERIFF**

State of Illinois

Husch Blackwell LLP

United State Attorney Generals

Kwame Raol

Kim Foxx

Surgeon Generals (IDPH)

Illinois State Bar Association

Office for Civil Rights (OCR)

Board of Education (ISBE)

Higher Learning Commission (HLC)

US Attorneys // District Attorney (State's Attorney)

--------------------
**DEFENDANT**
--------------------
**Washington DC: SHERIFF**

Inspector Generals (OEIG)

Department of Education

U.S. Attorneys // District Attorney (State's Attorney)

United State Attorney Generals

U.S. Department of Health and Human Services (HHS)

Surgeon Generals (IDPH)

Department of Justice (DOJ)

-------------------
**DEFENDANT**
-------------------
**Virginia: SHERIFF**

National Science Foundation

Robert Crosgrove, NSF

William Scott Carr, GWCPM / GWCCM, NSF

Zita R. Barnett, NSF

Rhonda J. Davis, NSF

-------------------
**DEFENDANT**
-------------------
**Maryland: SHERIFF**

National Institute of Health