SM

23-CV-2704

Motion for in-person Hearing to Discuss Case

11-8-2023

**FILED**
NOV -8 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I am wondering if your Honour would please be willing to meet to discuss the case and evidence so the evidence makes sense — there is a lot of evidence but each page is relevant to the case and I would love to explain the evidence to your Honour and answer the questions in your responses in-person at a hearing please

# Hibbler *Pro Se* Federal Court Help Desk

**The Hibbler Help Desk operates remotely by video conference or phone**




The Hibbler Help Desk assists *pro se* litigants in federal court cases by providing advice on federal court process and procedure. The Hibbler Help Desk does not provide attorney representation.

You can sign up for an appointment by calling the <u>Clerk's Office: 312-435-5691</u> or at this link: https://hibbler-memorial-pro-se-assistance-program.appointlet.com or scan the QR code below to sign up:

Appointments are **45 minutes** long. You must sign up for an appointment in advance.

**Before your first appointment,** you must complete a questionnaire. The Hibbler Help Desk Coordinator will contact you to complete this.





If you have issues accessing the sign up, you can contact the Help Desk Coordinator at hibbler@legalaidchicago.org

I have injuries/"disabilities" and this would be easiest for both of us, due to the facts the courthouse does not provide accomodations for injuries/"disabilities" and my requests for an Attorney have been turned down. As mentioned, I was assaulted in the streets twice this passed week by an African American woman throwing things at me while I walked on my crutches and then 3 days later un

# Hibbler *Pro Se* Federal Court Help Desk

**The Hibbler Help Desk operates remotely by video conference or phone**




The Hibbler Help Desk assists *pro se* litigants in federal court cases by providing advice on federal court process and procedure. The Hibbler Help Desk does not provide attorney representation.

You can sign up for an appointment by calling the Clerk's Office: 312-435-5691 or at this link: https://hibbler-memorial-pro-se-assistance-program.appointlet.com or scan the QR code below to sign up:

Appointments are **45 minutes** long. You must sign up for an appointment in advance.

**Before your first appointment,** you must complete a questionnaire. The Hibbler Help Desk Coordinator will contact you to complete this.




LEGAL AID CHICAGO

If you have issues accessing the sign up, you can contact the Help Desk Coordinator at hibbler@legalaidchicago.org

African American Man threw things at me while I walked on my crutches – before this, months ago a group of about 3 African American women threw things at me while I walked on my crutches in the street but did not hit me. These recent events hit me and my ER visits require a CT Scan and treatment for the ~~strken~~ hit ⇒ I am fitting in appointments at the hospital for these assaults but don't have time. Doing my best.

# Hibbler *Pro Se* Federal Court Help Desk

**The Hibbler Help Desk operates remotely by video conference or phone**




The Hibbler Help Desk assists *pro se* litigants in federal court cases by providing advice on federal court process and procedure. The Hibbler Help Desk does not provide attorney representation.

You can sign up for an appointment by calling the <u>Clerk's Office: 312-435-5691</u> or at this link: https://hibbler-memorial-pro-se-assistance-program.appointlet.com or scan the QR code below to sign up:

Appointments are **45 minutes** long. You must sign up for an appointment in advance.

**Before your first appointment,** you must complete a questionnaire. The Hibbler Help Desk Coordinator will contact you to complete this.





If you have issues accessing the sign up, you can contact the Help Desk Coordinator at hibbler@legalaidchicago.org