**FILED**

DEC -1 2023 JC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cv-02704

Dear Judge Alonso—

This case is extremely important. The EEOC was unable to do _any_ investigation into these incidents because they cited lack of resources to investigate.

This lawsuit is the ONLY record and _only_ review of evidence and facts of these events.

I am reporting on behalf of MANY other people. These people were unable to report because of threats bribery and more — many people said they were "afraid" to officially report, "afraid" to lose their jobs — to lose basic life necessities — if they reported.

People explained that reporting results in retaliation that is life devestating — but that it also results in retaliation against entire groups of targetted populations, entire groups of vulnerable people.

Reporting is apparently worse for people than staying quiet and enduring abuse, exploitation, harassment, bullying, sexual abuse, and reporting is worse than participating in crimes such as Data Fabrication, Scientific Fraud, and more — even though the people reporting these crimes do not want to be a part of the crimes.

This case is <u>extremely</u> important.

The Individuals accused of committing crimes, people benefiting from the crimes, people going along with the crimes in order to gain favor with people in power — these corrupted Scientists used a fraudulent argument that the Title IX Reporting Process was "harassing" them. These Corrupted Scientists, Respondents to Title IX' Reports of Criminal Activities, falsely claimed that I was "harassing" them by reporting them to Title IX and Proper Authorities.

I am asking for the USA Judicial System to please rule on whether this Title IX Reporting Process is "harassing" the Respondents, or accused Criminals, in the

Title IX Reports or not.

At this point in history, the United States is in turmoil over the argument that the police in America are "harassing" American citizens — when the police claim to be doing their jobs. These arguments have become focused on race-based "harassment" perpetrated by the police, and the Country seems to be siding against the Police, is defunding the police, and is siding with the argument that people are being "harassed" by the police. Simultaneously at this point in history, drugs have been legalized and people, and activities that were once thought to be criminal, are now common place and part of everyday life in America.

This same argument used at the Police level is being used by the Defendants in my lawsuit to shut down multiple Federal Investigations into Criminal Activities, into Threats to Human Life, into Informant Reports for Mandatory Reporting Processes designed to save people's lives.

This same argument used at the Police level is being used at the Federal level by Scientists working with Human Subjects, working in Hospitals, Working as Engineers with access to genomics data about people around the world, geo-location for people around the world, super-computer access and much more. The Defendants in my lawsuit

have successfully shut down International Detectives and Investigations into reported crimes - reports mandated by Mandatory Reporting Processes, and by the Laws — by simply claiming reporting the Defendants crimes is "harassment".

⇒ I am asking the USA Courts to please rule on these arguments the Defendants are making, based on the evidence and facts of the case, so that a ruling can be made as to whether it is "harassment" to Report Threats to Human Life or not.

Federal Questions: Is it "harassment" to report Threats to Human Life, and to report to Title IX ?

Is it "harassment" to report to the EEOC?

Is it "harassment" to report to the Police?

Is it "harassment" to follow Mandatory Reporting Processes and orders from Proper Authorities to report Crimes?

_____

If the Courts find that these Protected Activities are in fact Protected, and if the Courts find that it is legally not "harassment" to engage in these protected activities, then I have asked for the Relief or Resolutions to reinstate me to my job / PhD Position, correct the illegal transcript damages and records done to me by UoN, UI as part of the Retaliation against me for

reporting the crimes I was forced to report by Mandatory Reporting Processes, and by the Laws, including International Laws.

---

The Defendants were in fact Harassing me and Threatening me, and attempting to Bribe me as others reported the Defendants were also doing to them.

I am asking the Courts to please review the evidence and facts of the Case, which have NEVER been reviewed to this day, despite all of the illegal, unconstitutional "mock" trials held against me at University of Illinois by OSCR (Office of Student Conflict Resolution) Director Justin Brown who uses "Subjective Review" or personal opinion to make his rulings against

(My Cousin Vinny)

"Students / Student Employees" and illegally, Unconstitutionally fire / expell the "Students / Student Employees" that he rules against with totalitarian subjective, corrupted authority.

