FILED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

SM

DEC 04 2023 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-CV-02704

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Rose Meacham                      )
    Plaintiff                      )      **Case Number:**
                     )
    v.                             )      **Judge:** Honourable Judge
                     )      Alonso
                     )      **Magistrate Judge:**
    Defendant                     )

University of Illinois, State of Illinois,
Google, VoN, etc.

People are unable to report Scientific
Fraud, Corruption, Threats to People's Lives,
etc. due to the retaliation that
occurs when people report — and
due to the support for the
retaliation from dysfunctional,
Intentionally dysfunctional
Academic Systems, Corporate
Systems, and Government.
As Scientists it is part of our
duty and service to the People

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| Defendant | ) | |

to report possible errors with the work we are doing because our work entails medicine, treatments, cures, predictions about our planet and natural phenomena, weaponry, studies of people and more. The products and services we develop with our scientific work are used by people everyday.

There are people at other places who also say off-record that they want to report errors in the scientific

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | Case Number: |
| Plaintiff | ) | |
| | ) | Judge: |
| v. | ) | |
| | ) | Magistrate Judge: |
| | ) | |
| Defendant | ) | |

work, Fraud, etc. but they are unable to do so because it would mean they are "Pushed Out" of their careers, or forced to start their PhD work over again. My case proves that Stephen Bryan at University of Illinois refused to support me through the reporting processes, even though this is part of his job at UI as Dean / Chancellor. Alexis Thompson would

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| | ) | |
| Plaintiff | ) | |
| | ) | **Judge**: |
| v. | ) | |
| | ) | **Magistrate Judge**: |
| | ) | |
| Defendant | ) | |

not do her job to enable my
reports and my case shows she
even retaliated against me
because of the physical injuries
I endured from being physically
assaulted by Professor Zuofu Cheng,
denied services and resources as
part of retaliation for reporting.
Alexis Thompson targetted and
harmed me because of these
injuries and my difficulties walking
etc. This is so illegal, and yet
UI supported this punishment

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
)   **Case Number**:
Plaintiff       )
)   **Judge:**
v.          )
)   **Magistrate Judge:**
)
Defendant   )

against me for reporting, and UI refused to stop these retaliatory acts of harm against me. The OCR, IDHR, Surgeon Generals, Attorney Generals, State of Illinois etc. also refused to support me and refused to stop the Retaliation against me for reporting. The Title IX Office at UI refused to stop the retaliation against me, refused to correct damages done

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge**: |
| v. | ) |  |
|  | ) | **Magistrate Judge**: |
|  | ) |  |
| Defendant | ) |  |

to me, refused to advocate for me and joined in to illegally push me out of my career - after the Title IX office forced me against my will to report, claiming it is my job to do so and that I would be in violation of Federal laws if I did not cooperate - however Title IX did not force ANY of the other student/Employees etc. to report and victimized me with prejudices and racism the entire

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff | ) | **Case Number**: |
|  | ) |  |
|  | ) | **Judge**: |
| v. | ) |  |
|  | ) | **Magistrate Judge**: |
| Defendant | ) |  |

time. Justin Brown, Debra Imel, the OSCR did not allow me to report, retaliated against me while I was trying to report so OSCR could shut down my reports, illegally, while claiming Academic Freedom Laws and UI jurisdiction to do so.

The Illinois Courts are being asked to make a ruling about these illegal acts to shut down and impede ~~the~~ reports, to retaliate

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

against people reporting
Scientific Fraud, Data Fabrication,
Medical Malpractice and more.
Danita Brown Young, UI Chancellor, and
Stephen Bryan, UI Dean/Chancellor,
is refusing to correct the damages
he did to my transcript and
permanent records, — and Stephen
Bryan, Danita Brown Young, are
refusing to issue the Degrees that
I earned, refusing to reinstate
me in my position at UI because
I reported threats to human life and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff )      **Case Number**:
)
)      **Judge:**
v. )
)      **Magistrate Judge:**
)
Defendant )

because the Title IX office forced me under threats to "cooperate" with their reporting processes.

