Motion: to request Mediation

1:23-cv-02704

**FILED**

DEC 29 2023 MCP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Alonso—

Is it possible to request mediation for my Court Case? It seems like these matters can probably be resolved amicably very quickly, because I am not asking for money or anything. Just correcting records and transcripts so I can move forward in my career.

And does the request for a Jury make the case more complicated — would it be easier if the case is done without a Jury?

Happy Holidays and I hope you have a nice New Years! Thanks—
— Rose