IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Rose Meacham

Plaintiff(s),

v.

University of Illinois, et al,

Defendant(s).

Case No. 23 C 2704
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court dismisses this case for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge                            presiding, and the jury has rendered a verdict.
☐ tried by Judge                            without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso.

Date: 4/19/2024

Thomas G. Bruton, Clerk of Court

Lesley Fairley            , Deputy Clerk