1:23-cv-02704
April 24, 2024

**FILED**

APR 25 2024 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Motion for Appointment of Council

This is a Motion to request that I am provided proper accommodations in the form of an attorney appointed to my case. I have suffered physical injuries from the Defendants harms done to me and I am unable to meet the Judges Orders and Deadlines without proper accommodations for the case. The career damages, financial damages, and physical harms are literally life ruining to the point the Defendants have made me homeless. I have suffered in unspeakable ways from the Defendants harms, and the mercilessness and inhumane abuse the Defendants are doing to Women and others is so grotesque this case cannot be dismissed or ignored.

Further,more, the positions of power that the Defendants hold, where they are Engineers at the largest technology companies in the world handling people's private data and there are countless accusations of hacking and cyber crimes against these individuals – leading to in-person physical attacks and rapes/assaults that this case is extremely serious. The positions of power these Defendants hold as Medical Doctors and Scientific Researchers conducting experiments on Human Beings, while having a criminal history that Defendants are covering-up is extremely serious and warrants that this case go to trial. The Courts need to uphold the laws for the American People and the individuals who have not properly done their jobs to ensure the safety of civilians in the USA and in other countries overseas where these Defendants also do their business – these individuals need to explain themselves before a jury and the courts need to ensure that the ruling will prevent these crimes and unlawful actions from continuing.

Please specify what evidence and documents you need from me to confirm and show proof that an attorney is necessary for me in order to have a fair trial.