[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**11/1/2024** JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

Plaintiff
Rose Meacham

v.

1:23-CV-02704
JUDGE ALONSO
MAGISTRATE JUDGE WEISMAN
RANDOM

Defendant
University of Illinois,
University of Nottingham,
Google, Google DeepMind,

**COMPLAINT**

Systemic harms done to me at an International level between my employers, all guilty of employment fraud.

The harms done to me are physical damages and because the employers fired me I am unable to get medical care for the harms they did to me, etc.

While I was employed by one employer, I was also employed by the others.

I was also involved in legal disputes, over the employers while I was gaining new employment with these employers.

**RECEIVED**
APR 28 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

United States District Court
Northern District of Illinois

Plaintiff

Rose Meacham

v.

Defendant

DeepMind Google (Alphabet Incorporated), Google (Mountainview) Inc. University of Illinois, University of Nottingham

**COMPLAINT**

Systemic harms done to me at an International level between my employers, all guilty of employment fraud and other harms,
While I was employed by one employer I was also employed by the others, I was also involved in legal disputes about these issues while I was gaining new employment with these employers and others.

military contract denied for USA but accepted for others? My property was stolen and is being used at the companies, and competition.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Rose Meacham

v.

University of Nottingham, Google, Google DeepMind, University of Illinois

Defendant is

## COMPLAINT

Systemic harms done to me at an International level between my employers, all guilty of Employment Fraud.

And many other crimes.

While I was employed by one employer, I was also employed by the others.

I was also involved in legal disputes, over the employers ~~and as I gained new employment~~ while I was gaining new employment with these employers.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff )
Rose Meacham )
v. )
)
)
Defendant )

Google (Atbgoogle Inc.) **COMPLAINT**
Google DeepMind (Alphabet Inc.)
University of Illinois
University of Nottingham

Systemic harms were done to me by my employers and I was punished for following their internal policies to report employment law violations, Civil, State, Federal, Constitutional law violations done to me. The internal policies are were used to create a falsified papertrail against me → collect information and assess how to treat me.

At each employer I was working for the employers' other locations at the same time, remotely. The employers have companies located all over the world and when at the companies I worked with people at their companies all over the world. Google Inc. and alphabet Inc, Google DeepMind are the same company but at but I am not sure if they were the same company when I was there.

Your court system is not taking into account the geographical too mobility of people due to technology and so we are working at a global level with these companies and my case involves all these employers.

My property was stolen and is now being used inside every google product.

[margin text, top, curving around: me and breaking the laws are legal. The Defendants violated their own company/academy but they say it is to them but instead they laws, which I reported horribly with Civil, State, attacked me Federal Laws, Constitutional Rights Violations and Labor Law violations]

[margin text, left side: so they can claim harming their internal company policies and rules⇒ violated their internal company policies]

[margin text, right side: at the company so that they can evade the law]

[margin text, bottom, inverted: me by saying by saying I violated their internal academy) Laws (Employment Laws actually by the academy and am saying]