Federal Question:
I am asking the Courts for a ruling on whether or not the "sexual harassment" and "harassment", "threats", bullying etc. I reported constitutes
   - "sexual harassment"
   - "harassment"
   - "threats"
   - "bullying"
   - "bribery"
       etc.

And I am hoping my evidence shows why Missclassifying Employees as "Students / Student Employees" is extremely dangerous, and life threatening due to the seriousness of our jobs / work.

Federal Question:
I am asking please for a
Court Ruling to confirm that
these Positions are in fact
Labor Law Violations, and

illegal Missclassifications
of "Full-time Employees
as "Students / Student
Employees".

Federal Question:
I am asking for a Ruling on
whether or not the
"Mock Trials" held at
University of ~~xxxxxxxxx~~ Illinois
are illegal Constitutional Rights
Violations, based on the evidence
of my case.

Federal Question:
I am asking for a Ruling please
on whether or not the
withholding of my records about
me, including charges filed
against me by Respondents in
the Title IX Deans, etc. Reports
that I filed, is 'Unconstitional or not

and whether or not it is a
Civil, State, Federal Law Violation.

Federal Question:
I am asking for a Ruling
on whether it is illegal
for Defendants, University of
Illinois, Google, etc. to use
their Internal Institutional
Systems to attack and harm
me (1) during the reporting
processes to Title IX and
Proper Authorities and (2)
after the reporting processes
to Title IX and Proper
Authorities.

Federal Question:
(A) Retaliate, and
(B) Impede Federal, International
Investigations from Proper
Authorities when the Defendants
(1) graded me down at Google, (2)
blocked and withdrew job offers
made to me, made me inelligable to

receive new job offers,
(3) approved "OSCR" and UI
administrative disciplinary
procedures against me,
(4) ~~crossed out~~ demanded
I leave the Registrar's Office,
Deans Offices 2019, (5) approved
charges filed against me with
Stephen Bryan / Deans / Chancellors /
etc, which were filed by
Respondents in Title IX Reports
and Reports to Proper Authorities.


Federal Question:
Was it illegal Retaliation
for UI to fire/expell me?


Federal Question:
Was it a Labor Law Violation
to forcibly alter my Contracts
with UI, while holding me
under duress?
Do these acts Constitute
impeding current and/or future
Federal Reports, and Reports to

Proper Authorities by making an example out of me to others, and by ~~punishing me by~~ ~~harm~~ blocking my reports by harming/punishing me.

Do these acts Constitute Retaliation?

---

Do the acts of the Title IX Office 2018, 2019 Constitute illegal prejudice against me?

Do the acts of the Title IX Office 2018, 2019 Constitute illegal Retaliation for reporting the Title IX office?

Do the acts of the Title IX Office 2018, 2019 prove a Corrupted, 'Conflict-of-Interest' motive by Director and agents in the Title IX Office?

Was it illegal, and/or inhumane for the Title IX Office to force me against my will to engage in reporting procedures for Zuofu Cheng at that point in time 2019, and/or in the manner that Title IX demanded?

Did University of Illinois follow proper Mandatory Reporting Laws, Proper legal Procedures for handling Data Fabrication, Scientific Fraud, Medical Malpractice, Threats to Human Life?

Federal Question:

Did Google steal my Intellectual Property, despite Google's claims that their actions are not IP Theft on the grounds that Google claims my IP has no "value"?

What percentage of the
Google Products and services
impacted by my IP
~~xxxx~~ is owned by UoN,
myself, Google?

Did Google illegally impede
International /British
Investigations into crimes
perpetrated in their
country?

Did Google abuse its power
over me as my "Academic"
Employer ~~xx~~ in order to
Retaliate /punish me for
reporting Google employees
and/or did Google abuse
its power over me and
their internal reporting
processes to develop a
falsified papertrail against
me, fabricate evidence

against me to evade
"legal liability", legal
punishments, fines, and
~~prison~~ evade being found
guilty for crimes committed
and more?

Did University of Illinois
do the same?

~~When~~
Is it illegal for Universities
and Companies connected
through financial benefits
to retaliate against
informants reporting crimes
the Companies and Universities
are committing — does my
case prove a coordinated,
mutually beneficial effort
~~to~~ for University of Illinois
and Google to undermine
my reports to Proper
Authorities?