This is illegal.

The Title IX office did nothing to ensure that I was able to report Scientific Fraud, Data Fabrication, Medical Malpractice, etc ⇒ they supported Aron Barbey and Mickeal Key who illegally tried to block investigations into their lab, work. Title IX did not force these individuals to

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| Defendant | ) | |

"cooperate" with the Title IX
office, government in Illinois
— but Title IX forced me to
do so against my will and
then supported VI's retaliation
against me, claimed they didn't
have jurisdiction on-campus to
protect me from injuries or make
sure I didn't lose my job etc.—
and then supported Stephen Bryan
and Danita Brown Young and
Justin Brown in the absolutely
ILLEGAL, removal of me from my
position ⇒ it is a violation of my

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
                          )
                          )    Case Number:
      Plaintiff           )
                          )    Judge:
      v.                  )
                          )    Magistrate Judge:
                          )
      Defendant           )
```

Civil, State, Federal/Constitutional
Rights ⇒ it violates International
treaties we have with the
entire Scientific Community to
Inform them when errors are
made, follow proper investigative
procedures, paper redactions
and more. Nobody wants to
report these dangers in Science
because we are punished
when we report. The State of
Illinois is Systemically Punishing
me with an Intentionally dysfunctional
and harmful System because

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | ) ) ) **Case Number**: |
|  | ) ) **Judge:** |
| v. | ) ) **Magistrate Judge:** |
|  | ) |
| Defendant | ) |

I followed Mandatory Reporting Laws to report Scientific Fraud, Data Fabrication, Malpractice, Rape/Assault ~~and~~ etc.

This Court Case is the last hope to correct these harms done to me, which are illegal — and to rule in favor of people who ~~by~~ Mandatorily Report potential dangers to <u>Save People's Lives.</u>

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| Plaintiff | ) | |
| | ) | **Judge**: |
| v. | ) | |
| | ) | **Magistrate Judge**: |
| | ) | |
| Defendant | ) | |

The retaliation against me and the intentionally dysfunctional, accidentally dysfunctional system that supports this retaliation has made me homeless.

Nobody in Illinois cares about these issues enough to help people reporting Threats to Human Life.

People turn me away like I am a homeless person to be cast out from society, people watch

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | **Case Number**: |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

as I suffer trying to walk on
crutches from the injuries and
do not help — do not care. People
refuse to hire me for work and
fire me because of the injuries
Defendants have done to me.

None of the government systems
are doing their jobs to correct
these issues — each harm requires
a separate lawsuit, more time,
more money, nothing done. And
requires another report — more time,
more money, nothing done.
Building owners have attacked me

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
|  | ) |  |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

because they suspect I'm homeless
and are prejudized against poor
people and disabled people.

Nobody follows the Bible and
even the Churches are not
following the Bible (except 2
Catholic Churches and one Christian
Mission) when I reach out for
help with the situation or help
with small things that would make
it possible to easily do these
reports, lawsuits to regain employment
and correct the character defamation,
illegal harms to my transcripts etc. preventing

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
    Plaintiff )
)
    v. )
)
    Defendant )

**Case Number**:

**Judge:**

**Magistrate Judge:**

me from getting work. Due to
the peoples own selfishness,
greed, malicious hatred and prejudice
towards people, sloth, gossip, desire
for faster/better/stronger/smarter employees, and
merciless etc. people are not
able to report these crimes to
proper authorities like it specifies
in our trainings, contracts, job
descriptions we <u>must</u> do to protect
people's lives. The people do not
care about us reporting and so
nobody is able to report — the people
do not support us in reporting or
thank us, they actually attack us
and harm us, joining in the retaliation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | ) ) ) ) |
| v. | ) ) ) |
| Defendant | ) |

**Case Number**:

**Judge:**

**Magistrate Judge:**

against vs.

The people do not valve those
who are doing service jobs for