They develop technology
You need for Defense,
using your resources and
money and training, then
they withold the information
from you, making it
inaccessable, and then
they sell it back to
you.

## Federal Question:

Is the amount of graduate credit, degrees earned, Academic Internship Work Completed, Unpaid Laboratory Research Completed, equivalent to the work required for a PhD —

If Retaliation perpetrated by Defendants is proven, can a ruling be made about Corrupted motives for denying me my degree and illegally removing me from my position?

In a peer-review System Corrupted Scientists benefit in their careers and financially by illegally denying degrees and credits to other Scientists who hold differing Scientific Viewpoints, and who report Corruption and Fraud within the Scientific Community.

Federal Question:

The Title IX Reporting process is a Protected Activity, and yet Defendants made the Fraudulent claim that I was using the Title IX Reporting process to get "special treatment" at University of Illinois — is it legal for Defendants to make this claim for a Protected Activity?

Based on the evidence of my case, does the Court believe I used Title IX to get "special treatment"?

— Is it illegal to abuse Academic Freedom Laws to commit Federal, Civil, State Crimes and ~~they~~ / or block Authorities' jurisdiction over investigating said crimes?

Is it illegal to abuse Academic Freedom Laws to assume Tyranical levels of unquestionable power and authority, with proven attempts to overrule the equal distribution of the Constitutional Rights given to American Citizens?

Is it illegal for Defendants, Scientists to dictate which American Citizens will be allowed to have Constitutional Rights, and which American Citizens will be denied their constitutional Rights.

Is it legal to use medical exams or science to diagnose American Citizens as being unfit to have Constitutional Rights?

Is it legal for an Academic Institution or a Company to block Police, Federal Agents, proper Authorities from Investigating crimes on-campus?

Does the Authority of individuals within a Company or School Supercede the Authority of the American Government, British Government, Police, Federal Agents and Proper Authorities?

Does my evidence prove that University of Illinois is in violation of its tax-exempt status as an "Academic Institution" because it is

In fact not conducting itself as a non-profit, Academic Institution

"Students" are Missclassified as "Students/ Student Employees" when they are in fact unpaid full-time employees violated with Labor Law Violations, disguised as under Academic Freedom Laws, perviews.

My case proves that the contractually mandated "value" exchange for my free labor is paid to me and my cohort in the form of Academic Courses — however UI illegally blocked proper Authorities from ensuring my safety on campus (evidence emails proves) and also refused to provide safe work and educational environments for me

— forcing me to study off-campus and pay out-of-pocket for courses I took, and raise my own funds by ~~the~~ illegally forcing me to pay UI through corporate sponsors ⇒ I was in fact never paid in Academic Courses or Education, or learning opportunities or degrees for my unpaid labor.

Furthermore, Zuofu Cheng was allowed by UI to illegally refuse to allow me to enroll in Engineering classes at UI (which are contractual forms of payment for my unpaid labor) because he wanted to have sex with me and knew it violates UI policies to ~~s~~ have sex with students enrolled in Professors' classes — UI policies say it is

legal for Professors to have
sex with Students/Student
Employees om at UI as
long as the Students/Student
Employees are not enrolled
in the Professors' Classes
— I am asking the
Courts to rule that this
is an illegal violation
of Womens' Rights
and it creates a
hostile work, academic
environment where my
case proves Professors
are allowed by UI to
sexually harass students
and to abuse their positions
of power to ruin Students/
Employees careers for
refusing to have sex with
them.

I am asking for
Defendants to pay me
in the contractually
obligated manner with classes
I was trying to take at

VI but I was blocked illegally from taking by Defendants due to sex based crimes, Retaliation, Corruption, blocks to reporting/investigations and more.

I would like to please finish my education and degree — to not be discriminated against because I am a Woman or because I cooperated with Mandatory Reporting processes to ensure Campus safety, report Threats to Human Life, and ensure the safety of the American People, as it is my Duty as an American Citizen and Doctor entrusted with this training to do so — it is our duty to serve and the American people and help people do their jobs to

protect the American People.