them — many it seems do not
valve service workers because
service workers are paid so little.
People in America and elsewhere
judge people based on how much
money they have, the types of
awards or test scores they've
been given.

People are in competition with one
another and the people do not
respect or value people who do not
compete or who give up money, awards,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
| Plaintiff | ) |  |
|  | ) | **Judge:** |
| v. | ) |  |
|  | ) | **Magistrate Judge:** |
|  | ) |  |
| Defendant | ) |  |

positions to help people or try to do
something good. The people do not
value people who try to do good
things unless there is a financial
incentive or award given or
some type of value exchange
or the fulfillment of a sin so it
makes it worth it to them for the
good deed to be done, or supported.

People seem to only care about
what affects them, not what
affects other people around them.
So as long as people can convince
them, they wont be impacted and
only other people will be impacted

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Plaintiff | ) ) ) | **Case Number**: |
| v. | ) ) | **Judge**: |
| Defendant | ) ) ) | **Magistrate Judge**: |

the people all will allow it to
happen. This is the difficulty with
reporting — people do not seem to
think it will impact them and
so they do not care, and they
do not help.

The country seems to be set-up to get
the biggest return on investments,
with a never ending exponential
increase expected from investors on
the return they want to receive.
I believe this is extremely
dangerous for Science, for medical
Research, for Studies of Human Beings.
I believe we need to do

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

)
)
Plaintiff                    )      **Case Number**:
)
v.                           )      **Judge**:
)
)      **Magistrate Judge**:
)
Defendant                    )

Something to fix this and I have
tried to help by doing my Duty as
an American Citizen to report what
is going on... I truly hope that
this lawsuit can bring clarity to
what the issues are causing ~~the~~
this ⟹ Why wont the Professors
allow Students/Employees to report
Fraud etc.? What are the Professors
afraid of happening when the reports
are filed and people investigate? Why
don't the Professors report errors
etc. themselves — are the Investigations
done horribly? Are the consequences
unfair to the professors? Why doesn't
the Scientific Community Publish and

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| | ) | |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

find and award studies where
the hypothesis is <u>not</u> proven, or there
are <u>no</u> statistically significant results
but the study is extremely interesting,
well conducted, insightful and is
still relevant to the Scientific
Community. Why is everyone so
obsessed with being "Right" in
Science or being "Smart"? what
happens if the Scientists make
a mistake or if they are
wrong? Perhaps the <u>entire</u> System
of reporting, investigating, and handling
Scientific Fraud, Data Fabrication, Malpractice,

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | **Case Number**: |
| **Plaintiff** | ) | |
| | ) | **Judge:** |
| **v.** | ) | |
| | ) | **Magistrate Judge:** |
| **Defendant** | ) | |

or errors and mistakes needs to
be redone so people can actually
use this system and so researchers,
Professors, are also happy with
the system and willingly participate
or report on their own. Maybe the
public perception needs to change
within the scientific community
and the competition needs to be
constrained and not maybe we
should not reward competition in
science anymore ⇒ I thought
that science is a global community
of intelligent, well-intentioned, good

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | **Case Number**: |
| Plaintiff | ) | |
| | ) | **Judge:** |
| v. | ) | |
| | ) | **Magistrate Judge:** |
| | ) | |
| Defendant | ) | |

Inquisitive people who are working together as a global community to understand the world we live in and to improve our own lives, together. I thought that we are supposed to be sharing our work with other scientists... these new Company, Corporate /Academic Collaborations are odd and I would like the Courts to please help rule on whether I have a Right to publish my Academic Internship Results from my own Intellectual Property or not...

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

and whether or not University of
Illinois broke the laws in the
ways I was retaliated against
for reporting, or whether that is
their Academic Freedom Rights
to usurp Federal Mandatory
Reporting Laws, the Constitution and
Civil, State Laws, And whether
Google, etc. , the Companies have
the rights to simply take my
IP without following Scientific
Publishing Rules or our Academic
Agreements, to use my IP for-
profit in products I have not
approved and services I do not
support ⇒ for things that violate
my moral, ethical, and religious
beliefs.

Both the Academic Institutions and
the Corporate Institutions are illegally
misusing their internal systems to block,

impede, destroy reports from people
within the organizations trying to
protect people's lives ⇒ this is
illegal and I hope the courts
will rule on the evidence I
present in court, which will
prove this is occurring and will
also hopefully show people
how allowing this to happen to
people reporting risks your lives
as well. Our jobs are extremely
important and Human Resources
at companies, schools — Deans Offices,
Chancellors, Provosts, Lawyers for
Companies and Schools, Title IX,
etc. need to understand that they
are currently shutting down reports
to save people's lives by attacking
reporters as if they are "legal
liabilities". I hope that people will
work together to fix these reporting
systems and to realize that this is

much more than just "legal liability" or money, or awards ⟹ these reports are crucial to keeping people safe and I hope people will stop trying to play with laws designed to save their lives, and stop trying to get away with finding "loopholes" in the laws to justify "Pushing-Out" or "Blacklisting" people from their careers when this is actually extremely illegal and actually risks peoples lives because our jobs are so important.

I hope the Missclassification of full-time employees as "Students" will stop so people within schools understand that we are in need of different University reporting systems that actually take the reports seriously and don't brush us aside as a student trying to get out of homework

by reporting (my case shows evidence
the people accused of allowing Scientific
Fraud to occur defended themselves
by claiming I was "evading
academic responsibility" ~~&~~ ⇒ evidence
Subpeona).

I hope that this has presented the
issues, the Federal Questions and
extreme law violations, and
the resolutions I am seeking,
detailed in my last submissions
to your Honour at the Courthouse,

I will have a laptop again this
week, thanks to the kindness and
donation of a nice store owner—and
I am more than happy to type
these statements to make it easier
to read, and properly edit things so
the documents are presented in an
easier to read manner,

I thank you for reading everything
and I hope to meet in person to answer
questions and discuss the case.

I am <u>not</u> asking for money.
(If there is a mandatory $1 fee
that I need to request than I will
do so and donate it to Charity
Immediately).

I am <u>not</u> pressing charges or
asking for anything to happen to
the ~~Defendants~~.

I do <u>not</u> want anything to happen
to ~~Defendants~~.

I am asking that Google explain
exactly the value that my IP
served in the development and production
of Google Products and services. Preferably
working out the percentage Impact. Because
this is a new technology defining these
rules legally is important – and UoN
is probably a part owner of these
products and services as well.

I am asking Google allow UoN and myself
to please publish our results and project
that used my IP because it is crucial
to my Academics and career.

I am asking that the Courts rule on whether or not the retaliatory grades and character defamation at Google is legally protected — and I am asking Google to please issue a statement that I was "engaged with my studies" during our Academic Project, which started December 2015.

I am asking that UoN please accept this statement and the Court evidence about the sexual harassment, Mandatory Reports, etc. that should be factored into assessing whether or not I was engaged with my studies during the Google Academic Internship — I am hoping my record could be corrected with the British Home Office so people know I was working extremely hard and had actually finished 2 papers by the end of Freshman year, was offered 2 Internships (Microsoft and Google) and I was even nominated for scholarships, etz.

(UI)

I am asking University of Illinois to please issue the grades I earned, which are being withheld from my Transcripts and permanent records.

I am asking UI to please issue the degrees that I earned.

I am asking for UI to please erase the Character Defamation and retaliation from my records at UI.

I am asking to please be reinstated in my position at UI or elsewhere so I can finish my work and my Thesis can be formally accepted please.

(And previous Submissions)